E-FILED3/15/17
LINK#60

GIRARDI | KEESE
THOMAS V. GIRARDI, Bar No. 36603
ROBERT W. FINNERTY, Bar No. 119775
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

KIMBERLY ARCHIE, as survivor of decedent Paul Bright Jr.; JO CORNELL, as survivor of decedent Tyler Cornell, on behalf of themselves and all others similarly situated; JO CORNELL, an individual, on behalf of herself and all others similarly situated; DEBRA MCCRAE, on behalf of Richard Caldwell, on behalf of themselves and all others similarly situated; SHANNON BARNES, guardian ad litem for CHASE BARNES; SHANNON BARNES, guardian ad litem for DREW BARNES; SHANNON BARNES, guardian ad litem for CADE BARNES;

Plaintiffs,

vs.

POP WARNER LITTLE SCHOLARS, INC.; a nonprofit corporation; SPARKS NEVADA POP WARNER FOOTBALL

CASE NO. 2:16-cv-06603-PSG-PLA

**[~~PROPOSED~~] ORDER RE: MOTION TO DISMISS HEARING AND BRIEFING SCHEDULE**

**[Filed concurrently with the Stipulation Re Motion To Dismiss Hearing and Briefing Schedule; Declaration of Judith Sidkoff In Support of Stipulation;**

**The Honorable Philip S. Gutierrez**
Action filed: September 1, 2016

LEAGUE, INC., a non-profit corporation; PALOMAR POP WARNER FOOTBALL CONFERENCE, INC., a California corporation; MIDVALLEY POP WARNER FOOTBALL & CHEER, INC., a non-profit corporation; ALBANY POP WARNER, a non-profit corporation; NATIONAL OPERATING COMMITTEE ON STANDARDS ATHLETIC EQUIPMENT, a nonprofit organization; USA FOOTBALL, a foreign nonprofit corporation , and DOES 1-100,

Defendants.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# ~~[PROPOSED]~~ ORDER

**IT IS HEREBY ORDERED THAT:**

The Parties have agreed to the following briefing schedule pending the Court's availability in regards to Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint:

1. Plaintiffs' opposition(s) to Defendants' responsive pleading(s) will be filed no later than April 10, 2017;

2. Defendants' reply papers to Plaintiffs' opposition(s) will be filed no later than May 1, 2017;

3. A consolidated hearing on Defendants' motions to dismiss will take place on May 15, 2017 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: 3/15/17, 2017

PHILIP S. GUTIERREZ

Honorable Philip S. Gutierrez
United States District Judge