```
 1  Patrick M. Kelly (State Bar No. 045426)
    Patrick.Kelly@wilsonelser.com
 2  Ian A. Stewart (State Bar No. 250689)
    Ian.Stewart@wilsonelser.com
 3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
 4  555 Flower Street, Suite 2900
    Los Angeles, California 90071-2407
 5  Telephone:  (213) 443-5100
    Facsimile:   (213) 443-5101
 6
    Attorneys for Defendants
 7  MIDVALLEY POP WARNER FOOTBALL & CHEER, INC. and ALBANY POP
    WARNER
 8
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KIMBERLY ARCHIE, as survivor of decedent Paul Bright Jr., JO CORNELL, as survivor of decedent Tyler Cornell, on behalf of themselves and all others similarly situated; DEBRA MCCRAE, on behalf of Richard Caldwell, on behalf of themselves and all others similarly situated; SHANNON BARNES, guardian ad litem for CHASE BARNES; SHANNON BARNES, guardian ad litem for DREW BARNES; SHANNON BARNES, guardian ad litem for CADE BARNES;<br><br>          Plaintiffs,<br>v.<br>POP WARNER LITTLE SCHOLARS, INC., a nonprofit corporation; SPARKS NEVADA POP WARNER FOOTBALL LEAGUE, INC., a nonprofit corporation; PALOMAR POP WARNER FOOTBALL CONFERENCE, INC., a California corporation; MIDVALLEY | Case No. 2:16-cv-06603-PSG-PLA<br><br>**MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM**<br><br> DATE:        September 18, 2017<br> TIME:        1:30 p.m.<br> LOCATION:  Courtroom 6A<br><br>Judge Phillip S. Guiterrez<br>Action Filed:      September 1, 2016 |

---

1

MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR LACK OF JURISDICTION
AND FAILURE TO STATE A CLAIM.

2820200v.1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | POP WARNER FOOTBALL & CHEER, INC., a non-profit corporation; ALBANY POP WARNER, a nonprofit corporation: NATIONAL OPERATING COMMITTEE ON STANDARD S ATHLETIC EQUIPMENT a nonprofit organization; USA FOOTBALL, a foreign nonprofit corporation , and DOES 1-100,<br><br>                    Defendants. |

## NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE that on September 18, 2017 at 1:30 p.m., or as soon thereafter as counsel may be heard, at the U.S. District Court, Central District of California, located at at First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012, before the Honorable Phillip S. Guiterrez, Defendants MIDVALLEY POP WARNER FOOTBALL & CHEER, INC. ("MidValley") and Albany POP WARNER ASSOCIATION ("Albany") will move, and hereby move, for an Order dismissing the Second Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), (2) and (6).  This motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Law; the Declarations of Dwayne Johnson and Ian Stewart the exhibits thereto; and all other matters properly before this Court.  MidValley and Albany bring this motion to dismiss all of Plaintiffs' claims with prejudice.

## ISSUES PRESENTED

1. Are MidValley and Albany subject to personal jurisdiction?
2. Do Plaintiffs meet the case or controversy requirement for Article III

standing?

3. Should the negligence claims be dismissed because: a) Defendants have no legal duty to prevent risks that are inherent in the sport; and b) there is no alleged causal link between Defendants' conduct and Plaintiffs' injuries?

4. Should the fraud and statutory claims be dismissed for failing to plead with sufficient particularity?

5. Should the Medical Monitoring Claim be dismissed as a matter of law?

Dated: July 24, 2017         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Ian A. Stewart
Patrick M. Kelly
Ian A. Stewart
Attorneys for Defendants,
MIDVALLEY POP WARNER
FOOTBALL & CHEER, INC. and
ALBANY POP WARNER