GIRARDI | KEESE
THOMAS V. GIRARDI, Bar No. 36603
ROBERT W. FINNERTY, Bar No. 119775
MICHAEL P. KELLY, Bar No. 311045
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

KIMBERLY ARCHIE, as survivor of decedent Paul Bright Jr.; JO CORNELL, as survivor of decedent Tyler Cornell, on behalf of themselves and all others similarly situated; JO CORNELL, an individual, on behalf of herself and all others similarly situated; DEBRA MCCRAE, on behalf of Richard Caldwell, on behalf of themselves and all others similarly situated; SHANNON BARNES, guardian ad litem for CHASE BARNES; SHANNON BARNES, guardian ad litem for DREW BARNES; SHANNON BARNES, guardian ad litem for CADE BARNES;

Plaintiffs,

vs.

POP WARNER LITTLE SCHOLARS, INC.; a nonprofit

CASE NO. 2:16-cv-06603-PSG-PLA

**STIPULATION RE MOTION TO DISMISS HEARING AND BRIEFING SCHEDULE**

**[Filed concurrently with the Declaration of Michael P. Kelly In Support of Stipulation; [Proposed] Order]**

**The Honorable Philip S. Gutierrez**
Action filed: September 1, 2016

corporation; SPARKS NEVADA POP WARNER FOOTBALL LEAGUE, INC., a non-profit corporation; PALOMAR POP WARNER FOOTBALL CONFERENCE, INC., a California corporation; MIDVALLEY POP WARNER FOOTBALL & CHEER, INC., a non-profit corporation; ALBANY POP WARNER, a non-profit corporation; NATIONAL OPERATING COMMITTEE ON STANDARDS ATHLETIC EQUIPMENT, a nonprofit organization; and DOES 1-100,

Defendants.

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs KIMBERLY ARCHIE, JO CORNELL, DEBRA MCCREA, and SHANNON BARNES, together with Defendant, POP WARNER LITTLER SCHOLARS, INC., Defendant NATIONAL OPERATING COMMITTEE ON STANDARDS FOR ATHLETIC EQUIPMENT ("NOCSAE"), Defendant, SPARKS NEVADA POP WARNER FOOTBALL, Defendant PALOMAR POP WARNER FOOTBALL CONFERENCE, INC., Defendant MIDVALLEY POP WARNER FOOTBALL & CHEER, INC., and Defendant ALBANY POP WARNER, (hereinafter collectively, "the Parties") hereby submit the following stipulation:

WHEREAS Plaintiffs filed the Second Amended Class Complaint ("SAC"), case number 2:16-cv-06603-PSG-PLA in the United States District Court, Central District of California on June 12, 2017;

WHEREAS the Parties entered into an stipulation to provide Defendants twenty-nine (29) additional days to file responsive pleadings to the SAC.

WHEREAS Defendant NOCSAE filed a Motion to Dismiss Plaintiffs' SAC or, in the alternative, Motion to Transfer Venue on July 24, 2017;

WHEREAS Defendant NOCSAE set their Motion to Dismiss for hearing on September 25, 2017 at 1:30 p.m.;

WHEREAS Defendants POP WARNER LITTLE SCHOLARS, INC., SPARKS NEVADA POP WARNER FOOTBALL, PALOMAR POP WARNER FOOTBALL CONFERENCE, INC., MIDVALLEY POP WARNER FOOTBALL & CHEER, INC., and ALBANY POP WARNER, (hereinafter "POP WARNER ENTITIES") filed a Motion to Dismiss, or in the alternative, to Transfer Venue on July 24, 2017;

WHEREAS Defendant POP WARNER ENTITIES set their Motion to Dismiss for hearing on September 18, 2017 at 1:30 p.m.;

WHEREAS Plaintiffs' Oppositions to Defendants POP WARNER ENTITIES and NOCSAE'S Motions to Dismiss are presently due on August 28, 2017 and September 4, 2017, respectively. September 4, 2017 is a holiday, therefore, Plaintiffs Opposition to NOCSAE'S Motion to Dismiss is due on September 1, 2017, pursuant to the Court's standing order.

WHEREAS the Parties have agreed to provide Plaintiffs additional time to oppose Defendants Motions to Dismiss, upon Plaintiffs request, based on pre-existing conflicts in Plaintiffs schedule. The Parties agreed to the following amended briefing schedule pending the Court's availability:

1. Plaintiffs will file their oppositions to Defendant POP WARNER'S motions to dismiss no later than September 22, 2017;

2. Defendant POP WARNER'S reply papers will be filed no later than September 29, 2017;

3. A hearing on Defendant POP WARNER'S Motion to Dismiss will be held on October 13, 2017 at 1:30 p.m. or sometime thereafter convenient for the Court.

4. Plaintiffs will file their opposition to Defendant NOCSAE'S motions to dismiss no later than September 27, 2017;

5. Defendant NOCSAE'S reply papers will be filed no later than October 6, 2017;

6. A hearing on Defendant NOCSAE'S Motion to Dismiss will be held on October 20, 2017 at 1:30 p.m. or sometime thereafter convenient for the Court.

DATED: August 22, 2017

GIRARDI | KEESE

By: /s/ Michael P. Kelly
THOMAS V. GIRARDI
ROBERT W. FINNERTY
MICHAEL P. KELLY
Attorneys for Plaintiffs

DATED: August 22, 2017

DENTONS US LLP

By: /s/ Judith Shophet Sidkoff
MICHAEL J. DUVALL
JUDITH SHOPHET SIDKOFF
Attorneys for National Operating Committee on Standards for Athletic Equipment

DATED: August 22, 2017

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Ian A. Stewart

PATRICK M. KELLY
IAN A. STEWART
Attorneys for Pop Warner Little Scholars, Inc. Sparks Nevada Pop Warner Football League, Inc., Palomar Pop Warner Football Conference, Inc., Midvalley Pop Warner Football & Cheer, Inc., and Albany Pop Warner

ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on August 22, 2017, I received concurrence from Pop Warner Little Scholar's counsel, Ian Stewart, to file this document with his electronic signature attached. On August 22, 2017, I received concurrence from NOCSAE's counsel, Judith Shophet Sidkoff, to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 22, 2017.

/s/ *Michael P. Kelly*
MICHAEL P. KELLY

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1126 Wilshire Boulevard, Los Angeles, CA 90017-1904.

On August 22, 2017, I served true copies of the following document(s) described as **STIPULATION RE MOTION TO DISMISS HEARING AND BRIEFING SCHEDULE** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the following Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Girardi | Keese for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

**SERVICE LIST**
Robert B. Lueck
Boornazian Jensen & Garthe
555 12th Street, Suite 1800
Oakland, California 94607

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 22, 2017, at Los Angeles, California.

TRACEY FAUST