CHAMBERS COPY

1   GIRARDI | KEESE
2   THOMAS V. GIRARDI, Bar No. 36603
    ROBERT W. FINNERTY, Bar No. 119775
3   MICHAEL P. KELLY, Bar No. 311045
4   1126 Wilshire Boulevard
    Los Angeles, California 90017
5   Telephone: (213) 977-0211
    Facsimile: (213) 481-1554
6

E-FILED

SEP 2 2 2017

Document # _____

7   *Attorneys for Plaintiffs*

8
9                   UNITED STATES DISTRICT COURT
10        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11   KIMBERLY ARCHIE, as survivor of )   CASE NO. 2:16-cv-06603-PSG-PLA
12   decedent Paul Bright Jr.; JO      )
     CORNELL, as survivor of decedent  )
13   Tyler Cornell, on behalf of       )
14   themselves and all others similarly )  **[PROPOSED] ORDER RE: JOINT**
     situated; JO CORNELL, an          )   **STIPULATION TO DISMISS**
15   individual, on behalf of herself and )  **LEAGUE DEFENDANTS**
16   all others similarly situated; DEBRA )  **WITHOUT PREJUDICE**
     MCCRAE, on behalf of Richard       )
17   Caldwell, on behalf of themselves  )   **[Filed concurrently with the**
18   and all others similarly situated;  )  **Joint Stipulation to Dismiss**
19   SHANNON BARNES, guardian ad        )   **Defendants Sparks Nevada Pop**
     litem for CHASE BARNES;            )   **Warner Football League, Inc.,**
20   SHANNON BARNES, guardian ad        )   **Palomar Pop Warner Football**
21   litem for DREW BARNES;             )   **Conference, Inc., Midvalley Pop**
     SHANNON BARNES, guardian ad        )   **Warner Football & Cheer, Inc., and**
22   litem for CADE BARNES;             )   **Albany Pop Warner Without**
                                        )   **Prejudice**
23              Plaintiffs,             )   Action filed:   September 1, 2016
24                                      )
25   vs.                                )
                                        )
26   POP WARNER LITTLE                  )
27   SCHOLARS, INC.; a nonprofit        )
     corporation; SPARKS NEVADA        )
28   POP WARNER FOOTBALL                )

                              1

1   LEAGUE, INC., a non-profit            )
    corporation; PALOMAR POP             )
2   WARNER FOOTBALL                      )
    CONFERENCE, INC., a California       )
3   corporation; MIDVALLEY POP           )
    WARNER FOOTBALL & CHEER,             )
4   INC., a non-profit corporation;      )
    ALBANY POP WARNER, a non-            )
5   profit corporation; NATIONAL         )
6   OPERATING COMMITTEE ON               )
    STANDARDS ATHLETIC                   )
7   EQUIPMENT, a nonprofit               )
8   organization; and DOES 1-100,        )
                                         )
9                                        )
10              Defendants.              )
                                         )
11  ─────────────────────────────────

12

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**[PROPOSED] ORDER**

This matter comes before the Court on Defendants' and Plaintiffs' Stipulation to dismiss without prejudice, the following defendants only:  (1) SPARKS NEVADA POP WARNER FOOTBALL LEAGUE, INC.; (2) PALOMAR POP WARNER FOOTBALL CONFERENCE, INC.; (3) MIDVALLEY POP WARNER FOOTBALL & CHEER, INC., and (4) ALBANY POP WARNER (collectively "League Defendants").

The Court, having reviewed and considered the Stipulation, and finding good cause therefor, **GRANTS** the parties' request and **ORDERS**:

1. The League Defendants are hereby dismissed, without prejudice, per the Parties Joint Stipulation.

2. Each party is to bear their own costs and fees.

**IT IS SO ORDERED.**

DATED: _9/22_____, 2017

_____
Honorable Philip S. Gutierrez
United States District Judge

3