Patrick M. Patrick M. Kelly (State Bar No. 045426)
*Patrick.Kelly@wilsonelser.com*
Ian A. Stewart (State Bar No. 250689)
*Ian.Stewart@wilsonelser.com*
Daniel H. Lee (State Bar No. 217001)
*Daniel.Lee@wilsonelser.com*
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
555 Flower Street, Suite 2900
Los Angeles, California 90071-2407
Telephone:(213) 443-5100
Facsimile: (213) 443-5101

Anthony B. Corleto, *admitted Pro Hac Vice*
*Anthony.Corleto@wilsonelser.com*
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
1010 Washington Boulevard
Stamford, Connecticut  06901
Telephone: (203) 388-9100
Facsimile: (203) 388-9101

Attorneys for Defendant,
POP WARNER LITTLE SCHOLARS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KIMBERLY ARCHIE, as survivor of decedent Paul Bright, Jr. and JO CORNELL, as survivor of decedent Tyler Cornell<br><br>Plaintiffs,<br><br>vs.<br><br>POP WARNER LITTLE SCHOLARS, INC., a nonprofit corporation<br><br>Defendant. | CASE NO. 2:16-CV-06603-PSG-PLA<br>The Hon. Philip S. Gutierrez<br><br>**DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56**<br><br>*[Filed concurrently with [Proposed] Statement of Uncontroverted Facts; Notice of Lodging [Proposed] Statement; Request for Judicial Notice; Declarations of Anthony B. Corleto,* |

|  |  |
|---|---|
| | *Joseph B. Sala. Ph.D., Julian E. Bailes, Jr., M.D., William B. Barr, Ph.D., ABPP; Rudolph J. Castellini, Jr. M.D., Thomas P. Dompier, Ph.D., LAT, ATC, FNATA; and [Proposed] Order]* |
| | Date:  December 9, 2019<br>Time:  1:30 p.m.<br>Crtrm.: 6A |
| | Pretrial Conf.: January 6, 2020<br>Trial Date:        January 14, 2020 |

PLEASE TAKE NOTICE that on December 9, 2019 at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 6A before the Honorable Philip S. Gutierrez, located at 350 West 1st Street, Los Angeles, California, defendant, POP WARNER LITTLE SCHOLARS, INC. ("Defendant"), will request the Court to grant Defendant's Motion for Summary Judgment dismissing all claims asserted against Defendant in the Third Amended Complaint, or alternatively, Partial Summary Judgment, pursuant to Fed. R. Civ. Pro. 56.

As demonstrated more fully in the accompanying Declarations and Memorandum of Points and Authorities, Defendant is entitled to Summary Judgment, or alternatively, Partial Summary Judgment, on every Cause of Action and every claim for relief because there are no triable issues of material fact.

There is no evidence supporting the first cause of action for negligence or the fifth cause of action for wrongful death because plaintiff fails to show a standard of care that was breached by PWLS, fails to show causation between the defendant's activities and the alleged injury and fails to show an injury in fact.

There is no evidence to support Plaintiff's second cause of action for fraud, the third cause of action for fraudulent concealment or the fourth cause of action for negligent misrepresentation because plaintiff fails to show intent, recklessness,

misrepresentation, concealment or actual reliance.

There is no evidence to support Plaintiff's sixth cause of action for Unfair Competition under Business & Professions Code § 17200 and the seventh cause of action under False Advertising under § 17500 because plaintiff fails to show marketing or advertising directed by PWLS to the plaintiffs, reliance and damages.

Pursuant to the provisions of Local Rule 7-3 of the United States District Court for the Central District of California, before the filing of this Motion, counsel for Defendant and counsel for Plaintiffs met and conferred to discuss the premise and purpose of this Motion on or about October 14, 2019.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the proposed Statement of Uncontroverted Facts and Conclusions of Law, Plaintiffs' Third Amended Complaint, Defendant's First Amended Answer, the Court's file in this action, the Declarations of Joseph B. Sala. Ph.D., Julian E. Bailes, Jr., M.D., William B. Barr, Ph.D., Rudolph J. Castellini, Jr. M.D., Thomas P. Dompier, Ph.D., LAT, matters of which this Court must or may take judicial notice and on such further evidence and argument Defendant may present before or at the hearing on this matter.

Dated: October 25, 2019

Respectfully submitted,
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: _____
Patrick M. Kelly
Anthony B. Corleto
Ian A. Stewart
Daniel H. Lee
Attorneys for Defendant
POP WARNER LITTLE SCHOLARS, INC.

3
DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56

3506213v.1