Patrick M. Kelly (State Bar No. 045426)
*Patrick.Kelly@wilsonelser.com*
Ian A. Stewart (State Bar No. 250689)
*Ian.Stewart@wilsonelser.com*
Daniel H. Lee (State Bar No. 217001)
*Daniel.Lee@wilsonelser.com*
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 Flower Street, Suite 2900
Los Angeles, California 90071-2407
Telephone: (213) 443-5100
Facsimile:  (213) 443-5101

Anthony B. Corleto, *admitted Pro Hac Vice*
*Anthony.Corleto@wilsonelser.com*
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
1010 Washington Boulevard
Stamford, Connecticut  06901
Telephone: (203) 388-9100
Facsimile: (203) 388-9101

Attorneys for Defendant,
POP WARNER LITTLE SCHOLARS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KIMBERLY ARCHIE, as survivor of decedent Paul Bright Jr., JO CORNELL, as survivor of decedent Tyler Cornell<br><br>Plaintiffs,<br>v.<br><br>POP WARNER LITTLE SCHOLARS, INC.,<br><br>Defendants. | Case No. 2:16-cv-06603-PSG-PLA<br><br>Judge: Hon. Phillip S. Gutierrez<br><br>**DEFENDANT POP WARNER LITTLE SCHOLARS, INC.'S NOTICE OF *ERRATA* AS TO ITS OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER TO STRIKE DEFENDANT'S MOTIONS TO EXCLUDE PLAINTIFF'S EXPERTS AND MOTION FOR SUMMARY JUDGMENT**<br><br>Pretrial Conf.: January 6, 2020<br>Trial Date:      January 14, 2020 |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant POP WARNER LITTLE SCHOLARS, INC. ("PWLS") files this Notice of *Errata* to advise the Court as follows:

Upon review of the documents submitted for filing by Defendant PWLS (Dkt. #221), Defendant realized that due to the urgency associated with having to comply with the filing deadline for an Opposition to an Ex Parte Application, Defendant inadvertently filed the incorrect version of its Opposition and supporting Declaration. Defendant sincerely apologizes to the Court for the mistake.

Shortly after filing its Opposition and supporting Declaration (Dkt. #221), Defendant received the Court's Minute Order (Dkt. #222) which appears to render the issue moot, as it states:

> ***MINUTE ORDER (In Chambers): Setting Defendant's improperly filed motions for hearing on December 23, 2019S by Judge Philip S. Gutierrez****:*
> *On October 21, 2019, Defendant Pop Warner Little Scholars, Inc. ("Defendant") filed the following motions: (1) to exclude Stephen T. Casper, Ph.d, see Dkt. no. 203; (2) to exclude Lila Laux, see Dkt. no. 205; (3) to exclude Richard Stalnaker, see Dkt. no. 207; (4) to exclude Enrico Esposito, see Dkt. no. 209; (5) to exclude James Merikangas, see Dkt. no. 211; and (6) for summary judgment, or, alternatively, partial summary judgment, see Dkt. no. 213.*
> *Accordingly, the motions are hereby set for hearing on the next open hearing date, December 23, 2019. Plaintiff's ex parte application, Dkt. no. 220, is thus RENDERED MOOT.*

Nonetheless, to clarify the record, Defendant desires to file the correct version of its Opposition and supporting Declaration. Defendant thus submits

//
//
//
//

1  that the attached Opposition and supporting Declaration be made part of the
2  record instead of the documents submitted under Dkt. #221.
3
4  Dated: November 1, 2019                    **WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER, LLP**
5
6
7                                              By: _____
8                                                  Patrick M. Kelly
                                                   Anthony B. Corleto
9                                                  Ian A. Stewart
                                                   Daniel H. Lee
10                                                 Attorneys for Defendant
                                                   POP WARNER LITTLE
11                                                 SCHOLARS, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 555 South Flower Street, 29th Floor, Los Angeles, California 90071.

On November 1, 2019, I caused the foregoing documents described as

**DEFENDANT POP WARNER LITTLE SCHOLARS, INC.'S NOTICE OF *ERRATA* AS TO ITS OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER TO STRIKE DEFENDANT'S MOTIONS TO EXCLUDE PLAINTIFF'S EXPERTS AND MOTION FOR SUMMARY JUDGMENT**

to be served on the interested parties in this action.

**[X]**   By placing **[X]** a true copy **[]** the original(s) thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

**[X]**   **(BY ELECTRONIC SERVICE) to the United States District Court** – Central District of California, Courtroom 6a.

I declare under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 1, 2019, at Los Angeles, California.

                                      /s/Rolando Castellanos
                                      Rolando Castellanos

# SERVICE LIST

*Kimberly Archie, et al. v. Pop Warner Little Scholars, Inc., et al.*
USDC Case No. 2:16-cv-06603-PSG-PLA
Wilson Elser File No. 13184.00026

**ATTORNEYS FOR PLAINTIFFS**

Boris Treyzon, Esq.
Abir Cohen Treyzon Salo, LLP
16001 Ventura Blvd., Suite 200
Encino, CA  91436
Tel:  (310) 407-7888
Fax: (424) 288-4388
Email: btreyzon@actslaw.com

Robert W. Finnerty, Esq.
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Tel: (213) 977-0211
Fax: (213) 481-1554
Email: rfinnerty@girardikeese.com

**ASSOCIATED ATTORNEY FOR POP WARNER LITTLE SCHOLARS, INC.**

Christopher E. Brumfiel, Esq.
cebrumfiel@wolfewyman.com
Michelle A. Perez, Esq.
maperez@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, CA  94596-3502
Tel:  (925) 708-7000
Fax: (925) 280-0005

**ASSOCIATED ATTORNEY for Defendant POP WARNER LITTLE SCHOLARS, INC.**

Dana Alden Fox, Esq.
Dawn M. Flores-Oster, Esq.
Hellar-Ann Hancock, Esq.
Laura A. Free, Esq.
LEWIS, BRISBOIS, BISGARRD & SMITH, LLP
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
Tel:  (213) 680-5104
Fax: (213) 250-7900
dana.outwit@lewisbrisbois.com
dawn.flores-oster@lewisbrisbois.com
hellar-ann.hancock@lewisbrisbois.com
laura.free@lewisbrisbois.com
nadine.hughes@lewisbrisbois.com

NOTICE OF ERRATA AS TO DEFENDANT'S NOTICE OF ERRATA AS TO ITS OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER TO STRIKE DEFENDANT'S MOTIONS TO EXCLUDE PLAINTIFF'S EXPERTS AND MOTION FOR SUMMARY JUDGMENT

3514759v.1