**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
DAWN M. FLORES-OSTER, SB# 155722
  E-Mail: Dawn.Flores-Oster@lewisbrisbois.com
HELLAR-ANN HANCOCK, SB# 117075
  E-Mail: Hellar-Ann.Hancock@lewisbrisbois.com
LAURA A. FREE, SB# 311453
  E-Mail: Laura.Free@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, POP WARNER LITTLE SCHOLARS, INC., a nonprofit corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KIMBERLY ARCHIE, as survivor of decedent Paul Bright Jr., JO CORNELL, as survivor of decedent Tyler Cornell, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>POP WARNER LITTLE SCHOLARS, INC., a nonprofit corporation; NATIONAL OPERATING COMMITTEE ON STANDARDS ATHLETIC EQUIPMENT, a nonprofit organization; USA FOOTBALL, a foreign nonprofit corporation, and DOES 1-100,<br><br>Defendants. | CASE NO. 2:16-CV-06603-PSG-PLA<br><br>**DEFENDANT POP WARNER LITTLE SCHOLARS, INC.'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE FIRM SIZE AND FIRM LOCATIONS; DECLARATION OF HELLAR-ANN HANCOCK**<br><br>*[Filed concurrently [Proposed] Order]*<br><br>The Hon. Judge Philip S. Gutierrez<br><br>Pretrial Conf.: January 6, 2020<br>Trial Date:    January 14, 2020 |

///

///

///

4821-8268-7148.1

TO THIS HONORABLE COURT AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that on **January 14, 2020** at 9:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 6A of the above entitled court, located at 350 West 1st Street, 6th Floor, Los Angeles, California 90012-4565, Defendant POP WARNER LITTLE SCHOLARS ("Defendant") before trial and selection of jury in the above-entitled matter, will and hereby does move the Court for an Order *in limine* to exclude any reference to or evidence of firm size and firm locations.

This Motion is supported by this Notice, the Memorandum of Points and Authorities attached, the Declaration of Hellar-Ann Hancock and supporting exhibits, the Court's files, and such further evidence and argument as the Court may require at the hearings.

DATED: November 22, 2019  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ___/s/ Hellar-Ann Hancock___
Dana Alden Fox
Hellar-Ann Hancock
Attorneys for Defendant
POP WARNER LITTLE SCHOLARS

4821-8268-7148.1

2

DEFENDANT POP WARNER LITTLE SCHOLARS, INC.'S MOTION IN LIMINE NO. 1 TO EXCLUDE FIRM SIZE AND FIRM LOCATIONS

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

This action arises out of the death Plaintiff, Kimberly Archie's son, Paul Bright Jr., and Jo Cornell's son, Tyler Cornell, which Plaintiffs claim was due to their participation in Pop Warner football from 1997 through 2004.[1] Plaintiffs allege both decedents suffered sub-concussive blows during their participation in Pop Warner football and ultimately developed Chronic Traumatic Encephalopathy which lead to their reckless and erratic behavior and ultimately their deaths via motorcycle accident and suicide.

Defendant proffers this motion in limine to preclude any reference to the size of the law firms and their locations as irrelevant and unduly prejudicial. "David and Goliath" type arguments should not be entertained by the Court.

## II. EVIDENCE OF FIRM SIZE AND FIRM LOCATIONS ARE IRRELEVANT AND UNDULY PREJUDICIAL

"Irrelevant evidence is not admissible." *Fed. Rule Evid.* 402. Evidence is relevant if "it has any tendency to make a fact more or less probable than it would be without the evidence; and the fact is of consequence in determining the action." *Fed. Rule Evid.* 401.

Any reference to, questioning of, or testimony regarding firm size and firm locations has no tendency to prove or disprove any disputed fact of consequence in this action.

The Court, in its discretion, may also exclude evidence "if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence." *Fed. Rule Evid.* 403.

---

[1] Neither Archie's ex-husband, Paul Bright, Sr., nor Jo Cornell's husband, Craig Cornell, are Plaintiffs in this lawsuit.

Reference to firm size and firm location has no probative value. It is wholly irrelevant to any of the issues in this case. It will serve only to unduly prejudice defendants and confuse and mislead the jury. The jury would be left to wonder why the evidence was introduced, and if introduced why it should not be considered. Plaintiffs wish to portray this case as a "David vs. Goliath" dispute by arguing defendant has access to a fleet of attorneys, or defendant's counsel has significant resources. The consumption of time necessary to admit such irrelevant and yet unduly prejudicial, confusing and misleading evidence would be an ineffective use of this Court's time.

### III. CONCLUSION

For the foregoing reasons, the Court is respectfully requested to GRANT Defendant's Motion in its entirety.

DATED: November 22, 2019     LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Hellar-Ann Hancock*
Dana Alden Fox
Hellar-Ann Hancock
Attorneys for Defendant
POP WARNER LITTLE SCHOLARS

## DECLARATION OF HELLAR-ANN HANCOCK

I, HELLAR-ANN HANCOCK, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendant Pop Warner Little Scholars. The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2. If the evidence at issue is introduced, defendant's position at trial will be irreparably diminished. The admission of the evidence addressed in this Motion will be unduly prejudicial. Its introduction will cause the trier of fact to evaluate the evidence based on emotion rather than facts, and defendant would never be able to "unring the bell" if the evidence were introduced. It has no probative value to any material issue in this case. Because of the nature of evidence at issue, defendants respectfully request it be deemed inadmissible at trial.

3. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 12, 2019.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on November ___, 2019, at Los Angeles, California.

*/s/ Hellar-Ann Hancock*
HELLAR-ANN HANCOCK

# FEDERAL COURT PROOF OF SERVICE

Kimberly Archie v. Pop Warner Little Scholars, Inc. - Case No. 2:16-cv-06603-PSG-PLA

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On November 22, 2019, I served the following document(s): DEFENDANT POP WARNER LITTLE SCHOLARS, INC.'S MOTION IN LIMINE NO. 1 TO EXCLUDE FIRM SIZE AND FIRM LOCATIONS; DECLARATION OF HELLAR-ANN HANCOCK

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on November 22, 2019, at Los Angeles, California.

/s/ *Tania Moore*
Tania Moore

4821-8268-7148.1

*DEFENDANT POP WARNER LITTLE SCHOLARS, INC.'S MOTION IN LIMINE NO. 1 TO EXCLUDE FIRM SIZE AND FIRM LOCATIONS*

# SERVICE LIST
## Kimberly Archie v. Pop Warner Little Scholars, Inc.
## 2:16-cv-06603-PSG-PLA

Robert W. Finnerty, Esq.  
Law Offices of Robert W. Finnerty  
16001 Ventura Blvd.  
Encino, CA 91436  
Telephone: (747) 214-4182  
rfinnerty@girardikeese.com

*Attorneys for Plaintiff*  
Jo Cornell

Christopher E. Brumfiel, Esq.  
Robert B. Lueck, Esq.  
BOORNAZIAN, JENSEN & GARTHE  
A Professional Corporation  
555 12th Street, Suite 1800  
Oakland, CA 94607  
Telephone: (510) 834-4350  
Fax: (510) 839-1897  
cbrumfiel@bjg.com  
rlueck@bjg.com  
(Via Mail)

*Attorneys for Defendant*  
Pop Warner Little Scholars, Inc.

Ian A. Stewart, Esq.  
Patrick M. Kelly, Esq.  
WILSON ELSER MOSKOWITZ  
EDELMAN & DICKER, LLP  
555 South Flower Street, Suite 2900  
Los Angeles, CA 90071-2407  
Telephone: (213) 443-5100  
Fax: (213) 443-5101  
ian.stewart@wilsonelser.com  
Patrick.kelly@wilsonelser.com

*Attorneys for Defendant*  
Pop Warner Little Scholars, Inc.

Anthony B. Corleto, Esq.  
WILSON ELSER MOSKOWITZ  
EDELMAN & DICKER, LLP  
1010 Washington Boulevard  
Stamford, Connecticut 06901  
Telephone: (203) 288-2404  
Fax: (203) 388-9101  
anthony.corleto@wilsonelser.com  
(Admitted Pro Hac Vice)

*Attorneys for Defendant*  
Pop Warner Little Scholars, Inc.