## EXHIBIT A

*Brent T. Harris, MD, PhD*
*Neuropathologist*

4000 Reservoir Rd, NW
Building D, Rm 207
Washington, DC 20057
Phone (202) 687-5345
Fax (202) 687-7378
bth@georgetown.edu

January 30, 2019

**RE: Archie and Cornell vs. Pop Warner**

Dear Mr. Kelly,

In this initial case review I have reviewed digital slides, autopsy reports, as well as neuropathology evaluation reports from Boston University for decedents Paul Bright Jr. and Tyler Cornell at the request Attorney Mike Kelly of legal firm Girardi and Keese.

Section 1: Qualifications

I am an anatomic pathologist/neuropathologist (board certified in both AP and NP), member of the American Association of Neuropathologists, and Fellow of the College of American Pathologists. I have been in practice for 20 years, practicing at the following academic medical centers: Stanford University Medical Center, Dartmouth Medical School, and Georgetown University Medical Center. I am currently an Attending Pathologist, Associate Professor in Neurology and Pathology with tenure, and Director of Neuropathology at Georgetown University Medical Center in Washington, DC. In addition, I am the sole Neuropathology Consultant for the Washington, DC Office of the Chief Medical Examiner. I also serve as a neuropathology consultant for the National Institutes of Health, the Washington DC Veterans Administration Hospital, Howard University Hospital, MedStar Hospital System, US Dept of Justice, University of Miami Brain Endowment Bank, and Poplar Healthcare. In each of these institutions I have various roles as clinical neuropathologist, educator, and physician-scientist researcher.

Over the years of my training and as a practicing pathologist I have reviewed over 10,000 surgical pathology and autopsy cases. In the last 6 years I have reviewed for the DC Office of the Chief Medical Examiner and in my academic clinical neuropathology practice more than 200 pediatric and adult autopsies associated with recent or remote head trauma. I have made the diagnosis of chronic traumatic encephalopathy approximately a dozen times. I serve on the Medical Advisory Board for Pink Concussions, a non-profit group focused on female head injury advocacy. I also teach the head trauma lectures to the Georgetown University medical students.

My research areas of interest (supported by Federal, Institutional, and Foundation grants) include neurodegenerative diseases, adult and pediatric CNS tumors, head trauma, and how neuroinflammation may play a role in these processes. I serve on multiple scientific journal editorial boards in these areas. In the clinical and scientific peer-reviewed literature I have over 150 articles, book chapters, and meeting abstracts in these areas (additional qualifications listed in CV). In the last five years, I have testified as a medical expert for the HHS/DOJ VICP in four cases (and prepared expert reports in approximately 12 cases), as a medical expert for the defendant in one civil medical litigation case and medical expert for the plaintiff (State of Maryland, State of West Virginia) in three infant homicide cases. During the last 5 years, I have received annually on average less than 5% of my salary for medical legal consulting work. Other than the legal team for the plaintiff, I have not spoken to any other parties regarding this case.

Section 2: Materials Reviewed

A. REPORTS: Consult neuropathology reports from Dr. Thor Stein (VABT-14211, K-0019), Autopsy reports from Dr. C. Rogers (Case #: 2014-0614) and Dr. A. Panchal and Dr. C. Lwin (Case #:2014-02378) both from the Los Angeles County Department of Coroner

B. Digitized Microscopic slides from Boston University Chronic Traumatic Encephalopathy (CTE) neuropathology group (H&E and various immunohistochemistry and special stain slides in .svs format)

Section 3: Case Summary and Autopsy Findings

A.   Clinical/Incident facts:
Decedent's Name: Paul Bright Jr. (PB) DOB: 7/28/1990; DOD: 09/01/2014

Briefly, per the investigation report the decedent was a helmeted motorcyclist who struck another vehicle and was ejected from the vehicle. Paramedics upon arrival noted blood in ears and pupils that were fixed and dilated. He was transported to the ER, and emergency room personnel attempted resuscitation without success.

B.   Pathology Findings at Autopsy for PB:

The autopsy was performed by Dr. C. Rogers and his Fellow Dr. K. Su on 09/04/14 at 0930, several days after death. They noted multiple injuries to the head, torso, and extremities consistent with a high-speed motor vehicle accident. These are detailed in the autopsy report (2014-06014). The non-CNS internal organs showed no significant pathological abnormalities other than those associated with the life ending trauma. Toxicology report was significant for marijuana only. The manner/cause of death was determined to be accidental. The brain was sent to BU CTE program per family's request.

Dr. Stein received the full brain and performed an extensive neuropathological workup focused to investigate for recent or remote traumatic injury and/or neurodegenerative disease (case designated as Autopsy#:K-0019). Following the fairly recently reported diagnostic criteria for CTE published by Stein's colleague at BU, Dr. A. McKee, and co-authors (McKee, et al. 2013). The pertinent findings (or lack of findings) by Dr. Stein include external gross observations of a normal brain weight of 1360 grams, no recent or remote subarachnoid hemorrhage, no atrophy or asymmetry, no mention of encephalomalacia or herniations. On cut section the pertinent findings were: normal appearing ventricles with exception of left temporal horn with 2+ widened ventricle, a 3cm right internal capsule smooth-walled cavity, hemorrhagic necrosis of left periventricular white matter, disruptions of multiple right and left white matter areas, thinning of the posterior corpus callosum. Pertinent microscopic findings include: unremarkable leptomeninges, swollen and sometimes necrotic blood vessels, cortical sections showing microgliosis, acute hypoxic-ischemic neurons, AT-8/tau-positive neurons and grain-like dots around some vessels but no glial tau positive cells, centrum semiovale white matter with mild arteriosclerosis change and surrounding macrophage deposition, no Lewy bodies or beta amyloid plaques, no TDP43 abnormalities, unremarkable midbrain and brainstem, cerebellum with acute hypoxic-ischemic Purkinje neurons, unremarkable spinal cord. Dr. Stein's final diagnoses are: 1. Chronic traumatic encephalopathy: Stage I/IV and 2. Diffuse hypoxic/ischemic injury.

C.   Clinical/Incident facts:
Decedent's Name: Tyler Cornell (TC) DOB: 2/18/89; DOD: 04/03/2014

Briefly, per investigative report on 4/3/14 a family member heard a gunshot and found decedent unresponsive in bathroom. Paramedics arrived and found no life signs at the scene and TC was declared dead. Family relayed to paramedics/investigators that TC had a history of depression with suicidal ideation. They also reported that he had played football for 12 years and had sustained 2-3 concussions. They believed he might have had a traumatic brain syndrome.

A clinical report from BU physician, Dr. Jesse Mez, describes TC's head trauma exposure to include 10 years of football, beginning at age 8 and going into 4 years of high school. 2 concussions are noted. A car accident is also noted during his senior year, but there is no mention of head trauma associated with this. Following the accident he is reported to have had his first major depressive episodes and then several manic episodes with occasional psychotic features. He smoked marijuana. He had 6 hospitalizations for psychiatric illness. He had some violent episodes and started a fire. His clinical diagnosis from a panel of physicians was bipolar disease with CTE and PTSD as contributing diagnoses.

2

D. Pathology Findings at Autopsy for TC:

The autopsy was performed by Dr. A. Panchal and Dr. C. Lwin (Case #:2014-02378) both from the Los Angeles County Department of Coroner on 4/6/14 at 0800, several days after death. They noted a contact, perforating gunshot wound to the head from right to left with no projectile in the head at autopsy. Periorbital ecchymoses, sub-galeal and subarachnoid hemorrhages, and skull fractures were found. The remainder of the body autopsy was not significant for other organ pathology. Toxicology found no illicit substances. The manner/cause of death was determined to be gunshot wound to the head/suicide.

The brain was first examined by neuropathologist Dr. C. Lwin at the LA County Coroners. Dr. Lwin describes extensive mechanical/traumatic damage to the brain and meninges with a heavy weight of 2000g, severe swelling, multiple contusions, multiple acute hemorrhages, and multiple herniations. Microscopic examination complemented the gross findings. Dr. Lwin reports that "neuropathological evidence for CTE is not found, such as neurofibrillary tangles, astrocytic tangles, and axonal injury", but no mention of any special stains or immunohistochemistry is made in this workup. Determination of CTE cannot be made without additional studies as those subsequently performed at BU.

The cut brain fragments were also sent to BU for neuropathological examination by Dr. Stein. His report (designated as Autopsy#: VABT-14211) describes gross pertinent findings of: multiple acute hemorrhages, no atrophy of the cerebral cortex, hemorrhage in the ventricle and subcortical white matter, and unremarkable midbrain, brainstem, and cerebellum. His microscopic examination is extensive and focus on pertinent sampling of multiple areas to investigate for CTE and/or other neuropathological abnormalities. Pertinent microscopic findings by Dr. Stein were: no leptomeningeal fibrosis, no Lewy bodies/neurites or pTDP-43 aggregates, mild arteriosclerosis changes. A number of areas showed increased tau positive neuronal and/or glial tangles/threads including the dorsolateral frontal lobe (sulcal depth, superficial layers, and subpial) and locus ceruleus in the pons. Mild loss of Purkinje neurons in the cerebellum was noted. Acute hypoxic-ischemic neurons were noted in the hippocampus. Dr. Stein's final diagnoses are: 1. Chronic traumatic encephalopathy: Stage I/IV and 2. Diffuse hypoxic/ischemic injury.

Section 4: Comment

I was not provided with gross photographic images of the brains for these two cases, but I believe they were described sufficiently at the time of autopsy and in consultation with BU. I have no reason to believe that the gross descriptions were anything but accurate. I also believe that the autopsies were performed appropriately from reading the careful reports. The BU neuropathological workup was carried out with extensive sampling of multiple areas of the brain and with thorough staining techniques to expertly examine for neurodegenerative diseases. The BU lab that carried this out is arguably the most experienced lab in the country and perhaps the world to do this type of work. I have toured their laboratory, and they have the appropriate protocols and controls in place to do this type of technical work with expertise.

In reviewing the microscopic images on the computer using digital microscopy software (Aperio ImageScope) I must acknowledge that it is difficult to view as accurately as using glass slides and a microscope. However, the sections were scanned appropriately and were of sufficient quality to view and render an opinion. The most convincing staining for early stages of CTE comes from tau immunostains (CP13 Ab) of neurons and glia at the depths of sulci for TC in the frontal lobe (provided as separate pdf and tif images) and AT-8 immuno-positive cells also in frontal lobe sections for PB. Also, the findings of arteriosclerosis with surrounding hemosiderin/hemotoidin laden macrophages is suggestive of more chronic disease/prior vascular injury. These type of findings are not seen in my experience in young adult brains except in the setting of prior head trauma and meet the criteria for early CTE, specifically Stage I out of 4 (McKee, 2013). All other findings appear to be more acute and related to the immediate trauma both young men suffered prior to their deaths. The hypoxic-ischemic changes reported are most likely related more to autolysis changes after death rather than due to several hours of life after the injuries until death which these young men did not have. They likely died immediately or very soon after their trauma.

Section 5: Conclusion

A long-term consequence of head injury in some individuals has been the development of clinically variable neurodegenerative diseases collectively termed "chronic traumatic encephalopathy." CTE, initially recognized in some boxers nearly 100 years ago and called dementia pugilistica, is now actively being investigated in the context of many contact sports. Military exposure to head trauma (e.g., blast injury) is also hypothesized to lead to CTE, though only a few neuropathological studies have been reported. The number, intensity, and type of injuries linked with age and potential genetic susceptibility of individuals to developing CTE are largely unknown. Initial symptoms are recognized several to many years after the trauma with memory problems, headaches, dizziness, and social instability, though neuropathologic changes likely proceed clinical manifestations. As the disease progresses, dementia, motor disability, tremors, speech difficulty, and increased risk for suicide/homicidal violence can be seen. Currently, no established serum or imaging biomarkers of disease are recognized.

The neuropathological findings at autopsy for CTE have recently been described. The hallmark lesions are increased phosphorylated tau expression in both neurons and glia with perivascular distribution in depths of sulci recognized in early stages and increased tauopathy with neurofibrillary tangles widely distributed in later stages of disease. Atrophy later in disease is seen with variable loss of neurons in the neocortex, hippocampus, midbrain, cerebellum, and brainstem.

In my opinion, there is sufficient diagnostic evidence to support early chronic traumatic encephalopathy as a neuropathological diagnosis for both of these cases. Acute trauma to the brain for both individuals was the immediate cause of death.

I hold the opinions expressed in this report to a reasonable degree of medical and scientific certainty. I reserve the right to amend my report and opinions if additional information is uncovered.

References:

McKee AC, Stern RA, Nowinski CJ, et al. The spectrum of disease in chronic traumatic encephalopathy. Brain. 2013;136(Pt 1):43–64.

Brent T. Harris, MD, PhD
Neuropathologist