# EXHIBIT C

1  Boris Treyzon, Esq. (SBN 188893)
   *btreyzon@actslaw.com*
2  Joseph Finnerty, Esq. (SBN 298678)
   *jfinnerty@actslaw.com*
3  Michael Kelly, Esq. (SBN 311045)
   *mkelly@actslaw.com*
4  **ABIR COHEN TREYZON SALO, LLP**
   16001 Ventura Blvd, Suite 200
5  Encino, California 91436
   Telephone: (424) 288-4367 | Fax: (424) 288-4368
6
   Attorneys for Plaintiff
7

8           **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  KIMBERLY ARCHIE, as survivor or          Case No.: 2:16-cv-06603-PSG-PLA
    decedent Paul Bright Jr.; JO
12  CORNELL, as survivor of decedent         *Assigned To: Honorable Philip Gutierrez,*
    Tyler Cornell, on behalf of themselves   *Courtroom 6a, 6th Floor*
13  and all others similarly situated;
                                             **PLAINTIFFS' DISCLOSURE OF**
14           Plaintiff,                       **EXPERT WITNESSES**

15  vs.                                      *Action Filed:*    September 1, 2016
                                             *Trial Date:*      January 14, 2020
16  POP WARNER LITTLE SCHOLARS,
    INC., a nonprofit corporation;
17  NATIONAL OPERATING
    COMMITTEE ON STANDARD S
18  ATHLETIC EQUIPMENT, a
    nonprofit organization; USA
19  FOOTBALL, a foreign nonprofit
    corporation, and DOES 1-100
20
             Defendants.
21

22

23       **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

24       COMES NOW PLAINTIFFS, Kimberly Archie, as survivor of decedent

25  Paul Bright Jr., Jo Cornell, as survivor of decedent Tyler Cornell (hereinafter

26  "Plaintiffs") who submits the following Expert Witness Disclosure pursuant to the

27  terms and provisions of *Federal Rules of Civil Procedure* ("FRCP"), *Rule*

28  *26(a)(2)(B)*, hereby discloses the following retained and/or specially employed

1  experts, whose opinions Plaintiffs expects to use at trial as follows:

2  **1. Dr. Bennet Omalu, MD, MPH, CPE, DABP-AP, CP, FP, NP**

3  3031 West March Lane, Suite 323

4  Stockton, CA 95219

5  Telephone: (916) 513-5253

6  A copy of Dr. Bennet Omalu's report is attached hereto as Exhibit "1". Dr.

7  Omalu's report contains Dr. Omalu's CV and list of testimonies.

8  **2. Nathan Rose**

9  8200 Quebec St. A3-523

10  Centennial, Colorado 80111

11  Telephone: (720) 839-1995

12  A copy of Mr. Rose's report is attached hereto as Exhibit "2". Mr. Rose's

13  report contains his CV and a list of testimonies.

14  **3. Madeline Swortwood, Ph.D.**

15  Department of Forensic Science, College of Criminal Justice, Sam Houston

16  State University

17  Chemistry and Forensic Science Building, RM 221D, P.O. Box 2525, 1003

18  Bowers Blvd., Huntsville TX 77340

19  Telephone: (936) 294-4319

20  A copy of Dr. Swortwood's report is attached hereto as Exhibit "3". Dr.

21  Swortwood's report contains her CV and a list of testimonies.

22

23  Dated: November 8, 2019          Respectfully submitted,

24

25

26                                 By:  */s/ Joseph R. Finnerty*

27                                      Joseph R. Finnerty
                                        **Attorney for Plaintiffs**
28

2

PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES

# EXHIBIT 1



# Bennet Omalu
### P A T H O L O G Y

Phone: 916-513-5253
Fax: 866-402-6875
bennetomalu@bennetomalu.com

**Autopsy and Anatomic Pathology**
**Clinical Pathology and Toxicology**
**Forensic Pathology**

**Neuropathology**
**Epidemiology**
**Medico-Legal Consultations**

November 8, 2019

Danny Abir, Esq.
Abir Cohen Treyzon Salo, LLP
16001 Ventura Boulevard, Suite 200
Encino, CA 91436

Dear Mr. Abir,

**Re:    PAUL WAYNE BRIGHT, JR, DECEASED**
**MEDICO-LEGAL REPORT**

## SUMMARY OF EDUCATION, TRAINING AND EXPERIENCE

I completed medical school in 1990 at the University of Nigeria, Enugu, Nigeria. Upon graduating from medical school, I completed a one-year clinical housemanship at the University of Nigeria Teaching Hospital in the fields of pediatrics, internal medicine, general surgery, obstetrics and gynecology. After housemanship, I became an emergency room physician at a university hospital in Nigeria and remained an emergency room physician for approximately three years. I sat for and passed my United States Medical Licensing Examinations [USMLE] and I came to the United States in 1994 through a World Health Organization scholarship. I completed residency and fellowship training in four subspecialties of medicine namely anatomic pathology, clinical pathology, forensic pathology and neuropathology. I hold four board-certifications in these four subspecialties of medicine. I also hold a Masters in Public Health [MPH] degree in Epidemiology and a Masters in Business Administration [MBA] degree from the Tepper School of Business, Carnegie Mellon University, one of the leading business schools in the world. I am a Certified Physician Executive and an honorary fellow of the American Association of Physician Leadership [AAPL]. I also hold a fifth board-certification in medical management from the AAPL. I am licensed to practice medicine and surgery in four states in the United States namely Hawaii, California, Indiana and Pennsylvania.

I am currently the President and Medical Director of Bennet Omalu Pathology [BOP], a California medico-legal consulting firm, and a Clinical Professor at the Department of Medical Pathology and Laboratory Medicine, University of California, Davis. In my capacity as the Medical Director of BOP, I am a consulting forensic pathologist and neuropathologist to many hospitals in central California and to several counties in northern California. There are less than a few dozen practicing forensic pathologists-neuropathologists in the United States who are board-certified in both forensic pathology and neuropathology.

For over nineteen years, I have been involved in over nine thousand death and injury investigations in my career as a forensic pathologist and neuropathologist, which began in 1999.

I have personally conducted and performed over eight thousand autopsies and death investigations and examined over nine thousand brain tissue specimens. I also perform trauma pattern analysis in both living patients and deceased patients to determine causes and mechanisms of sustenance of injuries and death. I am also involved in the evaluation of living victims of all types of injuries and trauma, including but not limited to victims of assault, traumatic falls, industrial and accidental injuries, medical complications and misadventures, rape, child abuse and sports-related injuries. I have been consulted and retained as an expert witness in one to two thousand cases involving all types of medico-legal cases across all jurisdictions in the United States including federal, state, county and municipal courts and arbitration panels; in both civil and criminal cases, for the plaintiff, defense, district attorneys and public defenders. I have been involved as an expert witness in complex class action and industrial lawsuits involving thousands of individuals and major corporations.

My areas of interest and focus include brain patho-physiology, brain injuries and brain trauma, in both living and deceased patients. I identified Chronic Traumatic Encephalopathy [CTE] in a retired football player when I performed an autopsy and examined the brain of Mike Webster in 2002. Subsequently, I identified CTE in other high-impact, high-contact sports athletes and in military veterans suffering from Post-Traumatic Stress Disorder [PTSD]. Since 2002 CTE has received international attention from the sports industry, sports medicine and neuroscience. My work has been featured extensively in all media platforms across the world. My work and life were featured in a major Hollywood film, "Concussion" released in December 2015 by Sony Motion Pictures, in which the renowned actor, Will Smith, played me as Dr. Omalu. Several New York Times best-selling books have also been published on my life and work including "The League of Denial" and "Concussion". I have published several books including my memoir, "Truth Doesn't Have a Side", which was published in August 2017. My latest book, "Brain Damage in Contact Sports" was published in February 2018. I have published extensively in the medical and scientific literature authoring many scientific papers and book chapters.

I have received three honorary PhD degrees from two universities in the United States, and from the Royal College of Surgeons of Ireland in recognition of my work and expertise. I have also received numerous awards from across the world in recognition for my work and expertise in both living and deceased patients. I have received the "Distinguished Service Award" from the American Medical Association [AMA], which is the most prestigious award of the AMA. I have been honored by the United States Congress and I have appeared on multiple occasions before committees of the United States Congress and committees of State Legislatures across the Unites States advising them on matters relating to trauma. In 2019 I was appointed to the Traumatic Brain Injury Board of the State of California to advise the state on matters relating to traumatic brain injuries.

Since 1999 I have testified as an expert witness in matters relating to all types of injuries and deaths in over 500 court proceedings across the United States. I have attached a copy of my curriculum vitae, which enumerates my body of work and experience in greater detail. I have also attached my fee schedule. The cases I have testified in, beginning in 2009, are enumerated at the end of my curriculum vitae.



Pursuant upon your request, I have reviewed the following materials in the case of Paul Wayne
Bright, Jr., Deceased:

1. Traffic collision report from the State of California
2. Autopsy report from the Department of Medical Examiner-Coroner, County of Los Angeles
3. Death Certificate from the Department of Public Health, County of Los Angeles
4. Neuropathology report from Boston University
5. Deposition transcript of Craig Cornell, April 5, 2019
6. Report by David A. Krauss, Ph.D.
7. Declaration of Bennet Omalu, MD
8. Deposition transcript of Jo Cornell
9. Deposition transcript of Kimberly Archie
10. Clinical informant interview from Boston University Brain Bank
11. Clinical report from Boston University
12. Toxicology report from Vina Spiehler, Ph.D.
13. Book titled "Brain Damaged"
14. Narrative by family on the behavior of Paul Wayne Bright, Jr. Deceased

## DECLARATIONS

1. Paul Wayne Bright Jr. [Paul Bright] was born on July 28, 1990 and died on September 1,
   2014. He died as a result of Blunt Force Trauma of the Head and Trunk sustained in a
   motor vehicle crash when the motorcycle, he was driving collided with a car. Paul Bright
   was at fault when he drove his motorcycle recklessly at a high speed.

2. A post-mortem neuropathological examination of Paul Bright's brain confirmed that Paul
   Bright was suffering from Chronic Traumatic Encephalopathy [CTE].

3. CTE was a significant and substantial contributory factor to the mechanisms of death,
   cause of death and manner of death of Paul Bright.

4. Paul Bright's family, social, education, criminal and medical histories during his lifetime,
   prior to his death were consistent with the diagnosis of CTE.

5. CTE is a permanent and progressive neurodegenerative brain disease and brain damage.
   Exposure to blunt force trauma of the brain is the most significant causal risk factor for
   CTE including single, episodic and repetitive blunt force trauma. CTE is not an isolated
   mutually exclusive disease. CTE is one disease in the spectrum of diseases known as
   Traumatic Encephalopathy Syndromes [TES], which are caused by exposure to brain
   injury and traumatic brain injury ranging from sub-concussions to concussions, post-
   concussion syndrome, post-traumatic encephalopathy, post-traumatic epilepsy, CTE,
   neuropsychiatric diseases, dementias, chronic neurovascular diseases and neuromuscular
   disorders.

6. Paul Bright played American football [football] at the Pop Warner level and in his
   freshman year in high school beginning at the age of 7 and ending at the age of 15 years
   old.



7.   Football is a high-impact, high-contact sport that causes a 100% risk exposure to blunt force trauma of the head and brain. The play of football involves inherent intentional blows to the head as part of the play.

8.   In just one game of football a child may be exposed to tens of blows to the head. In just one season of football a child may be exposed to hundreds to thousands of blows to the head. Blows to the head cause sub-concussive and concussive injuries to the brain including cellular cytoskeletal injuries, microvascular injuries and membrane injuries of the brain. A child may suffer permanent brain damage only after one season of playing football. The greater the duration and intensity of exposure the greater the risk of permanent and irreversible brain damage.

9.   There is no safe blow to the human brain, which is a post-mitotic organ that comprises 60-80% water and hundreds of billions of brain cells. The brain does not have any reasonable ability or capacity to regenerate itself especially after injuries unlike other organs in the body. Injuries of the brain are permanent injuries that also exhibit the phenomenon of cumulative injury exposure. This means that the eventual outcome of brain damage is an accumulation of all exposures to trauma over time.

10.  There is no known or established threshold for permanent brain damage following exposure to trauma. One episode of violent blows to the head, blunt force trauma or concussion has been known to cause permanent and irreversible brain damage, as well as several episodes and repetitive episodes. Sub-concussive and concussive brain injuries all belong to the spectrum of traumatic damage to the brain, which are likely to be permanent. There is no cure or complete reversal of all forms of brain damage.

11.  While football players wear helmets during the play of football, it is pertinent to note that helmets do not prevent sub-concussive or concussive injuries of the human brain. In fact, helmets may increase the risk of suffering from sub-concussive and concussive injuries of the brain while playing football. Helmets prevent only catastrophic injuries to the head, face and brain including abrasions, contusions and lacerations of the face and scalp, fractures of the skull and skeleton of the face, epidural hemorrhages, subdural hemorrhages and other intracranial hemorrhages. Therefore, with or without a helmet, a player who plays football suffers sub-concussive and concussive brain injuries and brain damage.

12.  Following cessation of exposure to repetitive blows to the head and blunt force trauma of the head, symptoms of brain damage, CTE and other forms of Traumatic Encephalopathy Syndromes [TES] can manifest over a wide spectrum of temporal symptomatology. Symptoms may begin to manifest immediately during the exposure, remain permanent and progressive and worsen over time. There may be a transient recession of symptoms and after a latent period of weeks to months to years to decades, symptoms may slowly emerge and progress. Symptoms may be very subtle and go unnoticed for a long time and begin to worsen progressively after a latent period from weeks to months to years to decades. There may not be any noticeable incapacitating symptoms, however after a latent period of up to 40 years, symptoms may emerge slowly and progress.



13.   CTE and brain trauma, like other disease syndromes, do not manifest or affect each and every individual the same way. This variability in symptomatology falls within the established science and phenomenon of the central limit theorem.

14.   CTE manifests with five major categories of symptoms, viz: mood disorders, behavioral disorders, cognitive disorders, motor disorders and other somatic symptoms.

15.   The mood disorders may include but are not limited to depression and anxiety disorders, bipolar disorders, parasuicides and suicides and other neuropsychiatric disorders. The behavioral disorders may include but are not limited to impulsivity, poor judgement, criminality, recklessness, sexual improprieties and other social improprieties, irrational high-risk behaviors, alcohol abuse and drug abuse, and deterioration in intimate and family relationships and divorce. The cognitive disorders may include but are not limited to diminishing intelligence, diminishing capacity to acquire new information and form new knowledge, diminishing ability to mentally focus on intellectual tasks, inability to attain higher levels of education, inability or impaired ability to engage in complex and sophisticated thinking and executive functioning, impaired memory and other intellectual domains and impaired language. The motor disorders may include but are not limited to focal lateralizing motor disorders, parkinsonism and motor neuron disorders. Other somatic symptoms may include but are not limited to headaches, insomnia and sleeping disorders and other endocrinopathies like diminishing sex drive, erectile dysfunction and impotence.

16.   Sufferers of TES, including CTE have significantly increased risks of earlier death from violent causes and from self-destructive and self-harm behaviors and suicides. Studies have shown that they are more likely to die before the age of 42 years old when compared to the general population and have a many fold increased risk of dying from suicides than the general population.

17.   Based on the generally recognized, accepted and established principles and common knowledge of the symptomatology and clinimetrics of trauma-induced brain damage or traumatic encephalopathy across the centuries, beginning from the time of Hippocrates around 400 B.C., it is vividly obvious that exposure to repetitive violent impacts to the head sustained during the play of football for nine years as a child, Paul Bright, suffered permanent and progressive brain damage, which caused him to exhibit a spectrum of progressive symptoms which culminated in his eventual and expected violent death.

18.   In summary therefore, CTE was a substantial and significant contributory factor to the violent death of Paul Bright. If not for CTE, it was more likely than not, that Paul Bright would have been alive today living in pursuit of his happiness. Exposure to repetitive sub-concussive and concussive blows to the head while playing football was therefore a significant and substantial contributory factor to his death as a significant and substantial underlying and contributory factor that instigated and initiated the progressive cascades of brain damage and CTE.

I have provided my opinions with a reasonable degree of medical certainty.



Thank you.


Very truly yours,




**Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP**
Clinical Pathologist, Anatomic Pathologist, Forensic Pathologist, Neuropathologist, Epidemiologist
President and Medical Director, Bennet Omalu Pathology
Clinical Professor of Medical Pathology and Laboratory Medicine, University of California, Davis

Bennet Omalu

## CURRICULUM VITAE AND BIBLIOGRAPHY

### PART 1: CURRICULUM VITAE

## BENNET I. OMALU, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP

Anatomic Pathologist/ Clinical Pathologist/ Forensic Pathologist/ Neuropathologist/ Epidemiologist
Clinical Professor of Medical Pathology and Laboratory Medicine, University of California, Davis [UC-Davis]
President and Medical Director, Bennet Omalu Pathology [BOP], Inc.
Director and Co-Founder, CereMark Pharma, LLC

The Fountains
3031 West March Lane, Suite 323
Stockton, CA 95219

bennetomalu@bennetomalu.com

## Honorary Doctorate Degrees:

1.    Doctor of Science
      Westminster College
      Fulton, Missouri, September 15, 2016

2.    Doctor of Science
      Xavier University of Louisiana
      New Orleans, Louisiana, May 7, 2016

3.    Doctor of Science
      Royal College of Surgeons in Ireland
      Dublin, Ireland, June 7, 2017

## Degrees and Certifications:

1.    Board Certification in Anatomic Pathology (AP)
      Diplomate, American Board of Pathology
      American Board of Pathology, July 2002.

2.    Board Certification in Clinical Pathology (CP)
      Diplomate, American Board of Pathology
      American Board of Pathology, July 2003.

3.    Board Certification in Forensic Pathology (FP)
      Diplomate, American Board of Pathology
      American Board of Pathology, November 2004.

4.    Board Certification in Neuropathology (NP)
      Diplomate, American Board of Pathology
      American Board of Pathology, September 2005.

5.    Board Certification in Medical Management
      Certified Physician Executive [CPE]
      Certifying Commission in Medical Management
      American College of Physician Executives, February 2011

6.    Masters in Public Health (MPH), Epidemiology
      University of Pittsburgh, Graduate School of Public Health
      Pittsburgh, Pennsylvania, April 2004.

7.    Masters in Business Administration [MBA]
      Tepper School of Business, Carnegie-Mellon University
      Pittsburgh, Pennsylvania, May 2008.

8.    One year clinical Internship Certificate, general/ family practice
      University of Nigeria Teaching Hospital, Enugu, Nigeria, January 1992.

Case 2:16-cv-06603-PSG-PLA   Document 231-4   Filed 12/02/19   Page 13 of 154   Page ID
#:7714
*Curriculum Vitae and Bibliography*     Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP     **Page 3 of 80**

9.  Bachelor of Medicine and Bachelor of Surgery (M. B., B. S.)
    University of Nigeria, Enugu, Nigeria, June 1990.

10. United States Medical Licensing Examinations (Steps I and II), September 1993.

11. United States Medical Licensing Examination Step III, May 1998.

12. Grade 1 certificate in the Theory of Music, The Royal Schools of Music, London, England, 1981.


## Professional and Post-Graduate Education and Training

1.  College of Medicine,
    University of Nigeria, Enugu, Nigeria.                          July 1984 - July 1990

2.  House Physician,
    Department of Pediatrics,
    Enugu General Hospital, Enugu, Nigeria.                         August 1990 - Dec. 1990

3.  Internship in General/ Family Practice,
    University of Nigeria, Hospital, Enugu, Nigeria.                January 1991 - January 1992

4.  Emergency Room Physician,
    Jos University Hospital, Jos, Nigeria.                          March 1992 - October 1994

5.  Visiting/ Research Scholar,
    Cancer Epidemiology, Dept. of Epidemiology,
    School of Public Health, University of Washington, Seattle.    October 1994 - June 1995

6.  Pathology Residency, Anatomic/ Clinical
    College of Physicians and Surgeons of Columbia University,
    Harlem Hospital Center, New York City.                         July 1995 - June 1999

7.  Fellowship training in Forensic Pathology,
    Allegheny County Coroner's Office
    University of Pittsburgh, Pittsburgh, Pennsylvania.            July 1999 - June 2000

8.  Fellowship training in Neuropathology,
    University of Pittsburgh Medical Center
    University of Pittsburgh, Pittsburgh, Pennsylvania.            July 2000 - June 2002

9.  Masters in Public Health: Epidemiology
    Graduate School of Public Health
    University of Pittsburgh, Pittsburgh, Pennsylvania             June 2002 – April 2004

10.   Masters in Business Administration
      Tepper School of Business
      Carnegie Mellon University, Pittsburgh, Pennsylvania          August 2005 – May 2008

## Medical Licensure

1.   License of practice as a physician, unrestricted, State of Indiana          September 1998

2.   License of practice as a physician, unrestricted, State of Pennsylvania          October 1998

3.   License of practice as a physician, unrestricted, State of Hawaii          January 2003

4.   License of practice as a physician, unrestricted, State of California          June 2007

## Professional Medical Affiliations and Memberships

1.   Member, American Association of Physician Leadership, 2006 – present

2.   Member, American Association for the Advancement of Science [AAAS], 2005 – present

3.   Fellow, College of American Pathologists (CAP), 1995 – present

4.   Fellow, American Society of Clinical Pathologists (ASCP), 1995 – present

5.   Member, American Association of Neuropathologists (AANP), 2002 – present

6.   Member, National Association of Medical Examiners (NAME), 1999 – present

7.   Member, American Academy of Forensic Sciences, 2004 – present

8.   Member, United States and Canadian Academy of Pathology, 2003 – present

9.   Member, International Academy of Pathology, 2003 – present

10.   Fellow, American College of Epidemiology, 2004 – present

11.   Member, American Association of Public Health Physicians, 2004 – present

12.   Member, American Public Health Association, 2004 - present

13.   Member, American Society for Investigative Pathology, 2004 - present

14.   Member, American Medical Association (AMA), 2002 - present

15.   Member, San Joaquin Medical Society, 2009 – present

16.   Member, California Medical Society, 2009 – present

17.   Member, California Society of Pathologists, 2015 - present

18.   Member, Union of American Physicians and Dentists, 2007 - present

19.   Member, Pennsylvania Medical Society, 2003 - 2007

Case 2:16-cv-06603-PSG-PLA  Document 231-4  Filed 12/02/19  Page 15 of 154  Page ID
#:7716
*Curriculum Vitae and Bibliography*      *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*      *Page 5 of 80*

20.  Member, Allegheny County Medical Society, 2003 – 2007

21.  Member, New York County Medical Society, 1997 - 1999

22.  Member, Nigerian Medical and Dental Council, 1990

23.  Member, Association of Nigerian Physicians in the Americas, 2017 - present

## Appointments

1.  Consulting Forensic Pathologist-Neuropathologist, Kaiser Permanente Hospitals, Central California, February 2018 – Present.

2.  Physician Associate and Professor, Department of Medical Pathology and Laboratory Medicine, University of California, Davis, February 2018 – Present.

3.  Consulting Forensic Pathologist-Neuropathologist, Yosemite Pathology Medical Group, January 2018 – Present.

4.  Consulting Forensic Pathologist-Neuropathologist, Lake County, California, February 2018 - Present.

5.  Visiting Professor, Emory University, Department of Pathology and Laboratory Medicine, March 2017.

6.  Clinical Professor, Department of Medical Pathology and Laboratory Medicine, University of California, Davis, January 2017 – Present.

7.  Co-Director/Co-Founder, Taumark, Inc, Better Brain Diagnostics, May 2013 – present.

8.  Chief Medical Examiner, Washington, D.C. Appointed on October 11, 2013. Declined Offer.

9.  Co-Director, Brain Injury Research Institute, West Virginia University/NorthShore University Health System, November 2009 – present.

10.  Visiting Professor, Department of Neurosurgery, West Virginia University, Dec. 2009 – Dec. 2011

11.  Member, NFL Players Association Concussion and Traumatic Brain Injury Committee, December 2009 – 2012.

12.  Visiting Professor, Rockefeller Institute of Neuroscience, Morgantown, Virginia, August 2009 – April 2010.

13.  Chief Medical Examiner, San Joaquin County, California, September 2007 – March 2018.

14.  Associate Clinical Professor, Department of Medical Pathology and Laboratory Medicine, University of California, Davis, September 2013 – January 2017.

Case 2:16-cv-06603-PSG-PLA   Document 231-4   Filed 12/02/19   Page 16 of 154   Page ID
#:7717
*Curriculum Vitae and Bibliography*      *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*      *Page 6 of 80*

15. Clinical Professor of Pathology, Department of Pathology, University of California, Davis, March 2012 – July 2013.

16. Associate Physician Diplomate, Medical Pathology and Laboratory Medicine, University of California-Davis Medical Center, March 2012 – July 2013.

17. Associate Clinical Professor of Pathology, Department of Pathology, University of California, Davis, May 2008 – January 2012.

18. Adjunct Assistant Professor of Pathology, University of Pittsburgh, Pittsburgh, Pennsylvania, June 2010 – 2012.

19. Assistant Clinical Professor of Epidemiology, Department of Epidemiology, Graduate School of Public Health, University of Pittsburgh, March 2004 – 2008

20. Clinical Associate Professor of Pathology and Clinical Instructor, Department of Pathology, University of Pittsburgh, Pittsburgh, Pennsylvania,     May 2003 – 2009

21. Attending Forensic Pathologist, Allegheny County Coroner's Office, July 2002 – March 2007

22. Attending Forensic Neuropathologist, Allegheny County Coroner's Office, July 2002 – March 2007

23. Associate Forensic Pathologist, Allegheny County Coroner's Office, July 2000 – June 2002

## Hospital Admissions and Practice Privileges

1. University of California, Davis, Health System/ Medical Center     March 2012 to July 2013
   Department of Medical Pathology and Laboratory Medicine          February 2018 to Present
   2315 Stockton Blvd
   Sacramento, CA 95817

2. Contra Costa Regional Medical Center     January 2013 to Present
   Department of Pathology
   2500 Alhambra Avenue
   Martinez, CA 94553

3.   San Joaquin General Hospital                    September 2007 to Present
     Department of Pathology
     500 West Hospital Road
     French Camp, CA 95231

4.   Yosemite Pathology Medical Group               August 2017 to Present
     Business Associate- Autopsy Services
     2625 Coffee Road
     Modesto, CA 95355

## Journal Editorial and Peer Review Experience

1.   Associate Editor, Neurosurgery Journal, Sports and Rehabilitation Section, September
     2009 – 2014

2.   Reviewer, Militarily Relevant Peer Reviewed Alzheimer's Disease Research Program
     (MRPRA), 2012: American Institute of Biological Sciences [AIBS], Scientific Peer Advisory
     and Review Services Panel.

3.   Reviewer, Nigerian Journal of Clinical Practice, February, 2011 to 2014

4.   Reviewer, Nigerian Journal of Surgery, October 2011

5.   Reviewer, The Journal of Neuropsychiatry and Clinical Neurosciences, April 2012

6.   Reviewer, The Journal of Forensic Nursing, June 2009, October 2012, February 2013

7.   Reviewer, Forensic Science, Medicine and Pathology, November 2012

## Consulting and Peer Review Assignments

1.   Consulting Forensic Pathologist/ Neuropathologist, Cyril H. Wecht and Pathology
     Associates Inc. June 2000 – January 2006.

2.   Consulting Forensic Neuropathologist, Office of the Chief Medical Examiner,
     Commonwealth of Virginia: August 2006 – December 2012

3.   Consulting Forensic Neuropathologist, Office of the Coroner/Medical Examiner, Clark
     County, Las Vegas, Nevada, September 2007 – December 2012

Case 2:16-cv-06603-PSG-PLA Document 231-4 Filed 12/02/19 Page 18 of 154 Page ID
#:7719
*Curriculum Vitae and Bibliography*          *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*     *Page 8 of 80*

4.   Consulting Forensic Neuropathologist, Office of the Coroner/Medical Examiner, Washoe County, Reno, Nevada, 2009 – present

5.   Consulting Forensic Pathologist, Solano County Coroner's Office, California, 2011 - 2012

6.   Consulting Neuropathologist, Conemaugh Memorial Hospital, Johnstown, Pennsylvania: August 2003 – August 2007

7.   Consulting Expert Witness/Forensic Pathologist/Neuropathologist, Public Defender's Office, County of Sacramento, California, April 2010 – present.

8.   Consulting Forensic Neuropathologist, Medical Examiner's Office, Allegheny County, Pittsburgh, Pennsylvania, January, 2011.

9.   Consulting Forensic Neuropathologist, Medical Examiner's Office, County of Summit, Akron, Ohio. October, 2011.

10.  Consulting Forensic Neuropathologist, American Forensics, Dallas, Texas. October 2011.


**Congressional Hearing, Testimony and Briefing**

The Congress of the United States

1.   One Hundred and Eleventh Congress, Congress of the United States, House of Representatives, Committee on the Judiciary, Field Hearing: Legal Issues Relating to Football Head Injuries, Part II, Monday, January 4th, 2010.

2.   One Hundred and Eleventh Congress, Congress of the United States, House of Representatives, Committee on the Judiciary, Judiciary Forum: Head and Other Injuries in Youth, High School, College and Professional Football, Monday, February 1, 2010.

3.   One Hundred and Fourteenth Congress, Congress of the United States, House of Representatives: Dr. Omalu's Briefing on his Work and Legacy. Energy and Commerce Committee Room, 2123 Rayburn HOB. Tuesday, January 12, 2016.


California State Assembly

1.   Testimony in support of AB 2007- Concussion Management for Youth Sports Leagues, Committee on Arts, Entertainment, Sports, Tourism and Internet Media, Tuesday, May 3, 2016.

2.   Testimony in support of SB 1303- An act to amend Sections 24000, 24009, and 24010 of the Government Code, relating to local government [Coroner: County Office of the Medical Examiner], Senate Committee on Governance and Finance, California State Senate, April 11, 2018.

Case 2:16-cv-06603-PSG-PLA   Document 231-4   Filed 12/02/19   Page 19 of 154   Page ID
#:7720
*Curriculum Vitae and Bibliography*      *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*      *Page 9 of 80*

3.  Testimony in support of SB 1303, Senate Committee on Public Safety, California State Senate, April 24, 2018.

4.  Testimony in support of SB 1303, Assembly Committee on Local Government, California State Assembly, June 20, 2018.

5.  Testimony in support of SB 1303, Assembly Committee on Public Safety, California State Assembly, June 26, 2018.


New York State Assembly

1.  Testimony in support of A4448- An act to amend the public health law, in relation to prohibiting children thirteen years old and younger from playing tackle football. Roundtable discussion before Concussion movie screening to New York State Assembly and New York State Senate Members. Wednesday, May 4, 2016.

Case 2:16-cv-06603-PSG-PLA  Document 231-4  Filed 12/02/19  Page 20 of 154  Page ID
#:7721
*Curriculum Vitae and Bibliography*  **Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP**  *Page 10 of 80*

### Selected Honors, Awards, Recognition and Achievements

1.  Distinguished Alumnus- Medical Discovery Award, College of Medicine, University of Nigeria, Enugu, Nigeria, September 19, 2019.

2.  Recognized as a member of the Trailblazer of the Lab Power List, 2019. The Pathologist, August 2019. https://thepathologist.com/power-list/2019

3.  Recognized as one of the "100 Figures Who Shaped The NFL's First Century": "Perhaps the single most significant name in football post-2000, Bennet Omalu—the Nigerian-born doctor who first discovered evidence of brain trauma in the body of former Steelers great Mike Webster—changed the way everyone from players and coaches to administrators and concerned parents have approached the violent sport". 100 Figures Who Shaped The NFL's First Century. By The Sports Illustrated Staff, August 28, 2019. https://www.si.com/nfl/2019/nfl-100-most-influential-figures-all-time

4.  2019 Peace And Justice Award, California State University, Sacramento, College of Health and Human Services, Center for African Peace and Conflict Resolution, Sacramento, April 27, 2019.

5.  Leadership Award, Carson Scholars Fund, April 13, 2109, San Diego, California.

6.  Pioneer Award, 2019 Champions of Health Awards, National Medical Fellowships, Bay Area, March 2, 2019, Berkeley, California.

7.  Appointed Member, Traumatic Brain Injury Advisory Board, California Department of Rehabilitation, State of California Health and Human Services Agency, January 1, 2019 to May 31, 2021.

8.  Department of the Army, California Army National Guard, Sacramento, California, Nigerian 68W Familiarization/SES Donald Get [AFRICOM] Visit to California, Invitational Appearance Based on Military Necessity, August 27, 2018.

9.  William Steiger Memorial Award, 2018: American Conference of Governmental Industrial Hygienists [ACGIH]: For Efforts Contributing to the Advancement of Occupational Health and Safety. March 2018.

10. Honorary Member Award, Academy for Sports Dentistry, June 23, 2017, San Francisco, California.

11. Residents Choice Award, 2017, Emory University School of Medicine, Department of Pathology and Laboratory Medicine, March 13, 2017.

12. Joint Members Resolution No. 116 to Commend Dr. Bennet Omalu for Exemplary Record of Medical Achievements, State of California Legislature, February 22, 2017.

Case 2:16-cv-06603-PSG-PLA   Document 231-4   Filed 12/02/19   Page 21 of 154   Page ID
#:7722
*Curriculum Vitae and Bibliography*        Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP        *Page 11 of 80*

13. Certificate of Recognition, Board of Supervisors, San Joaquin County, for contributions and distinguished service to San Joaquin County, January 10, 2017, Stockton, California.

14. Outstanding Achievement in Medicine Award, The San Joaquin Medical Society, Stockton, California, December 15, 2016.

15. Rescuer of Humanity Award, 2016, Values-in-Action Foundation, Cleveland, Ohio, December 6, 2016.

16. Service To Science Award, 2016 D. Walter Cohen, DDS Award, NDRI [National Disease Research Interchange], November 18, 2016, Philadelphia, Pennsylvania.

17. Distinguished Service Award [The highest award of the American Medical Association-AMA], November 12, 2016, AMA Interim Meeting, 2016, Orlando, Florida.

18. Beacon of Ethics Award, The Greater Omaha Alliance For Business At Creighton University, Better Business Bureau Annual Integrity Awards Luncheon, November 2, 2016.

19. Healing Hand Award, The El Paso Hispanic Chamber of Commerce, 26th Anniversary Fiesta Celebration and Pinata Bash, October 15, 2016.

20. Honorary Lifetime Membership, The National Honor Society in Neuroscience [Nu Rho Psi], University of Evansville, Indiana, October 13, 2016.

21. Invited Guest and Speaker, Camp Fire 2016, Santa Barbara, California, September 29 – October 2, 2016.

22. Special Tribute to Bennet Omalu, State of Michigan, The Ninety-Eighth Legislature, At Lansing, September 20, 2016.

23. The Louise Blouin Foundation Award for a Positive Impact on a Global Scale, The Eleventh Annual Awards, The Blouin Creative Leadership Summit Awards Reception, September 19, 2016, New York City.

24. Above and Beyond Award, 2016. The Network of Ethnic Physician Organization and The California Medical Association Foundation, September 17, 2016.

25. The 2016 Green Lecture Speaker, Westminster College, Fulton, Missouri, September 15, 2016.

26. 2016 Distinguished Great Immigrant, Carnegie Corporation of New York, June 30, 2016.

27. 2016 Dr. Ernst Jokl Sports Medicine Award, Unites States Sports Academy, June 29, 2016.

28. Key Note Speaker, 2016 Commencement, University of California, Davis, School of Medicine, May 28, 2016.

Case 2:16-cv-06603-PSG-PLA   Document 231-4   Filed 12/02/19   Page 22 of 154   Page ID
#:7723
*Curriculum Vitae and Bibliography*      *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*      *Page 12 of 80*

29. Honorary Fellow, American Association of Physician Leadership, April 15, 2016, Washington, DC.

30. Invited Speaker, W.L. Mellon Speaker Series, April 14, 2016, Tepper School of Business, Carnegie Mellon University, Pittsburgh, Pennsylvania.

31. Pioneer in Medicine Award, 2016, The Society for Brain Mapping and Therapeutics (SBMT), April 9th, 2016, 13th Annual World Congress for Brain Mapping and Therapeutics, Miami, Florida.

32. 2016 Red Cross Heroes-Spirit of the Red Cross Award. The American Red Cross, Gold Country Region. March 16, 2016.

33. Contribution to Science and Education Award, 37th Annual Young Artist Awards, The Young Artist Foundation, Los Angeles, California, March 13, 2016.

34. Congressional Honors, United States Congress, House of Representatives, for the discovery of Chronic Traumatic Encephalopathy and Raising Awareness on Repetitive Brain Trauma, Wednesday, February 3, 2016, Congressman Jerry McNerny, D-California, 9th District.

35. Invited to the Address to the Congress on the State of the Union, President Barack Obama, January 12, 2015, 114th Congress, United States House of Representatives, Guest of Honorable Jackie Speier, U.S. Representative for California's 14th Congressional District.

36. Invited Guest, 73rd Golden Globe Awards, The Hollywood Foreign Press Association, January 10, 2016, Beverly Hills, California.

37. Presented the Key to the City of Lodi by Mark Chandler, Mayor, City of Lodi, California, January 9, 2016.

38. Invited Guest, 7th Annual Governors Award, Academy of Motion Pictures Arts and Sciences, November 14, 2015, Hollywood, California.

39. Medscape Best Physicians of the Year: 2015.

40. WebMD Health Heroes Award- Scientist, 2015. November 5, 2015.

41. Founding member and director, Bennet Omalu Foundation, Inc., September 2014.

42. Member, Greater Talent Network Speakers' Bureau, New York, New York, 2015

43. Recognized as one of the "120 Great Nigerians You Never Knew". First Bank of Nigeria [since 1894], Ed Emeka Keazor, MME Media, Johannesburg, South Africa, 2014.

44. Certificate of Special Congressional Recognition, San Joaquin County Bar Association, Law Day Luncheon. April 30, 2015. Jerry Mcnerney, Member of the United States Congress.

Case 2:16-cv-06603-PSG-PLA   Document 231-4   Filed 12/02/19   Page 23 of 154   Page ID
#:7724
*Curriculum Vitae and Bibliography*        *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*        *Page 13 of 80*

45. Named among 20 Top Forensic Pathology Professors Online. Forensics Colleges. November 2013. [http://www.forensicscolleges.com/blog/profs/20-top-forensic-pathology-professors; http://www.ucdmc.ucdavis.edu/publish/news/newsroom/8426]

46. 2013 Alumni Achievement Award, University of Nigeria Alumni and Friends Association, U.S.A. Saturday, October 19, 2013, Los Angeles, California.

47. Founding Member, CTEM, Inc. Wheeling, West Virginia, 2013.

48. Nominated for the Potamkin Prize for Research in Pick's, Alzheimer's, and Related Diseases, American Academy of Neurology, 2012.

49. Years of Excellence In Pioneering Neuropathology Concussion Research For Athlete Populations. June 22, 2012, Sports Concussion Institute, Sixth Annual National Summit On Sports Concussion And Other Athletic Injuries.

50. America's Top Physicians, 2007, 2008, 2009, 2010, 2011. Consumer's Research Council of America, Washington, DC.

51. Member, Board of Directors, Brain Injury Research Institute, West Virginia University, Morgantown, West Virginia, August 2010 to present.

52. Discovered and named Chronic Traumatic Encephalopathy [CTE] in American football players and American professional wrestlers, 2002 and 2007.

53. Co-Founder, Brain Injury Research Institute, West Virginia University, Morgantown, West Virginia, November 2009.

54. First Chief Medical Examiner of San Joaquin County, California.

55. Honored Visiting Professor, Department of Neurosurgery, West Virginia University, October 1, 2008.

56. Founder and President, Bennet Omalu Pathology, Inc. October, 2011.

57. Identified the West Nile Virus within the neurons of an infected deceased man using fluorescent-labeled con-focal immuno-microscopy, 2004.

58. The 2002 'Manifesting the Kingdom' Award, Most Reverend Donald W. Wuerl, Bishop, Catholic Diocese of Pittsburgh January 5, 2003.

59. National merit list, Masters in Public Health, Graduate School of Public Health, University of Pittsburgh, April 2004.

60. Honorary Fellowship Award, American Registry of Pathology at the Department of Environmental and Toxicologic Pathology, Armed Forces Institute of Pathology (AFIP). October, 1998.

61. College of American Pathologists (CAP) Foundation Informatics Award: Automated Information Management in the Clinical Laboratory. (Ann Arbor, Michigan) May 1998.

62. World Health Organization Research scholar Award, Cancer Epidemiology, School of Public Health, University of Washington, Seattle, Washington. October 1994 - June 1995.

63. Chief Resident, Department of Pathology, Harlem Hospital Center July 1998 - June 1999.

64. Harlem Hospital House Staff President, March 1998 - April 1999.

65. Laboratory Inspector, College of American Pathologist (CAP), Stanford University, November 2002.

66. New York state delegate, College of American Pathologists Residents Forum, July 1997 – June 1999.

67. Resident Member, Harlem Hospital Medical Board, April 1998 - March 1999.

68. Resident Member, Harlem Hospital Community Board, April 1998 - March 1999.

69. National Delegate, Committee of Interns and Residents (CIR), March 1996 - April 1999.

70. Harlem Hospital Residency Program Liaison, American Society of Clinical Pathologists, July 1997 - June 1999.

71. Honorable Mention, House Staff Research Fair, College of Physicians and Surgeons of Columbia University at Harlem Hospital Center, New York, for: An Immunohistochemical Profile of Tumor Associated Antigens in Malignant Melanoma and Benign Melanocytic Nevi: CD44, p53 protein, Cathepsin B, Melan-A Gene Product. April 1998.

72. Honorable Mention, House Staff Research Fair, College of Physicians and Surgeons of Columbia University at Harlem Hospital Center, New York, for: Forensic implications of the Analytical Evaluation of Human Tissues after Exposure to Cesium Chloride: Atomic Absorption Spectrometry. May 1999.

73. College Scholarship award: National Merit List, Federal Government of Nigeria. September 1979 - July 1984.

74. Producer, "Christ is King !! A Liturgical Selection": an audio compact disc album for Saint Benedict the Moor Roman Catholic Church, Pittsburgh, Pennsylvania. November 2003.

75. President and Founder/ Principal partner, BOGE LLP, a health management and consulting company, Pittsburgh, Pennsylvania, March 2004 – 2007.

76.   President and Founder/ Principal partner, Clairton Community Cultural Center, a community re-development company, Pittsburgh, Pennsylvania, 2005 – 2007.

77.   President and Founder/ Principal partner, Clairton Community Health Center, a 24-hour community primary care health center, Pittsburgh, Pennsylvania, 2005 – 2007.

78.   Trustee, Prostate Health and Research Foundation, a non-profit prostate health education organization, Lagos, Nigeria, March 2004 – 2007.


## Selected Invited Lectureships and Talks

1.   Keynote Speech: "I practice my faith in my science- by faith the impossible becomes possible". Ministry Days 2019 convention, the Catholic Diocese of Sacramento, September 28, 2019, Sacramento, California.

2.   Keynote Speech: "Truth Doesn't Have a Side". 2019 Annual Member Symposium, Beta Healthcare Group, La Jolla, California, September 26, 2019.

3.   Commencement Speech, UC Davis Graduate Studies, 72nd Annual Commencement, June 13, 2019, ARC Pavilion, University of California, Davis.

4.   Keynote Speech, "Don't Break the Rules, Change the Game", Courage at Our Core initiative, Progressive Group of Insurance Companies, Mayfield Village, Ohio, June 12, 2019.

5.   Keynote Speech, "An Afternoon with Dr. Bennet Omalu", 2019 OhioHealth Neuroscience Symposium, May 17, 2019, OhioHealth, Columbus, Ohio.

6.   Keynote Speech, "A morning with Bennet Omalu", Values Day, May 10, 2019, Annual Conference, McKinsey & Company, Chicago, Illinois.

7.   Distinguished Keynote Speaker, 28th Annual Africa Peace Awards, The Center for Africa Peace and Conflict Resolution, College of Health and Human Services, California State University, Sacramento, April 27, 2018.

8.   Keynote Speaker, 2019 Annual Banquet, Carson Scholars Fund, San Diego, California, April 13, 2019.

9.   Keynote Speaker, 2019 Cal-HOSA [Health Occupations Students of America] State Leadership Conference, Sacramento Convention Center, March 30, 2019.

10.  California Military Department/ California National Guard, Key Note Speaker and Certificate of Appreciation, February 2019 Special Emphasis Observance, February 25, 2019, Sacramento, California.

Case 2:16-cv-06603-PSG-PLA   Document 231-4   Filed 12/02/19   Page 26 of 154   Page ID
#:7727
*Curriculum Vitae and Bibliography*     *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*     *Page 16 of 80*

11.  "Don't Break the Rules, Change the Game: How Bennet Omalu Single-Handedly Changed American Football, Professional Sports, and How the World Perceives Traumatic Brain Injuries". American Academy of Neurology Annual Meeting, Los Angeles, California, April 25, 2018.

12.  Keynote Speech: Conformational Intelligence and Innovation, 2018 MedHealth Summit, Michigan, United States, and Ontario, Canada. Detroit, Michigan, April 19, 2018.

13.  "An Afternoon with Dr. Bennet Omalu". Florida Justice Association, World Center Marriot Hotel, Annual Meeting, Orlando, Florida, March 23, 2018.

14.  "An Evening with Dr. Bennet Omalu". The Hinman Dental Society, Georgia World Congress Center, Atlanta, Georgia, March 22, 2018.

15.  "NFLPA Denver Chapter Movie Night, "Concussion". Sports Legend Assistance Fund in affiliation with NFLPA Denver Chapter, Landmark Theater, Greenwood Village, Colorado, November 9, 2017.

16.  "Don't Break the Rules; Change the Game". Tulsa Town Hall, Tulsa Performing Arts Center, Tulsa, Oklahoma, October 27, 2017.

17.  "An Evening with Dr. Bennet Omalu". Baraboo Growth, LLC, Milwaukee Club, Milwaukee, Wisconsin, October 24, 2017.

18.  "American Football, Player Safety and Health, and Future of Contact Sports". Chicago Ideas, Morningstar, Chicago, Illinois, October 21, 2017.

19.  "An Evening with Dr. Bennet Omalu". Commonwealth Club Present Dr. Bennet Omalu, The Commonwealth Club, San Francisco, California, August 23, 2017.

20.  "Don't Break the rules, Change the Game: How Bennet Omalu single-handedly changed American football, professional sports, and how the world perceives traumatic brain injuries". Keynote Address, Life Chiropractic College West, Wave 2017 Conference, San Francisco, California, August 5, 2017.

21.  Keynote/Commencement Speaker, Conferring Ceremony, School of Medicine, Royal College of Surgeons in Ireland, Dublin, Ireland, June 7, 2017.

22.  "An Evening with Bennet Omalu". North Shore University Hospital Medical Staff Society, 2017 Dinner and Awards Ceremony. Garden City, New York, May 4, 2017.

23.  "An Evening with Bennet Omalu". University of North Carolina- Wilmington, Leadership Lecture, Wilmington, North Carolina, March 29, 2017.

24.  "Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American Football, Professional Sports, and how the world perceives traumatic brain injuries." Frederick Speaker Series, Weinberg Center for the Arts, Inc. Frederick, Maryland, March 23, 2017.

25.  "The Science and Humanity of Chronic Traumatic Encephalopathy". Professional Development Working Group Seminar, Department of Defense, Congressionally Directed Medical Research Programs, Ft. Detrick, Maryland, March 22, 2017.

26.  "Conformational Intelligence and the Humanity of Science", Dept of Pathology and Laboratory Medicine Grand Rounds, Emory University, School of Medicine, Department of Pathology and Laboratory Medicine, Atlanta, Georgia, March 13, 2017.

27.  "A Morning with Dr. Bennet Omalu", CTE, FTD: Connecting the Dots- Focus on Tau, Frontotemporal Labor Degeneration Association, The University of Texas Health Science Center, San Antonio, Texas, March 11, 2017.

28.  "A Morning with Dr. Bennet Omalu", Key Note Speaker, 2017 Breakfast with Friends, Catholic Charities Community Service, Rochester, New York, March 3, 2017.

29.  "An Evening with Dr. Bennet Omalu". 2017 Sanderson Lecture, Thomas J. Long School of Pharmacy and Health Sciences, University of the Pacific, Stockton, California, March 1, 2017.

30.  "Concussion + The Mustard Seed Effect- How Small Steps Can Spark Big Change". Chambers Lecture Series, Boston College, Chestnut Hill, Massachusetts, February 23, 2017.

31.  "The Science and Consequences of Concussions: Shedding Light on CTE Disease", UC Davis, Capitol Speaker Series, UC Center Sacramento, 1130 K Street, LL22, Sacramento, CA 95814, February 22, 2017.

32.  "A Morning with Dr. Bennet Omalu, Unlocking Your Full Potential: how to have a positive impact on communities, families and the world while navigating the complexities of wealth." The Threshold Group, Sausalito, California, February 22, 2017.

33.  "Chronic Traumatic Encephalopathy, My Life and My Work". Court of Appeal, 3rd Appellate District, 914 Capitol Mall, Sacramento, CA 95814, January 5, 2017.

34.  "An Evening with Dr. Bennet Omalu". Banner Bon Sante Ball, Banner Health Foundation, Scottsdale, Arizona, December 10, 2016.

35.  "An Evening with Bennet Omalu". Pacific Northwest Chapter, World President's Organization and Young President's Organization. Concussions in Sports meeting, Swedish Neuroscience Institute, Seattle Washington, November 9, 2016.

36.  "Don't Break the Rules, Change the Game", Missouri Hospital Association, 94th Annual Convention and Tradeshow, Osage Beach, Missouri, November 3, 2016.

37.  "An Afternoon with Bennet Omalu". Better Business Bureau, Inc. Annual Integrity Awards Luncheon, La Vista, Nebraska, November 2, 2016.

38.  "The Science and Humanity of Chronic Traumatic Encephalopathy". Navy SEAL Foundation, Inc. Navy SEAL Foundation Mental Health and Veteran Care Convening, San Diego, California, November 1, 2016.

39. "An Afternoon with Bennet Omalu". California Primary Care Association, 2016 Annual Conference, Long Beach, California, October 27, 2016.

40. "An Evening with Bennet Omalu". University Distinguished Speaker Event, Healthy Nevada Speaker Series, University of Nevada, Reno, Nevada, October 25, 2016.

41. "A Morning with Bennet Omalu". American Academy of Physical Medicine and Rehabilitation, 2016 Annual Assembly, New Orleans, Louisiana, October 21, 2016.

42. "An Afternoon with Bennet Omalu". American Health Information Management. 2016 AHIMA Annual Convention, Baltimore, Maryland, October 19, 2016.

43. "An Evening with Dr. Bennet Omalu". Key Note Speaker, El Paso Hispanic Chamber of Commerce, Dreams and Visions to Reality Equal, Annual Fiesta Celebration, El Paso, Texas, October 15, 2016.

44. "An Evening with Bennet Omalu", Patricia H. Snyder Concert and Lecture Series, University of Evansville, Evansville, Indiana, Annual Endowed Lecture and Concert Series on Innovation, research, and healthcare, October 13, 2016.

45. "A morning with Bennet Omalu". Annual Meeting, Indiana Hospital Association, Indianapolis, Indiana, October, 6, 2016.

46. "An Evening with Bennet Omalu". University Lecture Series, Miami University of Ohio, Oxford, Ohio, October 3, 2016.

47. "An Evening with Bennet Omalu". College Endowed Lecture Series, the Anna B. Mow Symposium on Comparative Religious Ethics, Bridgewater College, Bridgewater, Virginia, September 28, 2016.

48. "Don't break the rules, change the game: How Bennet Omalu single-handedly changed American Football, Professional sports, and how the world perceives traumatic brain injuries." Spotlight Program Board's Distinguished Speaker Series, Georgia State University, Atlanta, Georgia, September 27, 2016.

49. "Don't Break the Rules, Change the Game". Key note speaker, The Brain Injury Association of Michigan, 36th Annual Fall Conference, Lansing, Michigan, September 22, 2016.

50. "An Evening with Bennet Omalu", "Lost and Found" – Thrival Innovation Day 1, Thrival Festival, Thrill Mill, Inc, Pittsburgh, Pennsylvania, September 20, 2016.

51. "The Humanity of Science and Conformational Intelligence: The Bennet Omalu Story", Westminster College Hancock Symposium, The Green Lecture, Westminster College, Fulton, Missouri, September 15, 2016.

52. "An Evening with Bennet Omalu". University of Missouri, Columbia, Annual Delta Gamma Lecture Series on Values & Ethics, Jesse Auditorium, September 14, 2016.

53. "An Afternoon with Bennet Omalu". KPMG's International Partners Meeting, Prague, Czech Republic, September 12, 2016.

54. "An Evening with Bennet Omalu: Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, Professional sports, and how the world perceives traumatic brain injuries. University of Tennessee, Alumni Memorial Building, Cox Auditorium, Knoxville, Tennessee, August 31, 2016.

55. "An Afternoon with Bennet Omalu" Leadership Tyler. Leadership Live 2016, Tyler, Texas. August 30, 2016.

56. "A Forensic Pathologist, Chronic Traumatic Encephalopathy [CTE] and Conformational Intelligence [CI]". Keynote Speaker, American College of Legal Medicine, 22nd Annual World Congress of Medical Law, Los Angeles, California, August 10, 2016.

57. "Chronic Traumatic Encephalopathy: A Journey from Pathology Discovery to Advocacy and Beyond." Association of Pathology Chairs, 2016 Annual Meeting, San Diego, California, July 15, 2016.

58. "Don't Break the Rules, Change the Game". Keynote Address, Society of Corporate Secretaries and Governance Professionals, Annual National Conference, Colorado Springs, Colorado, June 25, 2016.

59. "Working as a Team to Seek the Truth: Bennet Omalu's Journey on Discovering CTE and Making the Movie Concussion". Key note speaker, Association of Nigerian Physicians in the Americas [ANPA], 2016 Convention and Scientific Assembly, Las Vegas, Nevada, June 23, 2016.

60. "Interview with Dr. Omalu, moderated by Buzz Bissinger". Aspen Ideas Festival Spotlight Health, The Aspen Institute, Aspen, Colorado, June 24, 2016.

61. "Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, Professional sports, and how the world perceives traumatic brain injuries." Vizient New England CEO Executive Board Meeting, York, Maine. June 22, 2016.

62. "Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, Professional sports, and how the world perceives traumatic brain injuries" Vizient Upper Midwest Executive Board Meeting, Chicago, Illinois, June 14, 2015.

63. "Interview with Will Smith and Bennet Omalu, moderated by Jim Greenwood, CEO, BIO [Biotechnology Innovation Organization]", 2015 BIO International Convention, San Francisco, California, June 7, 2015.

64. "Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, Professional Sports, and how the world perceives traumatic brain injuries". Vizient New England CEO Executive Board Meeting, Williamsburgh, Virginia, June 2, 2016.

65. 2016 Project Play Summit, The Aspen Institute, Newseum, Washington, DC, May 17, 2016.

66. A Moring with Dr. Bennet Omalu. Western Health Care Leadership Academy, California Medical Association, San Francisco, California, May 15, 2016.

67. An Evening with Dr. Bennet Omalu. Drexel Neurosciences Institute Inaugural Neurosciences Conference. Drexel Neuroscience Institute, Drexel University College of Medicine, Atlantic City, New Jersey, May 11, 2016.

68. A Morning with Bennet Omalu. US Trust President's Award Program, Bank of America/ U.S. Trust, Colorado Springs, Colorado, May 10, 2016.

69. An Afternoon with Bennet Omalu. Annual SAS Health Care and Life Sciences Executive Conference, SAS Institute, Inc., Cary, North Carolina, May 4, 2016.

70. An Afternoon with Bennet Omalu. 2016 Diversity & Inclusion Symposium, Carolinas Healthcare System, Charlotte, North Carolina, April 28, 2016.

71. An Evening with Bennet Omalu. Healthcare Business Summit, MedAssets, Las Vegas, Nevada, April 26, 2016.

72. An Evening with Bennet Omalu. The Institute For Rehabilitation and Research [TIRR], Houston, Texas, April 21, 2016.

73. The 2016 Significant Speaker Event, Gallogly Events Center, University of Colorado, Colorado Springs. An Evening with Dr. Bennet Omalu: Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, professional sports, how the world perceived traumatic brain injuries, and making small steps to spark a major change. April 19, 2016.

74. Speaker, W.L. Mellon Series, Tepper School of Business, Carnegie Mellon University, April 14, 2016. The W.L. Mellon Speaker Series enables students to interact with global leaders, CEOs and management experts in student forums that encourage insightful and lively dialogue.

75. An Evening with Dr. Bennet Omalu, University of Pécs Medical School, Pécs, Hungary, April 1, 2016.

76. "A Morning with Dr. Bennet Omalu". The Head Injury Association: Head Injury Awareness Forum...Protecting School-aged Athletes from Concussion. Hauppauge, New York, March 30, 2016.

77.   "Concussion: The Story Behind the Movie". 68th Annual Meeting, San Francisco
      Neurological Society, Sonoma, California, March 12, 2016.

78.   "Don't Break the Rules, Change the Game". 11th Annual Brain Injury and Rehabilitation
      Conference, Liberty Station Conference Center, The Rehabilitation Center at Scripps
      Memorial Hospital Encinitas, San Diego, California. March 11, 2016.

79.   "An Evening with Bennet Omalu". Oklahoma State University, Speakers' Board, Wes
      Watkins Center, Stillwater, Oklahoma, March 9, 2016.

80.   "An Afternoon with Bennet Omalu". Vivo Capital Annual Limited Partner Meeting. Palo
      Alto, California, March 2, 2016.

81.   "An Afternoon with Bennet Omalu- Discussing the Discovery of CTE". Wounded Warrior
      Battalion (West), Camp Pendleton, California, March 1, 2016.

82.   "An Afternoon with Bennet Omalu". California Schools Employee Association and California
      Schools VEBA- Benefit University. Anaheim, California, February 29, 2016.

83.   "An Evening with Bennet Omalu". Inspiring Minds Speaker Series, Beth El Synagogue, St.
      Louis Park, Minnesota, February 25, 2016.

84.   "An Afternoon with Bennet Omalu". California Schools VEBA/ United HealthCare,
      Sacramento, California, February 23, 2016.

85.   "Concussion: An Evening with Bennet Omalu". Ohio State University, Columbus, Ohio,
      February 18, 2016.

86.   "An Evening with Bennet Omalu". Lifelong Learning Society, Florida Atlantic University,
      Jupiter, Florida, February 16, 2016.

87.   "A Morning with Bennet Omalu". 2016 MedAssets Healthcare Executive Forum. The
      Westin Kierland Resort & Spa, Scottsdale, Arizona, February 6, 2016.

88.   "50 Minute Interview with Stone Phillips". City Arts & Lectures, Nourse Theatre, San
      Francisco, California, February 4, 2016.

89.   "An Evening with Bennet Omalu". Frontier Forum Lecture Series, Straz Center for the
      Performing Arts, University of South Florida, Tampa, Florida, December 3, 2015.

90.   Keynote speaker: "Courageous Truth-Seeker: One Pathologist's Quest for a Diagnostic
      Breakthrough". The College of American Pathologists Annual Conference [CAP] 2015,
      Nashville, Tennessee, October 4, 2015.

91.   Panelist, Concussion Litigation: Past, Present and Future. California Judges Association,
      2015 Mid-Year Conference. May 1-3, 2015, Indian Wells, California.

Case 2:16-cv-06603-PSG-PLA  Document 231-4  Filed 12/02/19  Page 32 of 154  Page ID
#:7733
*Curriculum Vitae and Bibliography*      Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP      *Page 22 of 80*

92. Keynote speaker, Law Day Luncheon 2015. The San Joaquin County Bar Association and Foundation. Thursday April 30, 2015.

93. Chronic Traumatic Encephalopathy [CTE] and Emerging In-Vivo Diagnosis. Santa Clara Valley Brain Injury Conference. Conversations on Coma to Community. February 5-7, 2015, Santa Clara Marriott, Santa Clara, California.

94. The Historical Foundation of Chronic Traumatic Encephalopathy [CTE]: The Role of the Medical Examiner. West Coast Training Conference "Games People Play". Wednesday, April 23, 2014. County of Los Angeles Department of Medical Examiner-Coroner. Beverly Garland, North Hollywood, Los Angeles, California.

95. Emerging In-Vivo Diagnosis of Chronic Traumatic Encephalopathy. Grand Rounds Lecture, Monday, December 2, 2013. Department of Medical Pathology and Laboratory Medicine, University of California, Davis.

96. Chronic Traumatic Encephalopathy: Current Understanding of Clinicopathologic Features; A Forensic Perspective. American Academy of Neurology, 65th Annual Meeting. San Diego, March 16-23, 2013. San Diego Convention Center. March 21, 2013: Cumulative Sports Concussion and Risk of Dementia Course.

97. CTE: A Historical Perspective- Pathological Overview and Taupathy. Mild Head Injury, Concussion, and Return to Activities: Update 2013. Symposium, Friday, January 25, 2013. The University of Chicago, Section of Neurosurgery, Department of Surgery. The University of Chicago Gleacher Center, 450 North Cityfront Plaza Drive. Chicago, Illinois.

98. History, Definition and Clinicopathologic Features of Chronic Traumatic Encephalopathy [CTE]. Sports Concussion Institute, The National Summit On Sports Concussion And Other Athletic Injuries. June 22, 2012. Los Angeles, California.

99. "Pathophysiology of Traumatic Brain Injury". Manteca Unified School District, School Nurses. Manteca, California. March 19, 2012.

100. "Sociology of Health & Illness". Department of Sociology, University of Pacific, Stockton Campus, Stockton, California. March 15, 2012.

101. "Chronic Traumatic Encephalopathy and PTSD". Grand Rounds, Department of Neurosurgery, University of California, Davis, Sacramento, California, March 13, 2012.

102. "Motivational Lecture and Forensics: Becoming What You Want to Become" San Joaquin County Youth Leadership Academy, District Attorney's Office, June 27, 2012.

103. "Youth Leadership for Change", 2012 Law Day Educational Program, San Joaquin County Bar Association. April 26, 2012.

104. "Chronic Traumatic Encephalopathy and PTSD" Full-Day Dementia Program, San Francisco Neurological Society. Sir Francis Drake Hotel, San Francisco, California, Friday, October 14, 2011.

105. "Taupathy and Chronic Traumatic Encephalopathy" Grand Rounds, Department of Pathology, University of California-Davis, Sacramento, California. April 18, 2011.

106. "Long Term Effects of Repeated Impacts to the Head in American Athletes". Brain Rehabilitation and Injury Network. Thinktank 2011, Long Beach, California. March 27, 2011.

107. "Chronic Traumatic Encephalopathy in American Athletes". Visiting Professor, Grand Rounds, University of California, San Francisco, Department of Neurology, Memory and Aging Center, March 11, 2011.

108. Motivational Lecture to One Hope School, County Operated Schools and Programs, San Joaquin County Office of Education. October 24 and 25, 2011

109. "Motivational Lecture and Forensics: the value and importance of education" San Joaquin County Youth Leadership Academy, District Attorney's Office, June 29, 2011.

110. Employee Personal Motivation Lecture. Employee Mentoring Program, Equal Employment Opportunity Office, San Joaquin County, Administration Building, 44 North San Joaquin Street, June 16, 2011.

111. Keynote Speaker, Thirteenth Annual San Joaquin County Diversity Luncheon. San Joaquin County, California. September 30, 2010.

112. "Becoming a Forensic Pathologist: My Experience and Perspective". Guest Lecturer, First and Second Year Medical Students, School of Medicine, University of California, Davis, October 22, 2010.

113. "Chronic Traumatic Encephalopathy in Sports". 2010 Advanced Team Physician Course, American College of Sports Medicine, American Medical Society for Sports Medicine and American Orthopaedic Society for Sports Medicine. Washington, DC, December 10, 2010.

114. "Emerging Technology in the Evaluation and Treatment of Concussion". 2010 Advanced Team Physician Course, American College of Sports Medicine, American Medical Society for Sports Medicine and American Orthopaedic Society for Sports Medicine. Washington, DC, December 10, 2010.

115. "Epidural Hemorrhages" Visiting Professor Lecture, Neurosurgery Residents, Department of Neurosurgery, West Virginia University, August 17, 2010

116. "Pharm Parties". 10th Annual San Joaquin County Child Abuse Prevention Symposium, Stockton, California, April 14, 2010.

117. "The Forensic Pathology of Chronic Traumatic Encephalopathy". 2010 Independent Retired Players Summit and Conference, Las Vegas, Nevada, April 17, 2010.

118. "Chronic Traumatic Encephalopathy". The Amen Clinic, Newport Beach, California, March 20, 2010.

119. "The forensic pathology of Chronic Traumatic Encephalopathy in American Athletes: the journey thus far." Advanced Education Seminar, Lakewood Orthopedics & Sports Medicine, Speakers Bureau Member, Dallas, Texas, January 23, 2010.

120. "Emerging Forensic Issues of Chronic Traumatic Encephalopathy in American Athletes". Presenter, 2009 National Educational Conference, American Association of Legal Nurse Consultants, Phoenix, Arizona, April 24, 2009.

121. "The stressors in the life of a physician and forensic pathologist". Sociology of Health & Illness Course, University of the Pacific, Stockton, California, March 26, 2009.

122. "New Technologies in Neuropathology and Neuropathology of Concussion in Athletes". Presenter, Emerging Technology and Techniques in Neurosurgery, Ceasar's Palace, Las Vegas, November 8, 2008, Departments of Neurosurgery, West Virginia University, Morgantown, WV, and Allegheny General Hospital, Pittsburgh, PA.

123. "The Forensic Pathology of Chronic Traumatic Encephalopathy in Professional American Athletes". Key Note Speaker, American Association of Legal Nurse Consultants, West Virginia, Upper Ohio Valley Chapter, 2008 meeting, October 17, 2008, Wheeling, West Virginia.

124. "The Pathophysiology of Traumatic Brain Injury". Visiting Professor/Guest Lecturer, October 1, 2008, Department of Neurosurgery, West Virginia University, Morgantown, West Virginia.

125. Key Note Speaker, "Helping People One Test at a Time", National Laboratory Week, Harlem Hospital Center, New York City, April 25, 2008

126. "The Link between the Field and Dementia" Rendezvous II: An International Sports Medicine Conference, March 25, 2008, Caesars Palace, Las Vegas. 17th Annual Meeting of The American Medical Society for Sports Medicine (AMSSM) and The Canadian Academy of Sports Medicine (CASM), March 25 – 29, 2008.

127. "The Neuropathology and Delayed Sequelae of Concussion in NFL Players". The National Concussion Summit: Concussion in Sports: The Under-Recognized Public Epidemic The Sports Concussion Institute. Centinela Freeman Regional Medical Center, Marina Campus, Marina Del Rey, California at The Marriott Hotel, 4100 Admiralty Way, Marin Del Rey, CA 90292, Friday, April 20th, 2007.

Case 2:16-cv-06603-PSG-PLA   Document 231-4   Filed 12/02/19   Page 35 of 154   Page ID
#:7736
*Curriculum Vitae and Bibliography*      *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*      *Page 25 of 80*

128. "Football Induced Chronic Traumatic Encephalopathy" November 2006, meeting of the Pittsburgh chapter of the National Association of Neurological Nurses, Waterfront, Homestead, Pittsburgh.

129. "The forensic perspectives of traumatic brain injury". 2005 Annual Nursing Conference: traumatic brain injury, from ER management to ICU, rehab, organ donation and Trisha Meili a.k.a. Central Park Jogger. Allegheny General Hospital Pittsburgh, Pennsylvania. November 18, 2005

130. 'Mortality following bariatric surgery'. Bariatric Surgery Research Mini-symposium, Minimally Invasive Surgery Center, Department of Surgery, University of Pittsburgh, Pennsylvania, January 17, 2004.

131. "My professional life as a forensic pathologist and neuropathologist". A career development presentation to selected high school students of the Pittsburgh Public School System. April 14, 2004.

132. "My professional life as a forensic pathologist and neuropathologist". A career development presentation to students of the Saint Benedict the Moor Catholic School, 2900 Bedford Avenue, Pittsburgh, Pennsylvania 15219. March 5, 2004.

133. 'The medico-legal autopsy'. University of Pittsburgh Chapter of the American Inns of Court, Pittsburgh, Pennsylvania. April, 2002.

134. 'My professional experience as a Forensic Pathologist'. Graduating Lecture, 2002 certificate program class, The Cyril H. Wecht Institute of Forensic Sciences, School of Law, Duquesne University, Pittsburgh, Pennsylvania. November, 2002.

135. "The mechanisms of trauma in motor vehicular accidents". Surgical grand-rounds, Department of Surgery, The Mercy Hospital System, Pittsburgh, Pennsylvania. May, 2000.

Case 2:16-cv-06603-PSG-PLA   Document 231-4   Filed 12/02/19   Page 36 of 154   Page ID
#:7737
*Curriculum Vitae and Bibliography*      *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*      *Page 26 of 80*

## Post-Graduate Medical Teaching Experience-1

1. Supervised medical students during the Emergency Medicine rotation, University of Jos, Jos, Nigeria, January 1991-September, 1994.

2. Taught a patho-physiology course for the physician assistant program at the Harlem Hospital Center, New York, NY. July, 1996 – June, 1999.

3. Presented weekly clinico-pathologic conferences for the departments of pathology, surgery, internal medicine, obstetrics and gynecology, Harlem Hospital Center, New York, NY. July, 1995 – June, 1999.

4. Taught medical students and residents, forensic pathology and neuropathology, University of Pittsburgh, July, 1999 – June, 2002.

5. Taught a workshop in the patho-physiology course, Masters in Public Health program, Graduate School of Public Health, University of Pittsburgh, September, 2002 – 2007.

6. Supervised residents during rotation in forensic pathology, University of Pittsburgh, July, 2002 – 2007.

7. Taught monthly forensic neuropathology workshops to residents and fellows in pathology, neurology and neurosurgery, University of Pittsburgh, 2004 – 2007.

8. Taught monthly neuropathology workshops to residents in pathology, Conemaugh Memorial Hospital, Johnstown, Pennsylvania, January 2005 – 2007.

9. Presented monthly trauma rounds to surgery residents, Mercy Hospital of Pittsburgh, January 2006 – 2007.

10. Presented quarterly one-day introductory autopsy conferences for the emergency medicine technology program of Allegheny County Community College, April, 2006.

11. Forensic pathology and neuropathology grand round lectures, internal medicine, family practice and surgery residents, San Joaquin General Hospital, French Camp, California, 2009 – 2012.

12. Forensic neuropathology brain cutting workshops for pathology residents and fellows, University of California at Davis, Department of Pathology, 2009 – 2013.

13. Forensic neuropathology brain cutting workshops for neurology residents and fellows, University of Nevada, Las Vegas at the Clark County Coroner's Office, 2011 – 2012.

14. Mentoring and teaching residents and medical Students and covering the autopsy service, and forensic neuropathology service, Department of Medical Pathology and Laboratory Medicine, University of California at Davis, March 2012 – July 2013.

15. Microscopy sessions and slides review, residents and medical students, Department of Medical Pathology and Laboratory Medicine, University of California at Davis, September 2013 to present.

16. Grand rounds lectures, didactic lectures in laboratory management, forensic pathology and neuropathology for medical students, residents and fellows, Department of Medical Pathology and Laboratory Medicine, UC-Davis Medical School, 2008 – Present.

17. Grand Rounds, Department of Medical Pathology and Laboratory Medicine, UC-Davis, February 1, 2016: What a Pathologist can Learn from Hollywood: Dr. Omalu's Experience.

18. Brain Cutting Workshops and Signouts, Medical Students, Graduate Medical and Non-Medical Students, Residents and Fellows, Department of Medical Pathology and Laboratory Medicine, University of California- Davis Medical School. January 2018 – Present.

## Research Grant

1. $24, 750.00 grant from The Pittsburgh Foundation for a research project on Loss of heterozygosity as predictors of grade and outcome in meningiomas in collaboration with John Lee, M.D. University of Pittsburgh.

2. $200,000.00 grant from The Hazel Ruby Mcquain Charitable Trust, West Virginia to the Brain Injury Research Institute, for research into Chronic Traumatic Encephalopathy, 2010-2011.

## Death Review Boards and Committee Memberships

1. Child Death Review Board, San Joaquin County, California, 2007 – 2018

2. Infant Death Review Board, San Joaquin County, California, 2007 – 2018

3. Elder Death Review Board, San Joaquin County, California, 2007 – 2018

4. Homicide Review Committee, San Joaquin County, California, 2010 – 2015

5. San Joaquin County Trauma Audit Committee, San Joaquin County Emergency Medical Services Agency, California, 2014 - 2018

Case 2:16-cv-06603-PSG-PLA   Document 231-4   Filed 12/02/19   Page 38 of 154   Page ID
#:7739
*Curriculum Vitae and Bibliography*     *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*     *Page 28 of 80*

## Broadway Theatre and Hollywood Motion Picture Coverage

1. Concussion, drama film, Sony Pictures, starring Will Smith as Bennet Omalu. December 25, 2015. Written and directed by Peter Landsman, produced by Scott Free Productions and the Shuman Company.

2. League of Denial: The NFL's Concussion Crisis. Documentary Movie. Frontline, Public Broadcasting Service [PBS]. October 8, 2013. http://www.pbs.org/wgbh/frontline/film/league-of-denial/?utm_source=email&utm_medium=social&utm_campaign=share_button

3. EST/Sloan presents Headstrong, by Patrick Link; directed by William Carden. The Ensemble Studio Theatre, New York City, New York. April/May 2012.

## Selected Book Coverage

1. Concussion by Jeanne Marie Laskas. Random House, New York, USA. 2015 [New York Times Best Seller]

2. League of Denial. The NFL, Concussions, and the Battle for Truth by Mark Fainaru-Wada and Steve Fainaru. Crown-Archetype, Random House, New York, USA. 2013.

3. The Death Penalty on Trial, Crisis in American Justice, by Bill Kurtis, PublicAffairs™, 2004.

## Selected Media Coverage

1. The Truth Seeker. Sitting Down With Bennet Omalu, President and Medical Director of Bennet Omalu Pathology, by Luke Turner, The Pathologist, September 27, 2019. https://thepathologist.com/outside-the-lab/the-truth-seeker

2. Contact sports will "cease to exist" within a generation. Adrian Proszenko. The Sidney Morning Herald. August 11, 2019. https://www.smh.com.au/sport/nrl/contact-sports-will-cease-to-exist-within-a-generation-20190809-p52fpf.html

3. Renowned Pathologist Testifies in Football Player's Lawsuit. Barbara S. Miller. The Intelligencer: Wheeling News Register. May 12, 2019. http://www.theintelligencer.net/news/community/2019/05/renowned-pathologist-testifies-in-football-players-lawuit/

4. Recognizing the patterns of truth. You may have seen the movie based on the life of Bennet I. Omalu, MD, MBA, MPH. Find out the real story behind what he has discovered in CTE and in letting science lead the way. By Kevin O'Reilly. American Medical Association Moving Medicine

Magazine. Spring 2019, Volume 1, Issue 1. March 30, 2019.
https://app.svwps.com/americanmedicalassociation/ama/amamag/mag.html

5.  Bennet Omalu, le médecin qui a secoué le sport En faisant le lien au début des années 2000 entre
    dégénérescence cérébrale et pratique du football américain, ce médecin légiste a brisé un tabou.
    Il s'est attiré les foudres de la NFL mais ses travaux ont fait évoluer les mentalités et eu des
    répercussions en hockey, rugby et football. Valérie de Graffenried, Le Temps, February 15, 2019.
    https://www.letemps.ch/sport/bennet-omalu-medecin-secoue-sport

6.  Was C.T.E. Stealing His Mind? A Gunshot Provided the Answer: Jason Hairston played briefly in
    the N.F.L., hunted with Donald Trump Jr. and owned a wildly successful hunting gear and apparel
    company. But he increasingly worried about a degenerative brain disease. John Branch, New York
    Times, January 31, 2019. https://www.nytimes.com/2019/01/31/sports/cte-football-hairston-
    super-bowl.html

7.  REVEALED: Former NFL star Jason Hairston was home alone with his son, 10, when he took his life
    - moments after the boy said he was 'acting different' in a call to his mom, who says CTE is to
    blame. Chris Spargo, Daily Mail, February 2019. https://www.dailymail.co.uk/news/article-
    6155381/NFL-star-Jason-Hairston-home-son-10-suicide-autopsy-looks-CTE.html

8.  Tout ce que je cherchais, c'est la vérité - Dr Bennet Omalu. Propos recueillis par Diane Sauvé,
    Journaliste, Radio-Canada Sports. January 8, 2019. https://ici.radio-
    canada.ca/sports/podium/68/podium-dr-bennet-omalu-commotions-concussion-cerebrales-
    football-will-smith-cte-etc
    http://ici.radio-canada.ca/sports/podium/70/podium-connor-crisp-hockey-commotions-
    cerebrales-omalu-canadien-etc-cte?fromApp=appSportsAndroid&fromMobileApp=android

9.  The Forensic Fighter: From Battling the NFL to challenging police shootings, Dr. Bennet Omalu has
    used his scalpel to expose the truth. By Gabriel Thompson, San Francisco Magazine, October 19,
    2018. https://modernluxury.com/san-francisco/story/the-forensic-fighter

10. Head Drama- When Bennet Omalu, MD, identified a degenerative brain disease in NFL players, it
    shifted the worlds of both sports and neurology- and protocols about concussion. By Richard
    Laliberte, Brain&Life, Neurology For Everyday Living. American Academy of Neurology,
    August/September 2018.

11. Independent Autopsy Finds Police Shot Stephon Clark in the Back. Julie Small, KQED News, March
    30, 2018. https://www.kqed.org/news/11658808

12. Favre and famed doctor on the NFL's concussion crisis.
    https://www.cnn.com/videos/tv/2018/02/01/bennet-omalu-brett-favre-
    amanpour.cnn/video/playlists/amanpour/ Christiane Amanpour, February 1, 2018.

13. CTE Has Been Found in a Living Brain for the First Time Ever: Dr. Bennet Omalu has made a big
    breakthrough. By Luke Darby, GQ magazine, November 17, ,2017.
    https://www.gq.com/story/cte-living-brain

Case 2:16-cv-06603-PSG-PLA    Document 231-4    Filed 12/02/19    Page 40 of 154    Page ID
#:7741
*Curriculum Vitae and Bibliography*        **Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP**        *Page 30 of 80*

14. Ex-NFL player confirmed as 1st case of CTE in living patient. By Nadia Kounang. CNN Health, November 16, 2017. http://www.cnn.com/2017/11/16/health/cte-confirmed-in-first-living-person-bn/index.html!

15. Ex-NFL player confirmed as first case of CTE found in living person – researchers. By Bryan Armen Graham. The Guardian, November 16, 2017. https://www.theguardian.com/sport/2017/nov/16/cte-living-person-nfl-concussion-brain-trauma-research

16. Sacramento's Dr. Bennet Omalu and His Struggle for Sports Safety. By Seth Sandronsky. Comstock's Business Insight for the Capital Region, November 9, 2017. https://www.comstocksmag.com/web-only/sacramentos-dr-bennet-omalu-and-his-struggle-sports-safety

17. Book by 'Concussion' doctor is recommended reading for parents of football kids. By Ed Sherman Chicago Tribune, October 30, 2017. http://www.chicagotribune.com/lifestyles/books/sc-books-sports-book-roundup-1101-story.html

18. "From Hopeless to Healer: Persecuted in Nigeria, Stonewalled by the NFL- Early struggles prepared Bennet Omalu for character assassination in the U.S. By https://www.medpagetoday.com/SportsMedicine/EliteSports/68033

19. 'Concussion' doctor says kids shouldn't play these sports until they're 18. By A. Pawlowski. Health and Wellness, September 5, 2017. https://www.today.com/health/concussion-doctor-warns-against-contact-sports-kids-t115938

20. "Truth Doesn't Have a Side". Publishers Weekly, Book Review, August 2017. https://www.publishersweekly.com/978-0-310-35196-2?utm_source=Publishers+Weekly&utm_campaign=92aa48e849-EMAIL_CAMPAIGN_2017_08_23&utm_medium=email&utm_term=0_0bb2959cbb-92aa48e849-305322873

21. "Who is Bennet Omalu and why did his concussion discovery send shock waves through sport?", by Jeremy Wilson, The Telegraph, August 9, 2017. http://www.telegraph.co.uk/football/2017/08/09/bennet-omalu-did-concussion-discovery-send-shock-waves-sport/

22. New book shows a more intimate 'Side' of Dr. Bennet Omalu, by Terri Schlichenmeyer, The Philadelphia Tribune, August 22, 2017. http://www.phillytrib.com/lifestyle/new-book-shows-a-more-intimate-side-of-dr-bennet/article_e969b814-adac-5897-ac64-1eb5cc56166a.html

23. 'Concussion' doctor: No such thing as 'making football safer', by Brett Cyrgalis, New York Post, August 7, 2017. http://nypost.com/2017/08/07/concussion-doctor-no-such-thing-as-making-football-safer/

24. Dr. Bennet Omalu: CTE obsession obscuring truth about brain health of football players, by Kevin Seifert, ESPN, August 4, 2017. http://www.espn.com/nfl/story/_/id/20245394/dr-bennet-omalu-says-obsession-cte-obscuring-larger-truth-brain-health-football-players

25. Under 18s should not play rugby, says 'concussion' doctor. Leading neuropathologist calls for contact sport with risk of head blows to be limited to adults, by Gavin Cummiskey, The Irish Times, Dublin, Ireland, June 3, 2017. http://www.irishtimes.com/sport/rugby/under-18s-should-not-play-rugby-says-concussion-doctor-1.3105970

26. How head injuries will end sport as we know it. Dr Bennet Omalu says children should not be playing rugby or heading the ball in soccer, by Gavin Cummiskey, The Irish Times, Dublin, Ireland, June 3, 2017. http://www.irishtimes.com/sport/rugby/how-head-injuries-will-end-sport-as-we-know-it-1.3105943

27. http://www.post-gazette.com/local/city/2017/05/30/Bennet-Omalu-concussion-Kenneth-Reeves-homicide-trial-Allegheny-County-Pittsburgh/stories/201705300124.

28. Omalu Says NHL Docs Using 'Alternative Facts' To Refute CTE, by Zachary Zagger, Law360, New York, February 8, 2017.

29. Bennet Omalu gets involved in NHL concussion lawsuit, by Rick Westhead, TSN Canada, February 9, 2017. http://www.tsn.ca/bennet-omalu-gets-involved-in-nhl-concussion-lawsuit-1.667427

30. Thank you Dr. Omalu, by Roger Braden, Attorney at Law Magazine, Kentucky Edition, Volume 4, No. 1, 2016.

31. Physician who discovered CTE in NFL players gets AMA's highest honor, by Timothy Smith, AMA Wire, November 12, 2016. https://wire.ama-assn.org/ama-news/physician-who-discovered-cte-nfl-players-gets-ama-s-highest-honor

32. First case of CTE diagnosed in MMA fighter, by Bob Hohler, The Boston Globe, October 21, 2016. https://www.bostonglobe.com/sports/2016/10/20/first-case-cte-diagnosed-mma-fighter/SfUZnoh3Z1dT9xruTm95RO/story.html

33. Bennet Omalu - From Trauma to Triumph, Dr. Benjamin Ola. Akande, President, Westminster College, Missouri. Ladue News, St. Louis, Missouri.

34. Bennet Omalu, MD. The Physician Leader Whose Research Inspired The Movie Concussion. PIJ- Physician Leadership Journal, Bill Steiger, American Association For Physician Leadership. Volume 3, Issue 2, March/April, 2016.

35. Truth and Consequences. Hillary Louise Johnson. Sactown Magazine. April-May 2016.

36. **Concussion, Bang to Rights:** Science is taking big stems toward understanding the impact of concussion. The Economist, March 5, 2016. http://www.economist.com/news/science-and-technology/21693906-science-taking-big-steps-toward-understanding-impact-concussion-bang

37. Bennet Omalu receives congressional honors, by The Record. The Stockton Record Newspaper, February 5, 2016. http://m.recordnet.com/article/20160205/NEWS/160209826.

38. CTE in the NFL: The tragedy of Fred McNeill. By Nadia Kounang, CNN. February 5, 2016. http://edition.cnn.com/2016/02/04/health/fred-mcneill-cte-football-player/index.html.

39. Brain Trust. Will Smith shines a light on the dark side of the sport he loves. By Ben Reiter. Sports Illustrated Magazine. December 28, 2015.

40. The Inside Story of Concussion's Dr. Bennet Omalu and His 'Good Friend' Will Smith. By Johnny Dodd. People Magazine. December 24, 2015.

41. The Doctor the NFL Tried to Silence. League physicians sought to discredit Bennet Omalu's autopsy study showing widespread brain damage in former Steelers star Mike Webster. By Jeanne Marie Laskas. World Street Journal. November 24, 2015.

42. Greater Good. Health Heroes- Scientist. WebMD. November-December 2015 issue.

43. Concussion Pathologist Play by Will Smith Tells His Story. Pam Harrison. Medscape Medical News. Medscpae.com. October 4, 2015.

44. Gridiron Dementia. Nicholas Ducassi. Carnegie Mellon Today. May 2015 issue.

45. Will Smith to play Bennet Omalu, who changed the way we think about football. Alyssa Rosenberg. The Washington Post, June 5, 2014 [http://www.washingtonpost.com/news/act-four/wp/2014/06/05/will-smith-to-play-bennet-omalu-who-changed-the-way-we-think-about-football/]

46. Will Smith to Star In NFL Concussion Drama (EXCLUSIVE): Sony's untitled thriller based on GQ article 'Game Brain'. Justin Kroll. Variety, June 3, 2014. [http://variety.com/2014/film/news/will-smith-to-star-in-movie-about-nfl-concussions-exclusive-1201210878/]

47. Dorsett, others show signs of CTE. By William Weinbaum and Steve Delsohn | ESPN.com, November 6, 2013. [http://espn.go.com/espn/otl/story/_/id/9931754/former-nfl-stars-tony-dorsett-leonard-marshall-joe-delameilleure-show-indicators-cte-resulting-football-concussions].

48. "S.J.'s chief medical examiner declines job offer from D.C." by Jennie Rodriguez-Moore. The Stockton Record. October 27, 2013.

49.   Public Broadcasting Corporation, Frontline, "The League of Denial", October 8, 2013.

50.   ESPN.com, January 22, 2013. "CTE found in living ex-NFL players" by Steve Fainaru *and* Mark Fainaru-Wada

51.   The New York Times, April 26, 2012. "Veterans and Brain Disease" by Nicholas D. Kristof.

52.   Gehirn&Geist, February 9, 2012, Bidredaktion, SCHÄDEL-HIRN-TRAUMATA, Krieg im Kopf [German]; by Sharon Weinberger

53.   "Gun linked to Gilley in killing" by Jennie Rodriguez-Moore. The Stockton Record. April 17, 2012.

54.   Nature 477, 390-393 (September 2011) Bombs' hidden impact: The brain war. Wartime explosions may be creating an epidemic of brain damage — and a major challenge for scientists; by Sharon Weinberger.

55.   Faculty Newsletter, UC Davis Health System, February – March 2011: Brain Trauma Expert Bennet Omalu Teaches Forensic Neuropathology; Published by the Faculty Development Office.

56.   ESPN The Magazine, January 10, 2011: Coming to a head: When the NFL reversed field on concussions, it spawned a medical gold rush that pits scientist against scientist in a quest for cures, treatments and dead men's brains; by Peter Keating.

57.   The Patriot-News, December 26, 2010: 2010: The year of the concussion; by Stefanie Loh.

58.   CNN.com, November 24, 2010: Ex-NFL stars after concussion: Lives unraveled; by Stephanie Smith, CNN medical producer.

59.   CNN.com, November 22, 2010, Warner: Playing through concussion 'part of the game'; by Stephanie Smith, CNN Medical News.

60.   The Patriot-News, August 22, 2010: What Chris Henry taught us: how an autopsy of the former Cincinnatic Bengals' receiver's brain has helped doctors further research about concussions in football, by Stefanie Loh.

61.   The New York Times, June 28, 2010: Former Bengal Henry Found to Have Had Brain Damage, by Alan Schwarz.

62.   "Gray jury report unveils details of Huckaby case" by Scott Smith. The Stockton Record. June 19, 2010.

63.   The Associated Press, June 18, 2010: Forensic Pathologist: Disposal of Sandra Cantu's Body Likely Premeditated.

64.   Fox News Network, American News HQ, Shannon Bream, Sunday, February 7, 2010.

65.  ESPN Television, Outside the Lines, Concussions in Football, Sunday, February 7, 2010.

66.  Stars and Stripes, "Doctors study link between combat and brain disease." January 23, 2010, by Seth Robbins.

67.  The Sydney Morning Herald, Australia, "US football players face head injury time bomb." January 10, 2010, by Ed Pilkington.

68.  Guardian Newspaper, United Kingdom, "Ticking timebomb in US colleges as American football head injuries linked to dementia: As NFL bows to pressure and changes its rules, a Congressional hearing has opened into fears of long-term brain damage." January 4, 2010, by Ed Pilkington.

69.  ESPN.COM, "Doctors: Wrestler had brain damage", December 9, 2009, by Greg Garber.

70.  "S.J. medical examiner details gruesome scene", by Scott Smitt. The Stockton Record. November 20, 2009.

71.  ABC Television, Nightline: Driven Mad? What long-term brain injuries can football players sustain? October 16, 2009, by Martin Bashir and Roxanna Sherwood.

72.  GQ Magazine: Blowing the whistle on the NFL: a shocking look at what the modern game is doing to players' brains. October 2009, by Jeanne Marie Laskas.

73.  Science Journal: A late hit for pro football players: emerging research suggests that hard knocks on the field may cause delayed brain damage in retired athletes. August 7, 2009, by Greg Miller.

74.  Canadian Broadcasting Corporation- Television Documentary: Head Games. The Fifth Estate. Aired on Wednesday November 19, 2008 on CBC-TV.

75.  Canadian Broadcasting Corporation-Television Documentary: A fight to the death. Concussions in Sports. Aired on February 6 and 10, 2008 on CBC-TV and on February 8 on CBC Newsworld.

76.  State Journal: Sports Research Group Wants Action, WVU's Bailes, others hope findings lead to more education about concussions. September 13, 2007; by Juliet A. Terry.

77.  Science Daily: Wrestler Chris Benoit Brain's Forensic Exam Consistent with Numerous Brain Injuries. September 6, 2007.

78.  USA Today: NFL begins debate about concussions at summit. Wednesday, June 20, 2007; by Gary Mihoces.

79.  USA Today: Concussion force hard look inward around NFL. Tuesday, June 19, 2007; by Gary Mihoces.

80. New York Times: PRO FOOTBALL; Lineman, Dead at 36, Sheds Light on Brain Injuries. Friday, June 15, 2007; by Alan Schwarz.

81. USA Today: NFL disputes doctor's diagnosis of "footballer's dementia". Monday, June 18, 2007; by Gary Mihoces.

82. Neuroscene Podcast: "Dementia of Football": The next major public health issue in sports. Friday, June 15, 2007. http://www.neuroscene.com.

83. HBO Sports, RealSports with Bryant Gumbel, Concussions in the NFL, May 7, 2007.

84. Head Games, Football's Concussion Crisis, by Christopher Nowinski, The Drummond Publishing Group, 2007.

85. New York Times: Pro football, expert ties ex-player's suicide to brain damage from football. Thursday, January 18, 2007; by Alan Schwarz.

86. Washington Post: "Brain chaser" tackles effects of NFL hits. Wednesday April 25, 2007; by Les Carpenter.

87. Football Concussions Linked to Depression, Cognitive Impairment—Experts Seek Prospective Studies, by Stephanie Cajigal, Neurology Today Volume 7(5), 6 March 2007, pp 1, 22–23. Lippincott, Williams and Wilkins, 2007 AAN Enterprises, Inc.

88. Concussions in Collision Sports, by Alyssa Banotal, Advance, for Speech-Language Pathologists and Audiologists, The Nation's Speech-Language and Audiology Weekly. May 14, 2007 Vol. 17 No. 20, pp 6-8, 42.

89. Gastric bypass surgery patients often find it's not a cure for depression. Wednesday, June 29, 2005 by Alana Samuels.

90. Pittsburgh profiles, interview with Elaine Effort on KQV news radio, AM 1410, Pittsburgh, Pennsylvania, Sunday, April 25th, 2004.

91. Recorded mass, part of parish evangelization effort. Pittsburgh Catholic. Friday, January 24, 2003 by Patricia Bartos.

92. Pittsburgh Post-Gazette: Suicide rose during '90s, peaked in '97. Sunday, November 16, 2003; by Jim McKinnon.

93. New Pittsburgh Courier: Omalu joins coroner's office. Saturday, July 17, 1999; by Treshea N. Wade.

## PART 2: BIBLIOGRAPHY

### Books and Book Chapters

1.  Play Hard Die Young: Football dementia, depression and death. By Bennet Omalu, M.D., NeoForenxis Books, Lodi, California, February 2008.

2.  A Historical Foundation of CTE in Football Players: Before the NFL, There was CTE. By Bennet Omalu, M.D. Bennet Omalu, Lodi, California, July 2014.

3.  Omalu, B. Chronic Traumatic Encephalopathy in Concussion, Niranjan A and Lunsford LD eds. Progress in Neurological Surgery, Vol. 28. Karger, New York, New York, 2014.

4.  Omalu, B. Neuropathology of Chronic Traumatic Encephalopathy in Handbook of Neurological Sports Medicine, Concussion and Other Nervous System Injuries in the Athlete. Petraglia AL, Bailes JE, Day AL eds. Human Kinetics, Champaign, Illinois, 2015.

5.  Omalu, B. The Pathologist is the "Salt" of Patient Care. The Healing Art of Pathology. Bui MM, Galagan KA eds. CAP Press, 2016.

6.  Truth Doesn't Have a Side: My Alarming Discovery about the Danger of Contact Sports. By Bennet Omalu, with Mark Tabb [contributor]. Zondervan Books, HarperCollins Christian Publishers, August, 2017.

7.  Brain Damage in Contact Sports: What Parents Should Know Before Letting Their Children Play. Neo-Forenxis Books, February 2018.

8.  Evaluation of head, neck and spinal cord for injury and disease. Omalu, BI and Hammers JL. In Medical Legal Handbook, Hammers JL, Fitzsimmons, RP eds. Juris Publishing, Inc, 2018, Huntington, New York.

## Peer-Reviewed Scientific Journal Publications - 1

1. Boakye K, Omalu B, Thomas L. Fallopian Tube and Pulmonary Sarcoidosis. A Case Report. J Reprod Med. 1997 Aug; 42(8):533-535.

2. Harris A, Levy E, Kanal E, Pollack A, Cayhill AM, Omalu BI, Albright AL. Infectious aneurysm clipping by MRI/ MRA wand guided protocol: a case report and technical note. Pediatric Neurosurgery. 2001 Aug;35(2):90-3.

3. Levy EI, Harris AE, Omalu BI, Hamilton R, Branstetter BF, Pollack IF. Sudden death from fulminant acute cerebellitis. Pediatric Neurosurgery. 2001 Jul;35(1):24-8.

4. Uma P, Lacomis D, Omalu B. Amiodarone induced neuromyopathy: three cases and review of the literature. Journal of Clinical Neuromuscular Disease. 2002 March;3(3):97-105.

5. Omalu BIHT, Wiley CA, Hamilton RL. February 2003: a 53-year-old male with new onset seizures. Brain Pathology. 2003 Jul;13(3):419-20, 423.

6. Harris AE, Lee JYK, Omalu B, Flickinger JC, Kondziolka D, Lunsford LD. The effect of radiosurgery during management of aggressive meningiomas, Surgical Neurology. 2003 October, 60 (4): 298-305

7. Centeno JA, Pestaner JP, Omalu BI, Torres NL, Field F, Wagner G, Mullick FG.TH Blood and Tissue Concentration of Cesium after Exposure to Cesium Chloride: A Report of Two Cases. Biol Trace Elem Res. 2003;94(2):97-104.

8. Omalu BI, Dominick JT, Uhrich TG, Wecht CH. Fatal constriction of an 8-year-old child by her parents' pet python: a call for amendment to existing laws on the ownership of exotic wildlife to protect children from avoidable injury and death, Child Abuse & Neglect, 2003 Sep;27(9):989-91.

Case 2:16-cv-06603-PSG-PLA   Document 231-4   Filed 12/02/19   Page 48 of 154   Page ID
#:7749
*Curriculum Vitae and Bibliography*      **Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP**      *Page 38 of 80*

9.   Omalu BI, Abdulrazek SA, Guoji W, Lipkin WI, Wiley CA.T Fatal Fulminant Pan-Meningo-
     Polioencephalitis Due to West Nile Virus. Brain Pathology 2003;T13[4]:465-472.

10.  Ionescu DN, Sasatomi E, Aldeeb D, Omalu BI, Finkelstein SD, Swalsky PA, Yousem SA..
     Pulmonary meningothelial-like nodules: a genotypic comparison with meningiomas.
     American Journal of Surgical Pathology 2004;28(2):207-14.

11.  Omalu B, Abdulrezak SM, Rozin L, Ladham S, Wecht CH. Post-mortem grading of cerebral
     contusions: a proposed modification of the Adams' contusion index with re-definition of
     anatomic markers. Forensic Science, Medicine and Pathology. June 2005;1(2):105-112.

12.  Omalu BI, Luckasevic T, Abdulrezak SM, Rozin L, Wecht CH, Kuller LH. Post-bariatric
     surgery deaths, which fall under the jurisdiction of a coroner. Am J Forensic Med Pathol.
     2004 Sep; 25(3):237-242.

13.  Lee JYK, Finkelstein S, Hamilton RL, Rekha R, King Jr. JTK, Omalu B. Loss of Heterozygosity
     Analysis of Benign, Atypical, and Anaplastic Meningiomas. Neurosurgery 2004;
     55(5):1163-1173.

14.  Koehler SA, Weiss H, Songer TJ, Rozin L, Shakir A, Ladham S, Omalu B, Dominick J, Wecht
     CH. Deaths among criminal suspects, law enforcement officers, civilians and prison
     inmates. A coroner-based study. The American Journal of Forensic Medicine and
     Pathology 2003; 24(4):334-338.

15.  Omalu B, Diagnosis of traumatic diffuse axonal injury. Am J Forensic Med Pathol. 2004;
     25(3):270-271.

16.  Koehler SA, Luckasevic TM, Rozin L, Shakir A, Ladham S, Omalu B, Dominick J, Wecht CH.
     Death by chainsaw: fatal kickback injuries to the neck. Journal of Forensic Sciences
     2004;49(2):345-50.

17.  Koehler SA, Shakir A, Ladham S, Rozin L, <u>Omalu B,</u> Dominick J, Wecht CH. Cardiac concussion: Definition, Differential Diagnosis, and Cases Presentation and the Legal Ramification of a Misdiagnosis. Am J Forensic Med Pathol. 2004 Sep; 25(3): 205-208.

18.  Koehler SA, Ladham S, Rozin L, Shakir A, <u>Omalu B,</u> Dominick J, Wecht CH. The risk of body packing: a case of a fatal cocaine overdose. Forensic Sci Int. 2005 Jun 30;151(1):81-4.

19.  <u>Omalu BI,</u> Dekosky ST Minster RL, Kamboh MI,.Hamilton, R, Wecht CH. Chronic Traumatic Encephalopathy in a National Football League Player. Neurosurgery. 2005 Jul;57(1):128-34.

20.  <u>Omalu BI,</u> Cho P, Shakir AM, Agumadu UH, Rozin L, Kuller LH, Wecth CH. Suicides following bariatric surgery for the treatment of obesity. Surgery for Obesity and Related Diseases. 2005 Jul-Aug;1(4):447-449.

21.  <u>Omalu BI,</u> Macurdy KM, Koehler ST, Nnebe-Agumadu UH, Shakir A, Rozin L, Wecht CH. Forensic pathology and forensic epidemiology of suicides in Allegheny County, Pennsylvania: a ten year retrospective review (1990 – 1999). Forensic Science, Medicine and Pathology. June 2005;1(2):125-138.

22.  <u>Omalu BI,</u> Mancuso JA, Cho P, Wecth CH. Diagnosis of Alzheimer's disease in an exhumed decomposed brain after twenty months of burial in a deep grave, The Journal of Forensic Sciences. November 2005;1453-1458.

23.  Brown MJ, Willis T, <u>Omalu B</u>, Leiker R. Deaths resulting from hypocalcemia after administration of edetate disodium: 2003-2005. Pediatrics, 2006 August; 118(2): e534-6.

24.  Lindner JL, <u>Omalu BI,</u> Buhari A, Shakir A, Rozin L, Wecht CH. Nursing home deaths which fall under the jurisdiction of the coroner: an 11-year retrospective study. Am J Forensic Med Pathol 2007; 28: 292–298.

Case 2:16-cv-06603-PSG-PLA Document 231-4 Filed 12/02/19 Page 50 of 154 Page ID
#:7751
*Curriculum Vitae and Bibliography*     Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP     *Page 40 of 80*

25. Omalu BI, DeKosky ST, Hamilton RL, Minster RL, Kamboh I, Wecht CH. Chronic Traumatic
Encephalopathy in a National Football League Player. Neurosurgery. May
2006;58(5):E1003

26. Omalu BI, DeKosky ST, Hamilton RL, Minster RL, Kamboh I, Shakir A, Wecht CH. Chronic
traumatic encephalopathy in a national football league player: part II. Neurosurgery. 2006
Nov;59(5):1086-1092.

27. Omalu BI, Ives DG, Buhari AM, Lindner JL, Schauer PR, Wecht CH, Kuller LH. Death rates
and causes of death following bariatric surgery for Pennsylvania residents, 1995 to 2004.
Arch Surg 2007;142(10):923-928.

28. Omalu BI, Lindner JL, Janssen JK, Nnebe-Agumadu U, Weedn V. The role of environmental
factors in the causation of sudden death in infants: two cases of sudden unexpected death
in two unrelated infants who were cared for by the same babysitter. Journal of Forensic
Sciences, 2007, November; 52(6).

29. Omalu BI, Shakir AM, Lindner JL, Tayur SR. Forecasting as an operations management tool
in a medical examiner's office. Journal of Health Management, Vol. 9, No. 1, 75-84 (2007)

30. Omalu BI, Lindner JL, Parwani AV, Balani J, Shakir A, Ness RB. Is there an association
between coronary atherosclerosis and carcinoma of the prostate in men aged 50 years and
older? An autopsy and coroner based post-mortem study. Nigerian Journal of Clinical
Practice, January-March 2013, 16(1).

31. Omalu BI, Bailes J, Hammers J, Fitzsimmons, RP. Chronic traumatic encephalopathy,
suicides and parasuicides in professional American athletes: the role of the forensic
pathologists. Am J Forensic Med Pathol Volume 31, Number 1, March 2010.

32. Omalu BI, Hammers J, DiAngelo C, Moore S, Luckasevic T. Autopsy features of sudden
death due to isolated eosinophilic coronary arteritis: report of two cases and review of
literature. J Forensic Nurs. 2011 Sep;7(3):153-6.

33.   Omalu B. Pathophysiological nervous system consequences of conducted electrical
      devices and sudden, unexpected death. J Forensic Nurs. 2011 Mar;7(1):51-3

34.   Tindle HA, Omalu B, Courcoulas A, Marcus M, Hammers J, Kuller LH. Risk of suicide after
      long-term follow-up from bariatric surgery. Am J Med. Nov;123(11):1036-1042.

35.   Omalu B, Bailes J, Hamilton RL, Kamboh MI, Hammers J, Case M, Fitzsimmons R. Emerging
      Histomorphologic Phenotypes of Chronic Traumatic Encephalopathy [CTE] in American
      Athletes. Neurosurgery. 2011 Jul;69(1):173-83; discussion 183.

36.   Omalu B, Hammers J, Bailes J, Hamilton RL, Kamboh MI, Webster G, Fitzsimmons R.
      Chronic traumatic encephalopathy in an Iraqi war veteran with posttraumatic stress
      disorder who committed suicide. Neurosurgical Focus 31 (5): E3, 2011.

37.   Omalu B, Hammers J, Luckasevic T. Diagnosis of hemorrhagic stroke in an exhumed brain
      after three years of burial in a deep grave. Journal of Forensic Sciences. 2012;57(6):1665-8.

38.   Small GW, Kepe V, Siddarth P, Ercoli LM, Merrill DA, Donoghue N, Bookheimer SY, Martinez
      J, Omalu B, Bailes J, Barrio JR. PET scanning of brain tau in retired National Football League
      players: preliminary findings. American Journal of Geriatric Psychiatry. 2013;21(2):138-44.

39.   Turner RC, Lucke-Wold BP, Robson MJ, Omalu BI, Petraglia AL, Bailes JE. Repetitive
      traumatic brain injury and development of chronic traumatic encephalopathy: a potential
      role for biomarkers in diagnosis, prognosis and treatment? Frontiers in Neurology.
      2012;3:186

40.   Bailes J, Petraglia A, Omalu B, Nauman E, Talavage T. The role of subconcussion in
      repetitive mild traumatic brain injury. J Neurosurg. 2013; 119(5): 1235-45.

41.   Omalu B. Chronic traumatic encephalopathy. Prog Neurol Surg. 2014;28:38-49.

42. Lucke-Wold BP, Turner RC, Logsdon AF, Nguyen L, Bailes JE, Lee JM, Robson MJ, <u>Omalu BI</u>, Huber JD, Rosen CL. Endoplasmic reticulum stress implicated in chronic traumatic encephalopathy. J Neurosurg. 2015 Sep 18:1-16. [Epub ahead of print]

43. Barrio JR, Small GW, Wong KP, Huang SC, Liu J, Merrill DA, Giza CC, Fitzsimmons RP, <u>Omalu B</u>, Bailes J, Kepe V. In vivo characterization of chronic traumatic encephalopathy using [F-18]FDDNP PET brain imaging. Proc Natl Acad Sci U S A. 2015 Apr 21;112(16):E2039-47. Epub 2015 Apr 6. Erratum in: Proc Natl Acad Sci U S A. 2015 Jun 2;112(22):E2981.

44. Raji CA, Merrill DA, Barrio JR, <u>Omalu B</u>, Small GW. Progressive Focal Gray Matter Volume Loss in a Former High School Football Player: A Possible Magnetic Resonance Imaging Volumetric Signature for Chronic Traumatic Encephalopathy. Am J Geriatr Psychiatry 2016, 24:10; 784-790.

45. <u>Omalu B,</u> Small GW, Bailes J, Ercoli LM, Merrill DA, Wong, K, Huang S, Satyamurthy N, Hammers JL, Lee J, Fitzsimmons RP, Barrio JR. Postmortem autopsy confirmation of antemortem [F-18]FDDNP-PET scans in a football player with chronic traumatic encephalopathy. Neurosurgery, November 10, 2017. E-published.

46. Lucke-Wold B, Seidel K, Udo R, <u>Omalu B</u>, Ornstein M, Nolan R, Rosen C, Ross J. Role of Tau Acetylation in Alzheimer's Disease and Chronic Traumatic Encephalopathy: The Way Forward for Successful Treatment. J Neurol Neurosurg. 2017;4(2). Epub 2017 Dec 7.

47. Pombo R, Johnson E, Gamboa A, <u>Omalu B.</u> Autopsy-proven Mirtazapine Withdrawal-induced Mania/Hypomania Associated with Sudden Death. J Pharmacol Pharmacother. 2017 Oct-Dec;8(4):185-187.

48. Chen ST, Siddarth P, Merrill DA, Martinez J, Emerson ND, Liu J, Wong K, Satyamurthy N, Giza CC, Huang S, Fitzsimmons RP, Bailes J, <u>Omalu B,</u> Barrio JR, Small GW. FDDNP-PET Tau Brain Protein Binding Patterns in Military Personnel with Suspected Chronic Traumatic Encephalopathy. Journal of Alzheimer's Disease 2018 65(1):79-88.

49. Nassir Ghaemi S, Mauer S, Omalu BI. Lithium treatment for chronic traumatic encephalopathy: A proposal. Bipolar Disord. 2019 Feb 12. doi: 10.1111/bdi.12757.

## Abstract Presentations and Publications - 1

1. Omalu B, Torres NL, Field F, Centeno JA, Mullick FG. Forensic implications of the analytical evaluation of human tissues after exposure to cesium chloride. AFIP Fellowship, Dept. of Environmental and Toxicologic Pathology.

2. Omalu B, Navarro C, Thomas L, Olibrice M. Pulmonary steatosis: fatty degeneration of type II pneumocytes Harlem Hospital 6th Annual Research Fair. College of Physicians and Surgeons of Columbia University. April 1998.

3. Omalu B, Navarro C, Coira-Pademonte M. An immunohistochemical profile of tumor associated antigens in malignant melanoma and benign melanocytic nevi: CD44, p53 protein, cathepsin B and melan-A gene product.

4. Harlem Hospital 6th Annual Research Fair. College of Physicians and Surgeons of Columbia University. April 1998.

5. Omalu B, Torres NL, Field F, Centeno JA, Mullick FG. Forensic implications of the analytical evaluation of human tissues after exposure to cesium chloride. AFIP Fellowship, Dept. of Environmental and Toxicologic Pathology.

6. Omalu B, Navarro C, Thomas L, Olibrice M. Pulmonary steatosis: fatty degeneration of type II pneumocytes Harlem Hospital 6th Annual Research Fair. College of Physicians and Surgeons of Columbia University. April 1998.

7. Omalu B, Navarro C, Coira-Pademonte M. An immunohistochemical profile of tumor associated antigens in malignant melanoma and benign melanocytic nevi: CD44, p53 protein, cathepsin B and melan-A gene product. Harlem Hospital 6th Annual Research Fair. College of Physicians and Surgeons of Columbia University. April 1998.

Case 2:16-cv-06603-PSG-PLA Document 231-4 Filed 12/02/19 Page 54 of 154 Page ID
#:7755
*Curriculum Vitae and Bibliography*    *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*    *Page 44 of 80*

## Abstract Presentations and Publications - 2

8.    Omalu H, Omalu B. Hepatitis B virus markers and liver function in patients with homozygous sickle cell disease. Library Archives, Department of Pediatrics, College of Medicine, University of Nigeria:March 1992.

9.    Omalu B. Knowledge, attitude and practice of contraception among university students in Enugu, Nigeria. Library Archives, Department of Public Health, College of Medicine, University of Nigeria: May 1989.

10.   Omalu B, Hamilton R, Rolston R, Jaumotte J, Swalsky P, Finkelstein S. Mirodissection-based mutational profiling of meningiomas: meningioma grading and fractional allelic loss index. Platform presentation at the American Association of Neuropathologists national meeting, Denver, Colorado, June 20-23, 2002.

11.   Omalu B, Koehler SA, Ladham S, Shakir A, Rozin L, Dominick J, Wecht CH. Forensic epidemiology of suicides in Allegheny County, Pennsylvania: a ten year retrospective review, 1991-1999. Platform presentation at the National Association of Medical Examiners national meeting, Sherveport, Louisiana, .September 27 - October 3, 2002,

12.   Koehler SA, Omalu B, Ladham S, Shakir A, Rozin L, Dominick J, Wecht CH. The methods of suicide and seasonal patterns by Age, Sex, and Race: A 10-year Forensic Epidemiological study of Suicides in Allegheny County, Pa:1990-1999. Platform presentation at the International Assocaition of Forensic Nurses 10th Annual Scientific Assembly, Minneapolis, Minnestoa, October 9-12 2002

13.   Omalu B, Lee JYK, Hamilton R, Finkelstein S. Loss of heterozygosity analysis of meningiomas as predictors of grade. Oral poster presentation at the 52P[ndP] Annual Meeting of the Congress of Neurological Surgeons, Philadelphia, Pennsylvania, September 23-25, 2002.

## Abstract Presentations and Publications - 3

14.   Ionescu DN, Omalu BI, Finkelstein SD, Swalsky PA, Trusky C, Lomago D, Yousem SA. Pulmonary meningothelial-like nodules: a genotypic comparison with meningiomas. Abstract presentation at the 92nd Annual meeting of the United States and Canadian Academy of Pathology, Washington DC, March 22-28, 2003.

15.   Omalu B, Abdulrazek S, Guoji W, Lipkin W, Wiley C. Fatal fulminant pan-meningo-polioencephalitis due to west nile virus. Abstract presentation at the 79th Annual Meeting of the American Association of Neuropathologists, Orlando, Florida., June 19-22, 2003.

16.   Omalu B, Abdulrazek S, Guoji W, Lipkin W, Wiley C. Fatal fulminant pan-meningo-polioencephalitis due to west nile virus. Abstract presentation at the Annual Meeting of the National Association of Medical Examiners, San Jose, California, September 19 – 24, 2003.

17.   Lee JYK, Omalu B, Hamilton R, King JT, Finkelstein S. Loss of Heterozygosity Analysis of Meningiomas: A Population Study. Abstract presentation at the 53rd Annual Meeting of the Congress of Neurological Surgeons, Denver Colorado, October 18-23, 2003.

18.   Luckasevic TM, Omalu BI, "Sudden and Unexpected Death Following Bariatric Surgery for Morbid Obesity." Poster Presentation at the United States and Canadian Association of Pathology 2004 Annual Meeting, Vancouver, British Columbia, Canada; March 6 – 12, 2004.

19.   Omalu BI, "Diagnosis of Alzheimer's disease in an exhumed decomposed brain after twenty months of burial in a deep grave". Poster Presentation at the American Association of Neuropathologists (AANP) 2004 Annual Meeting, Cleveland, Ohio, June 24-27, 2004.

## Abstract Presentations and Publications - 4

20. Omalu BI, "Chronic traumatic encephalopathy and the National Football League" Poster Presentation at the American Association of Neuropathologists (AANP) 2004 Annual Meeting, Cleveland, Ohio, June 24-27, 2004.

21. Omalu BI, "Diagnosis of Alzheimer's disease in an exhumed decomposed brain after twenty months of burial in a deep grave". Poster Presentation at the National Association of Medical Examiners (NAME) 2004 Annual Meeting, Nashville, TN, September, 10-15, 2004.

22. Omalu BI, "Chronic traumatic encephalopathy and the National Football League" Poster Presentation at the National Association of Medical Examiners (NAME) 2004 Annual Meeting, Nashville, TN, September, 10-15, 2004.

23. Ionescu DN, Naus GJ, Shakir AM, Omalu BI. Autopsy findings, manner and cause of death in nursing home deaths investigated by the Allegheny county coroner's Office, Pennsylvania: a five year retrospective review. Poster Presentation at the United States and Canadian Academy of Pathology 2005 Annual Meeting, San Antonio, Texas, February 26 – March 4, 2005.

24. Lindner JL, Omalu BI, Alhaji B, Shakir AM, Silverman JF, Wecht CH. Nursing home deaths which fall under the jurisdiction of the coroner: an 11-year retrospective study. United States and Canadian Academy of Pathology 2006 Annual Meeting, Atlanta, Georgia, February 11 – 17, 2006.

25. Omalu BI, Ives DG, Buhari AM, Lindner JL, Schauer PR, Wecht CH, Kuller LH. Death rates and causes of death following bariatric surgery for pennsylvania residents, 1995 to 2004. American Diabetes Association, 66P[thP] scientific session, June 9P[th] – 13P[th], 2006, Washington, DC.

## Abstract Presentations and Publications - 5

26. Omalu BI, Lindner JL, Hamilton RL, Minster RL, Kamboh MI, Abdulrezak AM, DeKosky ST. A comparison of chronic traumatic encephalopathy in two national football league players. American Association of Neuropathologists, 26th International Congress of Neuropathology, September 10 – 15, September 10th – 15th, 2006, San Francisco, California.

27. Lindner JL, Omalu BI, Shakir AM. Nursing home deaths, which fall under the jurisdiction of the medical examiner. An eleven year retrospective review. 2006 national meeting of the National Association of Medical Examiners. October 2006, San Antonio, Texas.

28. Lindner JL, Omalu BI, Ives DG, Buhari AM, Lindner JL, Schauer PR, Wecht CH, Kuller LH. Death rates and causes of death following bariatric surgery for Pennsylvania residents, 1995 to 2004. 2006 national meeting of the National Association of Medical Examiners. October 13 – 17, 2006, San Antonio Texas

29. Omalu BI. The emerging role of forensic pathologists in identifying cases of chronic traumatic encephalopathy in NFL players. 2007 Annual meeting of the National Association of Medical Examiners, October 12 – October 17, 2007, Savannah, Georgia.

30. Lindner JL, Omalu BI. The role of environmental factors in the causation of sudden death in infants: two cases of sudden unexpected death in two unrelated infants who were cared for by the same babysitter. 2007 Annual meeting of the National Association of Medical Examiners, October 12 – October 17, 2007, Savannah, Georgia.

31. Lindner JL, Omalu BI. Forecasting as an operations management tool in a medical examiner's office. 2007 Annual meeting of the National Association of Medical Examiners, October 12 – October 17, 2007, Savannah, Georgia.

Case 2:16-cv-06603-PSG-PLA  Document 231-4  Filed 12/02/19  Page 58 of 154  Page ID
#:7759
*Curriculum Vitae and Bibliography*     *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*     *Page 48 of 80*

## Abstract Presentations and Publications - 6

32. Bailes J, <u>Omalu BI.</u> Spectrum of Consequences of Sports-Related Mild Traumatic Brain Injury. 2008 annual meeting of the American Academy of Neurological Surgeons, September 8, Phoenix, Arizona.

33. Bailes JE, Omalu B: Chronic Traumatic Encephalopathy: Autopsy analysis in professional and contact sport athletes. Presented at: American Academy of Neurological Surgery 71st annual meeting, West Palm Beach, Florida, November 2009.

34. Omalu B, Chronic Traumatic Encephalopathy: My Understanding of What We Can do Moving Forward. 13th Annual Society for Brain Mapping and Therapeutics. Miami, Florida, April 9th, 2016.

35. Omalu B, CTE and FDDNP: Blast and Non-Blast Variants. 13th Annual Society for Brain Mapping and Therapeutics. Miami, Florida, April 9th, 2016.

36. Omalu B, Chronic Traumatic Encephalopathy, Conformational Intelligence and the Law. April 23, 2017. Association of Defense Trial Attorneys, 2017 Annual Meeting, April 19-23, 2017, Monterey, California.

## Internet, Newspaper and Newsletter Articles and Publications- 1

1. CTE Discoverer: We Shouldn't Be Surprised That Aaron Hernandez Had CTE. Op-Ed Contribution, Fortune.com, September 26, 2017. http://fortune.com/2017/09/26/bennet-omalu-cte-aaron-hernandez/?iid=sr-link1

2. Concussions and NFL: How the name CTE came about. CNN, Political Op-Eds/ Social Commentary Contribution. December 22, 2015.

3. Don't Let Kids Play Football. New York Times Op-Ed Contribution, December 7, 2015.

4.    Founder, http://www.Neo-Forenxis.com, an internet medico-legal consulting and autopsy
      service company, September 2006.


5.    Ionescu DN, Janssen JK, Omalu BI. A 49-year-old white woman found dead in her bed.
      Clinical pathology case of the month, Department of Pathology, University of Pittsburgh.
      http://path.upmc.edu/casemonth/cp-casemonth.html, November 2004, Case 407,
      Forensic Toxicology.


6.    Omalu B, A forensic perspective of suicide. Coroner's Gazette, Allegheny County Coroner's
      Office: 2000 June; 6:4-8.


7.    Dr. Bennet Omalu, Sacrament of marriage protective factor against suicide, Commentary,
      Pittsburgh Catholic Newspaper; Page 5, Friday, February 20, 2004


8.    Bennet I. Omalu, MD, MPH, Announcing Beta-Amyloid Precursor Protein
      Immunohistochemistry for the Forensic Pathology Practice. A newsletter circulated to all
      members of the National Association of Medical Examiners, March 2004.

## PART 3: COURT TESTIMONIES

### CRIMINAL CASES

**NOTE: I began keeping records in June 2009. I do not have records from 1999 to 2009, a period of ten years.**

1. The People of the State of California vs. Amera Khalid Addi. Superior Court of California, County of San Joaquin, California. Trial, June 4, 2009. LF010386.

2. The People of the State of California vs.Gerardo Antonio Orozco, Jose Jesus Gomez, Steven Mickey Alvarado. Superior Court of California, County of San Joaquin, California. Preliminary Hearing, June 8, 2009. SF111174.

3. The People of the State of California vs. Rammel Barao, Vandell Johnson, Jr. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 28, 2009. SF111178.

4. The People of the State of California vs. Gabriel Isidore Olivarez, Ruben Carrillo. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 24, 2009. SF111555.

5. The People of the State of California vs. Terrance Graham. Supeior Court of California, County of San Joaquin, California. Preliminary Hearing. July 20, 2009. SF111544.

6. The People of the State of California vs. Melissa Huckabee. Superior Court of California, County of San Joaquin. California. Grand Jury. July 21, 2009. DA# 2535.

7. The People of the State of California vs. Chanreasmey Prum, Rattany Uy, Michael Andrew Garduno, Deandre Cole. Superior Court of California, County of San Joaquin, California. Trial. August 4, 2009. SF107288.

8. The People of the State of California vs. Raymond Lee Dale. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 5, 2009. MM118508.

9. The People of the State of California vs. Anthony Santos Mejorado, Issac Joseph Mejorado. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 25, 2009. SF111696.

10. The People of the State of California vs. Daniel Seth Maciel, Jaime Ledezma Baro, Travis Leon Carter, Debbie Rosemarie Perez, Roy Allen Thierry. Superior Court of California, County of San Joaquin, California. Trial. September 18, 2009. SF105792.

11. The People of the State of California vs. Dejon Whitfield, Djuane Hicks, Edward Adams. Superior Court of California, County of San Joaquin, California. Grand Jury. September 23, 2009. DA# 2550.

12.  The People of the State of California vs. Jesse Refugio Tellez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 15, 2009. SF112270.

13.  The People of the State of California vs. Sidney Kelley, David Depron, Erica Crystal Vergara, Amanda Nicole Newitt. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 20, 2009. SF107969.

14.  The People of the State of California vs. Terry Lynn Herron. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 28, 2009. SF112494.

15.  The People of the State of California vs. Mario Pena. Superior Court of California, County of San Joaquin, California. Trial. November 4, 2009. MF031224.

16.  The People of the State of California vs. Jorge Morgan, Robert Anthony Plunkett-Morgan. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 19, 2009. SF112590.

17.  The People of the State of California vs. Jeffrey Haworth. Superior Court of California, County of San Joaquin, California. Trial. January 5, 2010. SF112033.

18.  The People of the State of California vs. Joel Ladon Lewis, Gerell Lee Whatley, Delisa Rochelle Bryant. Superior Court of California, County of San Joaquin, California. Trial. January 22, 2010. SF110732.

19.  The People of the State of California vs. Verra Torres. Superior Court of California, County of San Joaquin, California. Grand Jury. January 27, 2010. DA# 2571.

20.  The People of the State of California vs. Richard Tihomir Lukic. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. February 3, 2010. SF113247.

21.  The People of the State of California vs. Gabriel Isidore Olivarez, Ruben Carrillo. Superior Court of California, County of San Joaquin, California. Trial. February 18, 2010. SF111555.

22.  The People of the State of California vs. Jose Jesus Perez, Jose Gutierrez. Superior Court of California, County of San Joaquin. Preliminary Hearing. February 19, 2010. SF113004.

23.  The State of Nevada vs. Victor Olusegun Fakoya. Clark County District Court, Nevada. Trial. February 24, 2010. 08F22346X/C249790.

24.  The People of the State of California vs. Anthony Adell Hubbard. Superior Court of California, County of San Joaquin. Preliminary Hearing. March 2, 3, 2010. SF113328.

25. The People of the State of California vs. Gerardo Antonio Orozco, Jose Jesus Gomez, Steven Mickey Alvarado. Superior Court of California, County of San Joaquin. Trial. March 10, 2010. SF111174.

26. Commonwealth of Virginia vs. Elmer Jonathan Midence. Circuit Court of Fairfax County, Virginia. Trial. March 11, 2010. FE-2009-0000914.

27. The People of the State of California vs. Ghanem Valdimar Elsumeri. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 23, 2010. SF113429.

28. The People of the State of California vs. Michael Dwayne Mau, Johnny Joseph Martinez, Elvis Mendoza, Cecilia Naomi Colon, Maria De La Luz Martinez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 28, 2010. SF113131.

29. The People of the State of California vs. Leopoldo Carranza. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 28, 2010. SF113697.

30. The People of the State of California vs. Baljit Singh. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 7, 2010. SF113711.

31. The People of the State of California vs. Antonio Perez Ford. Superior Court of California, County of San Joaquin, California. Trial. May 12, 2010. SF106558.

32. The People of the State of California vs. James Washington. Superior Court of California, County of Sacramento, California. Trial. May 18, 2010. 08F04720.

33. The People of the State of California vs. Jose Rodriguez Cardenas, Ramon Enriquez Mendez. Superior Court of California, County of San Joaquin, California. Trial. May 20, 2010. SF106859.

34. The People of the State of California vs. Arthur Carlos Garcia. Superior Court of California, County of San Joaquin, California. Trial. May 26, 2010. SF107299.

35. The People of the State of California vs. Junior Barrasa. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 2, 2010. SF113295.

36. The People of the State of California vs. Percy Lamonte Camel. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 8, 2010. SF114327.

37. The People of the State of California vs. Ricardo David Tabios. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. July 13, 2010. SF112508.

38. The People of the State of California vs. David Leon Lagrimas. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. July 14, 2010. SF114042.

39. The People of the State of California vs. Rammel Barao, Vandell Johnson, Jr. Superior Court of California, County of San Joaquin, California. Trial. August 3, 2010. SF111178.

40. The People of the State of California vs. Jose Luis Lopez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 9, 2010. SF114511.

41. The People of the State of California vs. Siphanna Touch, Dinunn Chan. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 30, 2010. SF114812.

42. The People of the State of California vs. Robert Alexis Turner, Allen John Periman, Valerie Nessler. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 8, 2010. SF114626.

43. The People of the State of California vs. Patrick John Forrester. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 14, 2010. SF114825.

44. The People of the State of California vs. Leopoldo Carranza. Superior Court of California, County of San Joaquin, California. Trial. September 28, 2010. SF113697.

45. The People of the State of California vs. Jose Jesus Perez, Jose Gutierrez. Superior Court of California, County of San Joaquin, California. Trial. October 1, 2010. SF113004.

46. The People of the State of California vs. Mitchell Barron. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 12, 2010. SF114979.

47. The People of the State of California vs. Kevin Harrison. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 18, 2010. SF115281.

48. The People of the State of California vs. Maria Colunga and Elias Armenta. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 28, 2010. SF111623.

49. The People of the State of California vs. Jose Antonio Vega. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 29, 2010. SF115481.

50. The People of the State of California vs. Patrick Devora. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 1, 2010. SF115194.

51. The People of the State of California vs. Nicholas Ferrell Emmett. Superior Court of California, County of Sacramento, California. Preliminary Hearing. November 5, 2010. 09F04994.

52. The People of the State of California vs. Michael Dwayne Mau, Johnny Joseph Martinez. Superior Court of California, County of San Joaquin, California. Trial. November 9, 2010. SF113131.

53. The People of the State of California vs. Douglas Andre Thomas, Jr. Superior Court of California, County of Sacramento, County of San Joaquin, California. Preliminary Hearing. November 19, 2010. SF114273.

54. The People of the State of California vs. Gregory Michael Rice. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 30, 2010. SF114606.

55. The People of the State of California vs. Jesse Refugio Tellez. Superior Court of California, County of San Joaquin, California. Trial. December 1, 2010. SF112270.

56. The State of Nevada vs Victor Olusegun Fakoya. Clark County District Court, Clark County, Nevada. Trial. December 6, 7, 2010. 08F22346X/C249790.

57. The People of the State of California vs. Marco Antonio Rios. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 29, 2010. SF115976.

58. The People of the State of California vs. Demario Josh Langford. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 3, 2011. SF115727.

59. The People of the State of California vs. Tiffany Ann Holmes. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 18, 2011. SF115318.

60. The People of the State of California vs. Anthony Paul Acosta. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 24, 2011. SF115873.

61. The People of the State of California vs. Alexander Suliven. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 24, 2011. SF115230.

62. The People of the State of California vs. Baljit Singh. Superior Court of California, County of San Joaquin, California. Trial. February 3, 8, 2011. SF113711.

63. The People of the State of California vs. Michael Sokkhorm May, Kaller Sam, Ron Korm, Jereme Sin, Allen Phalit, Eddi Yam, Savann Rang and Ly Jan So. Superior Court of California, County of San Joaquin, California. Grand Jury. February 9, 2011. DA#2598.

64. The People of the State of California vs. Edgar Jose Canseco. Superior Court of California, Count of San Joaquin, California. Preliminary Hearing. March 1, 2011. SF115887.

65. The People of the State of California vs. Alphonze Fitzhugh. Superior Court of California, County of San Joaquin, California. Grand Jury. March 3, 2011. DA#2632.

66. The People of the State of California vs. Angelo Marcus Gonzales, Lionzo Angel Villarreal. Superior Court of California, County of San Joaquin, California. March 14, 2010. SF115628.

67. The People of the State of California vs. Noah Eugene Duenas. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. Preliminary Hearing. March 22, 2011. SF116082.

68. The People of the State of California vs. Benjamin Serratos III. Superior Court of California, County of San Joaquin, California. Preliminary Hearing, March 28, 2011. SF115116.

69. The People of the State of California vs. Richard Tihomir Lukic. Superior Court of California, County of San Joaquin, California. Jury Trial. March 29, 2011. SF113247.

70. The People of the State of California vs. Genaro Torres Jr. Superior Court of California, County of San Joaquin, California. Grand Jury. April 7, 2011. DA# 2638.

71. The People of the State of California vs. Bobby Suriyan. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 22, 2011. SF115112.

72. The People of the State of California vs. Jose Rodriguez Cardenas. Superior Court of California, County of San Joaquin, California. Trial. April 27, 2011. SF106859.

73. The Commonwealth of Virginia vs. Antonio B. Rueda [AKA: Antonio Barron]. Floyd County Circuit Court, Virginia. Trial. May 5, 2011. CR10-09.

74. The People of the State of California vs. Brandon Cole Lagorio. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 9, 2011. LF012214.

75. The People of the State of California vs. John Joseph Lydon. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 9, 2011. SF115784.

76. The People of the State of California vs. Ignacio Felix. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 16, 2011. SF116259.

77. The People of the State of California vs. Demario Josh Langford. Superior Court of California, County of San Joaquin, California. Trial. May 17, 2011. SF115727.

78. The People of the State of California vs. Georgina Nunez, Hamid Abid Flores. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 6, 2011. SF117178.

79. The People of the State of California vs. Patrick John Forrester. Superior Court of California, County of San Joaquin, California. Trial. June 17, 21, 2011. SF114825.

80. The People of the State of California vs. Robert Alexis Turner, Allen John Periman, Valerie Nessler. Superior Court of California, County of San Joaquin, California. Trial. June 30, 2011. SF114626.

81. The People of the State of California vs. David Leon Lagrimas. Superior Court of California, County of San Joaquin, California. Trial. July 21, 2011. SF114042.

82. Commonwealth of Virginia v. Stephanie Renee Scates. Circuit Court of the County of Pittsylvania, Virginia. Trial. July 25, 2011. CR10000525-00/CR10000850-00.

83. The People of the State of California vs. Jose Antonio Valle. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 2, 2011. SF116354.

84. The People of the State of California vs. Jose Antonio Vega. Superior Court of California, County of San Joaquin, California. Trial. August 17, 2011. SF115481.

85. The People of the State of California vs. Gerardo Antonio Orozco, Jose Jesus Gomez, Steven Mickey Alvarado. Superior Court of California, County of San Joaquin, California. Trial. September 1, 2011. SF111174.

86. The People of the State of California vs. Courtney Brown. Superior Court of California, County of San Joaquin, California. Grand Jury Testimony. September 12, 2011. SP07-42491.

87. The People of the State of California vs. Howard Daniel Smith. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 20, 2011. SF117208.

88. The People of the State of California vs. Alberto Francisco Lara, Issiah Flores, Aurelio Espinoza, Jr. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 21, 2011. SF116240.

89. The People of the State of California vs. Patricia Lopez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 26, 2011. SF116883.

90. The State of Maryland vs. David Bolding. Circuit Court for Prince George's County, Maryland. Trial. October 13, 2011; October 17, 2011. 101221X.

91. The People of the State of California vs. Djuane Nunley, Dorjan Lyndell and Marcus McCliman. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 14, 2011. SFII8124.

92. The State of Nevada vs. Cody Brian Wallace. Justice Court of Walker River Township, County of Lyon, State of Nevada. Preliminary Hearing. October 16, 2011. 10 CR 00385 3H

93. The People of the State of California vs. Luciano Michael Mejia. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 28, 2011. SF117784.

94. The People of the State of California vs. Angelo Marcus Gonzales, Lionzo Angel Villarreal. Superior Court of California, County of San Joaquin, California. Trial. December 9, 2011. SF115628.

95. The Commonwealth of Virginia vs. Junior Kamper Spradlin. In the Circuit Court of Washington County, Virginia. Trial. December 13, 2011. CR11-594.

96. The People of the State of California vs. Bianca Armstead. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 15, 2011. SF116605.

97. The People of the State of California vs. Xavier Spivey, Stedviano Mayes. Superior Court of California, County of San Joaquin, California. Grand Jury. December 15, 2011. 11-24963/GJ-2011-4013055.

98. The People of the State of California vs. Michael Harmon. Superior Court of California, County of Sacramento, California. Trial. December 19, 2011. 11F06107.

99. The People of the State of California vs. Aushua Mcduff-Brown. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 20, 2011. SF118629.

100. The People of the State of California vs. Junior Barrasa. Superior Court of California, County of San Joaquin, California. Jury Trial. December 23, 2011. SF113295.

101. The People of the State of California vs. Gonzalo Riquelme, Miguel Valle. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 3, 2012. SF118647.

102. The People of the State of California vs. Howard Lamont Eady. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 9, 2012. SF117609.

103. The People of the State of California vs. Fernando Valdez. Superior Court of California, County of San Joaquin, California. Trial. January 19, 2012. SF115526.

104. The People of the State of California vs. Donald Lee Wilson. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 23, 2012/March 1, 2012/March 5, 2012. SF118090.

105. The People of the State of California vs. Noah Duenas. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. February 2, 2012. SF116082 (A).

106. The State of Nevada vs. Lisanewerk Gebresilassie. Las Vegas Justice Court, Clark County, Las Vegas, Nevada. Preliminary Hearing. February 8, 2012. 11F17023X.

107. The People of the State of California vs. Benjamin Serrotos, III. Superior Court of California, County of San Joaquin, California. Trial. February 15, 2012. SF115116.

108. The People of the State of California vs. Anthony Paul Acosta. Superior Court of California, County of San Joaquin, California. Trial. February 28, 2012. SF118511.

109. The People of the State of California vs. Eddie Sandoval Lopez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. February 29, 2012. SF119144.

110. The People of the State of California vs. Feliciano Lopez and Alajandro Sanchez. Superior Court of California, County of San Joaquin, California. Grand Jury. March 2, 2012. S010-09651.

111. The People of the State of California vs. Dawson Andrew Mcgehee. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 28, 2012. SF118835.

112. The People of the State of California vs. Jason Ross Gilley. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 16, 2012. SF118737.

113. The People of the State of California vs. Rebecca Mendoza. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 17, 2012. SF119652.

114. The People of the State of California vs. Devon Omar Epps. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 24, 2012. SF119095.

115. The People of the State of California vs. Robert Alexis Turner, Allen John Periman, Valerie Nessler. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 2, 2012. SF114626.

116. The People of the State of California vs. Jonathan Casas. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 14, 2012. SF119416.

117. The People of the State of California vs. Edgar Canseco, Emmanuel Mendoza. Superior Court of California, County of San Joaquin, California. Trial. June 1, 2012. SF115887.

118. The People of the State of California vs. Richard Gonzalez, Jr. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 27, 2012. SF119941.

119. The People of the State of California vs. Tammi Harris. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 27, 2012. SF117439.

120. The People of the State of California vs. Alberto Lara, Issiah Flores, Aurelio Espinoza, Jr. Superior Court of California, County of San Joaquin. Jury Trial. August 8, 2012. SF116240.

121. The People of the State of California vs. Link Rhodes, III. Superior Court of California, County of San Joaquin. Preliminary Hearing. July 18, 2012. SF120193.

122. The People of the State of California vs. Jose Antonio Vega. Superior Court of California, County of San Joaquin. Jury Trial. August 23, 2012. SF115481.

123. The People of the State of California vs. Demetrius Anderson. Superior Court of California, County of San Joaquin. Grand Jury. August 23, 2012. SP12-01979.

124. The People of the State of California vs. Manuel Guzman. Superior Court of California, County of Sacramento. Jury Trial. August 30, 2012. IIFO5045.

125. The People of the State of California vs. Robert Antonio Barnes, Carlos Alberto Hernandez. Superior Court of California, County of San Joaquin. Jury Trial. September 7, 2012. SF117037.

126. The People of the State of California vs. Ashik Ali Zane. Superior Court of California, County of San Joaquin. Preliminary Hearing. September 10, 2012. SF118453.

127. The People of the State of California vs. Tushambi Evans and Jamela Evans. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 12, 2012. SF119970.

128. The People of the State of California vs. Terrell Lamont Washington and Link Rhodes. Superior Court of California, County of San Joaquin, California. Grand Jury. October 2, 2012. SP12-10681.

129. The People of the State of California vs. Aushua Mcduff-Brown. Superior Court of California, County of San Joaquin, California. July Trial. October 4, 2012. SF118629.

130. The People of the State of California vs. Stephen Carriero. Superior Court of California, County of San Joaquin, California. Grand Jury. October 15, 2012. TP12-04806.

131. The People of the State of California vs. Djuane Nunley, Durjan Lyndell Daniels and Marcus Mccliman. Superior Court of California, County of San Joaquin, California. Jury Trial. October 31, 2012. SF118124.

132. The People of the State of California vs. Dawson Andrew Mcgehee. Superior Court of California, County of San Joaquin, California. Jury Trial. November 8, 2012. SF118835.

133. The State of Nevada vs. Kevin Lee Travis. Justice's Court of New River Township, County of Churchill, State of Nevada. Preliminary Hearing. November 9, 2012. 12-CR-00041.

134. The People of the State of California vs. Bobby Suriyan. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 4, 2012. SF120760.

135. The State of Nevada vs. Robert Schnueringer, Zach Kelsey, and Andrue Jefferson. Second Judicial District Court of the State of Nevada. County of Washoe. Trial. December 10, 2012. WCSO WC12-001241.

136. The People of the State of California vs. Yor Xiong. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 11, 2012. SF120774.

137. The People of the State of California vs. Devon Omar Epps. Superior Court of California, County of San Joaquin, California. Trial. December 20, 2012. SF119095.

138. The People of the State of California vs. Isaac Martinez. Superior Court of California, County of San Joaquin, California. Grand Jury. December 20, 2012. SO11-21376.

139. The People of the State of California vs. John Joseph Lydon. Superior Court of California, County of San Joaquin, California. Jury Trial. January 16, 2013. SF115784.

140. The People of the State of California vs. Anthony Santos Mejorado, Issac Joseph Mejorado. Superior Court of Calfornia, County of San Joaquin, California. Jury Trial. February 6, 2013. SF111696.

141. The State of Nevada vs. Diego Nochebuena. Eight Judicial District Court, Clark County, Nevada. Motion Hearing. February 28, 2013. C-11-270267-1.

142. The People of the State of California vs. Stedvieno Mayes, Xavier Spivey and Shameka Evans. Superior Court of California, County of San Joaquin, California. Jury Trial. March 5, 2013. SF119150.

143. The People of the State of California vs. Brandon Riberal, Raymond Vallis, Rocky Riberal, Vincente Yanez, Carlos Zendejas. Superior Court of California, County of San Joaquin, California. Grand Jury. March 11, 2013. SP12-11070.

144. The People of the State of California vs. Jay Loren Prater. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 25, 2013. SF120867.

145. The People of the State of California vs. Otilio Garcia. Superior Court of California, County of San Joaquin, California. Grand Jury. March 26, 2013. SO12-28688.

146. The People of the State of California vs. Alfredo Reyes Reyes. Superior Court of California, County of San Joaquin, California. Grand Jury. April 9, 2013. S082-01452.

147. The People of the State of California vs. Charlie Dumlao. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 10, 2013. SF121232.

148. The People of the State of California vs. Michael Sokkhorm Muy, Kailler Sam, Ron Korm. Superior Court of California, County of San Joaquin, California. Jury Trial. April 25, 2013. SF116876.

149. The People of the State of California vs. James Elron Mings. Superior Court of California, County of Yolo, California. Jury Trial. May 7, 2013. 13-0828.

150. The People of the State of California vs. Oscar Gaspar. Superior Court of California, County of Sacramento, California. Motion Hearing. May 22, 2013. 11F05744.

151. Commonwealth of Virginia v. Vanesa Patricio Cruz. The Circuit Court for Loudoun County, Leesburg, Virginia. Jury Trial. May 29 and 30, 2013. CR23981.

152. People of the State of California vs. Angelo Dunya Wright. Superior Court of California, County of Sacramento, California. Jury Trial. June 10, 2013. 11F07773.

153. The People of the State of California vs. Oscar Gaspar. Superior Court of California, County of Sacramento, California. Jury Trial. June 18, 2013. 11F05744.

154. The People of the State of California vs. Tushambi Evans and Jamela Evans. Superior Court of California, County of San Joaquin, California. Motion Hearing. June 24, 2013. SF119970.

155. The State of Nevada v. Paul Mathew Revell. Second Judicial District Court of the State of Nevada, County of Washoe, Reno, Nevada. Discovery Motion Hearing. August 9, 2013. CR12-1874.

156. Yolo County Grand Jury, California, Samuel Stone, #A12-0691, Office of the District Attorney, Yolo County, Woodland, California. Grand Jury Testimony. August 20, 2013.

157. The People of the State of California vs. Otilio Lee Garcia. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 12, 2013. SF125241.

158. The People of the State of California vs. Jason Ross Gilley. Superior Court of California, County of San Joaquin, California. Jury Trial. September 13, 2013. SF118737.

159. The People of the State of California vs. Percy Lamonte Camel. Superior Court of California, County of San Joaquin, California. Jury Trial. September 27, 2013. SF114327.

160. The People of the State of California vs. Percy Lamonte Camel. Superior Court of California, County of San Joaquin, California. Jury Trial. October 4, 2013. SF114327.

161. The People of the State of California vs. Anthony Nabor Orosco. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 8, 2013. SF123417.

162. The People of the State of California vs. Edgar Frayre. Superior Court of California, County of San Joaquin, California. Grand Jury. October 9, 2013. SP13-31815.

163. The People of the State of California vs. Tushambi Evans and Jamela Evans. Superior Court of California, County of San Joaquin, California. Trial. October 24, 25, 2013; November 18, 2013. SF119970.

164. The People of the State of California vs. Miguel Araiza, Jr. Superior Court of California, County of San Joaquin, California. Trial. November 26, 2013. SF119827.

165. The People of the State of California vs. Bobby Suriyan. Superior Court of California, County of San Joaquin, California. Trial. December 4, 2013. SF120760.

166. Commonwealth of Virginia v. Vanesa Patricio Cruz. The Circuit Court for Loudoun County, Leesburg, Virginia. Jury Trial. December 19, 20, 2013. CR23981.

167. The People of the State of California vs. Miguel Flores. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 6, 2014. SF124973.

168. State of Nevada vs. Patrick Cody McCormick. Fourth Judicial District of the State of Nevada in and for the County of Elko, Nevada. Evidentiary Hearing. January 7, 2014. CR-FP-95-6248.

169. The People of the State of California vs. Jesse Leon Helm. Superior Court of California, County of San Bernardino, Victorville Superior Court, California. Preliminary Hearing. January 9, 2014. FV11201162.

170. The People of the State of California vs. Otilio Lee Garcia. Superior Court of California, County of San Joaquin, California. Jury Trial. February 25, 2014. SF125241.

171. State of Nevada vs. Leonardo Cardoza. In the Justice Court of Carson Township in and for Carson City, State of Nevada, Carson City, Nevada. Jury Trial. February 27, 2014. 13 CR 00059 1B.

172. The People of the State of California vs. Charlie Dumlao. Superior Court of California, County of San Joaquin, California. Jury Trial. February 28, 2014. SF121232.

173. The People of the State of California vs. Brandon Rocky Riberal, Raymond Valles, Rocky Riberal, Vincente Yanez and Carlos Zendejas. Superior Court of California, County of San Joaquin, California. Jury Trial. March 18, 2014. SF123374.

174. The People of the State of California vs. Christopher Robinson. Superior Court of California, County of San Joaquin. Preliminary Hearing. March 21, 2014. SF126631.

175. The People of the State of California vs. Stephen James Rodriguez, Matthew Ornelas and Herbis Sanchez Sauceda. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 26, 2014. SF125294.

176. The People of the State of California vs. Michael McKuin. Superior Court of California, County of San Joaquin. Grand Jury Hearing. March 27, 2014. SO13-00014.

177. The People of the State of California vs. Joshua Adam Franklin. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 27, 2014. SF124959.

178. The People of the State of California vs. Juan Julius Barnes, Terrance Lee Adams and Deandre Lamont Adams. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 1, 2014. SF124679.

179. The People of the State of California vs. Jerome Sidney Deavila. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 3, 2014. SF123201.

180. The People of the State of California vs. Tammi Harris. Superior Court of California, County of San Joaquin, California. Jury Trial. April 9, 2013. SF117439.

181. The People of the State of California vs. Yvonne Nichole Gallardo. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 14, 2014. SF125711.

182. The People of the State of California vs. Quentin Paul Stone. Superior Court of California, Yolo County, California. Jury Trial. May 6, 2014; May 15, 2014. 13003357.

183. The People of the State of California vs. Sergio Reyes. Superior Court of California, County of Sacramento, California. Jury Trial. May 7, 2014. 13F07721.

184. The People of the State of California vs. Matthew Ornelas and Herbis Sanchez Sauceda. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 9, 2014. SF125294.

185. The People of the State of California vs. Derrick Ware, Dameon Spragans and Robert McNeally. Superior Court of California, County of Contra Costa, California. Jury Trial. May 15, 2014. 5110797-8.

186. The People of the State of California vs. John Sylvester Collier, III. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 16, 2014. SF125355.

187. The People of the State of California vs. Eric Mitchell. Superior Court of California, County of Sacramento, California. Jury Trial. May 21, 2014. 13FO5850.

188. The People of the State of California vs. Zane Ali Ashik. Superior Court of California, County of San Joaquin, California. Jury Trial. August 8, 2014. SF118453.

189. The People of the State of California vs. Dwight Wilson Slay, Jr. and Latima Denise Coleman. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 19, 2014; August 26, 2014. SF127718.

190. The People of the State of California vs. Bobby Sherell Miller and Kyren Nicodemus Nicholson. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 20, 2014. SF127084.

191. The People of the State of California vs. David Plan and Brandon Gann. Superior Court of California, County of San Joaquin, California. Jury Trial. September 3, 2014. SF122517.

192. The People of the State of California vs. Rebecca Mendoza. Superior Court of California, County of San Joaquin, California. Jury Trial. September 19, 2014. SF119652.

193. The People of the State of California vs. Gary Miguel. Superior Court of California, County of Sacramento, California. Jury Trial. October 3 and 6, 2014. 13F03791.

194. The People of the State of California vs. Christopher Robinson. Superior Court of California, County of San Joaquin, California. Jury Trial. October 14, 2014. SF126631.

195. The People of the State of California vs. Juan Julius Barnes and Deandre Lamont Adams. Superior Court of California, County of San Joaquin, California. Jury Trial. October 17, 2014. SF124679.

196. The People of the State of California vs. Christopher Emery, Steve Schleimer, Joseph Dibartolomeo and Brian Ice. Superior Court of California, County of San Joaquin, California. Grand Jury. October 27, 2014. SO13-23454.

197. The People of the State of California vs. Longino Lamort Tolefree. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 28, 2014. SF126699.

198. The State of Nevada vs. Paul Mathew Revell. Second Judicial District Court, State of Nevada, County of Washoe. Jury Trial. November 13 and 19, 2014. CR12-1874/D03.

199. The People of the State of California vs. Robert Thomas. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 14, 2014. SF127496.

200. The People of the State of California vs. Nicholas Medina. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 20, 2014. SF127256.

201. State of Nevada vs. Brittany Michelle Paugh. In the Justice Court of Carson Township and for Carson City, State of Nevada. Sentencing Hearing. December 30, 2014. 14 CR 00017 1B.

202. The People of the State of California vs. Jorge Aceves-Cortez. Superior Court of California, County of Kern, California. Jury Trial. January 12, 13, 2015. BF151070A.

203. The People of the State of California vs. Francisco Javier Gonzalez Rivera. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. February 3, 2015. SF129196.

204. The State of Nevada vs. Tatiana Leibel. In the Ninth Judicial District Court of the State of Nevada in and for the County of Douglas, Nevada. Jury Trial. February 4, 2015. 14-CR-0062.

205. The People of the State of California vs. Coleen Iva Marie Torres. Superior Court of California, County of San Joaquin, California. Jury Trial. March 3, 2015. SF125122.

206. The People of the State of California vs. Brian Michael Hrenko. Superior Court of California, County of San Joaquin, California. Jury Trial. March 18, 2015. SF125618.

207. The People of the State of California vs. Kenneth Charles Stringfellow. Superior Court of California, County of Plumas, California. Jury Trial. March 30, 2015. F13-00929.

208. The People of the State of California vs Keith Darnell Denegal, Jr. Superior Court of California, County of San Joaquin. California. Preliminary Hearing. April 6, 2015. SF129019.

209. The People of the State of California vs Yor Xiong. Superior Court of California, County of San Joaquin, California. Jury Trial. April 7, 2015. SF120774.

210. The People of the State of California vs Charlie Srey. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 13, 2015. SF127198.

211. The People of the State of California vs Terrance Jerome Boone, Christon Williams Clark Jones. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 14, 2015. SF129328.

212. The People of the State of California vs. Zachary Hurlburt-Erhardt. Superior Court of California, County of San Joaquin, California. Grand Jury Hearing. May 7, 2015. MP14-25661.

213. The People of the State of California vs. Bryan Scott and Valentina Ann Paz. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 12, 2015. SP14-00215.

214. The People of the State of California vs. Juan Cristobal Sanchez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 21, 2015. SO14-17957.

215. The State of Nebraska vs. Brittney Pryce. District Court of Custer County, Nebraska. Deposition. May 29, 2016 and July 1, 2016. CR14-18.

216. The People of the State of California vs. Aaron Kajaun Mckenzie. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 8, 2015. SP12-10681.

217. The People of the State of California vs. Anthony Nabor Orosco. Superior Court of California, County of San Joaquin, California. Jury Trial. June 17, 2015. SP13-09851.

218. The People of the State of California vs. Robert Lee White. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 30, 2015. SP14-29281.

219. The People of the State of California vs. Fabian Scrivens. Superior Court of California, County of San Joaquin, California. Jury Trial. July 8 and 9, 2015. SP12-30066.

220. The People of the State of California vs. Eugene Gaines and Derrick McDowell. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 12, 2015. SP15-05441.

221. The State of Mississippi vs. Patricia Redman. In the Circuit Court of Desoto County, Mississippi. Jury Trial. August 20, 2015. CR2014-0604GCD.

222. The People of the State of California vs. Richard Howard Watkins. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 21, 2015. MP14-07142.

223. The People of the State of California vs. Anthony Blackowl. Superior Court of California, County of Sacramento, California. Jury Trial. September 1, 2015. 12FO5374.

224. The People of the State of California vs. Alfredo Reyes Reyes. Superior Court of California, County of San Joaquin, California. Jury Trial. October 21, 2015. SO82-01452.

225. The People of the State of California vs. John Wilburn. Superior Court of California, County of Kern, California. Jury Trial, November 2-3, 2015. BF150017A.

226. The People of the State of California vs. Grant Maurice Lavender. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 11, 2015. SP15-33905.

227. The People of the State of California vs. Andy Hem. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 13, 2016. SP14-37451.

228. The People of the State of California vs. Leo Avita. Superior Court of California, County of San Joaquin, California. Grand Jury. January 13, 2016. SP14-25269.

229. The State of Nevada vs. Cody Brian Wallace. The Third Judicial District Court of the State of Nevada, County of Lyon. Jury Trial. February 15, 2016. CR 7960.

230. The People of the State of California vs. Ralph Hauerta Gamboa, Jesus Rodriguez and Sirenia Alcauter. Superior Court of California, County of San Joaquin, California. Prelminary Hearing. February 24, 2016. SP15-23069.

231. The People of the State of California vs. Christopher Lee Emery, Brian Andrew Ice, Stephen Charles Schleimer and Joseph Anthony Dibartolomeo. Superior Court of California, County of San Joaquin, California. Jury Trial. February 26, 2016. SO13-23454.

232. The People of the State of California vs. Longino Lamort Tolefree. Superior Court of California, County of San Joaquin, California. Jury Trial. March 3, 2016. MP14-01081.

233. The People of the State of California vs. Salvador Alexander Castro, II and Joseph Anthony Castro. Superior Court of San Joaquin County, California. Jury Trial. March 16, 2016. SP15-19945.

234. The People of the State of California vs. Shaun Terriel Perkins. Superior Court of San Joaquin County, California. Preliminary Hearing. March 21, 2016.

235. The People of the State of California vs. Grant Maurice Lavender. Superior Court of San Joaquin County, California. Jury Trial. April 5, 2016. SP15-33905.

236. The People of the State of California vs. Darnell Leshawn White and John Doe. Superior Court of San Joaquin County, California. Preliminary Hearing. April 18, 2016. SP15-40792.

237. The People of the State of California vs. Zachary Hurlburt Erhardt. Superior Court of San Joaquin County, California. Jury Trial. April 29, 2016. CR-2015-4095760.

238. The People of the State of California vs. Bryan Scott Cook. Superior Court of San Joaquin County, California. Jury Trial. May 5, 2016. SP14-00215.

239. The People of the State of California vs. Darnell Leshawn White. Superior Court of San Joaquin County, California, Jury Trial. July 5, 2016. SP15-40792.

240. The People of the State of California vs. Jorge Melchor Castro. Superior Court of the State of California, Count of Riverside, California, Jury Trial. July 12, 2016. INF1401570.

241. The People of the State of California vs. Bobby Sherell Miller and Kyren Nicodemus Nicholson. Superior Court of the State of California, County of San Joaquin, California, Jury Trial. July 13, 2016. SP14-06371.

242. The People of the State of California vs. Derrick Allen Brown. Superior Court of California, County of Riverside, California, Jury Trial. July 20, 21, 2016. RIF1400959.

243. The People of the State of California vs. Nicholas Medina. Superior Court of the State of California, Jury Trial. August 9, 2016. SP14-8019.

Case 2:16-cv-06603-PSG-PLA   Document 231-4   Filed 12/02/19   Page 77 of 154   Page ID
#:7778
*Curriculum Vitae and Bibliography*      *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*      Page 67 of 80

244. The People of the State of California vs. Sarah Josephine Zavala. Superior Court of the State of California, Preliminary Hearing. August 9, 2016. SP16-11551.

245. The People of the State of California vs. Terrance Jerome Boone and Christon Williams Clark Jones. Superior Court of the State of California, San Joaquin County. Jury Trial. August 19, 2016. TP14-37534.

246. The State of Nebraska vs. Brittney Pryce. District Court of Custer County, Nebraska. Jury Trial, August 24, 2016. CR14-18.

247. The People of the State of California vs. Michael McKuin. Superior Court of the State of California, San Joaquin County. Jury Trial. August 26, 2016. SO13-00014.

248. The People of the State of California vs. Robert Baguindo. Superior Court of the State of California, San Joaquin County. Preliminary Hearing. September 8, 2016. SP16-19073.

249. The People of the State of California vs. Randy Howard Francis. Superior Court of the State of California, San Joaquin County. Jury Trial. October 4, 2016. SP15-09500.

250. The People of the State of California vs. Darnell Deangelo Dorsey. Superior Court of the State of California, Yolo County. Jury Trial. October 17, 2016. 14000394.

251. The People of the State of California vs. Jorge Melchor Castro. Superior Court of the State of California, County of Riverside. Jury Trial. October 26, 2016. INF1401570.

252. The People of the State of California vs. Sarath Lon. Superior Court of the State of California, County of San Joaquin. Grand Jury. November 16, 2016. SP16-21917.

253. The People of the State of California vs. Longino Lamort Tolefree. Superior Court of the State of California, County of San Joaquin. Jury Trial. November 29, 2016. MP14-01081.

254. The People of the State of California vs. Marilyn Jean Gibson. Superior Court of California, County of Sacramento. Jury Trial. December 22, 2016. 16MI010914.

255. The People of the State of California vs. Rocky Allen Overturf. Superior Court of California, County of San Joaquin. Preliminary Hearing. February 2, 2017. EP16-01034.

256. The People of the State of California vs. Leon Carlyn Mayo. Superior Court of California, County of San Joaquin. Preliminary Hearing. February 6, 2017. SP16-18157.

257. The People of the State of California vs. Robert Lee White. Superior Court of California, County of San Joaquin. Jury Trial. February 17, 2017. SP14-29281.

258. The People of the State of California vs. Vesan Jordan Sem. Superior Court of California, County of San Joaquin. Preliminary Hearing. March 20, 2017. SO16-09783.

259. The People of the State of California vs. Kenneth Vanderford and Kevin Etherton. Superior Court of California, County of San Joaquin. Preliminary Hearing. March 27, 2017. LP16-07073.

260. The People of the State of California vs. Andrew Loren Sanchez. Superior Court of California, County of Merced. Jury Trial. April 11, 2017. 15CR-03437.

261. The People of the State of California vs. Andy Hem. Superior Court of California, County of San Joaquin. Jury Trial. May 9, 2017. SP14-37451.

262. The People of the State of California vs. Joel Lewis. Superior Court of California, County of San Joaquin. Jury Trial. May 24, 2017. SP08-55867.

263. The Commonwealth of Pennsylvania vs. Kenneth Reeves. In the Court of Common Pleas of Allegheny County, Pennsylvania. Jury Trial. May 30, 2017. CC 201501958.

264. The People of the State of California vs. James Philip Valadez. Superior Court of California, County of San Joaquin. Jury Trial. June 14, 2017. SP16-13114.

265. The People of the State of California vs. Juancarlos Villalpando-Lua and Guillermo Ivan Ibarra. Superior Court of California, County of San Joaquin. Jury Trial. August 25, 2017. SP15-28354.

266. The People of the State of California vs. Jamal Faulkner. Superior Court of California, County of San Joaquin, Preliminary Hearing. September 8, 2017. TP15-06732.

267. The People of the State of California vs. Richard Howard Watkins. Superior Court of California, County of San Joaquin, Jury Trial. September 21, 2017. MP14-07142.

268. The People of the State of California vs. Gina Nicole Bailey, FCR318645. Superior Court of California, County of Solano, Jury Trial. November 16, 2017 and December 1, 2017. DA No. F155224.

269. The People of the State of California vs. Leon Carlyn Mayo. Superior Court of California, County of San Joaquin, Jury Trial. December 7, 2017. SP16-18157.

270. The People of the State of California vs. Jamal Faulkner. Superior Court of California, County of San Joaquin, Jury Trial. December 8, 2017. TP15-06732.

271. The People of the State of California vs. Erek Williams and Breonia Lynette Campbell. Superior Court of California, County of San Joaquin, Preliminary Hearing. December 18, 2017. SP17-12865.

272. The People of the State of California vs. Alexis Roldan and Nicholas Andre Banles. Superior Court of California, County of San Joaquin, Preliminary Hearing. December 27, 2017. SP17-24957.

273. The People of California vs. David Kenneth Lee. Superior Court of California, County of Del Norte, Crescent City, California, Jury Trial. February 1, 2018. CRF17-9152.

274. The People of the State of California v. Kenneth Vanderford and Kevin Etherton. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. March 7, 2018.

275. The People of the State of California v. Israel Roman. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. April 11, 2018, SP17-16695.

276. The People of the State of California v. Donte Latraille Revels. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. April 12, 2018, SP16-3809.

277. The People of the State of California v. Ralph Hauerta Gamboa, Jesus Rogriguez and Sirenia Alcauter. Superior Court of California, County of San Joaquin, Stockton, California, Jury Trial. April 24, 2018, SP15-23269.

278. The People of the State of California v. Eugene Gaines and Derrick Emari. Superior Court of California, County of San Joaquin, Stockton, California, Jury Trial. June 20, 2018, SP15-05441.

279. The People of the State of California v. LaAndre Anthony Hale. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. October 9, 2018, SP15-39489.

280. The People of the State of California v. David Khouny Pech. Superior Cout of California, County of San Joaquin, Stockton, California, Preliminary Hearing. October 15, 2018, SP17-33948.

281. The People of the State of California v. Arthur Dean Combs. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. October 23, 2018, SP17-32445.

282. The People of the State of California, Grand Jury, John Hampton, III, Deceased, Superior Court of California, County of San Joaquin, Stockton, California. March 13, 2019. SP11-26687.

283. The People of the State of California, Grand Jury, Daniel Tereso Stoutt Ibara, Jr. Deceased; Neftali Del Carmen Gonzalez Castaneda, Deceased, Superior Court of California, County of San Joaquin, Stockton, California. March 20, 2019. SP18-15839.

284. The People of the State of California vs. Jesse Adrian Esparza. Superior Court of California, County of San Joaquin, Stockton, California, April 4, 2019. Jury Trial. SP17-05986.

285. The People of the State of California vs. Donte Latraille Revels. Superior Court of California, County of San Joaquin, Stockton, California, May 1 and May 3, 2019. Jury Trial. SP16-38092.

286. The People of the State of California vs. Carlos Hernandez, Juan Del Mar Lopez et al. Superior Court of California, County of San Joaquin, Stockton, California, May 2, 2019. Jury Trial. Case No. SP17-23762.

287. The People of the State of California vs. Jimmie Lee Evans. Superior Court of California, County of San Joaquin, Stockton, California, May 23, 2019. Jury Trial. Case No. SP17-11875.

288. The People of the State of California vs. Jontell Jaymar Roots. Superior Cout of California, County of San Joaquin, Stockton, California, August 21, 2019. Jury Trial. Case No. SP17-35282.

289. The People of the State of California. Grand Jury. San Joaquin County, Stockton, California. September 16, 2019. SP15-37123.

290. The People of the State of California vs. Chalsey Sapaipatuitui Maynard. Superior Court of California, County of San Joaquin, Stockton, California, September 18, 2019. Preliminary Hearing. Case No.: SP17-27704.

291. The People of the State of California vs. Clarence Keith Bailey. Superior Court of California, County of San Joaquin, Stockton, California, October 16, 2019. Jury Trial. Case No.: SP17-33283.

292. The People of the State of California vs. Raul Hyce. Superior Court of California, County of Sacramento, Sacramento, California, October 28, 2019. Jury Trial. Case No.: 16FEO22561.

293. The People of the State of California vs. Jesse Adrian Esparza. Superior Court of California, County of San Joaquin, Stockton, California, October 30, 2019. Jury Trial. Case No.: SP17-05986.

## PART 4: COURT TESTIMONIES- CIVIL CASES

NOTE: I began keeping records in June 2009. I do not have records from 1999 to 2009, a period of ten years.

1. Matthew Hicks et al, Complaint, George Walden Vs. Norfolk Southern Railway Company. The Circuit Court of Kanawha County, File No.: 02-C-9500, West Virginia. December 4, 2007. 00-C-46-RI. Deposition.

2. Cathy Batton, Executrix of the Estate of Dewey Batton Vs. CSX Corporation, CSX Transportation, Inc., Seaboard System Railroad, Inc., Seaboard Coast Line Railroad Company, Chessie System, Inc. New Hanover County, The General Court of Justice, Superior Court Division, North Carolina. August 4, 2008. 7-CVS-4453. Deposition.

3. Cathy Batton, Executrix of the Estate of Dewey Batton Vs. CSX Corporation, CSX Transportation, Inc., Seaboard System Railroad, Inc., Seaboard Coast Line Railroad Company, Chessie System, Inc. The General Court of Justice, Superior Court Division, New Hanover County, North Carolina. February 23, 2009. 7-CVS-4453. Trial.

4. Robert T. Pritchard, Sr. and Elizabeth Ann Pritchard, his wife Vs. Dow Agro Sciences, a division of Dow Chemical Company, Southern Mill Creek Products of Ohio, and Risidex Corporation. United States District Court for the Western District of Pennsylvania. June 26, 2009. 07-CV-01621 (W.D. Pa.). Deposition.

5. Matthew Hicks et al, Complaint, George Walden Vs. Norfolk Southern Railway Company. The Circuit Court of Kanawha County, West Virginia. June 29, 2009. File No.: 02-C-9500. 00-C-46-RI. Deposition.

6. McConnell Vs. Dunfee et al. Philadelphia Court of Common Pleas, February Term, 2007, Pennsylvania. October 19, 2009. 001123. Trial.

7. Dolores J. Kennedy Vs. Ajex Magnethermic Corp, et al. Court of Common Pleas Cuyahoga County, Ohio. November 5, 2009. 595757. Deposition.

8. Clemmy L. Womack Vs. A.O. Smith Corporation et al. Court of Common Pleas Cuyahoga County, Ohio. November 5, 2009. 04-523048. Deposition.

9. Jody Lynn Scanlon Vs. Life Insurance Company of North America. United States District Court, Western District of Washington at Seattle. November 13, 2009. C08-0256-JCC. Summary Judgment.

10. George Wertz, Administrator of the Estate of Micahel Dolinskas Vs. Showe Management Corporation and Jeffersonville Green Limited Partnership. Common Pleas Court, Franklin County, Ohio. January 8, 2010. 08 CVH 11428. Deposition.

11. Dalton W. and Alice Faye Holler Vs. David W. Mallow. Court of Common Pleas Bedford County, Pennsylvania. January 16, 2010. 329-2008. Deposition.

12. Kevan Colledge and Casey Colledge Vs. David Mallow, Mallow Home Improvement, LLP. Court of Common Pleas Bedford County, Pennsylvania. January 16, 2010. 707-2008. Deposition.

13. Richard and Karen Roberts on behalf of the minor children Diedre Roberts and Delaney Roberts Vs. Marletta Salzman, Karen Pihakis et al. Court of Common Pleas of Allegheny County, Orphans Court Division, Pennsylvania. March 17, 2010. 09-326. Trial.

14. Laura K. Balombini, Personal Representative of the Estate of William E. Goddard, Deceased Vs. Adience, Inc., et al. Court of Common Pleas Cuyahoga County, Ohio. April 28, 2010. 674360. Deposition.

15. Marlene Seigfried, Executrix of the Estate of William Seigfried, and Marlene Seigfried in her own right Vs. Allegheny Ludlum Corporation, et al. United States District Court for the Eastern District of Pennsylvania. April 30, 2010. MDL 875 [E.D. Pa. No. 2:09-cv-66150-ER]. Deposition.

16. Estate of Thomas Synder Vs. Adience, Inc., et al. Court of Common Pleas, Cuyahoga County, Ohio. May 28, 2010. 08-664830. Deposition.

17. Estate of Ross E. Hockemeyer Vs. Aqua Chem Inc., et al. Court of Common Pleas, Cuyahoga County, Ohio. May 28, 2010. 08-673791. Deposition.

18. Johana Azenas, Personal Representative of the Estate of Brianna Azenas Castillo Vs. Inova Healthcare Services d/b/a Inova Fairfax Hospital et al. Circuit Court for Fairfax County, Virginia. June 28, 2010. 2008-12969. Deposition.

19. Joann Reisinger, et al Vs. Dwight C. Holzhauser et al. Court of Common Pleas, Cuyahoga County, Ohio. August 9, 2010. 595346. Deposition.

20. Teresa Carretta, Individually and as Special Administratrix of the Estate of Alfred Carretta Vs. May Trucking Company. United States District Court, District of Southern Illinois. August 11, 2010. 09-158-MJR. Deposition.

21. Marlene Seigfried, Individually and as Executrix of the Estate of William Seigfried Vs. Allegheny Ludlum Corporation, et al. United States District Court for the Eastern District of Pennsylvania. September 13, 2010. 2:09-cv-66150-ER. Deposition.

22. Florence King, Executrix of the Estate of John R. King, Deceased Vs. Crane Co.'s. Court of Common Pleas of Cuyahoga County, Ohio. September 13, 2010. CV-08-664120. Deposition.

23. David Earley, Timothy Wells and Tiffani Talbert, Administratrix of the Estate of Gerald Talbert Vs. Structural Group, Inc., Pullman Power, LLC, Ohio Power Company, American Electric Power Company, Inc., Fiberglass Structural Engineering, Inc., Ershings, Inc., and John Does 1-5. Circuit Court of Marshall County, West Virginia. October 12, 2010. 06-C-153M. Deposition.

24. Shelly Bryant, individually and as administratrix of the Estate of Shelton Flowers, Deceased Vs. Loews Montgomery Cinemas, Inc,; Loews Cineplex Entertainment Corporation; AMC

Case 2:16-cv-06603-PSG-PLA  Document 231-4  Filed 12/02/19  Page 83 of 154  Page ID
#:7784
*Curriculum Vitae and Bibliography*     Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP     Page 73 of 80

Entertainment Inc.; Marquee Holdings Inc.; LCE Holdings, Inc. Court of Common Pleas of Allegheny County, Pennsylvania. November 2, 2010. GD 07-023755. Deposition.

25.  Maria Soledad Miramontes, et al, as administratrix of the Estate of Cresencio Huizar Vs. Hartford Insurance. Underinsured Motorist Arbitration, Arbitrator: Patrick Little, Esq., California. November 29, 2010. YYK AU 54912. Deposition.

26.  Joseph and Toni Pinasco, individually and Estate of Joseph Pinasco, Jr. Vs. State of California, California Highway Patrol, M. Walling, S. Coffman and Does 1 thru 50, inclusive. United States District Court, Eastern District of California. December 13, 2010. 09CV-777 MCE KJM. Deposition.

27.  Maria Soledad Miramontes, et al, as administratrix of the Estate of Cresencio Huizar. Vs. Hartford Insurance. Underinsured Motorist Arbitration, Arbitrator: Patrick Little, Esq., California. December 14, 2010. YYK AU 54912. Arbitration Testimony.

28.  Tommy J. Robinson, et al Vs. Borg-Warner Corporation, et al. Court of Common Pleas, Cuyahoga County, Ohio. January 4, 2011. 698837. Deposition.

29.  Andrew Silverstein, Leonard A. Silverstein and Ellen Frauenthal Vs. Simpsonwood United Methodist Conference and Retreat Center, Inc.; Aramark Corporation, and Aramark Management Services Limited Partnership. State Court of Gwinnett County, State of Georgia. Civil Action File No.: 08C-04113-3. May 6, 2011. Deposition.

30.  Dallas Edens vs. Joseph Christopher Wehman, MD, University of Miami School of Medicine and Public Health Trust of Miami-Dade County, Florida, Jackson Memorial Hospital/Jackson Health System. In the Circuit Court of the 11th Judicial Circuit in and for Dade County, Florida. Civil Division. Case No. 09-65401. September 2, 2011. Deposition.

31.  Rebecca Alejandres et al vs. County of San Joaquin et al, Jin-Mei Woan, MD, Alan Uyeno, MD and Sutter Tracy Community Hospital et al. Superior Court of California, County of San Joaquin, Unlimited Jurisdiction. Consolidated Case Number: 39-2008-00195896-CU-PO-STK. November 4, 2011.

32.  Joseph and Toni Pinasco, individually, et al. vs. State of California, et al. United States District Court for the Eastern District of California. Trial. January 11, 2012. Civil Action No. 2:09-cv-00777 KJM CKD.

33.  Duane Barkley et al vs. Regional Medical Center of San Jose et al. Superior Court of The State of California, County of Santa Clara. Deposition. February 13, 2012. Case No. 110 CV 179398.

34.  Jacob Hussain Saheb, Individually and Administrator for the Estate of Sheik Reza Saheb, Deceased, Plaintiff vs. Michael Glynn Fulton, Danhil Containers II, Ltd.; Danhill Containers Management, LC, Defendants. 237th District Court of Lubbock County, Texas. Case No. 2010-553,317. Deposition. March 24, 2012.

35.  Duane Barkley, Kevin Jones II, Kanisha Jones, a minor, Tanisha Jones, a minor. Vs. Regional Medical Center of San Jose, James Hinsdale, MD, Conway Lien, MD, Christopher Traver, MD, David Yeh,

MD and Does 1 to 50. Superior Court of the State of California, County of Santa Clara, California. Case No.: 110 CV 179398. Deposition. April 5, 2012.

36. Asima Gul, an individual, and as a successor in interest, and as guardian ad litem for Aaminah Asif Ajmal vs. Garda Security Inc.; Garda CL West, Inc.; Garda World Security Corporation; Jose De Jesus Zinga; and Does 1 through 50, inclusive. Superior Court of the State of California, County of San Joaquin, California. Case No.: 39-2010-00234481-CU-PO-STK. Deposition. June 25, 2012.

37. Sandra Jacobs, individually and as personal representative of the Estate of Richard Owens vs. Harold G. Morse, M.D.; Hospital Medicine Consultants of Anerson, LLC and AnMed Health. In the Court of Common Pleas, State of South Carolina, County of Anderson. C. A. No. 2010-CP-04-530; C.A. No. 2010-CP-04-531. Deposition. January 4, 2013.

38. Glenn Shiner and Beth Shiner, His Wife, Appellants vs. Ralph W. Ralston, Jr., Executor of the Estate of Ralph W. Ralston, Sr., Deceased, Genuine Parts Company, and Suntrust Leasing Corporation. In the Superior Court of Pennsylvania. No. 1791 MDA 2011. Appeal from the Order entered September 28, 2011, in the Court of Common Pleas of Centre County, Civil Division, at No: 09-2216. Before: Bowes, Ott, and Strassburger. Filed February 22, 2013. Summary Judgement

39. Mandy Eisenbeis, Patricia Towle, Madisun Eisengeis, by and through her Guardian ad Litem, Mandy Eisenbeis vs. California Transplant Donor Network, County of San Joaquin, Lodi Funeral Home Inc. and Does 1 to 100. Superior Court of California, County of San Joaquin, California. Case No. 39-2012-00277909-cu-po-stk. Deposition, March 27, 2013.

40. Sunbridge Stockton Rehabilitation Center vs. State of California. Superior Court of California, County of San Joaquin, California. Case No. 39-2011-00270702-CU-JR-STK. Deposition, April 30, 2013.

41. Yolo County DESS in Re: Stone. Yolo County Superior Court. The People of the State of California, Yolo County, California. Case No. JV 12-441, 12-443. Court Room Hearing and Testimony. May 1, 2013.

42. Asima Gul et al vs. Garda Security, Inc. et al. San Joaquin Superior Court, Unlimited Civil Jurisdiction, California. Case No. 39-2010-00234481-CU-STK. Trial. July 18, 2013.

43. Mohammed Al-Qarawi vs Dominican University et al. Superior Court of California, County of San Francisco, California. Case No. CGC-11-510757. Deposition. August 7, 2013.

44. Daniel Cook, Jr. vs. CSX Transportation, Inc. Jefferson Circuit Court, Division 7, Commonwealth of Kentucky. Case No. 09-CI-012026. Deposition. January 27, 2014.

45. Melissa Humphreys et al vs. State of California. San Joaquin County Superior Court, California. Case No. 39-2009-00223770 CU PO STK. Deposition. February 7, 2014.

46. James G. Brian and Karen A. Brain, his wife vs. Association of Independent Oil Distributors, E.I. Du Pont De Nemours Corporation, The Lincoln Electric Company, Martin-Senour Paints, Genuine Auto Parts Company, Safety-Kleen Corporation, The Sherwin Williams Company, Zep, Inc, L Ronald

Case 2:16-cv-06603-PSG-PLA   Document 231-4   Filed 12/02/19   Page 85 of 154   Page ID
#:7786
*Curriculum Vitae and Bibliography*        Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP        *Page 75 of 80*

Valletti and Joan Valletti d/b/a National Autobody Supply. The Court of Common Pleas of Westmoreland County, Pennsylvania. Case No. 3413 of 2011. Deposition. March 7, April 10, May 13, June 24, June 25, 2014

47.  Shirley Oliver and Julian Oliver vs. Progressive Mountain Insurance Company. In the State Court of Fulton County, State of Georgia. File No. 11EV013248B. Deposition. May 7, 2014.

48.  James and Jean Rushing and their marital community vs. Surgical Associates, PLLC and Gastroenterology Associates, PLLC. Superior Court of the State of Washington, County of Thurston, Washington. Deposition. November 25, 2014. 12-2-01791-1.

49.  James and Jean Rushing and their marital community vs. Surgical Associates, PLLC and Gastroenterology Associates, PLLC. Superior Court of the State of Washington, County of Thurston, Washington. Jury Trial. January 15, 2015. 12-2-01791-1.

50.  Oscar Rodriguez, Deceased vs. Savemart Supermarkets, permissibly self-insured, administered by Pegasus Risk Management. The Division of Workers Compensation of the State of California. Deposition. January 29, 2015. ADJ9510659.

51.  Estate of Lonnie Lamont Ashlock, Ashlock Family 2013 Trust, Gabriel Ashlock vs Stacey Carlson. Superior Court of the State of California, County of Stanislaus, California. Jury Trial. February 11, 2015. 445230 [consolidated 445304 and 445360].

52.  Paul H. Musciantonio, Esq. [Estate of Tanya Wilson, Estate of LaTonya Brown] vs US Securities Associates. In the Court of Common Pleas, Commonwealth of Pennsylvania, County of Philadelphia, No. 00653. Jury Trial. February 20, 2015. Civil Action No.: 111200653.

53.  Joan Shelley, Michelle Loftis, Sandra Hoyopatubbi vs. County of San Joaquin; Sheriff Steve Moore, in his Official Capacity as Sheriff of San Joaquin County and Steve Moore, Individually. In the United States District Court, Eastern District of California. Deposition. August 10, 2015. Case No. 2:13-CV-00266-MCE-DAD.

54.  Martin Watson, surviving widow vs. Life Insurance Company of North America. In the United States District Court, Western District of Washington, At Seattle. Deposition. January 5, 2016. Case No. 2:15-cv-00271-MJP.

55.  Fatimah K Phoenix, Individually, and Jesse Calloway and Fatimah K. Phoenix, as Co-administrators of the Estate of Vidal C. Calloway, Deceased, Plaintiffs v. Wal-Mart Stores, Inc., Wal-Mart Stores East, LP (Delaware), U.S. Security Associates, Michael L. Burton, Jaiviere N. Pruitt, and Phille Roberts, Defendants. In the State Court of Dekalb County, State of Georgia. Deposition, February 11, 2016. Civil Action File No. 13A48475-5.

56.  Megan Lewis-Whiteman, Individually and in her own rights as Executrix of the Estate of Rodney L. Whiteman, Deceased v. Continental Motors, Inc., et al v. United States of America, and Elizabeth C. Snider, Individually and as Executrix of the Estate of Daniel Snider, and Lee W. Snider, a minor, by his mother, Elizabeth C. Snider, v. Sterling Airways, Inc., et al., v. United States of America. In

the United States District Court for the Eastern District of Pennsylvania. Deposition, February 27, 2016. Civil Action No. 2:13-cv-02950-JCJ; 2:13-cv-02949-JCJ.

57. Nelson Torres [Deceased] vs. Alternative Service Concepts, LLC. State of California, Department of Industrial Relations, Division of Workers' Compensation. Workers' Compensation Appeals Board. Case No. ADJ9586179. Deposition, March 4, 2016.

58. Elizabeth C. Snider, Individually and as Administratrix of the Estate of Daniel A. Snider, and Lee W. Snider, a minor, by his mother, Elizabeth C. Snider vs. Sterling Airways, Inc., et al. Unites States District Court for the Eastern District of Pennsylvania. Case No. 2:13-CV-02949. Jury Trial, January 31, 2017.

59. Jeremiah J. Cross, deceased, by and through his personal representative, Valerie Steel, Plaintiff vs. XPO Express, Inc., et al., Defendants. United States District Court, District of South Carolina, Florence Division. Civil Action No: 4:15-02480 BHH, -2481, 2773, 1253, 1254. Deposition, May 22, 2017, Sacramento, California.

60. Dr. Alan Sampson, MD and Kathy Sampson on behalf of the Estate of Andrew Sampson, plaintiffs vs. Ukiah Valley Medical Center; Debbie L. Marks, MD; Pacific Redwood Medical Group; Calstar; & The Department of California Highway Patrol; and Does 1 through 10. United States District Court, Northern District of California, Civil Action NO.: 3:15-cv-00160-WHO. Deposition, June 27, 2017, San Francisco, California.

61. Nicole Albaum, an individual vs. Ravinderpal Singh, an individual; Surinderpal Singh, an individual, and doing business as SBT Trucking; SBT Trucking, a California Corporation, Assured Aggregates Company, Inc., a California Corporation; Gagliasso Trucking, Inc. a California Corporation; Don Chapin Company, Inc. and Does 1-20, inclusive. In the Superior Court of the State of California in and for the County of Santa Clara. Case No. 114CV268097. Deposition, July 6, 2017, Sacramento, California.

62. Breanna Cooke, individually and as Co-Successor-In-Interest for Decedent James Cooke, et al, vs. Jeremy Edens, in his individual and official capacity as Police Officer of the City of Stockton, et al. United States District Court for the Eastern District of California. Case No.: 2:14-CV-00908-KJM-KJN. Deposition, July 14, 2017, Stockton, California.

63. Remy Giannini and Darleen Giannini vs. Hank Siefel and Does 1 through 25, Inclusive. Superior Court of California, County of Placer. Case No. SCV0034577. Deposition, August 18, 2017, Sacramento, California.

64. Estate of Johnathan Rose et al vs. County of Sacramento, et al. United States District Court, Eastern District of California. Case No. 2:13-CV-01339-TLN-EFB. Jury Trial, September 20 and 22, 2017, Sacramento, California.

65. Keith Dahl, in his Personal Capacity and as Personal Representative of the Estate of Brandon Dahl, Deceased vs. Mason County, et al. United States District Court, Western District of Washington. Case No. 3:16-CV-05719-RBL. Deposition, November 17, 2017, Sacramento, California.

66. Marian Ahumada vs. Benjamin Wiederhold, Dignity Health, St. Joseph's Medical Center, Apexx Physicians Medical Corporation, Inc. and Does 1 through 100. Superior Court of California, County of San Joaquin Unlimited Civil Jurisdiction. Case No. STK-CV-UMM-2015-0012012. Deposition, December 18, 2017, Stockton, California.

67. James Martell and Colleen Mingeaud, individually and as co-personal representatives of the Estate of Marlene Martell vs. Aegis Senior communities, LLC, dba Aegis Living, a Washington limited liability company. Superior Court of Washington For King County. Case No. 16-2-16256-8 SEA. Deposition, January 5, 2017, Sacramento, California.

68. Angelina Vuong vs. FMC Technologies, Inc ET AL. Superior Court of California, County of Alameda. Case No. RG16803957. Deposition, January 10, 2017, Walnut Creek, California.

69. Filiberto Valencia Sr., et al vs. City of Stockton, et al. United States District Court, Eastern District of California, Case No. 2:16-CV-02081-JAM-AC. Deposition, January 11, 2017, Stockton, California.

70. Remy Giannini and Darleen Giannini vs. Hank Stiefel, et al. Placer County Superior Court, Roseville, California, Case No. SCV0034577. Jury Trial, January 23 and 24, 2018, Roseville, California.

71. Salvador Cordova Pimentel and Maria Cuevas Dominguez, individually and as successors-in-interest to decedent Abelino Cordova-Cuevas vs. City of Stockton, Stockton Police Department and Does 1 to 100 inclusive. United States District Court, Eastern District of California, Deposition, February 8, 2018, Sacramento, California. Case No. 2:17-CV-00931-WBS-AC.

72. Debra Ploetz, Individually and on Behalf of the Estate of Gregory Ploetz, Deceased vs. National Collegiate Athletic Association. District Court, Dallas County, Texas, 95th Judicial District, Deposition, Sacramento, California, March 2, 2018. Case No. DC-17-00676.

73. Jerry Sims, Kara Sims, Khloe Sims & Krystal Scherer vs. The Permanente Medical Group, Inc., et al. Superior Court of California, In Re: Arbitration. Deposition, Folsom, California, March 12, 2018. Case No. 14694.

74. Todd and Melinda Durand, as Co-Administrators of the Estate of Derek J. Durand, Deceased in their own right vs. Sarver Family Practice, P.C. and Donald F. Ehrenberger, D.O. In the Court of Common Pleas of Butler County, Pennsylvania, Frye Hearing, May 29, 2018. Civil Division A.D. No. 14-10067.

75. Todd and Melinda Durand, as Co-Administrators of the Estate of Derek J. Durand, Deceased in their own right vs. Sarver Family Practice, P.C. and Donald F. Ehrenberger, D.O. In the Court of Common Pleas of Butler County, Pennsylvania, Deposition, June 14, 2018, Sacramento, California, Civil Division A.D. No. 14-10067.

76. Sara L. Lacy vs. Snohomish County. Superior Court for the State of Washington, King County, Washington, Deposition, June 15, 2018, Sacramento, California, Case Number: 16-2-21526-2 SEA.

Case 2:16-cv-06603-PSG-PLA   Document 231-4   Filed 12/02/19   Page 88 of 154   Page ID
#:7789
*Curriculum Vitae and Bibliography*        *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*        *Page 78 of ?*

77. Thomas Knowles, by and through his successor-in-interest, Seana Knowles; Seana Knowles, individually; Frank Knowles, individually; Geraldine Bakersville, individually, v. Windsor El Camino Care Center, LLC; and Ann Clark, and Does 1 through 50, inclusive. Superior Court of the State of California For the County of Sacramento, Deposition, July 10, 2018, Sacramento, California, Case No.: 34-2015-00186245.

78. Jeffrey Sutherland and Beverly Tobey vs. City of Manteca; Manteca Police Department; County of San Joaquin; and Does 1-100, inclusive. Superior Court of the State of California, County of San Joaquin, Deposition, July 16, 2018, Stockton, California, Case No.: STK-CV-UPI-2016-0000290.

79. Marian Ahumada vs. Benjamin Wiederhold et al, Superior Court of California, County of San Joaquin, Jury Trial, August 22, 2018, Stockton, California, Case No.: STK-CV-UMM-2015-0012012.

80. Jacqueline Ann McCann, Deceased, by and through her PRs, Constance Huff and Ray Huff vs. XPO Express, Inc. et al. United States District Court for the District of South Carolina, Jury Trial, August 30, 2018, Charleston, South Carolina, Case No.: 2:16-CV-1254-BHH.

81. Salvador Cordova Pimentel and Maria Cuevas Dominguez, individually and as successors-in-interest to decedent Abelino Cordova-Cuevas vs. City of Stockton, Stockton Police Department and Does 1 to 100 inclusive. United States District Court, Eastern District of California, Deposition, September 24, 2018, Sacramento, California. Case No. 2:17-CV-00931-WBS-AC.

82. Yvette Diaz, an individual; and Michael Johnston, an individual vs. The County of Los Angeles, a public entity, and Does 1 to 50, inclusive. Superior Court of the State of California, County of Los Angeles- Spring Street Courthouse, Deposition, September 26, 2018, Los Angeles, California. Case No. BC 656353.

83. Yvette Diaz, an individual; and Michael Johnston, an individual vs. The County of Los Angeles, a public entity, and Does 1 to 50, inclusive. Superior Court of the State of California, County of Los Angeles- Spring Street Courthouse, Jury Trial, October 24, 2018, Los Angeles, California. Case No. BC 656353.

84. Sarah L. Lacy, in her personal capacity and as personal representative of the Estate of Cecil D. Lacy, Jr. Deceased, vs. Snohomish County. Superior Court of the State of Washington, in and for the County of King. Jury Trial, October 25, 2018, Seattle, Washington. Case No. 16-2-21526-2.

85. Angela Ainley, individually; Patrick Jackson, individually; Angela Ainley and Patrick Jackson, as joint personal representatives of the Estate of Kris Jackson; the estate of Kris Jackson vs. City of South Lake Tahoe, a municipal corporation; Joshua Klinge, individually and as a police officer for the City of South Lake Tahoe; Brian Uhler, individually and in his capacity as the City of South Lake Tahoe Chief of Police; and does 1 through 25, inclusive. United States District Court, Eastern District of California. Deposition, November 13, 2018, Santa Ana, California, Case No. 2:16-CV-00049 TLN-CKD.

86. Anna Morsaw, as personal representative of the Estate of Jordan Parsons, deceased, vs. Dennis Wright, Patricia Fuller, and BSB Delray, LLC, d/b/a Buddha Sky Bar. In the Circuit Court of the 15th

Case 2:16-cv-06603-PSG-PLA Document 231-4 Filed 12/02/19 Page 89 of 154 Page ID
#:7790
*Curriculum Vitae and Bibliography*     Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP     *Page 79 of 80*

Judicial Circuit in and for Palm Beach County, Florida. Deposition, November 15, 2018, Stockton, California, Case No.: 502016CA007649XXXXMB.

87. Savanna Smith, Thanh-Thanh Hoang both individually and in her capacity as successor in interest to Luke Smith, deceased vs. County of Santa Cruz; Sheriff Jim Hart, Deputy Chris Vigil, Sergeant Jacob Ainsworth, Deputy Jeffery Eisner, Deputy Emma Ramponi, City of Capitola, City of Capitola Police Depart, Chief Terry Mcmanus, Officer Pedro Zamora, City of Watsonville, City of Watsonville Police Department, Chief David Honda, Officer Noe Hernandez and Does 4-50. United States District Court, Northern District of California. Deposition, February 22, 2019, Pleasant Hill, California, Case No.: C17-05095 LHK.

88. Fermin Vincent Valenzuela vs. City of Anaheim et al. United States District Court, Central District of California. Deposition, February 26, 2019, Los Angeles, California, Case No.: SACV17-0278 CJC [DFMx], Consol. w/Case No. SACV17-2094 CJC [DFMx].

89. Adrian Robinson, Jr. v Philadelphia Eagles, LLC. Commonwealth of Pennsylvania Department of Labor and Industry, Bureau of Workers' Compensation. Deposition, March 1, 2019, Stockton, California, Case No.: BCN- 8025026.

90. Dustin Winding vs. Ford Motor Company. In the Circuit Court of Clay County, Missouri. Deposition, March 15, 2019, Oakland, California, Case No.: 16CY-CV00868.

91. Diem Ho, individually and as gardian ad litem for minors Alex Tran and Sabell vs. Dignity Health et al. Superior Court of San Joaquin County, California, Jury Trial, March 22, 2019. Case No: STK-CV-UMM-2016-11133.

92. Mathew Onyshko and Jessica Onyshko, his wife, vs. National Collegiate Athletic Association, in the Court of Common Pleas, Washington County, Pennsylvania, Jury Trial, May 8, 2019. Case No: 2014-3620.

93. Antonio Pulido, an individual; Yolanda Mejia, an individual vs. Alameda Unified School District, City of Alameda, State of California and Does 1 through 30. Superior Court of the State of California, County of Alameda, Deposition, May 31, 2019, Stockton, California. Case No.: RG17859762.

94. Mary H. Garcia, Individually, and as successor-in-interest to Estate of Phillip Soto Garcia, Jr. Deceased, et al. vs. County of Riverside et al. United States District Court, Central District of California, Eastern Division. Deposition, June 3, 2019, Sacramento, California. Case No. 5:18-CV-839-SJO [ASx].

95. A.B., a minor, individually and as successor in interest to decedent Kristopher Birtcher, by and through her guardian ad litem, Ryan Birtcher, Michael Birtcher, individually; and Catherine Birtcher, individually v. County of San Diego; San Diego Sheriff's Department, William D. Gore, Sheriff; Drew Beatty; Adrian Carrillo; Roland Garza; Joseph Kodadek; John Robledo; Scott Rossall; Frank Stalzer; Scott Winter and Does 1-10, Inclusive. United States District Court, Southern District of California. Deposition, August 14, 2019, Alameda, California. Case No. 18cv01541-MMA-LL.

96.   Estate of Brianna Suarez, an alleged disabled person by and through Juan Suarez, temporary guardian of Brianna Suarez's Estate and Person vs. Loyola University Medical Center, an Illinois Corporation; and Camilo Gomez, M.D., Individually. In the Circuit Court of Cook County, Illinois, County Department, Law Division. Deposition, November 4, 2019, Sacramento, California. Case No. 16 L 12024.

# Bennet Omalu

## P A T H O L O G Y

Phone: 916-513-5253
Fax: 866-402-6875
bennetomalu@bennetomalu.com

Autopsy and Anatomic Pathology
Clinical Pathology and Toxicology
Forensic Pathology

Neuropathology
Epidemiology
Medico-Legal Consultations

## FEE SCHEDULE

## MEDICO-LEGAL CONSULTATIONS

Professional Hourly Fees:  $600 [Six Hundred Dollars] per hour

Retainer Fees:
1. An initial non-refundable deposit of $10,000 [Ten Thousand Dollars].
2. The deposit should be made payable to "Bennet Omalu Pathology".
3. We will be drawing from the retainer fee until it is completely expended.
4. When completely expended, more non-refundable retainer deposits will be requested in increments of $5,000 [Five Thousand Dollars].
5. However, we rarely use up the initial deposit of $10,000.

Deposition Fees:
1. For the preparation for deposition testimonies we charge an hourly rate of $600 [Six Hundred Dollars] per hour for a minimum of three hours paid by the attorneys who retained us.
2. For deposition testimonies we charge an hourly rate of $1000 [One Thousand Dollars] per hour for a minimum of three hours paid by the attorneys representing the opposing side or the side who is deposing us.
3. For depositions that require travel outside the central valley of California we charge the same daily rates for trial or hearing fees described below [Trial or Hearing Fees: #2]. If the deposition testimony does not last up to six or eight hours for in-state and out-of-state depositions respectively, the attorneys who retained us will pay the balance.

Trial or Hearing Fees:
1. For the preparation for trial or hearing testimonies we charge an hourly rate of $600 [Six Hundred Dollars] per hour for a minimum of three hours paid by the attorneys who retained us.
2. For trial or hearing testimonies we charge $8,000 [Eight Thousand Dollars] per day for out-of-state testimonies, and $6,000 [Six Thousand Dollars] per day for in-state testimonies, paid by the attorneys who retained us.

Travel and Accommodation Expenses:
1. All travel and accommodation expenses for deposition, trial or hearing testimonies, which are above $200 [Two Hundred Dollars] will be paid for by the attorneys who retained us.

# EXHIBIT 2

Nathan Rose
Luminous Forensics
nrose@luminousforensics.com
Mobile – (720)839-1995

November 7, 2019

Joseph R. Finnerty
Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd., Ste 200
Encino, CA 91436
jfinnerty@actslaw.com

Re:     **Archie v. Pop Warner Little Scholars**
        Accident Reconstruction Report
        Rebuttal/Evaluation of the Report by Thomas F. Fugger, Jr., P.E.

Dear Mr. Finnerty:

As requested, I investigated and reconstructed a collision that occurred at approximately 6:15 p.m. on Monday, September 1, 2014 on Sherman Way at its intersection with Enfield Avenue in Los Angeles, California (latitude: 34.201142 degrees; longitude: -118.524065 degrees). According to the traffic collision report (TCR), this collision involved a white 2004 Acura TSX, being driven by Rosario Montenegro, and a 1994 Honda motorcycle, being operated by Paul Wayne Bright. The TCR indicated that Ms. Montenegro was attempting to turn left from a stop on southbound Enfield Avenue onto eastbound Sherman Way. She turned across Mr. Bright's path. He was westbound on Sherman Way. Mr. Bright and his motorcycle struck the left side of the Acura, and Mr. Bright was fatally injured. The speed limit on Sherman Way was 35 mph. At the time of the crash, it was dusk, the weather was clear, and the roadway was dry.



The adjacent diagram was included in the TCR. This diagram depicts the layout of the intersection and the approximate area and configuration of the collision. The TCR indicated that the area of the impact (AOI) was "established and substantiated by skids, gouges, vehicle placement & statements." The investigating officers identified and measured three pre-collision skid marks, which they identified as "locked rear-wheel brake skids." Their report indicated that the first of these was 40 feet long, the second was 8 feet long, and the third was 47 feet long. These officers provided measurements of

**Archie v. Pop Warner Little Scholars**
Report of Nathan Rose
Page 2

the locations of these tire marks within and around the intersection. They also identified and provided measurements for gouge marks that were 5 feet long and measurements of the rest positions of the vehicles. They reported that the motorcycle came to rest on its right side.

The aerial photograph below, which we obtained from Nearmap (www.nearmap.com), was taken on September 9, 2014, 8 days after the subject collision. This aerial is oriented such that north is up on the page. Sherman Way runs from left-to-right on this photograph (east-west). The intersection of Sherman Way and Enfield Avenue is positioned at about the center of the photograph. Prior to the subject collision, the Acura would have been moving from top-to-bottom within this photograph. Mr. Bright and his Honda motorcycle would have traveling from right-to-left. As this photograph shows, both westbound and eastbound Sherman Way consisted of three asphalt-paved through lanes. In between intersections, center islands were present separating eastbound and westbound Sherman Way. At Sherman Way's intersection with Enfield Avenue, there was a left turn pocket for eastbound traffic to turn left (north) on Enfield.



According to the written statement of witness Evelio Galvez, which was included with the TCR, "We were stopped westbound #3 Sherman Way at the intersection of White Oak Av. The motorcycle was next to us in the westbound #2. When the tri-light turned green the motorcycle took off. The motorcycle was traveling at a speed greater than the posted speed limit. The motorcycle was pulling away from us as we were moving. Then the white car appeared out of no where and the motorcycle collided into the driver side causing the white car to rotate. We were approximately 1,500 feet east of the impact."

According to the written statement of witness Stephen Osiek, which was included with the TCR, "I had just left the 7-11 at White Oak and Sherman Way in my personal vehicle (GVCX505) heading west on Sherman Way. I was driving west in the middle lane (#2) when at some point before Zehzah Av I heard a motorcycle coming from behind me and then pass me on my left. I was driving about 40 mph and the motorcycle was going about 60 mph because he passed very quickly and sounded as if he (m/c) was still accelerating. I was looking west and into the sun. When I got to Zelzah I heard a loud boom and saw the vehicles had crashed (m/c and white car)."

**Archie v. Pop Warner Little Scholars**
Report of Nathan Rose
Page 3

I was provided with 115 photographs taken the investigating officers. One of these photographs is included below. This photograph looks westbound on Sherman Way, along the direction that Mr. Bright was riding his motorcycle, and shows the first skid mark that the investigating officers attributed to the Honda motorcycle. This tire mark is situated near the center of the middle lane. Additional tire marks, debris, and the rest positions of the vehicles are also visible in the background of this photograph.



Another photograph taken by an investigating officer is included below. This photograph again looks westbound on Sherman Way. It shows two additional tire marks that the investigating officers attributed to the motorcycle, along with additional unrelated tire marks. This photograph also shows debris from the collision and the rest positions of the Acura and Mr. Bright's motorcycle, helmet, and some of his clothing.



Archie v. Pop Warner Little Scholars
Report of Nathan Rose
Page 4

Another photograph taken by an investigating officer is included below. This photograph again looks westbound. Similar to the previous photograph, this photograph shows debris from the collision and the rest positions of the Acura and Mr. Bright's motorcycle, helmet, and some of his clothing.



## Documents and Photographs

In conducting my analysis, I reviewed and analyzed the following documents that were provided to me:

- State of California Traffic Collision Report, including Narrative and Supplemental Reports and Other Documents (34 page PDF)
- Deposition Transcripts
    - Rosario Montenegro
    - Katie Montenegro
    - Officer Matthew Crumlish
    - De' Shon Parker
- Accident Reconstruction Report by Thomas F. Fugger, Jr., P.E.
- Human Factors Report by David Krauss, Ph.D.

In addition to reconstructing this crash, you asked that I evaluate and comment on the report by Thomas Fugger. I have done so in the discussion below.

## Qualifications

This section summarizes my qualifications for completing this reconstruction and for performing an evaluation of the report of Thomas Fugger. A complete listing of my credentials is contained in my CV. By way of summary, I am the President and a Principal Accident Reconstructionist at Luminous Forensics, an accident reconstruction firm in Denver, Colorado. Prior to that, I was a Director and Principal Accident Reconstructionist at Kineticorp, another accident reconstruction firm. Prior to that, from 1998 to 2005, I was an accident reconstructionist and engineer at Knott Laboratory in the Denver. I hold a bachelor's degree in Engineering with a Civil specialty from the Colorado School of Mines (1998) and a master's degree in Mechanical Engineering from the University of Colorado at

Archie v. Pop Warner Little Scholars
Report of Nathan Rose
Page 5

Denver (2003). I am accredited as a Traffic Accident Reconstructionist by the Accreditation Commission for Traffic Accident Reconstruction (ACTAR) and I have offered expert testimony as a reconstructionist in courts around the United States.

I have published 47 technical articles and reports related to vehicular accident reconstruction. These articles have been published in the Society of Automotive Engineers *International Journal of Passenger Cars – Mechanical Systems*, in the Society of Automotive Engineers Technical Paper Series, in *Accident Investigation Quarterly*, in the Proceedings of the International Crashworthiness Conference, and in *Collision – The International Compendium of Crash Research*. I have also published two books through the Society of Automotive Engineers: <u>Rollover Accident Reconstruction</u> and <u>Motorcycle Accident Reconstruction</u>.

## Site and Evidence Documentation

The United States Geological Survey (USGS) formed the 3D Elevation Program (3DEP) in 2012 with the purpose of collecting and providing standardized, high-quality lidar data of the United States. *Lidar*, a term that is an acronym for <u>li</u>ght <u>d</u>etection <u>a</u>nd <u>r</u>anging, is a method of *remote sensing*. Remote sensing refers to methods for the acquiring physical data and measurements of objects without physically touching them. The 3DEP began providing data to the public in 2015. It is a multi-year project and while this data is not yet available everywhere, the coverage continues to grow. Data from this program was available for the subject intersection. The image below shows the lidar data that we collected for the subject intersection, along with a number of the surrounding intersections. Terpstra[1][2] described a method for incorporating this data into photogrammetric analysis of scene physical evidence. We used this method to conduct photogrammetric analysis of the physical evidence from the subject collision shown in the police photographs.



---

[1] Terpstra, T., Dickinson, J., Hashemian, A., "Using Multiple Photographs and USGS LiDAR to Improve Photogrammetric Accuracy," SAE Paper 2018-01-0516, Detroit, MI. (2018). – Also published in SAE International Journal of Transportation Safety Volume 6, Issue 3, 2018.
[2] Terpstra, T., Dickinson, J., Hashemian, A., and Fenton, S., "Reconstruction of 3D Accident Sites Using USGC LiDAR, Aerial Images, and Photogrammetry," SAE Technical Paper 2019-01-0423, 2019. https://doi.org/10.4271/2019-01-0423.

Archie v. Pop Warner Little Scholars
Report of Nathan Rose
Page 6

On November 6, 2019, I inspected, photographed, and digitally mapped the subject intersection. In mapping the accident site, I used a Faro laser scanner. Laser scanners are a widely used and accepted tool in the field of accident reconstruction for mapping accident sites.[3,4,5] Several photographs from this inspection are included below. During this inspection, I observed that the stop sign for southbound traffic on Enfield Avenue was set back a considerable distance from the north curb of Sherman Way (approximately 35 feet). From a stopped position at this stop sign, trees and parked vehicles to the east could obstruct a driver's view of approaching traffic. Most drivers would pull further forward before initiating a turn, in order to increase their viewing distance down the road. For the analysis discussed later in this report, I assumed that Ms. Montenegro stopped forward of the stop sign and initiated her left turn from a position with the front of her vehicle at the extension of the north curbline of Sherman Way. This is consistent with the assumption made by Mr. Fugger.



[3] Green, T., "3D Laser Scanners in Crash Testing," *Collision: The International Compendium for Crash Research*, Volume 12, Issue 1, September 2017, ISSN 1934-8681.
[4] Voitel, T., Terpstra, T., "Benefits of 3D Laser Scanning in Vehicle Accident Reconstruction," Technology White Paper, FARO Technologies, Inc., 2012. http://kineticorp.com/wp-content/uploads/2017/11/faro-whitepaper-benefits-of-3d-scanning-in-var.pdf.
[5] DiTallo, M., Brandt, J., Green, T.E., "Laser Scanner Basics for Public Safety – Scene Marking, Scanner Placement, and Scanner Settings," FARO White Paper, 2017, available at http://www.publicsafety.faro.com/assets/dynamicsafety_whitepaper_013017.pdf.

**Archie v. Pop Warner Little Scholars**
Report of Nathan Rose
Page 7



To prepare a diagram of the physical evidence from the subject crash, we conducted photogrammetric analysis on several of the police photographs to independently reconstruct the location of the evidence shown in these photographs. Photogrammetry is the process of obtaining accurate, three-dimensional measurements and object locations from photographs. The photogrammetric technique that we used on this case is referred to as camera-matching. This technique involved the following steps:

1. We imported the USGS lidar data of the subject intersection into a computer-modeling software. We also supplemented this data with aerial roadway striping information obtained from aerial photographs of the site. The USGS lidar data gave us elevation data, along with geometry for vegetation in the area, and the aerial photography gave us roadway striping information.

2. We created computer-modeled cameras to view the lidar data from perspectives similar to that shown in the police photographs being analyzed.

3. Each photograph being analyzed was then imported into the software and designated as a background image for the corresponding computer-modeled camera.

4. Adjustments were then made to the location, focal length, and viewing plane of the computer-modeled cameras until an overlay was achieved between the lidar data and the scene shown in each photograph. When these overlays were achieved, the location and characteristics of the camera used to take the photographs had been reconstructed.

5. Once the camera location and characteristics were known, the physical evidence shown in the photograph could be located within the lidar data and placed on a scaled diagram.

Archie v. Pop Warner Little Scholars
Report of Nathan Rose
Page 8

This photogrammetric process is widely used and accepted in the field of accident reconstruction. The following literature details the validity and use of this technique.

- Campbell III, A.T., "Adapting Three-Dimensional Animation Software for Photogrammetry Calculations," Paper Number 930904, Society of Automotive Engineers, 1993.

- Chou, C., McCoy, R., Fenton, S., Neale, W., Rose, Nathan, "Image Analysis of Rollover Crash Test Using Photogrammetry," 2006-01-0723, Society of Automotive Engineers, 2006.

- Coleman, C., Tandy, D., Colborn, J., and Ault, N., "Applying Camera Matching Methods to Laser Scanned Three-Dimensional Scene Data with Comparisons to Other Methods," SAE Technical Paper 2015-01-1416, 2015, doi:10.4271/2015-01-1416.

- Fenton, Stephen, Neale, William, Rose, Nathan A., Hughes, Christopher, "Determining Crash Data Using Camera-Matching Photogrammetric Technique," Paper Number 2001-01-3313, Society of Automotive Engineers, 2001.

- Main, Bruce W., "A New Application of Camera Reverse Projection in Reconstructing Old Accidents," Paper Number 950357, Society of Automotive Engineers, 1995.

- Massa, D.J., "Using Computer Reverse Projection Photogrammetry to Analyze an Animation," SAE Paper Number 1999-01-0093, 1999, doi:10.4271/1999-01-0093.

- Randles, Bryan, "The Accuracy of Photogrammetry vs. Hands-on Measurement Techniques used in Accident Reconstruction," Paper Number 2010-01-0065, Society of Automotive Engineers, 2010.

- Rose, Nathan A., Neale, W.T.C., Fenton, S.J., Hessel, D., McCoy, R.W., Chou, C.C., "A Method to Quantify Vehicle Dynamics and Deformation for Vehicle Rollover Tests Using Camera-Matching Video Analysis," SAE Int. J. Passeng. Cars – Mech. Sys. 1(1):301-317 (SAE Paper Number 2008-01-0350), 2008.

- Smith, Gregory C., "A Case Comparison of Single-Image Photogrammetry Methods," Paper Number 890737, Society of Automotive Engineers, 1989.

- Terpstra, T., Dickinson, J., Hashemian, A., "Using Multiple Photographs and USGS LiDAR to Improve Photogrammetric Accuracy." SAE, Paper 2018-01-0516. Detroit, MI. (2018). – Also published in SAE International Journal of Transportation Safety Volume 6, Issue 3, 2018.

- Terpstra, T., Dickinson, J., Hashemian, A., and Fenton, S., "Reconstruction of 3D Accident Sites Using USGC LiDAR, Aerial Images, and Photogrammetry," SAE Technical Paper 2019-01-0423, 2019, https://doi.org/10.4271/2019-01-0423.

The four series of images in Appendix A show the results of this camera-matching process. Each series contains three images. The first image in each series shows one of the accident scene photographs. The second image shows this same photograph aligned with the roadway striping data that we generated from the aerial photography and USGS lidar data. The third image then shows physical evidence located within the photograph, including the rest positions of the vehicles, tire marks, scrapes, scuffs, and gouges on the roadway.

Our photogrammetric analysis resulted in the following physical evidence diagram showing the locations of tire marks and scrapes/scuffs/gouges from the motorcycle, tire marks from the Acura, and the rest positions of the vehicles. In his report, Mr. Fugger states, "the evidence indicates that Mr. Bright did brake and maneuver his motorcycle prior to the impact occurring. The visible tire marks and gouging occurred over a distance of 150 feet. The tire marks were not visibly continuous and,

Archie v. Pop Warner Little Scholars
Report of Nathan Rose
Page 9

while it is probable that braking was continuing, a range of deceleration values were used to bracket the probable pre-braking speed of Mr. Bright." Based on my reconstruction of the locations of the skid marks, the scaping/scuffing on the roadway, and the area of the collision, I measured the distance from the start of the first skid to the area of the collision, and I also measured a distance of approximately 150 feet. I agree with Mr. Fugger that, although the tire marks are not continuous over this 150 foot distance, Mr. Bright was likely braking over this entire distance. The evidence also shows that he employed both his front and rear brakes.



## 2004 Acura TSX

The photographs below, which were among those taken by the police at the accident scene, depict the damage to the 2004 Acura TSX that Ms. Montenegro was driving when this collision occurred (VIN – JH4CL96924C003290). This front-wheel drive vehicle was equipped with a 2.4-liter, 4 cylinder gasoline engine, an automatic transmission, antilock brakes, and it had a steering ratio of approximately 14.8:1. The Acura weighed between 3,600 and 3,700 pounds at the time of this crash, including the occupants.




**Archie v. Pop Warner Little Scholars**
Report of Nathan Rose
Page 10



In his report, Mr. Fugger noted that this vehicle was not available for inspection. The vehicle was also not available for me to physically inspect. Based on the photographs, this vehicle exhibited left side damage from its collision with the motorcycle and with Mr. Bright's body. The damage extended from the rocker panel near the front of the front door back to the C-pillar over the rear wheel. The deepest deformation was to the rocker panel near the front of the rear door. There was also significant damage to the rear door and rear fender. There was black material transfer on the rear door, near the front of the door and about midway vertically up the outer door skin. The deformation to the center of the door was nearly as great as the deformation to the rocker panel. The rear door window was shattered. The rear window was also shattered, but still mostly in place on the vehicle. The left side curtain and seat airbags in the Acura deployed during this crash. The airbag control module on this vehicle would not have contained accessible electronic data from the subject crash.

The subject collision caused the Acura to rotate approximately 140 degrees in a counterclockwise direction. From the perspective of the first photograph below, the Acura would have pulled out from the right, in the area of the orange cones. Thus, in its rest position following this crash, the Acura is facing back towards the area from which it pulled out. At rest, the front tires of the Acura were steered slightly to the left.

Archie v. Pop Warner Little Scholars
Report of Nathan Rose
Page 11

 

### 1994 Honda Motorcycle

The photographs below, which were among those taken by the police at the accident scene, depict the post-crash condition of the 1994 Honda CBR600F2 that Mr. Bright was riding at the time of this crash (VIN – JH2PC2506RM300052). This motorcycle was equipped with a 599cc, 4-cylinder engine, a manual transmission, and a conventional motorcycle braking system without antilock brakes. We obtained specifications which indicated that the wet weight of this motorcycle was approximately 447 pounds. With Mr. Bright's weight of 190 pounds, this puts the combined weight of the motorcycle and rider at approximately 637 pounds.

In his report, Mr. Fugger noted that the motorcycle was not available for inspection. The motorcycle was also not available for me to physically inspect. The Honda exhibited damage to the following components: the front fender, the forks, the handlebars, the headlight, the fuel tank, and the instrument cluster. As Mr. Fugger noted in his report, during the collision, the front wheel of the motorcycle was pushed rearward into the exhaust pipes. Mr. Fugger also stated: "Analysis of the rear tire on Mr. Bright's Honda motorcycle shows patches of tire that have been abnormally worn demonstrated by scrapes along the centerline of the tire. This is consistent with the documented skids at the scene of the subject accident." I reviewed the scene photographs that show the rear tire of the motorcycle, and I agree with Mr. Fugger's assessment. In addition, Mr. Fugger stated that "similar markings are evident on the front tire." I agree with this assessment, as well.

 

**Archie v. Pop Warner Little Scholars**
Report of Nathan Rose
Page 12



## Analysis of the Physical Evidence

Based on the characteristics of the tire marks, on the damage to the motorcycle, and on the location of scuffing/scraping on the roadway from the motorcycle, I determined the following:

- The first skid mark deposited by the motorcycle was deposited by the rear tire. This skid mark is identified in the first photograph below.
- The second skid mark was also deposited by the rear tire of the motorcycle. The third was deposited by the front tire of the motorcycle. These skid marks are identified in the second photograph below.

Archie v. Pop Warner Little Scholars
Report of Nathan Rose
Page 13

- The end of the second skid from the rear tire occurs just before the start of the front tire mark. However, additional skid marks from the rear tire were deposited intermittently up to, or close to, the area of the collision.
- The skid mark from the front tire continues up to, or close to, the area of impact. This tire mark sweeps to the left and narrows over its length, indicating that the motorcycle was in the process of capsizing onto its right side while this skid mark was being deposited.
- These tire marks were deposited because Mr. Bright applied the brakes of his motorcycle. The motorcycle capsized onto its right side as a result of Mr. Bright applying his front brake hard enough to lock that wheel.
- Scuffs/scrapes/gouges were deposited by the right side of the motorcycle, and perhaps by Mr. Bright's clothing, on the roadway immediately preceding the area of the collision. These are identified in the third photograph below.
- The subject collision caused the Acura to rotate approximately 140 degrees in a counterclockwise direction. During this rotation, the rear tires of the Acura deposited tire marks. These tire marks are identified in the fourth photograph below.



Archie v. Pop Warner Little Scholars
Report of Nathan Rose
Page 14





Archie v. Pop Warner Little Scholars
Report of Nathan Rose
Page 15



## Speed Analysis

I used an accident analysis software package called PC-Crash to simulate the subject collision. PC-Crash utilizes physics-based equations to calculate the motion of vehicles caused by driver steering, braking, and acceleration inputs or by collision forces. The software allows the analyst to specify the vehicle and scene geometries and the roadway surface conditions, and then to simulate the motion of the vehicles. This software package is commonly and widely utilized by accident reconstructionists, law enforcement offices, insurance companies, the automotive industry, and universities to analyze vehicular collisions. The software has been validated for accident reconstruction, subjected to peer review and publication, and its error rate has been quantified (see, for example, my technical article titled "An Analytical Review and Extension of Two Decades of Research Related to PC-Crash Simulation Software," published by the Society of Automotive Engineers).

PC-Crash has also been widely utilized and accepted in previous legal matters involving vehicular collisions. The North American distributors of PC-Crash (MEA Forensic) have compiled a list of more than 200 instances of PC-Crash being admitted for use in expert testimony in court proceedings. In a 2016 ruling related to the admissibility of PC-Crash (*Graham v. Sharples* in El Paso County, Colorado), the court found that PC-Crash "can and has been tested…has been subjected to peer review and publication…PC-Crash accident reconstruction software is 'generally accepted'…PC-Crash software is reasonably reliable."

My book, Motorcycle Accident Reconstruction, includes a detailed discussion of using PC-Crash to simulate collisions like this one. The method for this analysis involves determining what speed of the motorcycle is necessary to cause the observed post-impact translation and rotation of the struck vehicle. I conducted this analysis in PC-Crash for this case and concluded the following: (1) at impact

Archie v. Pop Warner Little Scholars
Report of Nathan Rose
Page 16

with the Acura, the Honda motorcycle and Mr. Bright's body were traveling approximately 57 mph;
(2) At impact, the Acura was traveling approximately 13 mph. These speeds, along with the impact
configuration shown in the screen capture below produced an excellent match with the Acura's post-
impact tire marks and rest position.



Mr. Fugger conducted similar analysis with the software package HVE. He concluded that Mr. Bright
and his motorcycle were traveling 45 mph at impact and that the Acura was traveling 15 mph.
Methodologically, HVE is an acceptable tool for this analysis. However, Mr. Fugger's simulation did
not agree with the Acura's post-impact tire marks or rest position, and thus, the speeds he determined
from this simulation are likely inaccurate. Figure 48 from Mr. Fugger's report is included below. In
this screen capture from HVE, Mr. Fugger used a white rectangle to identify the rest position of the
Acura. The red vehicle in this screen capture is the rest position of the vehicle in Mr. Fugger's
simulation. As this figure shows, the simulated rest position of the Acura did not agree with the actual
rest position of the Acura.

Mr. Fugger also compared this crash to a crash test that involved a Kawasaki ZX10 and a rider dummy
sliding on their left side into the passenger side of a stationary 4-door BMW 5 series. The motorcycle
in this test was traveling 46.9 mph at impact. Photos showing the damage to the vehicles in this crash
test are included below (Figures 42 and 43 from Mr. Fugger's report). Mr. Fugger concluded that
"damage sustained by both the Kawasaki and BMW from this crash test is considerably similar to that
of the damage sustained by the Honda motorcycle and Acura in the subject accident." I disagree with
this statement. It is apparent from visual inspection that the damage to the vehicles in the subject
crash is more severe than the damage to the vehicles in this crash test.

Archie v. Pop Warner Little Scholars
Report of Nathan Rose
Page 17



*Figure 48: HVE Simulation – t=6.7 sec (Approximate Area of Rest)*



*Figure 42: Kawasaki damage post-test*

Archie v. Pop Warner Little Scholars
Report of Nathan Rose
Page 18



*Figure 43: Damage sustained by the BMW*

In his report, Mr. Fugger stated, "The evidence indicates that Mr. Bright did brake and maneuver his motorcycle prior to the impact occurring. The visible tire marks and gouging occurred over a distance of 150 feet. The tire marks were not visibly continuous and, while it is probable that braking was continuing, a range of deceleration values were used to bracket the probable pre-braking speed of Mr. Bright." I conceptually agree with this statement, though not the specific range of deceleration values used by Mr. Fugger. Mr. Fugger's ultimate speed range of 60 to 75 mph implies a range of decelerations for the pre-impact braking by Mr. Bright of 0.35 to 0.8g. The low end of this range would imply a rear brake application only, but the physical evidence shows that Mr. Bright utilized his front brake aggressively enough to lock the front wheel and capsize his motorcycle. Thus, the low end of Mr. Fugger's range is likely too low. Similarly, a deceleration of 0.8g is higher than what most motorcyclists can achieve on a motorcycle without antilock brakes, so the high end deceleration used by Mr. Fugger is likely too high. In my analysis, I used a range of 0.5 to 0.6g for the pre-impact braking by Mr. Bright. This range implies the use of both the front and rear brakes by Mr. Bright, but it is an achievable range by most motorcyclists. It is consistent with the visible gaps in the tire marks during the 150 feet leading up to impact, and also with Mr. Bright locking up his front tire during the last 45 feet prior to impact. Using this range, I concluded that Mr. Bright's initial speed was likely in the range of 74 to 77 mph.

I ran two additional PC-Crash simulations to evaluate the pre-impact motion of the vehicles (screen captures included below). I found that it would take the Acura approximately 3.8 seconds to reach the area of the collision, when accelerating from a stop. The acceleration rate for the Acura to reach its impact speed at the correct location was approximately 0.16g. Mr. Bright's braking began approximately 2¼ seconds after the Acura began moving into the intersection. This is consistent with Mr. Fugger's determination of Mr. Bright's perception-response time.

**Archie v. Pop Warner Little Scholars**
Report of Nathan Rose
Page 19



Mr. Fugger stated that, "It is probable, from an accident reconstruction point of view, that this was within the 'normal' perception/reaction performance for Mr. Bright." I agree that this perception-response time falls within the "normal" range, but it was also on the high-end of the normal range. When Ms. Montenegro began pulling into the intersection, Mr. Bright would have been between approximately 390 and 405 feet from impact. I conducted additional analysis in PC-Crash and

**Archie v. Pop Warner Little Scholars**
Report of Nathan Rose
Page 20

determined that, had Mr. Bright been traveling 60 mph or less, Ms. Montenegro would have had time to clear the intersection and Mr. Bright would not have needed to brake aggressively to avoid her vehicle.

<u>Summary of Conclusions</u>

My investigation and analysis of this crash to date has led me to the following conclusions:

1. Mr. Bright's speed when he applied the brakes of his motorcycle prior to the collision was likely in the range of 74 to 77 mph, more than double the speed limit of 35 mph.

2. Mr. Bright began braking approximately 2¼ seconds after the Acura began moving into the intersection.

3. At impact with the Acura, Mr. Bright and his Honda motorcycle had decelerated to a speed of approximately 57 mph.

4. At impact, the Acura was traveling approximately 13 mph.

5. Approximately 3.8 seconds would have elapsed from the time the Acura began moving forward into the intersection to the time of impact.

6. Had Mr. Bright been traveling 60 mph or less, Ms. Montenegro would have had time to clear the intersection and Mr. Bright would not have needed to brake aggressively to avoid her vehicle.

**Closing:** The conclusions expressed in this report were reached to a reasonable degree of engineering and accident reconstruction certainty (probability) based on my investigation and analysis to date. Further information, data, investigation, or analysis may lead me to revise or supplement these conclusions.

Sincerely,

Nathan Rose
President and CEO
Principal Accident Reconstructionist
Luminous Forensics, LLC

Archie v. Pop Warner Little Scholars
Report of Nathan Rose
Page 21

## Appendix A

### Series 1



Archie v. Pop Warner Little Scholars
Report of Nathan Rose
Page 22

Series 2



Archie v. Pop Warner Little Scholars
Report of Nathan Rose
Page 23

Series 3





Archie v. Pop Warner Little Scholars
Report of Nathan Rose
Page 24

Series 4





*Curriculum Vitae* of
**Nathan A. Rose**
**Luminous Forensics, LLC**
CEO, President, and Principal Accident Reconstructionist
Mobile – (720)839-1995

**Mailing Address**
8200 S. Quebec St. A3-523
Centennial, Colorado 80111

**EDUCATION:**   **M.S. Mechanical Engineering** (2003), University of Colorado at Denver, Colorado
**B.S. Engineering** (1998), Civil Specialty, Colorado School of Mines, Golden, Colorado

**REGISTRATION:**   Mr. Rose is accredited as a Traffic Accident Reconstructionist by the Accreditation Commission for Traffic Accident Reconstruction (ACTAR #2265).

**EMPLOYMENT HISTORY:** Mr. Rose is CEO, President, and Principal Accident Reconstructionist at Luminous Forensics, an accident reconstruction and visualization firm in Denver, Colorado. Prior to that, he was a Director and Principal Accident Reconstructionist at Kineticorp, LLC (2005 to 2019), another accident reconstruction and visualization firm that he helped found in 2005. He also held positions as an engineer (1998 to 2003) and a senior engineer (2003 to 2005) at Knott Laboratory and as a field engineer at Koechlein Consulting Engineers (1996 to 1997). In the summer of 2009, Mr. Rose received an appointment as a Lecturer in the College of Engineering and Applied Science at the University of Colorado at Denver and taught a course on impact analysis. Mr. Rose also acts as an instructor for the Society of Automotive Engineers (SAE), teaching a 3-day course on accident reconstruction. He used to teach a 1-day course on rollover accident reconstruction for SAE, and he often teaches stand-along short courses on motorcycle accident reconstruction.

**EXPERIENCE:** Since 1998, Mr. Rose has investigated and reconstructed hundreds of accidents involving passenger cars, heavy trucks, motorcycles, bicycles, pedestrians, trains, and roadside barrier systems. During his graduate studies, Mr. Rose specialized in dynamics (the study of motion) and impact mechanics (the study of how objects respond to impacts). He has extensive experience analyzing and interpreting physical evidence related to vehicular crashes as well as modeling and analyzing crashes with physics-based computer simulation. He has an in-depth knowledge of the physical models used by the following crash analysis software packages: PC-CRASH, HVE, CRASH, SMAC, EDVSM and SIMON. Mr. Rose also has experience with railway vehicle simulation using VAMPIRE railway vehicle dynamics software. Mr. Rose has performed crash dynamics and occupant kinematics simulations for the Crash Injury Research and Engineering Network (CIREN), a research program sponsored by the National Highway Traffic Safety Administration (NHTSA). Mr. Rose also has extensive experience analyzing sensor data from crash tests and he has worked with Ford Motor Company to develop video analysis and motion tracking techniques for vehicle rollover crash test analysis.

**RESEARCH:** Mr. Rose has published 47 technical articles and reports related to vehicular accident reconstruction. These articles have been published in the Society of Automotive Engineers *International Journal of Passenger Cars – Mechanical Systems*, in the Society of Automotive Engineers Technical Paper Series, in *Accident Investigation Quarterly*, in the Proceedings of the International Crashworthiness Conference, and in *Collision – The International Compendium of Crash Research*. Topics covered in these articles include motorcycle accident reconstruction, rollover accident reconstruction, video analysis, photogrammetry, vehicle damage analysis methods, impact restitution, tire mark characteristics, critical speed analysis, and spinning vehicle deceleration rates. Mr. Rose has also published two books through the Society of Automotive Engineers: Rollover Accident Reconstruction and Motorcycle Accident Reconstruction.

**TESTIMONY:** Mr. Rose's education, experience, research, writing, and professional volunteer activities have laid the groundwork for the admission of his accident reconstruction work and testimony in courts in Colorado, California, Georgia, Missouri, Texas, and Washington.

**AWARDS:** Mr. Rose received the **2006 Arch T. Colwell Merit Award** from the Society of Automotive Engineers (SAE) for the paper "Image Analysis of a Rollover Crash Test Using Photogrammetry." This award recognizes authors of outstanding papers published through the SAE.

**AFFILIATIONS:** Society of Automotive Engineers (SAE) – Mr. Rose acts as a peer reviewer for technical papers published by the Society of Automotive Engineers. He has peer reviewed more than 55 technical papers. These reviews have been for the Accident Reconstruction (2007-18), Safety Test Methodology (2009, 2011), Rollover (2008-14) and Rear Impact (2009) Sessions for the annual Society of Automotive Engineers (SAE) World Congress and for the International Journal of Transportation Safety. Mr. Rose is a past member of the SAE Occupant Protection Committee and a past organizer for the Accident Reconstruction (2013-2018) and the Rollover and Rear Impact Sessions (2008-09) held annually at the SAE World Congress. Mr. Rose has also peer-reviewed technical articles for *Collision: The International Compendium for Crash Research*.

**Nathan A. Rose**
CEO, President, and Principal Accident Reconstructionist
Luminous Forensics, LLC

### Books and Chapters

1. **Rose, Nathan A.**, Beauchamp, Gray, Asay, Alan F., <u>Rollover Accident Reconstruction</u>, Society of Automotive Engineers, ISBN 978-0-07680-9372-8, 2019, https://www.sae.org/publications/books/content/r-475/.

2. **Rose, Nathan**, Neale, William, <u>Motorcycle Accident Reconstruction</u>, Society of Automotive Engineers, ISBN 978-0-7680-9507-4, 2019, https://www.sae.org/publications/books/content/r-483/.

3. Carter, Neal, **Rose, Nathan A.**, Pentecost, David, "Validation of Equations for Motorcycle and Rider Lean on a Curve," Chapter 9 in <u>Collision Reconstruction Methodologies Volume 4: Motorcycle Accident Reconstruction</u>, Edited by Chris Armstrong, PT-186_4, SAE International, 2019.

4. **Rose, Nathan A.**, Neal Carter, David Pentecost, Alireza Hashemian, "Video Analysis of Motorcycle and Rider Dynamics During High-Side Falls," Chapter 13 in <u>Collision Reconstruction Methodologies Volume 4: Motorcycle Accident Reconstruction</u>, Edited by Chris Armstrong, PT-186_4, SAE International, 2019.

### Motorcycle Rider and Reconstruction Training

1. "Motorcycle Crash Investigation," Illinois Association of Technical Accident Investigators (IATAI), October 7-8, 2019, Springfield, IL (1-day of crash testing and 1-day of coursework).

2. "Advanced RiderCourse," Motorcycle Safety Foundation, Completed at the Motorcycle Training Academy, Colorado Springs, Colorado, April 26, 2019, 2003 BMW F650 GS Dakar.

3. "Advanced RiderCourse," Motorcycle Safety Foundation, Completed at the Motorcycle Training Academy, Colorado Springs, Colorado, August 11, 2018, 2017 Honda Rebel 300.

4. "Street Strategies E-Course," Motorcycle Safety Foundation, Completed June 6, 2018 (Certificate ID: 1466423).

5. "Basic RiderCourse," Motorcycle Safety Foundation, Completed at the Motorcycle Rider Training Center, Lakewood, Colorado, June 1-3, 2018.

6. "Reconstruction and Analysis of Motorcycle Crashes," 8-hour Course Hosted by the Society of Automotive Engineers, November 5, 2015.

7. "Basic RiderCourse Segment 1: E-Course," Motorcycle Safety Foundation, Completed on November 4, 2014 (Certificate ID: 25324).

### Peer-Reviewed Publications and Reports

1. **Rose, Nathan**, Bortles, W., Carter, N., "Motorcycle Accident Reconstruction: Applicable Error Rates for Struck Vehicle EDR-Reported ΔV," under review for publication by *Collision: The International Compendium of Crash Research*.

2. **Rose, Nathan**, Carter, N., Randolph, M., Bortles, W., "Motorcycle Accident Reconstruction: Incorporating EDR Data from the Struck Vehicle," under review for publication by *Collision: The International Compendium of Crash Research*.

3. Bailey, Ann; Funk, James; Lessley, David; Sherwood, Chris; Crandall, Jeff; Neale, William; **Rose, Nathan**, "Validation of a Videogrammetry Technique for Analysing American Football Helmet Kinematics," *Sports Biomechanics*, https://doi.org/10.1080/14763141.2018.1513059, October 2, 2018.

4. **Rose, Nathan A.**, Neal Carter, "An Analytical Review and Extension of Two Decades of Research Related to PC-Crash Simulation Software," Society of Automotive Engineers (SAE) Technical Paper Number 2018-01-0523, April 2018.

5. **Rose, Nathan A.**, Neal Carter, Connor Smith, "Further Validation of Equations for Motorcycle Lean on a Curve," *SAE Int. J. Trans. Safety*, 6(3):173-191, Paper Number 2018-01-0529, 2018.

6.  **Rose, Nathan**, "Fracture Energy Calculations for Wooden Utility Poles," *Collision: The International Compendium of Crash Research*, Volume 12, Issue 1, 2017.

7.  **Rose, Nathan**, Neal Carter, David Pentecost, Alireza Hashemian, "Video Analysis of Motorcycle and Rider Dynamics During High-Side Falls," Society of Automotive Engineers Paper Number 2017-01-1413.

8.  **Rose, Nathan A.**, Carter, Neal, Beauchamp, Gray, "The Accelerations Present during the Trip Phase of a Soil-Tripped Rollover Crash – An Update," *Collision: The International Compendium for Crash Research*, Volume 11, Issue 2, 2016.

9.  **Rose, Nathan**, Neal Carter, "The Longevity of Scene Evidence from a Rollover – A Case Study," *Collision: The International Compendium for Crash Research*, Volume 11, Issue 2, 2016.

10. **Rose, Nathan**, Neal Carter, John Kreisher, Martin Randolph, William Neale, David Danaher, "How Accurate Are Witness Distance Estimates Given in Car Lengths?," *Collision: The International Compendium for Crash Research*, Volume 11, Issue 1, 2016.

11. **Rose, Nathan A.**, Carter, Neal, "The Accelerations Present during the Trip Phase of a Soil-Tripped Rollover Crash," *Collision: The International Compendium for Crash Research*, Volume 11, Issue 1, 2016.

12. **Rose, Nathan A.**, Neal Carter, Gray Beauchamp, "Post-Impact Dynamics for Vehicles with a High Yaw Velocity," SAE Technical Paper Number 2016-01-1470, doi:10.4271/2016-10-1470.

13. Beauchamp, G., Thornton, D., Bortles, W., and **Rose, Nathan A.**, "Tire Mark Striations: Sensitivity and Uncertainty Analysis," *SAE Int. J. Trans. Safety* 4(1):121-127, 2016, doi:10.4271/2016-01-1468.

14. Beauchamp, G., Pentecost, D., Koch, D., and **Rose, Nathan A.**, "The Relationship Between Tire Mark Striations and Tire Forces," *SAE Int. J. Trans. Safety* 4(1):134-150, 2016, doi:10.4271/2016-01-1479.

15. Carter, N., Hashemian, A., **Rose, Nathan A.**, and Neale, W., "Evaluation of the Accuracy of Image Based Scanning as a Basis for Photogrammetric Reconstruction of Physical Evidence," SAE Technical Paper 2016-01-1467, 2016, doi:10.4271/2016-01-1467.

16. Carter, Neal, **Nathan A. Rose**, David Pentecost, "Validation of Equations for Motorcycle and Rider Lean on a Curve," *SAE Int. J. Trans. Safety* 3(2):2015, doi:10.4271/2015-01-1422.

17. **Rose, Nathan A.**, Neal Carter, "Further Assessment of the Uncertainty of CRASH3 ΔV and Energy Loss Calculations," Paper Number 2014-01-0477, Society of Automotive Engineers, April 2014.

18. **Rose, Nathan A.**, Neal Carter, David Pentecost, "Vehicle Acceleration Modeling in PC-Crash," Paper Number 2014-01-0464, Society of Automotive Engineers, April 2014.

19. **Rose, Nathan A.**, Neal Carter, David Pentecost, Tilo Voitel, William Bortles, "Using Data from a DriveCam Event Recorder to Reconstruct a Vehicle-to-Vehicle Impact," Paper Number 2013-01-0778, Society of Automotive Engineers, April 2013.

20. Carter, Neal, Gray Beauchamp, **Nathan A. Rose**, "Comparison of Calculated Speeds for a Yawing and Braking Vehicle to Full-Scale Vehicle Tests," Paper Number 2012-01-0620, Society of Automotive Engineers, 2012.

21. **Rose, Nathan A.**, Beauchamp, Gray, "Development of a Variable Deceleration Rate Approach to Rollover Crash Reconstruction," Paper Number 2009-01-0093, Society of Automotive Engineers, 2009, published in the *SAE International Journal of Passenger Cars – Mechanical Systems* 2(1):308-332.

22. **Rose, Nathan A.**, Beauchamp, Gray, "Analysis of a Dolly Rollover with PC-Crash," Paper Number 2009-01-0822, Society of Automotive Engineers, 2009.

23. Beauchamp, Gray, Hessel, David, **Rose, Nathan A.**, Fenton, Stephen J., "Determining Steering and Braking Levels from Yaw Mark Striations," Paper Number 2009-01-0092, Society of Automotive Engineers, 2009, published in the *SAE International Journal of Passenger Cars – Mechanical Systems* 2(1):291-307.

24. **Rose, Nathan A.**, Beauchamp, Gray, Fenton, Stephen J., "The Influence of Vehicle-to-Ground Impact Conditions on Rollover Dynamics and Severity," Paper Number 2008-01-0194, Society of Automotive Engineers, 2008.

25. **Rose, Nathan A.**, Fenton, Stephen J., Beauchamp, Gray, "Analysis of Vehicle-to-Ground Impacts during a Rollover with an Impulse-Momentum Impact Model," *SAE Int. J. Passeng. Cars – Mech. Sys.* 1(1):105-123 (SAE Paper Number 2008-01-0178), 2008.

26. **Rose, Nathan A.**, Neale, W.T.C., Fenton, S.J., Hessel, D., McCoy, R.W., Chou, C.C., "A Method to Quantify Vehicle Dynamics and Deformation for Vehicle Rollover Tests Using Camera-Matching Video Analysis," *SAE Int. J. Passeng. Cars – Mech. Sys.* 1(1):301-317 (SAE Paper Number 2008-01-0350), 2008.

27. Funk, J. R., Beauchamp, G., **Rose, Nathan A.**, Fenton, S. J., Pierce, J., "Occupant Ejection Trajectories in Rollover Crashes: Full-Scale Testing and Real World Cases," *SAE Int. J. Passeng. Cars – Mech. Sys.* 1(1):43-54 (SAE Paper Number 2008-01-0166), 2008.

28. **Rose, Nathan A.**, Beauchamp, Gray, Fenton, Stephen J., "Factors Influencing Roof-to-Ground Impact Severity: Video Analysis and Analytical Modeling," 2007-01-0726, Society of Automotive Engineers, 2007.

29. **Rose, Nathan A.**, Beauchamp, Gray, Bortles, Will, "Quantifying the Uncertainty in the Coefficient of Restitution Obtained with Accelerometer Data from a Crash Test," 2007-01-0730, Society of Automotive Engineers, 2007.

30. **Rose, Nathan A.**, Fenton, Stephen J., Beauchamp, Gray, "Restitution Modeling for Crush Analysis: Theory and Validation," 2006-01-0908, Society of Automotive Engineers, 2006.

31. Chou, C., McCoy, R., Fenton, S., Neale, W., **Rose, Nathan**, "Image Analysis of Rollover Crash Test Using Photogrammetry," 2006-01-0723, Society of Automotive Engineers, 2006. This paper received the **2006 Arch T. Colwell Merit Award**, which was established by Arch Colwell to recognize authors of outstanding papers presented at SAE meetings. Papers are judged for their value as contributions to existing knowledge of mobility engineering, and primarily with respect to their value as an original contribution to the subject matter.

32. **Rose, Nathan A.**, Fenton, Stephen J., "Crush and Conservation of Energy Analysis: Toward a Consistent Methodology," 2005-01-1200, Society of Automotive Engineers, Warrendale, PA, 2005.

33. **Rose, Nathan A.**, Fenton, Stephen J., "An Examination of the CRASH3 Effective Mass Concept," 2004-01-1181, Society of Automotive Engineers, Warrendale, PA, 2004.

34. Neale, W., Fenton, S., McFadden, S., **Rose, Nathan**, "A Video Tracking Photogrammetry Technique To Survey Roadways for Accident Reconstruction," 2004-01-1221, Society of Automotive Engineers, Warrendale, PA, 2004.

35. **Rose, Nathan A.**, "An Examination of the Effective Mass Concept for Eccentric Motor Vehicle Impacts in the CRASH3 Algorithm," Master's Thesis, University of Colorado – Denver, Spring, 2003.

36. **Rose, Nathan A.**, Fenton, Stephen J., Hughes, Christopher M., "Integrating Monte Carlo Simulation, Momentum-Based Impact Modeling, and Restitution Data to Analyze Crash Severity," 2001-01-3347, Society of Automotive Engineers, Warrendale, PA, 2001.

37. Fenton, Stephen, Neale, William, **Rose, Nathan A.**, Hughes, Christopher, "Determining Crash Data Using Camera-Matching Photogrammetric Technique," 2001-01-3313, Society of Automotive Engineers, Warrendale, PA, 2001.

38. Fenton, Stephen, Johnson, Wendy, LaRocque, Jaime, **Rose, Nathan A.**, "Using Digital Photogrammetry to Determine Vehicle Crush and Equivalent Barrier Speed," 1999-01-0439, Society of Automotive Engineers, Inc., Warrendale, PA, 1999.

**Technical Articles and Reports**

1. Rose, Nathan A., Grimes, Wes, "Vehicle Crash Reconstruction: Principles and Technology," Course Notes for Society of Automotive Engineers Course C1728.

2. Peck, Louis, Deyerl, Eric, **Rose, Nathan**, "The Effect of Tire Pressure on the Deceleration of a Motorcycle Under Application of the Rear Brake Only," *Accident Reconstruction Journal*, July/August 2017.

3. Carter, Neal, **Rose, Nathan**, "The Role of Vehicle Crash Data Recorders in a Motor Vehicle Safety Program," *Electric Energy*, Summer 2015.

4. **Rose, Nathan A.**, "Reconstruction and Analysis of Rollover Crashes of Light Vehicles," Course Notes for Society of Automotive Engineers Course C1502.

5. **Rose, Nathan A.**, Neal Carter, David Pentecost, "Analysis of Motorcycle and Rider Limits on a Curve," *Collision: The International Compendium for Crash Research*, Volume 9, Issue 1.

6. **Rose, Nathan A.**, Neale, William T.C., Carter, Neal, "Using Data from a DriveCam Video Event Recorder to Reconstruct a Hard Braking Event," *Collision: The International Compendium for Crash Research*, Volume 7, Issue 1, Spring 2012.

7. **Rose, Nathan A.**, Beauchamp, Gray, "A Variable Deceleration Rate Approach to Rollover Crash Reconstruction," *Collision: The International Compendium for Crash Research*, Volume 5, Issue 1, Spring 2010.

8. **Rose, Nathan A.**, Hughes, Christopher M., "Optimum Chord Length for Critical Speed Analysis," *Accident Investigation Quarterly*, Summer 2002.

9. Fenton, Stephen, **Rose, Nathan A.**, Johnson, Wendy, "Using Digital Photogrammetry to Determine Crash Severity," Proceedings of the International Crashworthiness Conference, September 2000.

## Funded Research

1. "Video Analysis of Concussion Causing Events in Professional Football," funded by Biocore LLC, 2016-2017.'

2. "Video Analysis of Concussion Causing Events in Professional Football – A Pilot Study," funded, in part, by the National Football League, 2015.

3. "Using Data from a DriveCam Event Recorder to Reconstruct a Vehicle-to-Vehicle Impact," funded, in part, by DriveCam - The Driver Science Company, 2012-13.

4. "Using Data from a DriveCam Video Event Recorder to Reconstruct a Hard Braking Event," funded, in part, by DriveCam The Driver Science Company, 2011-12.

5. "A Method to Quantify Vehicle Dynamics and Deformation for Vehicle Rollover Tests Using Camera-Matching Video Analysis," funded, in part, by Ford Motor Company, 2007.

6. "Image Analysis of Rollover Crash Test Using Photogrammetry," funded, in part, by Ford Motor Company, 2005-06.

## Presentations and Courses Taught

1. "Applying Automotive EDR Data to Motorcycle Accident Reconstruction," Motorcycle Crash Investigation Seminar, Illinois Association of Technical Accident Investigators (IATAI), October 8, 2019, Springfield, IL.

2. "Vehicle Crash Reconstruction: Principles and Technology," Society of Automotive Engineers Course C1728, 3-day accident reconstruction course taught August 5-7, 2019, Denver, CO.

3. "Vehicle Crash Reconstruction: Principles and Technology," Society of Automotive Engineers Course C1728, 3-day accident reconstruction course taught April 22-24, 2019, Phoenix, AZ.

4. "Motorcycle Accident Reconstruction: Using the Struck Vehicle EDR Data," EDR Summit, 1-hour presentation, March 6, 2019, Houston, TX.

5. "Vehicle Crash Reconstruction: Principles and Technology," Society of Automotive Engineers Course C1728, 3-day accident reconstruction course taught November 5-7, 2018, Phoenix, AZ.

6. "Vehicle Crash Reconstruction: Principles and Technology," Society of Automotive Engineers Course C1728, 3-day accident reconstruction course taught August 6-8, 2018, Herndon, VA.

7. "Vehicle Crash Reconstruction: Principles and Technology," Society of Automotive Engineers Course C1728, 3-day accident reconstruction course taught June 26-28, 2018, Aberdeen Proving Grounds, Maryland.

8.   "Vehicle Crash Reconstruction: Principles and Technology," Society of Automotive Engineers Course C1728, 3-day accident reconstruction course taught April 23-25, 2018, El Segundo, CA.

9.   "Vehicle Crash Reconstruction: Principles and Technology," Society of Automotive Engineers Course C1728, 3-day accident reconstruction course taught December 5-7, 2017, Phoenix, Arizona.

10.  "Video Reconstruction Validation of Concussion Causing Events in Professional Football," NFL Head, Neck, and Spine Engineering Subcommittee Meeting at the NFL Scouting Combine, Indianapolis, IN. March 1, 2017.

11.  "Reconstruction and Analysis of Rollover Crashes of Light Vehicles," Society of Automotive Engineers Course C1502, 8-hour course taught on December 1, 2016, Cerritos College, California.

12.  "Reconstruction and Analysis of Rollover Crashes of Light Vehicles," Society of Automotive Engineers Course C1502, 8-hour course taught on September 27, 2016, Scottsdale, Arizona.

13.  "Reconstruction and Analysis of Rollover Crashes of Light Vehicles," Society of Automotive Engineers Course C1502, 8-hour course taught on April 15, 2016 at the Society of Automotive Engineers World Congress, Detroit, Michigan.

14.  "Post-Impact Dynamics for Vehicles with a High Yaw Velocity," SAE Technical Paper Presentation, 2016 Society of Automotive Engineers World Congress, Detroit, Michigan, April 14, 2016.

15.  "Video Analysis of Concussion Causing Events in Professional Football – A Pilot Study," NFL Head, Neck, and Spine Engineering Subcommittee Meeting at the NFL Scouting Combine, Indianapolis, IN, February 24, 2016.

16.  "Reconstruction and Analysis of Rollover Crashes of Light Vehicles," Society of Automotive Engineers Course C1502, 8-hour course taught on November 6, 2015.

17.  "How to Develop, Use, and Effectively Present Accident Reconstruction Evidence in Trial," Summer Conference for the Colorado Defense Lawyers Association, Steamboat Springs, CO, August 1, 2015.

18.  "Reconstruction and Analysis of Rollover Crashes of Light Vehicles," Society of Automotive Engineers Course C1502, 8-hour course taught on April 24, 2015.

19.  "Operator Error and Liability in Motorcycle Accidents," Summer Conference for the Colorado Defense Lawyers Association, Telluride, CO, July 26, 2014.

20.  "Hidden Witnesses – Technologies that Reveal Commonly Overlooked Evidence," 1 Hour, Educational Seminar, Denver, CO, June 25, 2014. [Topics Covered: Laser Scanning, Computer Modeling and Simulation, Full-Scale Vehicle Testing, Event Data Recorders, and Animation]

21.  "Motorcycle and Trucks – Accident Reconstruction," Invited Presentation, Caltrans Torts Workshop, Oakland, CA, May 29, 2014.

22.  "Vehicle Acceleration Modeling in PC-Crash," SAE Technical Paper Presentation, 2014 Society of Automotive Engineers World Congress, Detroit, Michigan, April 9, 2014.

23.  "Hidden Witnesses – Technologies that Reveal Commonly Overlooked Evidence," 1 Hour, Educational Seminar, San Diego, CA, March 11, 2014. [Topics Covered: Vehicle Interactions with Center Median Barriers, Computer Modeling and Simulation, Event Data Recorders, Full-Scale Vehicle Testing, and Animation]

24.  "Hidden Witnesses – Technologies that Reveal Commonly Overlooked Evidence," 1 Hour, Educational Seminar, Westminster, CO, March 4, 2014. [Topics Covered: Laser Scanning, Computer Modeling and Simulation, Low Speed Collision Analysis, Event Data Recorders, and Animation]

25.  "Hidden Witnesses – Technologies that Reveal Commonly Overlooked Evidence," 1 Hour, Educational Seminar, Englewood, CO, March 3, 2014. [Topics Covered: Laser Scanning, Computer Modeling and Simulation, Low Speed Collision Analysis, Event Data Recorders, and Animation]

26. "Hidden Witnesses – Technologies that Reveal Commonly Overlooked Evidence," 1 Hour, Educational Seminar, Los Angeles, CA, January 15, 2014. [Topics Covered: Vehicle Interactions with Center Median Barriers, Computer Modeling and Simulation, Event Data Recorders, Full-Scale Vehicle Testing, and Animation]

27. "How In-Vehicle Video Systems Are Changing the Face of Litigation," 1 Hour, Continuing Education Webinar, October 24, 2013.

28. "How In-Vehicle Video Systems Are Changing the Face of Litigation," ½ Hour, Invited, Educational Webinar Offered by DriveCam, September 19, 2013.

29. "Hidden Witnesses – Technologies that Reveal Commonly Overlooked Evidence," 1 Hour, Educational Seminar, Seattle, Washington, September 5, 2013. [Topics Covered: Vehicle Acceleration Capabilities, Full-Scale Vehicle Testing, Computer Simulation, Event Data Recorders, Laser Scanning, Computer Modeling, and Animation]

30. "Hidden Witnesses – Technologies that Reveal Commonly Overlooked Evidence," 1 Hour, Continuing Education Seminar, Denver, Colorado, September 6, 2013.

31. "Driver Distraction and Attention," 1 Hour, Continuing Education Webinar, June 14, 2013.

32. "Accident Reconstruction for DOT Cases," Invited Presentation, Colorado Department of Law, Civil Litigation and Employment Law Section, Denver, CO, June 7, 2013. [Topics Covered: Photogrammetry, Tire Mark Types and Analysis, Computer Simulation, Full-Scale Vehicle Testing, Event Data Recorders, and Animation]

33. "Overlooked Evidence – Giving a Voice to Hidden Evidence," Invited Presentation, Washington State Attorney General's Office – Torts Division, Tumwater, WA, June 4, 2013. [Topics Covered: 3D Laser Scanning, Computer Simulation, Full-Scale Vehicle Testing, and Event Data Recorders]

34. "Recon 201 – More Concepts and Techniques in Accident Reconstruction," 1 Hour, Continuing Education Webinar, May 24, 2013. [Topics Covered: Driver Perception-Response Time, 3D Laser Scanning and Computer Simulation]

35. "Recon 201 – More Concepts and Techniques in Accident Reconstruction," 1 Hour, Continuing Education Webinar, April 5, 2013. [Topics Covered: Driver Perception-Response Time and Heavy Truck Event Data Recorders]

36. "Recon 101 – Concepts and Techniques in Accident Reconstruction," 1 Hour, Accredited Continuing Education Webinar, March 1, 2013. [Topics Covered: Scene Documentation, Photogrammetry, Tire Mark Analysis, Simulation, Rollover Analysis, On-Board Video and Data Recorders, Conservation of Momentum and Energy, and Animation]

37. "Recon 101 – Concepts and Techniques in Accident Reconstruction," 2 Hour, Continuing Education Seminar Presented at McCranie, Sistrunk, Anzelmo, Hardy, McDaniel & Welch LLC, New Orleans, LA, February 19, 2013.

38. "Recon 101 – Concepts and Techniques in Accident Reconstruction," 1 Hour, Accredited Continuing Education Webinar, January 25, 2013.

39. "Recon 101 – Concepts and Techniques in Accident Reconstruction," 1 Hour, Accredited Continuing Education Webinar, January 18, 2013.

40. "Recon 101 – Concepts and Techniques in Accident Reconstruction," 1 Hour, Accredited Continuing Education Webinar, January 8, 2013.

41. "Physical Evidence that Reveals Driver Error," Continuing Education Seminar for Utah State Department of Transportation Claims Department, Salt Lake City, April 4, 2010.

42. "Investigation of Claims Involving Car Crashes," Invited Presentation, Training Conference for Investigators in the Washington State Attorney General's Office, Tumwater, WA, June 15, 2010.

43. "Investigation of Claims Involving Car Crashes," Invited Presentation, Training Conference for Attorneys, Paralegals, and Legal Assistants in the Washington State Attorney General's Office, Tumwater, WA, June 15, 2010.

44. "Forensic Engineering," Invited Presentation, Introduction to Engineering Class, Chaparral High School, Parker, Colorado, March 19, 2010.

45. "Reconstruction of Crashes Involving Median or Roadside Barriers," Invited Presentation, Conference – Defense of WSDOT Torts, Office of the Attorney General, Tumwater, WA, October 21, 2009.

46. "ME4238/5238 – Impact Mechanics," an undergraduate and graduate level course taught in the College of Engineering and Applied Science at the University of Colorado Denver, Summer 2009.

47. "Determining Driver Error from Tire Marks and Quantifying the Severity of Highway Barrier Collisions," Invited Presentation, California Department of Transportation Tort Conference, San Diego Hilton, May 21, 2009.

48. "Analysis of a Dolly Rollover with PC-Crash," SAE Technical Paper Presentation, 2009 Society of Automotive Engineers World Congress, Detroit, Michigan, April 22, 2009.

49. "A Method to Quantify Vehicle Dynamics and Deformation for Vehicle Rollover Tests Using Camera-Matching Video Analysis," Guest Lecture, Forensic Methods Class, Wayne State University, April 15, 2008.

50. "Analysis of Vehicle-to-Ground Impacts during a Rollover with an Impulse-Momentum Impact Model," SAE Technical Paper Presentation, Society of Automotive Engineers World Congress, Detroit, Michigan, April 15, 2008.

51. "A Method to Quantify Vehicle Dynamics and Deformation for Vehicle Rollover Tests Using Camera-Matching Video Analysis," SAE Technical Paper Presentation, Society of Automotive Engineers World Congress, Detroit, Michigan, April 14, 2008.

52. "The Influence of Vehicle-to-Ground Impact Conditions on Rollover Dynamics and Severity," SAE Technical Paper Presentation, Society of Automotive Engineers World Congress, Detroit, Michigan, April 14, 2008.

53. "Factors Influencing Roof-to-Ground Impact Severity: Video Analysis and Analytical Modeling," SAE Technical Paper Presentation, Society of Automotive Engineers World Congress, Detroit, Michigan, April 17, 2007.

54. "Quantifying the Uncertainty in the Coefficient of Restitution Obtained with Accelerometer Data from a Crash Test," SAE Technical Paper Presentation, Society of Automotive Engineers World Congress, Detroit, Michigan, April 17, 2007.

55. "Restitution Modeling for Crush Analysis," SAE Technical Paper Presentation, Society of Automotive Engineers World Congress, Detroit, Michigan, April 5, 2006.

56. "Image Analysis of Rollover Crash Test Using Photogrammetry," SAE Technical Paper Presentation, Society of Automotive Engineers World Congress, Detroit, Michigan, April 4, 2006.

57. "An Examination of the CRASH3 Effective Mass Concept," SAE Technical Paper Presentation, Society of Automotive Engineers World Congress and Exhibition, Detroit, Michigan, March 11, 2004.

58. "High Speed Accident Investigation – Crashworthiness Evaluation," Training Seminar for Allstate Insurance, Knott Laboratory, Inc., Englewood, Colorado, December 5, 2002.

59. "Vehicle Accident Investigation – Evaluation of Motor Vehicle Crashworthiness," Training Seminar for Travelers Insurance, Denver, Colorado, June 7, 2002.

60. "Understanding Car Crashes," Training Seminar for State Farm Insurance, Greeley, Colorado, October 23, 2001.

61. "Computer Technologies in Crash Reconstruction," Rocky Mountain Crash/DUI Conference, Renaissance Hotel, Denver, Colorado, May 16-17, 2001.

62. "Analyzing Vehicle Dynamics & Occupant Injuries Using Computer Simulation," Knott Laboratory, Inc., Englewood, Colorado, September 12, 2000.

63. "Product Liability: Evaluation of Product Safety – Case Studies," Knott Laboratory, Inc., Englewood, Colorado, March 15, 2000.

64. "Vehicular Accident Reconstruction," Knott Laboratory, Inc., Englewood, Colorado, March 14, 2000.

65. "New Technologies in Accident Reconstruction," Society of Automotive Engineers Sectional Meeting, Knott Laboratory, Inc., Englewood, Colorado, January 19, 2000.

66. "The Role of Computers in Accident Reconstruction," Knott Laboratory, Inc., Englewood, Colorado, October 26, 1999.

67. "Courtroom Use of Photogrammetry, 3-D Computer Modeling and Animation," Knott Laboratory, Inc., Denver, Colorado, April 15, 1999.

### Attended Technical Conferences, Training, and Seminars

1. "Link Right of Way (ROW) Worker Safety Training," online course from King County Metro Rail and Seattle Sound Transit, 1.5 hours, completed July 12, 2019.

2. EDR Summit, Houston, Texas, March 4-6, 2019 (Topics Covered: Bosch CDR Updates, Analyzing Steering, Yaw and Lateral Accel Stability Control System Data, Reconstruction of Crashes Involving Autonomous Vehicles, Determining Vehicle Speed from an Audio Recording, Video Analysis, Validation of Data from Vehicle Infotainment Systems, Using Struck Vehicle EDR Data in Reconstructing Motorcycle-Car Collisions).

3. "Basic RiderCourse," Motorcycle Safety Foundation, Completed at the Motorcycle Rider Training Center, Lakewood, Colorado, June 1-3, 2018.

4. EDR Summit, Houston, Texas, March 5-7, 2018 (Topics Covered: Bosch CDR Updates, EDR Throttle Input, Power Loss and Reported Vehicle Speeds, Subaru EDR Evidence, Tesla Autopilot, Self-Driving Vehicle and Driver Assistance Features, Detroit Diesel Engine EDR Overview and Updates, Case Studies in Bosch CDR Tool Retrieved Data, Legal Challenges Regarding EDR Data, Bendix ABS and Bendix Data Recorder Data, EDR and Motorcycles).

5. "Path Intrusion Reaction Time Studies," 4-hour webinar presented by Jeffrey Muttart, watched on January 26, 2018.

6. "Drivers' Responses at Curves, Roadside Obstacles, and Intersections," 4-hour training webinar presented by Jeffrey Muttart, April 19, 2017.

7. NFL Head, Neck and Spine Engineering Subcommittee Meeting, 2017 NFL Scouting Combine, March 1, 2017.

8. "Drivers' Responses at Traffic Signals and Intersections," 4-hour training webinar presented by Jeffrey Muttart, November 16, 2016.

9. "Persuasive Presentations," Nancy Duarte, Online Course completed October 11, 2016.

10. "Presenting Data and Information," Edward Tufte, Denver, CO, July 22, 2016.

11. Society of Automotive Engineers World Congress, Detroit, Michigan, April 2016. [At this conference, I attended presentations related to vehicle dynamics simulation, uncertainty analysis, and low-speed collisions.]

12. "Level 1: Photography Basics," 8-hour photography course offered by Photography Life (photographylife.com), completed January 29, 2016. (Topics Covered: Camera Gear and Lenses, Tripods, Light, Exposure, Depth of Field, Camera Settings, Autofocus, Blur, Dynamic Range and Histograms)

13. "Unleash the Power of Your Sony A6000," 2-hour photography course taught by Gary Fong (www.garyfong.com), completed December 31, 2015.

14. "Reconstruction and Analysis of Motorcycle Crashes," 8-hour Course Hosted by the Society of Automotive Engineers, November 5, 2015.

15. "Commercial Vehicle Braking Systems e-Seminar," 18-hour Course Hosted by the Society of Automotive Engineers, Completed March 13, 2015.

16. PC-Crash Training – Scenes, 3-hour Training Webinar Hosted by MEA Forensics, February 16, 2015.

17. PC-Crash Training – Trajectory Model, 3-hour Training Webinar Hosted by MEA Forensics, February 17, 2015.

18. "Aviation Fundamentals Course (AV1)," Online Course Offered by Unmanned Experts covering topics relevant to the operation of Small Unmanned Aircraft Systems (sUAS), Completed on December 29, 2014.

19. "Basic RiderCourse Segment 1: E-Course," Motorcycle Safety Foundation, Completed on November 4, 2014 (Certificate ID: 25324).

20. Society of Automotive Engineers World Congress, Detroit, Michigan, April 2014. [At this conference, I attended presentations/lectures related to pedestrian crash analysis, crush analysis, side-swipe collisions, low-speed collisions, and bumper system testing.]

21. "Driver Distraction from Electronic Devices: Insights and Implications," 4-hour Course Presented by Jeffrey Hickman, Group Leader at the Virginia Tech Transportation Institute, 2-hour Sessions on April 3 and 5, 2013.

22. "Adobe Connect: Beyond the Basics," 1-hour Course Presented by David Walker, December 4, 2012.

23. "Getting Started with Adobe Connect," 1-hour Course Presented by David Walker, December 3, 2012.

24. Society of Automotive Engineers World Congress, Detroit, Michigan, April 2012. [At this conference, I attended presentations/lectures related to the acceleration and braking performance of heavy trucks and motorcycles, roadway friction coefficients, vehicle deceleration, vehicle rollover motion and event data recorders.]

25. Pedestrian versus Vehicle Crash Test Series (10 Tests, 3 Vehicles, Speeds between 15 and 40 mph), Hosted by the Longmont Police Department, April 20, 2011.

26. Society of Automotive Engineers World Congress, Detroit, Michigan, April 2011. [At this conference, I attended presentations/lectures related to accident reconstruction (utility pole impacts, tire force modeling, drag sled reliability, and event data recorders). I also participated in the meetings for the SAE's Accident Investigation and Reconstruction Practices Committee and the Animation Subcommittee.]

27. "Crash Data Retrieval (CDR) Technician – Level 1," 8-hour Course Presented by William Bortles, Greenwood Village, Colorado, March 8, 2011.

28. "Vehicle Braking Performance: Braking Confidence and Pedal Feel," On-Line Short Course Presented by Tom Hall, Society of Automotive Engineers, Course Completed on July 12, 2010.

    This course covered the relationship of the applied brake pedal pressure and travel to the resulting vehicle deceleration rate. The effect of each brake system component on this relationship was described and analyzed.

29. "Vehicle Braking Performance: Stopping Distance," On-Line Short Course Presented by Tom Hall, Society of Automotive Engineers, Course Completed on May 21, 2010.

    This course covered both vehicle and human factors affecting vehicle braking performance and accident avoidance capabilities. It also covered the effects of Anti-lock Brake Systems on braking performance and the limitations of these systems.

30. "Ordinary Error – Common Behaviors that Contribute to Crash Risk," Presentation by Human Factors Consultant Tom Ayres, Ph.D., October 21, 2009.

31. VAMPIRE Railway Vehicle Dynamics Simulation Software Training, 1-Week Course Presented by Matthew Dick of Rail Sciences, Inc., July 6-10, 2009.

32. Society of Automotive Engineers World Congress, Detroit, Michigan, April 2009.

33. Society of Automotive Engineers World Congress, Detroit, Michigan, April 2008.

34. "Tire Mechanics & Modeling," 1-Day Course Presented by Dr. Patrick Fitzhorn, Director of the Race Vehicle Dynamics Laboratory at Colorado State University, March 20, 2008.

35. Society of Automotive Engineers World Congress, Detroit, Michigan, April 2007.

36. "Active Safety Technology: Paving the Road to Accident-Free Driving Telephone/Webcast," March 1, 2007.

37. CarSim 7 Training Session, Presented by Thomas Gillespie of Mechanical Simulation Corporation via Teleconference, December 13, 2006.

38. Skip Barber Driving School, Mazda Raceway at Laguna Seca, Monterey, California, November 11, 2006.

    This course consisted of classroom and in-vehicle instruction related to vehicle dynamics and handling, slides and recoveries, threshold braking, and racing basics. The in-vehicle instruction utilized the following vehicles: Dodge Neon, Dodge Dakota Pickup, Dodge Viper, and Porsche Boxster.

39. Society of Automotive Engineers World Congress, Detroit, Michigan, April 2006.

40. Society of Automotive Engineers World Congress, Detroit, Michigan, April 2004.

41. "Acceleration and VC2000PC Training," Presented by Richard Jobe of Vericom Computers, Inc., South Metro Fire Headquarters, Greenwood Village, Colorado, June 27, 2000.

42. "Adding Value to Life Through Technology and Advanced Mobility," Society of Automotive Engineers World Congress 2000, Cobo Center, Detroit, Michigan, March 6-9, 2000.

**Blog Posts and Online Articles**

1. "Applying Automotive EDR Data to Motorcycle Accident Reconstruction," Posted to www.nathanarose.com on April 18, 2019.

2. "Braking and Swerving Capabilities of Three-Wheeled Motorcycles," Posted to www.nathanarose.com on April 16, 2019.

3. "Motorcycle Accident Reconstruction – Incorporating Struck Vehicle EDR Data," Posted to www.nathanarose.com on March 30, 2019.

4. "Motorcycle Accident Reconstruction: Lane-Splitting, Lane-Sharing, and Filtering in California," Posted to www.nathanarose.com on February 9, 2019.

5. "Why Do Drivers Violate Motorcyclists' Right-of-Way?" Posted on www.nathanarose.com on March 5, 2018.

6. "Determining Motorcycle Speed from the Struck Vehicle Translation and Rotation," Posted on www.nathanarose.com on February 27, 2018.

7. "Equations for Estimating the Center of Gravity Height of a Motorcycle," Posted on www.nathanarose.com on February 24, 2018.

8. "Conspicuity as a Factor in Motorcycle Accidents," Posted on www.nathanarose.com on February 17, 2018.

9. "My Two Cents on Writing Accident Reconstruction Reports in a Legal Setting," Posted on www.nathanarose.com on January 2, 2018.

10. "Sliding and Tumbling Deceleration of a Motorcycle – A Literature Review," Posted on LinkedIn on July 5, 2017.

11. "The Honest Expert Witness – A Manifesto," Posted on LinkedIn on June 29, 2017.

12. "Braking Capabilities of Motorcyclists – A Literature Review," Posted on LinkedIn on June 7, 2017.

13. "Are Physically Realistic Animations Overly Prejudicial?" posted on LinkedIn on May 15, 2017.

14. "Scene and Vehicle Documentation Checklists for Rollover Collisions," posted on LinkedIn on April 29, 2017.

15. "Producing Forensic Animations that are Credible and Admissible," posted on LinkedIn on April 19, 2017.

16. "Forensic Acquisition of Vehicle Infotainment Systems Data," posted on LinkedIn on April 7, 2017.

17. "Simulating Rollovers in PC-Crash," posted on LinkedIn on March 23, 2017.

18. "Part II – An Analytical Review of Two Decades of Research Related to PC-Crash Simulation Software," posted on LinkedIn on March 20, 2017.

19. "An Analytical Review of Two Decades of Research Related to PC-Crash Simulation Software – Part I," posted on LinkedIn on March 18, 2017.

20. "Fracture Energy Calculations for Wooden Utility Poles," posted on LinkedIn on March 1, 2017.

21. "Reconstructing the Trip Phase of a Rollover Crash," posted on LinkedIn on February 21, 2017.

22. "Use Physics and Evidence to Test what Witnesses Say About a Crash," posted on LinkedIn on February 15, 2017.

23. "Advanced Reconstruction Methods for the Roll Phase," posted on LinkedIn on February 13, 2017.

24. "Working with an Accident Reconstructionist – A Recipe for Success," posted on LinkedIn on February 7, 2017.

25. "Reconstructing the Roll Phase of a Rollover Crash – Part I," posted on LinkedIn on February 6, 2017.

26. "There's nothing new about expert witnesses disagreeing!" posted on LinkedIn on December 27, 2016.

27. "Your Credentials Matter to the Jury," posted on LinkedIn on December 20, 2016.

28. "Do the Dirty Tricks of Cross-Examination Work on Experts?" posted on LinkedIn on December 12, 2016.

29. "5 Tips for Experts Communicating with Juries," posted on LinkedIn on December 6, 2016.

30. "How YouTube is Advancing the Science of Accident Reconstruction," posted on LinkedIn on November 29, 2016.

31. "The Admissibility of Virtual Reality Animations," posted on LinkedIn on November 21, 2016.

**Expert Testimony of Nathan Rose**

### 2004

| Testified | Trial | Hrng | Med | Depo | Job Number | Job Name | Description | Case No. | Dist/City/St. | P or D |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/4/2004 | X | | | | 09075-1002 | Martinez | Adrian Martinez ADV People of Colorado | 02CR2441, Div 1 | El Paso County | Criminal Defense |

Year Count   1   0   0   0

### 2008

| Testified | Trial | Hrng | Med | Depo | Job Number | Job Name | Description | Case No. | Dist/City/St. | P or D |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/2008 | X | | | | 1187-0507 | Serra | People of Colorado v. Eric Crespin | 07CR60 | Montrose County | Criminal Prosecution |

Year Count   1   0   0   0

### 2009

| Testified | Trial | Hrng | Med | Depo | Job Number | Job Name | Description | Case No. | Dist/City/St. | P or D |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/2/2009 | | | | X | 1315-0608 | Ansa | Sereny vs. UPS | HHD-CV-07-5009791S | Judicial District of Hartford at Hartford | D |
| 7/16/2009 | | | | X | 1315-0608 | Ansa | Sereny vs. UPS | HHD-CV-07-5009791S | Judicial District of Hartford at Hartford | D |

Year Count   0   0   0   2

### 2010

| Testified | Trial | Hrng | Med | Depo | Job Number | Job Name | Description | Case No. | Dist/City/St. | P or D |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/19/2010 | | | | X | 1500-0110 | Ahearn | Avellaneda v. State of Washington | 09-2-11474-4 | Superior Court of Washington, County of Pierce | D |
| 9/21/2010 | | | | X | 1383-0309 | Meyer | Adler et al v. The State of Washington, et al. | 09-2-15949-1 | Superior Court of Washington, County of King | D |
| 10/5/2010 | | | | X | 1463-1109 | Pearson | Thomas v. The State of Washington, et al. | 08-2-40711-0 SEA | Superior Court of Washington, County of King | D |

Year Count   0   0   0   3

### 2011

| Testified | Trial | Hrng | Med | Depo | Job Number | Job Name | Description | Case No. | Dist/City/St. | P or D |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/4/2011 | | | | X | 1722-0511 | Winskill | Girard v. The State of Washington, et al. | 09-2-00690-4 | Superior Court of Washington, County of Cowlitz | D |
| 12/6/2011 | | | | X | 1584-0710 | Puz | Overton v. The State of Washington, et al. | 10-2-01380-3 | Superior Court of Washington, County of Thurston | D |

Year Count   0   0   0   2

### 2012

| Testified | Trial | Hrng | Med | Depo | Job Number | Job Name | Description | Case No. | Dist/City/St. | P or D |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/13/2012 | | | | X | 1695-0211 | Ahearn | Boughner v. The State of Washington | 10 2 01877 0 | Superior Court of Washington, County of Kitsap | D |
| 4/19/2012 | | | | X | 1739-0611 | Duva | Dogan v. Rockwell Transportation, et al. | 09-C-10196-2 | State Court of Gwinnett County State of Georgia | D |
| 5/4/2012 | | | | X | 1837-1211 | McCarthy | Ward v. Randazzo Enterprises, Inc. | CIV 501695 | Superior Court of California, County of San Mateo | D |
| 6/26/2012 | X | | | | 1695-0211 | Ahearn | Boughner v State of Washington | 10 2 01877 0 | Superior Court of Washington, County of Kitsap | D |
| 7/11/2012 | | | | X | 1589-0510 | LaForce | Spivey v West Valley Construction | 495948 | Superior Court of California, County of San Mateo | D |
| 9/7/2012 | | | | X | 1928-0612 | Dagner | Goldstein v. Choun & Gammon | 2011 CV 110 | District Court, County of Weld, Colorado | D |
| 11/2/2012 | | X | | | 1910-0512 | Dagner | Hilverding v. Yanchunas | 11 CV 184 | District Court, Boulder County, Colorado | D |
| 11/6/2012 | X | | | | 1910-0512 | Dagner | Hilverding v. Yanchunas | 11 CV 184 | District Court, Boulder County, Colorado | D |

Year Count   2   1   0   5

## 2013

| Testified | Trial | Hrng | Med | Depo | Job Number | Job Name | Description | Case No. | Dist/City/St. | P or D |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/27/2013 | | | | X | 1967-0912 | Abel | Forsman (Yates) v. The State of Washington | 11-2-38204-04 SEA | Superior Court of Washington, County of King | D |
| 3/12/2013 | | | | X | 1741-0611 | Boatright | Hor v. City of Seattle | 10-2-34403-9 SEA | Superior Court of Washington, County of King | D |
| 5/9/2013 | | | X | | 1989-1112 | Mauro | Orlibez v. Penley | 2012CV1202 | District Court, City and County of Denver, Colorado | D |
| 6/19/2013 | X | | | | 1741-0611 | Boatright | Hor v. City of Seattle | 10-2-34403-9 SEA | Superior Court of Washington, County of King | D |
| 12/16/2013 | | | | X | 1878-0212 | Duva | Home State Mutual Insurance Company v. Logicorp Enterprises | 1:12-CV01068-CAP | US District Court for the Northern District of Georgia | D |

Year Count   1   0   1   3

## 2014

| Testified | Trial | Hrng | Med | Depo | Job Number | Job Name | Description | Case No. | Dist/City/St. | P or D |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/8/2014 | | | | X | 2117-0713 | Miller | Young v. City of Federal Way | 12-CV-01487-JCC | US District Court for the Western District of Washington at Seattle | D |
| 1/22/2014 | | | | X | 1948-0812 | Winskill | Gamper v. State of Washington | 12-2-00959-4 | Superior Court of Washington for Thurston County | D |
| 8/13/2014 | | | | X | 2130-0813 | Fraser | Nair v. State of Washington | 13-2-18348-0KNT | State of Washington King County Superior Court | D |
| 8/20/2014 | | X | | | 1878-0212 | Duva | Home State Mutual Insurance Company v. Logicorp Enterprises | 1:12-CV01068-CAP | US District Court for the Northern District of Georgia | D |
| 9/16/2014 | | | | X | 2084-0513 | Dagner | Nicolopolous v. Dowdy | 13CV411 | District Court, Arapahoe County, Colorado | D |
| 10/16/2014 | | | | X | 2300-0614 | Orell | Baumann v. NMDOT | D-1333-CV-2013-00077 | District Court, Cibola County, New Mexico | D |
| 11/20/2014 | | | | X | 2005-1212 | Kinerk | Fuda/Beaupre v. King County | 11-2-19682-8 KNT | Superior Court of Washington for King County | D |
| 12/23/2014 | | X | | | 2084-0513 | Dagner | Nicolopolous v. Dowdy | 13CV411 | District Court, Arapahoe County, Colorado | D |

Year Count   0   2   0   6

## 2015

| Testified | Trial | Hrng | Med | Depo | Job Number | Job Name | Description | Case No. | Dist/City/St. | P or D |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/20/2015 | X | | | | 2084-0513 | Dagner | Nicolopolous v. Dowdy | 13CV411 | District Court, Arapahoe County, Colorado | D |
| 2/11/2015 | X | | | | 2329-0714 | Cox | Long v. CDOT | 2014CV31650 | District Court, City and County of Denver, Colorado | D |
| 2/26/2015 | X | | | | 2434-1214 | Fields | Keran v. Cable | 2014CV030563 | District Court, Arapahoe County, Colorado | D |
| 4/9/2015 | | | | X | 2436-0115 | Capella | Chavez v. Caltrans | CIVDS1301289 | Superior Court of California, San Bernardino County | D |
| 5/13/2015 | X | | | | 2436-0115 | Capella | Chavez v. Caltrans | CIVDS1301289 | Superior Court of California, San Bernardino County | D |
| 5/15/2015 | | | | X | 1990-1112 | Curry | Mayerhoff v. Front Range Services | 14CV18 | District Court, Arapahoe County, Colorado | D |
| 5/21/2015 | X | | | | 2389-1014 | Firkins | Kitchen v. James | 13-2-39827-3 KNT | Superior Court of the State of Washington, King County | P |
| 6/8/2015 | | | | X | 2477-0215 | Dagner | Steiner v. McKinny | 2014CV0308 | District Court of the 18th Judicial District, County of Arapahoe, State of Colorado | D |
| 8/16/2015 | | | | X | 2314-0615 | Ashford | Blasingame v. Crane Cartage | 2.14-cv00989-JHE | District Court for the Northern District of Alabama Southern Division | P |
| 8/27/2015 | X | | | | 2005-1212 | Kinerk | Fuda/Beaupre v. King County | 11-2-19682-8 KNT | Superior Court of Washington for King County | D |
| 8/31/2015 | | | | X | 2265-0414 | Schmidt | Fuller v. Caltrans | 14CVP0073 | Superior Court of California, San Luis Obispo | D |
| 11/17/2015 | | | | X | 2495-0315 | Earl | Silva-Cuellar v. Brian Wilson Trucking | CV PI 1422151 | District Court of the 4th Judicial District of the State of Idaho | P |

Year Count   6   0   0   6

**2016**

| Testified | Trial | Hrng | Med | Depo | Job Number | Job Name | Description | Case No. | Dist/City/St. | P or D |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/13/2016 | | | | X | 2264-1114 | Brown | Castanon v. Caltrans | NC056731 | Superior Court of California, Los Angeles County, Central District | D |
| 1/20/2016 | | | | X | 2330-0714 | Puz | Chhann v. Washington State DOT | 14-2-16582-0 KNT | Superior Court of the State of Washington, King County | D |
| 3/2/2016 | X | | | | 1968-0912 | Abel | James v. Washington State DOT | 11-2-36047-4 KNT | Superior Court of the State of Washington, King County | D |
| 5/19/2016 | | | | X | 2202-0114 | Capella | Krewski v. Caltrans | 56-2013-00444959-CU-PO-VTA | Superior Court of the State of California, Ventura County | D |
| 6/10/2016 | | | | X | 2490-0315 | Day | McCoy vs. State of CA | 56-2014-00461883-CU-PO-VTA | Superior Court of the State of California, Ventura County | D |
| 7/19/2016 | X | | | | 2490-0315 | Day | McCoy vs. State of CA | 56-2014-00461883-CU-PO-VTA | Superior Court of the State of California, Ventura County | D |
| 7/26/2016 | | | | X | 2804-0416 | Degner | Metcalfe/Patterson | 15CV032467 | District Court, El Paso County, Colorado | D |
| 8/2/2016 | | | | X | 2552-06 | Dollar | Moore v. Con-Way Truckload | 15JO-CC00176 | Circuit Court of Johnson County, Missouri | P |
| 10/18/2016 | | | | X | 2444-12 | Groshong | Adair v. City of Seattle | 14-2-33261-1 SEA | Superior Court of Washington, King County | D |
| 11/3/2016 | | | | X | 2631-08 | Boatright | Gomez v. City of Seattle | 15-2-27303-5 SEA | Superior Court of Washington, King County | D |

Year Count   2   0   0   8

**2017**

| Testified | Trial | Hrng | Med | Depo | Job Number | Job Name | Description | Case No. | Dist/City/St. | P or D |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/2/2017 | | | | X | 2088-06 | Puz | State of Washington v. Mullen Trucking | 15-2-00163-1 | Superior Court of the State of Washington, Skagit County | P |
| 7/11/2017 | | | | X | 2879-07 | MacMenamin | Gray-Florance v. City of Seattle | 16-2-14103-0 SEA | Superior Court of the State of Washington, King County | D |
| 8/4/2017 | | | | X | 2950-10 | Slater | Muehlhauser v. Medley Logistics and FedEx | 16SL-CC03796 | Circuit Court of St. Louis County, State of Missouri | P |
| 8/22/2017 | | | | X | 2952-10 | Klotz | Smith v. First Transit | 16CV032353 | District Court, County of Denver, State of Colorado | D |
| 8/30/2017 | | | | X | 2476-02 | Dollar | Vasquez v. Prime | CC-15-02925-E | Dallas County Court, Texas | P |
| 9/21/2017 | X | | | | 2952-10 | Klotz | Smith v. First Transit | 16CV032353 | District Court, County of Denver, State of Colorado | D |
| 9/28/2017 | | | | X | 2658-10 | Weisel | Annocki v. Peterson Enterprises, Turner, & CA | SC112366 | Superior Court of the State of California, County of Los Angeles | D |
| 11/7/2017 | X | | | | 2476-02 | Dollar | Vasquez v. Prime | CC-15-02925-E | Dallas County Court, Texas | P |
| 12/1/2017 | X | | | | 2265-04 | Schmidt | Fuller v. Caltrans | 14CVP0073 | Superior Court of California, San Luis Obispo County | D |

Year Count   3   0   0   6

**2018**

| Testified | Trial | Hrng | Med | Depo | Job Number | Job Name | Description | Case No. | Dist/City/St. | P or D |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/8/2018 | X | | | | 3220-08 | Bergman | Callan v. Petersen | 2017CV030256 | Arapahoe County District Court, Arapahoe County, Colorado | P |
| 1/30/2018 | X | | | | 2950-10 | Slater | Muehlhauser v. Medley Logistics and FedEx | 16SL-CC03796 | Circuit Court of St. Louis County, County of Missouri | P |
| 4/10/2018 | | | | X | 3389-02 | Sayaghi | Sarlippour v. Greer | BC640350 | Superior Court of the State of California, County of Los Angeles | P |
| 6/27/2018 | | | | X | 2714-12 | Puz | Dinh v. Ride the Ducks, WA, and City of Seattle | 15-2-28905-5 SEA | Superior Court of Washington for King County | D |
| 7/16/2018 | | | | X | 3123-05 | Diaz | Day v. Hunt and WA | 16-2-13741-1 | Superiour Court of Washington for Pierce County | D |
| 9/12/2018 | | | | X | 2177-01 | Day | Antonio v. CA | BC524257 | Superior Court of the State of California, County of Los Angeles | D |

Year Count   2   0   0   4

| 2019 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Testified | Trial | Hrng | Med | Depo | Job Number | Job Name | Description | Case No. | Dist/City/St. | P or D |
| 3/19/2019 | | | | X | 3661-11 | Port | Brothers (Tegoseak) v. King County, WA | 18-2-12203-1 SEA | King County Superior Court | D |
| 5/9/2019 | | | | X | 3717-01 | Owen | Freeman v. Roy and Medtronic | BC667439 | Superior Court of the State of California, County of Los Angeles | P |
| 8/19/2009 | X | | | | 3497-06 | Fraser | Sharkey v. Litvinchuk and WSDOT | 18-2-00347-4 SEA | King County Superior Court | D |
| Year Count | 1 | 0 | 0 | 2 | | | | | | |

| Total Testimony | Trial | Hrng | Med | Depo |
|---|---|---|---|---|
| | 19 | 3 | 1 | 47 |

EXHIBIT 3

**Report Date:**   November 5, 2019

**Expert Opinion of:** Dr. Madeleine J. Swortwood

**Case ID:**    O-071434

**Case:**     Archie v. Pop Warner

**Requested by:**   Joseph Finnery

        Abir Cohen Treyzon Salo, LLP

        16001 Ventura Blvd., Suite 200

        Encino, CA 91436

        Phone: 833.228.7529

        Email: jfinnerty@actslaw.com

**Prepared by:**   Dr. Madeleine J. Swortwood

        Phone: 513.310.3935

        Email: swortwoodm@shsu.edu

*The following report represents my opinion in the matter of Archie v. Pop Warner. It is based on the review of materials submitted to me by your office (enumerated later), my education and experience as a forensic toxicologist, and a review of relevant peer-reviewed studies related to this matter. I reserve the right to amend this report if other evidence becomes available.*

**Signature:**    _____

        Madeleine J. Swortwood

**Date:**      _____November 5, 2019_____

**Summary of Case:**

This case involves a 24-year-old male who was involved in a motor vehicle accident on September 1, 2014. The decedent's toxicology report indicated presence of marijuana at 7.2 ng/mL (Δ9-THC). Postmortem neuropathological examination of the brain diagnosed stage 1 chronic traumatic encephalopathy.

**Qualifications:**

As noted in my CV (attached), I am an Assistant Professor in the Department of Forensic Science at Sam Houston State University. I have a Bachelor's degree in Biochemistry from Duquesne University and a PhD in Chemistry from Florida International University. I have over 7 years of forensic toxicology experience and 25 peer-reviewed publications, including eight manuscripts that resulted from serving as a Co-Investigator in a controlled cannabis administration study at the National Institute on Drug Abuse. I am also experienced as a Forensic Toxicologist in a Medical Examiner laboratory for postmortem drug testing.

**Professional Opinion and Basis for this Opinion:**

In my professional opinion, a forensic toxicologist cannot opine on an individual's degree of impairment based solely on a quantitative result. According to the ANSI/ASB Best Practice Recommendation 037 Guidelines for Opinions and Testimony in Forensic Toxicology (*Ref 1*), it is generally inappropriate to opine on impairment from quantitative results as this lacks consensus within the scientific community.

In response to Dr. Spiehler's written report, I have several matters to discuss:

1. The conclusion that Mr. Paul Bright Jr. was under the influence of cannabis at the time of the traffic accident was incorrectly drawn based solely on a single toxicological finding.

2. The toxicological findings were reported from the analysis of chest blood. Chest blood, especially after traumatic injury as noted in the autopsy report, may not be representative of central blood drug concentrations.

3. Too little is known about postmortem redistribution of THC to estimate THC concentrations at the time of death, especially with a postmortem interval of 3 days.

4. It is incorrect to extrapolate THC concentrations in chest blood to plasma or serum concentrations using ratios that were established in living individuals.

2

5. The Huestis Model I (cited by Dr. Spiehler) is only applicable for living individuals with less than daily smoking history after consumption of a single cannabis cigarette and may not be directly applicable to deceased individuals, whole blood samples, chronic smokers, or after more than one dose of a cannabis cigarette. Further, the model was examined after smoked cannabis and cannot be used to estimate time since use for other routes of administration.

   a. Smoking history of the decedent is unknown. Route and dose of cannabis intake are also unknown.

6. While Dr. Spiehler's report indicates recent marijuana use, more distant use of higher-potency marijuana use (such as dabs) cannot be ruled out.

7. Dr. Spiehler's report notes that THC metabolite (THC carboxy) can be detected up to 38 hours after a single use. It is important to note that in abstinent, chronic users it was detected for 7 days (*Ref 2*).

8. The Drummer study (cited by Dr. Spiehler) that examined THC concentrations above 5 ng/mL in drivers from fatal accidents was limited in sample size (n=49).

9. The conclusion that Mr. Paul Bright Jr. demonstrated behavior consistent with a person driving under the influence of marijuana was incorrectly drawn. There was no impairment or behavior noted other than the fact that he was traveling at high speed. In fact, cannabis typically reduces driving speed (*Ref 3*).

**Information Considered in Formulating the Above Opinion:**

1. Traffic Collision Report 14 10 14360
2. Autopsy Report for Bright Jr, Paul Wayne
3. Death Certificate for Bright Jr, Paul Wayne
4. Neuropathy Report from Boston University for Bright Jr, Paul Wayne
5. Kimberly Archie Deposition Transcript from 06-21-19
6. Brain Bank Clinical Interviews
7. Toxicologist Report from Dr. Vina Spiehler
8. Knowledge, training, and experience as a Forensic Toxicologist (see attached CV)
9. Peer-reviewed literature (see references below)

3

**References:**

1. AAFS Standards Board (ASB). Guidelines for Opinions and Testimony in Forensic Toxicology. (2019) Best Practice Recommendation #037, 1st Ed.

2. Karschner EL, et al. Do Δ9-Tetrahydrocannabinol Concentrations Indicate Recent Use in Chronic Cannabis Users? *Addiction* 2009; 104(12):2041-8.

3. Hartman RL and Huestis MA. Cannabis Effects on Driving Skills. *Clin Chem* 2013; 59(3):478-92.

**Compensation:**

| | |
|---|---|
| Case Review: | $300/hour |
| Deposition Fee: | $350/hour |
| Court Fee: | $1000/day |
| Retainer Fee: | $2000 |

# MADELEINE J. SWORTWOOD, PH.D.

Department of Forensic Science, College of Criminal Justice, Sam Houston State University
Chemistry and Forensic Science Building, Rm 221D, PO Box 2525, 1003 Bowers Blvd, Huntsville, TX 77340
(936) 294 – 4319 | swortwoodm@shsu.edu

## EDUCATION

**Ph.D. in Chemistry**                                                                                            **2013**
*Florida International University, Miami, FL*
Specialty Track: Forensic Science
Dissertation: "Comprehensive Forensic Toxicological Analysis of Designer Drugs"

**B.A. in Biochemistry**                                                                                          **2009**
*Duquesne University, Pittsburgh, PA*
Minor: Biology
Magna Cum Laude

## RESEARCH EXPERIENCE AND EMPLOYMENT

**Director of Graduate Programs**                                                          **2018 – present**
*Forensic Science Department, College of Criminal Justice, Sam Houston State University,
Huntsville, TX*
- Day-to-day administrative functions of MS and PhD programs
- Academic advising of graduate students
- Coordination of orientation, handbooks, and promotional/recruiting activities
- Coordination of funding, assistantships, grant support, scholarships, and travel

**Assistant Professor**                                                                          **2016 – present**
*Forensic Science Department, College of Criminal Justice, Sam Houston State University,
Huntsville, TX*
- Research focus on novel psychoactive substances in alternative matrices
- Instructor for graduate level classroom and laboratory instruction, including Forensic Instrumental Analysis, Forensic Toxicology, and Advanced Instrumental Analysis
- Instructor for undergraduate level online course instruction, including Forensic Science and Ethics & Professional Practice
- Oversee Masters and Doctoral level research projects with graduate students

**Postdoctoral Fellow**                                                                          **2014 – 2016**
*Clinical Pharmacology and Therapeutics Branch, National Institute on Drug Abuse,
Intramural Research Program, National Institutes of Health, Baltimore, MD*
- Develop and validate LC-MS/MS method for detecting buprenorphine and naloxone (and their respective metabolites, including glucuronides) in plasma and breast milk for investigating neonatal outcomes following opioid-addiction treatment during pregnancy and breastfeeding

- Pharmacokinetic analysis and interpretation of cannabinoids in oral fluid by LC-MS/MS following controlled cannabis administration
- Associate investigator in controlled cannabis administration clinical trial which includes: study design and implementation, preparation of regulatory documents, obtaining informed consent of research subjects, analysis and interpretation of pharmacokinetic and pharmacodynamic data
- Experienced in administering partial Drug Recognition Expert examinations to research subjects following controlled cannabis administration
- Metabolite identification of synthetic cathinones, involving human liver microsomes, human hepatocyte incubations, LC-HRMS method development, and metabolite identification data-mining software
- Examining *in utero* drug and alcohol exposure in umbilical cord, placenta, fetal liver, and meconium by LC-MS/MS
- Extensive instrument experience with SCIEX 5500 QTrap, SCIEX 6500, Shimadzu 8050, and Thermo Scientific QExactive Orbitrap; Software experience with GraphPad Prism, IBM-SPSS, Analyst, MultiQuant, Inquisit, Compound Discoverer, MetaSite and WebMetabase, and TraceFinder

**Toxicologist I**                                                                                     2012 – 2013
*Miami-Dade County Medical Examiner, Toxicology Laboratory, Miami, FL*
- Performed routine post-mortem drug analyses from sample acquisition to screening, confirmation, and quantification of drugs, volatiles, and poisons using EMIT, ELISA, color spot tests, GC and LC-MS techniques
- Participated in regular proficiency testing, including blood alcohol
- Assisted in preparing laboratory and SOPs for ABFT laboratory accreditation
- Extensive instrument experience with Agilent GC-ECD, -FID, -NPD, and -MS, Varian LC-QQQ-MS, Bruker AmaZon LC-MS; Software experience with ChemStation and in-house LIMS

**Intern**                                                                                            2011 – 2012
*Miami-Dade County Medical Examiner, Toxicology Laboratory, Miami, FL*
- Developed and validated methods for detecting and quantifying pharmaceuticals, drugs of abuse, and novel psychoactive substances, including transitioning methods and SOPS from LLE to SPE and from GC-MS to LC-MS/MS techniques
- Update GC-MS libraries for improved detection of novel psychoactive substances

**Graduate Researcher**                                                                               2009 – 2013
*DeCaprio Group, Toxicology Laboratory, Florida International University, Miami, FL*
- Examined cross-reactivity of designer drugs in commercial immunoassays (ELISA and EMIT) via NIJ-funded grant
- Developed and validated LC-MS/MS methods for identification and quantification of designer drugs in serum
- Executed frequent LC-MS troubleshooting and instrument maintenance, including Agilent 6460 and Varian 500; Software experience with MassHunter

**Intern**                                                                        2008 – 2009
*Food and Drug Administration, Forensic Chemistry Center, Cincinnati, OH*
- Developed libraries for a handheld Raman system for identification of counterfeit pharmaceuticals
- Researched drug diversion by detection of adhesive removers by FTIR, Raman, and GC-MS

## PUBLICATIONS

Truver MT, Watanabe S, Åstrand A, Vikingsson S, Green H, **Swortwood MJ**, Kronstrand R. 5F-MDMB-PICA Metabolite Identification and Cannabinoid Receptor Activity. *Drug Testing and Analysis* 2019; 10.1002/dta.2688.

Truver MT, Palmquist KB, Swortwood MJ. Oral Fluid and Drug Impairment: Pairing Toxicology with Drug Recognition Expert Observations. *Journal of Analytical Toxicology* 2019; 43(8):637-643.

Smith C, Truver MT, **Swortwood MJ**. Quantification of U-47700 and its Metabolites in Plasma by LC-MS/MS. *Journal of Chromatography B* 2019; 1112:41-47.

Palmquist KB, **Swortwood MJ**. Data-independent Screening Method for 14 Fentanyl Analogs in Whole Blood and Oral Fluid using LC-QTOF-MS. *Forensic Science International* 2019; 297:189-197.

Lowry J, Truver MT, **Swortwood MJ**. Quantification of Seven Novel Synthetic Opioids in Blood Using LC-MS/MS. *Forensic Toxicology* 2019; 37(1):215-223.

Truver MT and **Swortwood MJ**. Quantitative Analysis of Novel Synthetic Opioids, Morphine, and Buprenorphine in Oral Fluid by LC-MS/MS. *Journal of Analytical Toxicology* 2018; 42:554-561.

**Swortwood MJ**, Bartock SH, Scheidweiler KB, Shaw S, Filis P, Douglas A, O'Shaughnessy PJ, Soffientini U, Lucendo-Villarin B, Iredale JP, Hay DC, Fowler PA, Huestis MA. Quantification of ethyl glucuronide, ethyl sulfate, nicotine and its metabolites in human fetal liver and placenta. *Forensic Toxicology* 2018;36(1):102-112.

Powers D, Erickson S, **Swortwood MJ**. Quantification of morphine, codeine, and thebaine in home-brewed poppy seed tea by LC-MS/MS. *Journal of Forensic Sciences* 2018; 63(4):1229-1235.

Lucendo-Villarin B, Filis P, **Swortwood MJ**, Huestis MA, Meseguer-Ripolles J, Cameron K, Iredale JP, O'Shaughnesy PJ, Fowler PA, Hay DC. Modelling foetal exposure to maternal smoking using hepatoblasts from pluripotent stem cells. *Archives of Toxicology* 2017; 91(11):3633-3643.

Newmeyer MN, **Swortwood MJ**, Abulseoud OA, Huestis MA. Subjective and physiological effects, and expired carbon monoxide concentrations following smoked, vaporized, and oral cannabis administration. *Drug and Alcohol Dependence* 2017; 175:67-76.

Newmeyer MN, **Swortwood MJ**, Andersson M, Abulseoud OA, Scheidweiler KB, Huestis MA. Cannabis edibles: Blood and oral fluid cannabinoid pharmacokinetics and evaluation of oral fluid screening devices for predicting $\Delta^9$-tetrahydrocannabinol in blood and oral fluid following cannabis brownie administration. *Clinical Chemistry* 2017; 63(3):647-662.

Newmeyer MN, **Swortwood MJ**, Taylor ME, Abulseoud OA, Woodward TH, Huestis MA. Evaluation of divided attention psychophysical task performance and effects on pupil sizes following smoked, vaporized, and oral cannabis administration. *Journal of Applied Toxicology* 2017; 37(8):922-932.

**Swortwood MJ**, Newmeyer MN, Abulseoud OA, Andersson M, Barnes AJ, Scheidweiler KB, Huestis MA. On-site oral fluid $\Delta^9$-tetrahydrocannabinol (THC) screening after controlled smoked, vaporized, and oral cannabis administration. *Forensic Toxicology* 2017; 35(1):133-145.

Andersson M, Scheidweiler KB, **Swortwood MJ**, Sempio C, Huestis MA. Long term stability of cannabinoids in oral fluid after controlled cannabis administration. *Drug Testing and Analysis* 2017; 9(1):143-147.

Newmeyer MN, **Swortwood MJ**, Barnes AJ, Abulseoud OA, Scheidweiler KB, Huestis MA. Free and glucuronide blood cannabinoids' pharmacokinetics after controlled smoked, vaporized and oral cannabis administration in frequent and occasional cannabis users: Identification of recent cannabis intake. *Clinical Chemistry* 2016; 62(12):1579-1592.

**Swortwood MJ**, Newmeyer MN, Abulseoud OA, Scheidweiler KB, Huestis MA. Cannabinoid disposition in oral fluid after controlled smoked, vaporized, and oral cannabis administration. *Drug Testing and Analysis* 2016; 9(6):905-915.

Jansson LM, Velez M, Tuten M, Spencer N, McConnell K, Harrow C, **Swortwood MJ**, Barnes AJ, Scheidweiler KB, Huestis MA. Maternal buprenorphine maintenance and lactation. *Journal of Human Lactation* 2016; 32(4):675-681.

Wiegand SL, **Swortwood MJ**, Huestis MA, Vora NL. Naloxone and metabolites quantification in cord blood of prenatally exposed newborns and correlations with maternal concentrations. *American Journal of Perinatology Reports* 2016; 6:e385-e390.

**Swortwood MJ**, Scheidweiler KB, Barnes AJ, Jansson LM, Huestis MA. Simultaneous quantification of buprenorphine, naloxone and phase I and II metabolites in plasma and breastmilk by LC-MS/MS. *Journal of Chromatography A* 2016; 1446:70-77.

**Swortwood MJ**, Ellefsen KN, Wohlfarth A, Diao X, Concheiro M, Kronstrand R, Huestis MA. First metabolic profile of PV8, a novel synthetic cathinone, in human hepatocytes and urine by high-resolution mass spectrometry. *Analytical and Bioanalytical Chemistry* 2016; 408(18):4845-4856.

**Swortwood MJ,** Carlier J, Ellefsen KN, Wohlfarth A, Diao X, Concheiro M, Kronstrand R, Huestis MA. In vitro, in vivo and in silico metabolic profiling of α-pyrrolidinopentiothiophenone, a novel thiophene stimulant. *Bioanalysis* 2016; 8(1):65-82.

Ellefsen KN, Wohlfarth A, **Swortwood MJ,** Diao X, Concheiro M, Huestis MA. 4-Methyoxy-α-PVP: in silico prediction, metabolic stability, and metabolite identification by human hepatocyte incubation and high-resolution mass spectrometry. *Forensic Toxicology* 2016; 34:61-75.

Karshner EL, **Swortwood MJ,** Hirvonen J, Goodwin RS, Bosker WB, Ramaekers JG, Huestis MA. Extended plasma cannabinoid excretion in chronic frequent cannabis smokers during sustained abstinence and correlation with psychomotor performance. *Drug Testing and Analysis* 2016; 8(7):682-689.

**Swortwood MJ,** Hearn WL, DeCaprio AP. Cross-reactivity of designer drugs, including cathinone derivatives, in commercial enzyme-linked immunosorbent assays. *Drug Testing and Analysis* 2014; 6(7-8):716-727.

**Swortwood MJ,** Boland DM, DeCaprio AP. Determination of 32 cathinone derivatives and other designer drugs in serum by comprehensive LC-QQQ-MS/MS analysis. *Analytical and Bioanalytical Chemistry* 2013; 405(4): 1383-1397.

## PRESENTATIONS

**M.J. Swortwood**. Oral Fluid and DUID. INVITED LECTURE. DRE Recertification. Huntsville, TX. October 2019.

K. Duxbury and **M.J. Swortwood.** Comparison of Extraction Methods for Novel Synthetic Opioids. ORAL PRESENTATION. Society of Forensic Toxicologists Annual Meeting. San Antonio, TX. October 2019.

**M.J. Swortwood.** Cannabis and Impairment. WORKSHOP PRESENTATION. Society of Forensic Toxicologists Continuing Education Regional Workshop: Oral Fluid and DUID – From the Roadside to the Courtroom. Dallas, TX. May 2019.

**M.J. Swortwood.** Introduction to Oral Fluid. WORKSHOP PRESENTATION. Society of Forensic Toxicologists Continuing Education Regional Workshop: Oral Fluid and DUID – From the Roadside to the Courtroom. Dallas, TX. May 2019.

**M.J. Swortwood.** Novel Psychoactive Substances in Oral Fluid. WORKSHOP PRESENTATION. International Association for Chemical Testing Annual Meeting. Coeur d'Alene, ID. April 2019.

**M.J. Swortwood.** The Role of LC-MS in the Opioid Epidemic. INVITED SEMINAR. Florida International University. Miami, FL. November 2018.

**M.J. Swortwood**. Incorporating the Updated NSC ADID Lab Guidelines into Casework: Pharmacology of Fentanyl, Buprenorphine, and Tramadol. WORKSHOP PRESENTATION. Society of Forensic Toxicologists Annual Meeting. Minneapolis, MN. October 2018.

**M.J. Swortwood**. Effective Communication Skills for Successful Forensic Toxicology Practice: How to Search for Relevant References. WORKSHOP PRESENTATION. Society of Forensic Toxicologists Annual Meeting. Minneapolis, MN. October 2018.

**M.J. Swortwood**. LC-MS/MS Approaches for Identifying Emerging NPS. Oral Presentation. Current Trends in Forensic Toxicology: Virtual/Online SYMPOSIUM; Agilent Technologies. *Online.* May 2018.

**M.J. Swortwood**, M. A. Huestis. Cannabinoids in Oral Fluid: Roadside Screening and Markers of Recent Use. ORAL PRESENTATION. Mass Spectrometry: Applications to the Clinical Laboratory Annual Conference. Palm Spring, CA. January 2018.

M.A. Huestis, R.L. Hartman, **M.J. Swortwood**, B.K. Logan. Cannabis impaired driving: Biological markers and behavioral indicators of recent cannabis intake. SYMPOSIUM. American Association for Clinical Chemistry Annual Scientific Meeting. San Diego, CA. August 2017.

**M.J. Swortwood**, A.J. Barnes, K.B. Scheidweiler, L.M. Jansson, **M.A.** Huestis. Buprenorphine and metabolites in paired breast milk and maternal and infant plasma specimens. ORAL PRESENTATION. American Academy of Forensic Sciences Annual Conference. New Orleans, LA. February 2017.

**M.J. Swortwood**, M.N. Newmeyer, O.A. Abulseoud, K.B. Scheidweiler, M.A. Huestis. Cannabinoid pharmacokinetics and detection windows in oral fluid after controlled smoked, vaporized, and oral cannabis administration. ORAL PRESENTATION. Society of Forensic Toxicologists Annual Meeting. Dallas, TX. Oct 2016.

**M.J. Swortwood.** Opioid addiction treatment in pregnant and nursing women. ORAL PRESENTATION. Women in Science Seminar. National Institutes of Health Intramural Research Program. Baltimore, MD. May 2016.

**M.J. Swortwood**, K.B. Scheidweiler, S.L. Wiegand, and M.A. Huestis. Simultaneous, direct quantification of plasma buprenorphine, naloxone and phase I and II metabolites by LC-MS/MS. ORAL PRESENTATION. Society of Forensic Toxicologists Annual Meeting. Atlanta, GA. October 2015.

**M.J. Swortwood**, K. Ellefsen, A. Wohlfarth, M. Concheiro, M.A. Huestis. First metabolic profile of PV8, a novel synthetic cathinone, by high-resolution mass spectrometry (HRMS). ORAL PRESENTATION. The International Association of Forensic Toxicologists Annual Meeting. Florence, Italy. September 2015.

M.L. Smith, D.A. Haak, R.J. Nadeau, M.A. Moser, R. Flegel, D.A. Gorelick, M.N. Newmeyer, M. Concheiro, **M.J. Swortwood**, M.A. Huestis. Urinary Methamphetamine and Amphetamine Isomer Concentrations Following Controlled Vicks VapoInhaler Administration. ORAL PRESENTATION. Society of Forensic Toxicologists Annual Meeting. Grand Rapids, MI. October 2014.

**M.J. Swortwood**, G.W. Hime, D.M. Boland. Designer Drug Trends in Miami: Post-Mortem Case Reviews. ORAL PRESENTATION. Society of Forensic Toxicologists Annual Meeting. Orlando, FL. October 2013.

**M.J. Swortwood**, A.P. DeCaprio. Cross-Reactivity of Cathinone Derivatives and Other Designer Drugs in Commercial Immunoassays. ORAL PRESENTATION. International Forensic Research Institute Annual Forensic Science Symposium. Miami, FL. March 2013.

**M.J. Swortwood**, W.L. Hearn, A.P. DeCaprio. Cross-Reactivity of Cathinone Derivatives and Other Designer Drugs in Commercial Enzyme-Linked Immunosorbent Assays. ORAL PRESENTATION. American Academy of Forensic Sciences Annual Conference, Washington, DC. February 2013.

**M.J. Swortwood**, D.M. Boland, A.P. DeCaprio. Designer Drug Analysis in the United States. ORAL PRESENTATION. Forensic and Clinical Toxicology Association Designer Drugs Workshop. Hobart, Tasmania. September 2012.

**M.J. Swortwood**, D.M. Boland, A.P. DeCaprio. Determination of Designer Drugs in Post-Mortem Blood by LC-MS/MS Analysis. ORAL PRESENTATION. Australia-New Zealand Forensic Science Society Annual Symposium. Hobart, Tasmania. September 2012.

**M.J. Swortwood**, D.M. Boland, A.P. DeCaprio. Determination of Designer Drugs in Post-Mortem Blood by LC-QQQ-MS/MS Analysis. ORAL PRESENTATION. Society of Forensic Toxicologists Annual Meeting. Boston, MA. July 2012.

**M.J. Swortwood**. Targeted LC-QQQ-MS Screening of Cathinone Derivatives and Other Designer Drugs in Serum. ORAL PRESENTATION. Forensics eSeminar Series for Agilent Technologies. Online. April 2012.

**M.J. Swortwood**, A.P. DeCaprio. Determination of Cathinone Derivatives and Other Designer Drugs in Serum by Comprehensive LC-Triple Quadrupole MS/MS Analysis. POSTER. Society of Forensic Toxicologists and The International Association of Forensic Toxicologists Joint Meeting. San Francisco, CA. September 2011.

ABSTRACTS

M.T. Truver*, A.A. Gilbert, **M.J. Swortwood**. Long-term Stability of Novel Synthetic Opioids in Blood. POSTER PRESENTATION. Society of Forensic Toxicologists Annual Meeting. San Antonio, TX. October 2019.

M.T. Truver*, S. Watanabe, A. Åstrand, S. Vikingsson, H. Green, **M.J. Swortwood**, R. Kronstrand. 5F-MDMB-PINACA and 5F-MDMB-PICA Metabolite Identification and Cannabinoid Receptor Activity. ORAL PRESENTATION and Educational Research Award Recipient. Society of Forensic Toxicologists Annual Meeting. San Antonio, TX. October 2019.

C. Talia*, P. Filis, N. Walker, U. Soffientini, B. Lucendo-Villarin, A. Douglas, D.C. Hay, S. Shaw, J.P. Iredale, **M.J. Swortwood**, M.A. Huestis, M. Bellingham, B. van der Burg, L. Connolly, P.J. O'Shaughnessy, P.A. Fowler. Hepatic IGF signaling is dysregulated by in utero exposure to maternal smoking. POSTER PRESENTATION. Congress of the European Societies of Toxicology. Helsinki, Finland. September 2019.

M.T. Truver* and **M.J. Swortwood**. Drug Impairment: Pairing Toxicology with Drug Recognition Expert Observations. POSTER PRESENTATION. 2019 National Institute of Justice Poster Session at Pittcon. Philadelphia, PA. March 2019.

A. Zafeiri*, P. Filis, A. Douglas, S. Shaw, J.P. Iredale, **M.J. Swortwood**, M.A. Huestis, M. Bellingham, R.T. Mitchell, D.C. Hay, P.J. O'Shaughnessy, P.A. Fowler. Maternal smoking during pregnancy and changes in prostaglandin pathway enzymes in the human fetus. ORAL PRESENTATION. Society for Reproductive Investigation Annual Scientific Meeting. Paris, France. March 2019.

K. Palmquist* and **M.J. Swortwood**. LC-QTOF screening for fentanyl analogs in whole blood and oral fluid. POSTER PRESENTATION. American Academy of Forensic Sciences Annual Conference. Baltimore, MD. February 2019.

M.T. Truver*, K. Palmquist*, **M.J. Swortwood**. Detection and quantification of synthetic opioids in oral fluid. ORAL PRESENTATION. 2019 National Institute of Justice Forensic Science Research & Development Symposium at American Academy of Forensic Sciences. Baltimore, MD. February 2019.

C. Talia*, P. Filis, U. Soffientini, B. Lucendo-Villarin, A. Douglas, D.C. Hay, S. Shaw, J.P. Iredale, **M.J. Swortwood**, M.A. Huestis, M. Bellingham, L. Connolly, P.J. O'Shaughnessy, P.A. Fowler. Angiopoietin-like protein 4 and 8 (*ANGPTL4* and *ANGPTL8)* in human fetal liver are dysregulated by *in utero* exposure to maternal smoking. POSTER PRESENTATION. Society for Endocrinology BES Conference. Glasgow, Scotland. November 2018.

K. Palmquist* and **M.J. Swortwood**. Screening of fentanyl analogs in whole blood using LC-QTOF analysis. ORAL PRESENTATION. Society of Forensic Toxicologists Annual Meeting. Minneapolis, MS. October 2018.

J. Lowry*, M.T. Truver, **M.J. Swortwood**. Quantification of seven novel synthetic opioids in blood using LC-MS/MS. ORAL PRESENTATION. Society of Forensic Toxicologists Annual Meeting. Minneapolis, MS. October 2018.

C. Smith*, M.T. Truver, **M.J. Swortwood**. Quantification of U-47700 and its metabolites in plasma by LC-MS/MS. ORAL PRESENTATION. Society of Forensic Toxicologists Annual Meeting. Minneapolis, MS. Oct 2018.

M.T. Truver* and **M.J. Swortwood**. Quantitative analysis of novel synthetic opioids, morphine, and buprenorphine in oral fluid by LC-MS/MS. POSTER PRESENTATION. Society of Forensic Toxicologists Annual Meeting. Minneapolis, MS. October 2018.

M. Hale* and **M.J. Swortwood**. Identification of novel synthetic benzodiazepines by GC-MS. POSTER PRESENTATION. Society of Forensic Toxicologists Annual Meeting. Minneapolis, MS. October 2018.

C. Talia*, P. Filis, U. Soffientini, B. Lucendo-Villarin, A. Douglas, D.C. Hay, S. Shaw, J.P. Iredale, **M.J. Swortwood**, M.A. Huestis, M. Bellingham, L. Connolly, P.J. O'Shaughnessy, P.A. Fowler. *In utero* exposure to cigarette smoke and NAFLD pathways: sex and age specific effects in the human fetus. ORAL PRESENTATION. Congress of the European Societies of Toxicology. Brussels, Belgium. September 2018.

A. Zafeiri*, P. Filis, U. Soffientini, B. Lucendo-Villarin, A. Douglas, S. Shaw, J.P. Iredale, **M.J. Swortwood**, M.A. Huestis, M. Bellingham, R.T. Mitchell, D.C. Hay, P.J. O'Shaughnessy, P.A. Fowler. Maternal smoking and changes

in drug metabolising enzymes in the human fetus. POSTER PRESENTATION. Congress of the European Societies of Toxicology. Brussels, Belgium. September 2018.

A. Zafeiri*, P. Filis, A. Douglas, S. Shaw, J.P. Iredale, **M.J. Swortwood**, M.A. Huestis, M. Bellingham, R.T. Mitchell, D.C. Hay, P.J. O'Shaughnessy, P.A. Fowler. Maternal smoking and changes in drug metabolizing enzymes in the human fetus. ORAL PRESENTATION. International Conference on Fetal Programming and Developmental Toxicity. Torshavn, Faroe Islands. May 2018.

C. Talia*, P. Filis, A. Douglas, S. Shaw, J.P. Iredale, **M.J. Swortwood**, M.A. Huestis, M. Bellingham, R.T. Mitchell, D.C. Hay, P.J. O'Shaughnessy, P.A. Fowler. In utero exposure to cigarette smoke is associated with sex and age specific changes in NAFLD pathway. ORAL PRESENTATION. International Conference on Fetal Programming and Developmental Toxicity. Torshavn, Faroe Islands. May 2018.

D. Powers*, S. Erickson, **M.J. Swortwood**. The morphine in your pantry – Understanding overdose risk of home-brewed poppy seed tea. ORAL PRESENTATION. American Academy of Forensic Sciences Annual Conference. Seattle, WA. February 2018.

M.N. Newmeyer*, **M.J. Swortwood**, O.A. Abulseoud, K.B. Scheidweiler, M.A. Huestis. Blood and oral fluid cannabioids' pharmacokinetics and the evaluation of two on-site oral fluid (OF) screening devices for the prediction of Δ9-tetrahydrocannabinol (THC) in oral fluid and blood following edible cannabis administration. ORAL PRESENTATION. American Academy of Forensic Sciences Annual Conference. New Orleans, LA. February 2017.

**M.J. Swortwood**, M.N. Newmeyer, O.A. Abulseoud, A.J. Barnes, K.B. Scheidweiler, M.A. Huestis*. On-site oral fluid cannabinoid screening after controlled smoked, vaporized, and oral cannabis administration. ORAL PRESENTATION. Society of Forensic Toxicologists Annual Meeting. Dallas, TX. October 2016.

M.N. Newmeyer*, **M.J. Swortwood**, O.A. Abulseoud, M.A. Huestis. Subjective and physiological effects following controlled smoked, vaporized, and oral cannabis administrations to frequent and occasional cannabis smokers. ORAL PRESENTATION. Society of Forensic Toxicologists Annual Meeting. Dallas, TX. October 2016.

L.M. Jansson*, M. Velez, K. McConnell, N. Spencer, M. Tuten, **M.J. Swortwood**, A.J. Barnes, M.A. Huestis. Maternal buprenorphine maintenance and lactation. POSTER. Pediatric Academic Societies Meeting. Baltimore, MD. May 2016.

**M.J. Swortwood**, M.N. Newmeyer*, A.O. Coffay, O.A. Abulseoud, and M.A. Huestis. Neurocognitive performance in occasional and frequent smokers following controlled smoked, vaporized, and oral cannabis administration. ORAL PRESENTATION. American Academy of Forensic Sciences Annual Conference. Las Vegas, NV. February 2016.

S.L. Wiegand*, **M.J. Swortwood**, M.A. Huestis, N.L. Vora. Quantification of naloxone and metabolites in cord blood of prenatally-exposed newborns and correlations with maternal concentrations. POSTER. Society for Maternal-Fetal Medicine Annual Pregnancy Meeting. Atlanta, GA. February 2016.

M.N. Newmeyer, M. Taylor*, **M.J. Swortwood**, A.O. Coffay, and M.A. Huestis. Preliminary psychophysical task performance after controlled oral cannabis administration. ORAL PRESENTATION. Society of Forensic Toxicologists Annual Meeting. Atlanta, GA. October 2015.

**M.J. Swortwood**, J. Carlier*, K.N. Ellefsen, A. Wohlfarth, R. Kronstrand, M.A. Huestis. Metabolic profiling of α-PVT, a novel stimulant thiophenyl analog. ORAL PRESENTATION. Society of Forensic Toxicologists Annual Meeting. Atlanta, GA. October 2015.

C. Sempio*, **M.J. Swortwood**, M. Andersson, K.B. Scheidweiler, and M.A. Huestis. Extended cannabinoid stability in authentic oral fluid after controlled cannabis smoking. POSTER. Society of Forensic Toxicologists Annual Meeting. Atlanta, GA. October 2015.

K. Ellefsen*, **M.J. Swortwood**, A. Wohlfarth, M. Concheiro, and M.A. Huestis. 4-methoxy-α-PVP: In silico metabolite prediction, assessment of metabolic stability with human liver microsomes and metabolite identification after human hepatocyte incubation with high resolution-mass spectrometry. ORAL PRESENTATION. American Academy of Forensic Sciences Annual Conference, Orlando, FL. February 2015.

A.P. DeCaprio*, A. Broomes, J.Z. Seither, **M.J. Swortwood**, L.E. Arroyo. Broad-Based Screening of Bath Salts, Synthetic Cannabinoids, and Other Designer Drugs by LC-QQQ-MS and LC-QTOF-MS. ORAL PRESENTATION. International Forensic Research Institute Annual Forensic Science Symposium. Miami, FL. March 2013.

J. Batson*, M. Witkowski, S. Andria, M. Fulcher, **M.J. Swortwood**. Real or Fake?? – The Screening of Pharmaceutical Drugs with Handheld Raman Spectroscopy to Determine Authenticity. POSTER. Federation of Analytical Chemistry and Spectroscopy Societies Annual Conference. Louisville, KY. October 2009.

## TESTIMONY

Drugged Driving: Oral Fluid Tests Pilot Program. Senate Bill 970/House Bill 1367, Maryland Senate, Judicial Proceedings Committee Hearing, February-March, 2016.

## CONTINUING EDUCATION

Oral Fluid Toxicology: Workplace Testing, Pain Management, and DUID.                                       **2019**
*3.5 hours; October 14, 2019; Society of Forensic Toxicologists, San Antonio, TX*

Incorporating the Updated NSC ADID Lab Guidelines into Casework                                           **2018**
*3.5 hours; October 9, 2018; Society of Forensic Toxicologists, Minneapolis, MN*

Effective Communication Skills for Successful Forensic Toxicology Practice                                **2018**
*3.5 hours; October 9, 2018; Society of Forensic Toxicologists, Minneapolis, MN*

Sample Preparation and Alternative Matrices for LC-MS Assays                                              **2018**
*16 hours; January 21-23, 2018; Mass Spectrometry Applications to the Clinical Lab, Palm Springs, CA*

MADELEINE J. SWORTWOOD                                         PAGE 11

Where the Wild Things Are – Method Development                                    **2018**
*3.5 hours; January 8, 2018; Society of Forensic Toxicologists, Boca Raton, FL*

Agilent LC-QQQ Techniques and Operation with MassHunter                           **2017**
*32 hours; January 10-13, 2017; Agilent Technologies, Lexington, MA*

Postmortem Interpretation of Toxic Pharmacodynamic Drug Interactions              **2016**
*3.5 hours; October 18, 2016; Society of Forensic Toxicologists, Dallas, TX*

Toxicology of Designer Benzodiazepines and Opioids                               **2016**
*3.5 hours; October 17, 2016; Society of Forensic Toxicologists, Dallas, TX*

Scientists Teaching Science Pedagogy Course                                      **2016**
*40 hours; April 1 – June 3, 2016; STEM Education Solutions, online*

Postmortem Toxicology: From Autopsy to Interpretation                            **2015**
*7 hours; October 19, 2015; Society of Forensic Toxicologists, Atlanta, GA*

Managing a Forensic Toxicology Laboratory: A New Mindset and Approach            **2015**
*7 hours; October 19, 2015; Society of Forensic Toxicologists, Atlanta, GA*

Laboratory Accreditation: A Look at Accrediting Bodies and the Top 10 Assessment Findings    **2014**
*4 hours; October 20, 2014; Society of Forensic Toxicologists, Grand Rapids, MI*

A Practical Approach to Calculating and Reducing Uncertainty of Measurement in the Laboratory    **2014**
*4 hours; October 20, 2014; Society of Forensic Toxicologists, Grand Rapids, MI*

The Drug Recognition Expert (DRE) Program with Demonstration DRE Evaluation and Mock Court    **2014**
*8 hours; October 21, 2014; Society of Forensic Toxicologists, Grand Rapids, MI*

Advances in the Solid Phase Extraction of THC and Complex Matrices               **2014**
*3 hours; July 16, 2014; United Chemical Technologies, Inc., Baltimore, MD*

Measurement Confidence for the Forensic Laboratory: 100A, 100B, 100C             **2014**
*6 hours; July 15-17, 2014; ASCLD/LAB-International, Online*

Introduction to Uncertainty in Forensic Chemistry and Toxicology 1, 2, & 3       **2014**
*3 hours; May 2014; Research Triangle Institute & National Institute on Justice, Online*

AmaZon SL LC/MS Operator Course                                                  **2013**
*24 hours; May 29-31, 2013; Bruker Daltonics, Inc., Miami, FL*

MADELEINE J. SWORTWOOD                                                    PAGE 12

Method Development of Sample Preparation in Complex Matrices using SLE          2012
*16 hours; November 2012; Biotage, Miami, FL*

Police MedicoLegal Investigation of Death                                       2012
*40 hours; April 2012; Miami-Dade County Medical Examiner, Miami, FL*

Spice: Detection in Various Biological Matrices                                 2011
*4 hours; September 27, 2011; Society of Forensic Toxicologists, San Francisco, CA*

## HONORS AND AWARDS

| | |
|---|---|
| Young Investigator Grant; *Mass Spectrometry Applications to the Clinical Laboratory* | 2018 |
| Educational Research Award; *Society of Forensic Toxicologists* | 2016 |
| Randox Toxicology Ltd. Travel Grant | 2013 |
| Forensic Science Foundation Student Affiliate Scholarship | 2012 |
| Scholarly Forum, 1st Place Award for Poster in Forensics Category; *Florida International University* | 2012 |
| Outstanding Forensic Chemistry Teaching Assistant for 2009-2010; *Florida International University* | 2010 |

## PROFESSIONAL MEMBERSHIPS

Organization of Scientific Area Committees, Toxicology Subcommittee          2017 – Present
- Member (2019 – 2022)
- Affiliate Member (2017 – 2019)
- Task Group Participant: Minimum Testing Requirements in Forensic Toxicology

Society of Forensic Toxicologists                                           2011 – Present
- Full Member (2015 – present)
- Student Member (2011 – 2015)
- Oral Fluid Committee member
- Publications Committee member
- Drugs and Driving Committee member

American Academy of Forensic Sciences                                       2011 – Present
- Toxicology Section, Program Co-Chair (2019 – 2020)
- Member (2019 – present)
- Associate Member (2015 – 2019)
- Student Affiliate (2011 – 2015)
- Drugs and Driving Committee member
- Oral Fluid Committee member

## PROFESSIONAL LICENSES AND PERMITS

Blood Alcohol Analyses, Florida Department of Law Enforcement                2013 – 2014

FUNDED GRANTS

**Swortwood MJ.** ADHD medication in college students. Sam Houston State University Individual Grant Scholarship. 2019-2020. $5,000. Principal Investigator.

**Swortwood MJ.** Prevalence of Novel Psychoactive Substances in Oral Fluid. National Institute of Justice Research and Development in Forensic Science for Criminal Justice Purposes. Federal Grant Number 2017-R2-CX-0019. $311,221. Principal Investigator.

Jansson LM. Maternal Buprenorphine-Naloxone Treatment During the Perinatal Period: Fetal and Infant Effects. National Institutes of Health, National Institute on Drug Abuse. 2017-2022. R01 DA041367. Sub-Investigator.

Palmquist KB, **Swortwood MJ.** Method Development and Validation for the Screening of Fentanyl and Eight Analogs in Whole Blood Using LC-QTOF Analysis. Forensic Science Foundation Lucas Research Grant Program. 2017-2018. $4,800. Faculty Advisor.

**Swortwood MJ.** Quantification of Novel Psychoactive Substances in Oral Fluid. Sam Houston State University Enhanced Research Grant. 2017-2018. $15,000. Principal Investigator.

DeCaprio AP, Hearn WL, **Swortwood MJ.** Comprehensive Forensic Toxicological Analysis of Designer Drugs. National Institute of Justice Applied Research and Development in Forensic Science for Criminal Justice Purposes. Federal Grant Number 2011-DN-BX-K559. $143,225. Graduate Researcher.

INVITED REFEREE FOR PEER-REVIEWED LITERATURE

Drug Testing and Analysis
Forensic Chemistry
Journal of Analytical Toxicology
Journal of Applied Toxicology
Journal of Forensic Sciences

THESIS & DISSERTATION MENTORING

Michael Truver. (2019). Identifying the Challenges of Novel Psychoactive Substances. Doctoral Dissertation, Sam Houston State University. *Committee Chair.*

Victoria Mei. (2019). Method Development and Validation for the Determination of Designer Benzodiazepines in Blood by LC-MS/MS. Masters Thesis, John Jay College of Criminal Justice. *External Reviewer.*

Ashley Gilbert. (2019). Quantification of Buprenorphine/Naloxone (Suboxone) in Breastmilk and Plasma. Masters Capstone, Sam Houston State University. *Committee Chair.*

Kelsey Duxbury. (2019). Comparison of Extraction Methods for Novel Synthetic Opioids in Blood. Masters Capstone, Sam Houston State University. *Committee Chair.*

Jennifer Hanna. (2018). Detection of In-Utero Ethanol Exposure via EtG and EtS Analysis in Umbilical Cord and Placenta. Masters Thesis, John Jay College of Criminal Justice. *External Reviewer.*

Mackenzie Hale. (2018). Identification of Novel Synthetic Benzodiazepines by GC-MS. Masters Capstone, Sam Houston State University. *Committee Chair*.

Janna Lowry. (2018). Quantification of Novel Synthetic Opioids in Blood Using LC-MS/MS. Masters Capstone, Sam Houston State University. *Committee Chair*.

Kaitlyn Palmquist. (2018). Screening of Fentanyl Analogs in Whole Blood Using LC-QTOF Analysis. Masters Capstone, Sam Houston State University. *Committee Chair*.

Christina Smith. (2018). Quantification of U-47700 and Metabolites in Plasma by LC-MS/MS. Masters Capstone, Sam Houston State University. *Committee Chair*.

Deborah Powers. (2017). Quantification of Morphine, Codeine, and Thebaine in Home-Brewed Poppy Seed Tea by LC-MSMS. Masters Capstone, Sam Houston State University. *Committee Chair.*

## PROOF OF SERVICE

**STATE OF CALIFORNIA** )
**COUNTY OF LOS ANGELES** )  ss:

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 16001 Ventura Boulevard, Suite 300, Encino, CA 91436.

On November 8, 2019, I served the foregoing document described as:

**PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Christopher E. Brumfiel, Esq.<br>Robert B. Lueck, Esq.<br>BOORNAZIAN, JENSEN & GARTHE<br>A Professional Corporation<br>555 12th Street, Suite 1800<br>Oakland, CA 94607<br>Tel: (51 0) 834-4350<br>Fax: (510) 839-1897<br>cbrumfiel@bjg.com<br>rlueck@bjg.com | *Associated Attorneys for Defendant POP WARNER LITTLE SCHOLARS, INC.* |
| Dana Alden Fox, Esq.<br>LEWIS, BRISBOIS, BISGARRD & SMITH, LLP<br>633 W. 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>Tel: (213) 680-5104<br>Fax: (213) 250-7900<br>dana.fox@lewisbrisbois.com | *Associated Attorneys for Defendant POP WARNER LITTLE SCHOLARS, INC.* |
| Ian A. Stewart, Esq.<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>555 Flower Street, Suite 2900<br>Los Angeles, California 90071-2407 | *Attorneys for Defendant POP WARNER LITTLE SCHOLARS, INC.* |

| | |
|---|---|
| Telephone:(213) 443-5100<br>Facsmile: (213) 443-5101<br>Ian.Stewart@wtlsonelser.com | |
| Anthony B. Corleto, *admitted Pro Hac Vice*<br>**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br>1010 Washington Boulevard<br>Stamford, Connecticut 06901<br>Anthony.Corleto@wilsonelser.com | *Attorneys for Defendant POP WARNER LITTLE SCHOLARS, INC.* |

☒   **BY MAIL:** By placing a true and correct copy of the above-described document(s) in envelope(s), addressed as set forth above, with first class postage pre-paid for delivery to the above-named persons at the above-listed addresses and depositing such envelopes in a US mail collection box.

☒   **COURTESY COPY BY ELECTRONIC MAIL:** I transmitted courtesy copies of said document(s) to the person(s) shown above by electronic mail to the email address shown above.

☐   **BY OVER NIGHT DELIVERY, VIA GOLDEN STATE OVERNIGHT:** I gave the document(s) to our overnight courier service for its daily pick-up for delivery to the offices of the addressee, addressed as set forth above.

☐   **BY PERSONAL SERVICE, VIA FIRST LEGAL ATTORNEY SERVICE:** I gave said documents to the firm's regular attorney service with specific instructions to be personally delivered by hand to the offices of the addressee, addressed as set forth above.

☐   **BY PERSONAL SERVICE (*Deposition*):** I personally delivered by hand to the attorney(s) in attendance on behalf of the above-named counsel at _____ of _____, in ____.

☐   **BY FACSIMILE:** I faxed said document(s) to the addressee, at the specified fax numbers shown above.

☒   **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2

**PROOF OF SERVICE**

☒ (Federal)      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 8, 2019, at Los Angeles, California.

_____
Princess Chamber