# EXHIBIT B

```
 1
                 UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
                       WESTERN DIVISION
 3
 4    KIMBERLY ARCHIE, et al.,   )
                                 )
 5              Plaintiffs,      )
                                 )
 6       vs.                     )   No. 2:16-cv-06603-PSG-PLA
                                 )
 7    POP WARNER LITTLE SCHOLARS,)
      INC., a nonprofit          )
 8    corporation; and           )
      DOES 1-1100,               )
 9                               )
                Defendants.      )
10
11          The videotaped deposition of JULIAN BAILES,,
12    M.D., called for examination, taken pursuant to the
13    Federal Rules of Civil Procedure of the United States
14    District Courts pertaining to the taking of depositions,
15    taken before KELLY A. BRICHETTO, CSR No. 84-3252,
16    Certified Shorthand Reporter of the State of Illinois,
17    taken at 2650 Ridge, 3rd Floor, Evanston, Illinois, on
18    the 24th day of July, 2019, at 10:36 a.m.
19
20
21
22
23
24
25
                                                          Page 1
```

1   Q.   And then he followed -- he wrote a follow-up
2   study in 1962 on the same subject; correct?
3   A.   Correct.
4   Q.   Are you familiar with that study?
5   A.   I remember it, yes.
6   Q.   Okay.  Would you consider that study to be a
7   learned treatise?
8   A.   Yes, and that was, again, following up on the
9   original studies of Martland.
10  Q.   And in the Simmons study it said that after
11  repeated concussions patients developed permanent
12  sequelae and it has a cumulative effect; is that correct?
13  A.   In boxers?
14  Q.   Correct.
15  A.   Yes.  The minority of them did but some did,
16  yes.
17  Q.   And, Doctor, you have referred to football
18  players as boxers in helmets; isn't that true?
19  A.   That was one of the realizations I think a
20  few years ago.
21  Q.   Okay.  But that is correct?  That's how you
22  refer to football players; is that correct?
23  A.   I said at the time that, you know, when
24  the -- boxing was different than football primarily in
25  that in my opinion the primary objective of boxers, of

Page 19

1    Q.    Neuropathology.  Dr. Omalu in actually this
2  case has signed a declaration.  In that declaration in
3  paragraph 16 it says:  "In every game of football a child
4  suffers multiple blows to the head, sometimes over 50
5  blows per game."  Do you agree with that statement?
6    A.    I believe they suffer blows to the head or to
7  the helmet.  I don't believe that number -- there's any
8  documentation or substantiation of that number, but yes,
9  there's certainly head contact in football as well as
10 other contact sports like soccer.
11   Q.    And then it goes on to say that:  "Over the
12 years a child who plays football suffers thousands to
13 hundreds of thousands of blows to the head."  Do you
14 agree with that statement?
15   A.    No.
16   Q.    Do you agree with the thousands or the
17 hundreds of thousands part?
18   A.    Well, if you take -- again, if you take the
19 current status since I've been involved, I believe it's
20 less than 100 a year.  Again, most of them by small
21 players, low velocity, but there are -- there are numbers
22 of concussions or head blows every year certainly.
23   Q.    And do you believe that every blow to the
24 head contributes to -- Strike that.
25         If there is a diagnosis of concussive brain

Page 43

1  CTE in his life span?
2       A.   He had a career-ending knee injury I believe
3  in 2000, and to my knowledge, he began a downward spiral
4  after that and then he died -- we'd have to look it up.
5  I don't know the exact year.  Probably mid, mid 2000s.
6  So I believe to answer your question that it was shortly
7  after he retired he began this downward spiral.
8       Q.   That's when he showed signs.  Well, Doctor,
9  are you aware of anybody who's diagnosed with CTE or can
10 be diagnosed with CTE who has no history of having
11 suffered a concussive brain injury?
12           MR. CORLETO:  I'm going to object to the form
13 of the question.  You can answer.
14 BY THE WITNESS:
15      A.   That has not been diagnosed?
16 BY MR. TREYZON:
17      Q.   Yes.
18      A.   Yes.
19      Q.   So would you agree with me that a diagnosis
20 of prior concussion or concussive brain injury is not
21 necessary for somebody to be afflicted by CTE?
22      A.   Correct.
23           MR. CORLETO:  Objection to form.
24 BY MR. TREYZON:
25      Q.   Would you agree with me that suicide is one

Page 51

1  Q.  What is that?
2  A.  It's blows to the head impacting the brain
3  that don't rise to the level of a known or a diagnosed
4  concussion.
5  Q.  And, Doctor, would you agree with me that
6  it's these repeated subconcussive blows that occur
7  regularly in football that would lead to CTE as opposed
8  to necessarily concussions?
9  A.  I think they're both important, but I think
10 that repetitive subconcussive blows are a factor, yes.
11 Q.  Doctor, do you know that CTE changes in the
12 brain can, in fact, be found in younger players?
13 A.  Yes.
14 Q.  And would you agree with me that helmets
15 cannot prevent brain injuries?
16 A.  As we've discussed in every case, they
17 cannot, yes.
18 Q.  And would you agree with me there's no such
19 thing as a concussion-proof helmet?
20 A.  Yes.
21 Q.  Doctor, would you agree that it can take
22 anywhere from 6 to 12 years for the effects to -- of CTE
23 to diagnose itself?
24     MR. CORLETO:  Objection to form.
25

```
 1   STATE OF ILLINOIS)
                     )  SS:
 2   COUNTY OF C O O K)
 3
             I, KELLY A. BRICHETTO, a Certified Shorthand
 4
     Reporter of said state, do hereby certify
 5
     that the within named witness, JULIAN BAILES, M.D., was
 6
     by me first duly sworn to testify the truth, the whole
 7
     truth and nothing but the truth in the cause aforesaid;
 8
     that the testimony then given by the above-referenced
 9
     witness was by me reduced to stenotype in the presence of
10
     said witness; afterwards transcribed, and that the
11
     foregoing is a true and correct transcription of the
12
     testimony so given by the above-referenced witness.
13
             I do further certify that this deposition was
14
     taken at the time and place in the foregoing caption
15
     specified and was completed without adjournment.
16
             I do further certify that I am not a relative,
17
     counsel or attorney for either party or otherwise
18
     interested in the event of this action.
19
20
21
22
23
24
25
```

Page 96