# DECLARATION OF JOSEPH R. FINNERTY, ESQ.

I, **Joseph R. Finnerty**, hereby declare and state as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am an associate attorney with the firm Abir Cohen Treyzon Salo, LLP, counsel of record for Plaintiff Kimberly Archie (hereinafter "Ms. Archie".) I am the assigned attorney to this case and have personal knowledge of the foregoing facts that if called upon as a witness, I could and would competently testify to the following:

2. Attached hereto as Exhibit 1 is a true and correct copy of Superior Court of the State of California, County of Riverside, Order for Dismissal, executed on or about August 23, 2019.

3. Attached hereto as Exhibit 2 is a true and correct copy of Superior Court of the State of California, County of Riverside, Criminal Case Report for Case Number ICR25862 pertaining to Kimberly D. White (aka Kimberly D. Archie, Plaintiff in this case).

I declare under the penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 2nd day of November 2019, at Los Angeles, California.

/s/ Joseph Finnerty
_____
Joseph R. Finnerty, Declarant

8

PLAINTIFF KIM ARCHIE'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF PLAINTIFF'S PREVIOUSLY EXPUNGED FELONY CONVICTION FROM 1996