# EXHIBIT 2

# RIVERSIDE SUPERIOR COURT
## PUBLIC ACCESS
## Criminal Case Report

**Pay Ticket / Case Fine**

Send me an email when this case is updated (click here) 

[Print This Report]
[Purchase Documents for this Case]
[Close This Window]

### Case ICR25862 - Defendants

| Seq | Defendant | Next Court Date | Status | Agency / DR Number | Arrest Date | Count 1 Charge | Violation Date |
|---|---|---|---|---|---|---|---|
| 1 | WHITE, KIMBERLY D | | | RSPD 96270036 | 08/11/1996 | PC M484E(C) | 08/11/1996 |

### Case ICR25862 - WHITE, KIMBERLY D - Status

| | | | |
|---|---|---|---|
| Filing Type | Certified to Superior | Custody | N/A |
| Ordered Bail | $0.00 | Filing Date | 10/22/1996 |
| D.A. | DDA S. Beller | Posted Bail | $0.00 |
| Next Action: | | Defense | PVT J. Silva |
| | | Deputy Report #: | RSPD 96270036 |

| Warrant | Type | Status | Issued | Affidavit |
|---|---|---|---|---|
| | ARR | RECALLED | 05/07/1998 | N/A |
| **Probation** | Type | Granted | Expiration | |
| | Formal | 03/19/1997 | 07/07/2000 | |
| **Sentence** | Convicted Date | Fine and Penalty | Restitution Fine | |
| | 03/19/1997 | | 0 | |

### Case ICR25862 - WHITE, KIMBERLY D - Charges

**Arrest Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 487 | F | Grand Theft | 08/11/1996 | | |

**Filed Charges**

| Count | Charge | Severity | Description | Violation | Plea | Status |
|---|---|---|---|---|---|---|

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 484E(C) | F | Use/Sell/Transfer Access Card - Intent to defraud | 08/11/1996 | GUILTY | CERTIFIED |

**Certified Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC M484E(C) | M | Fraudulent Use of Access Card | 08/11/1996 | NOT GUILTY | DISMISSED |

**Origin Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 484E(C) | F | Use/Sell/Transfer Access Card - Intent to defraud | 08/11/1996 | GUILTY | |

## Case ICR25862 - WHITE, KIMBERLY D - Probation

Probation Type: FORMAL     Granted: 03/19/1997     Expire: 07/07/2000

FORMAL PROBATION IS GRANTED FOR A PERIOD OF 36 MONTHS UNDER THE FOLLOWING TERMS AND CONDITIONS:

1) OBEY ALL LAWS, ORDINANCES, AND COURT ORDERS.
2) NOT ASSOC W/ANY UNRELATED PERSON KNOWN TO BE POSSESSOR,USER,TRAFFICKER OF CONTRL SUB,NOR ANY UNRELATED PERSON ON PROB/PAROLE OR ANY KNOWN GANG MEMBERS
3) SUBMIT SEARCH OF PERSON, AUTOMOBILE, RESIDENCE, GARAGE, STORAGE AREAS, PERSONAL OR LEASED PROPERTY WITH OR WITHOUT REASONABLE CAUSE BY ANY LAW
4) REPORT ANY LAW ENFORCEMENT CONTACT TO THE PROBATION OFFICER WITHIN 48 HOURS.
5) SEEK AND MAINTAIN GAINFUL EMPLOYMENT OR ATTEND A FULL-TIME SCHOOL OR VOCATIONAL PROGRAM;
6) RESIDE AT A RESIDENCE APPROVED BY THE PROBATION OFFICER AND NOT MOVE WITHOUT HIS/HER PRIOR APPROVAL.
7) PARTICIPATE AND COMPLETE AT YOUR EXPENSE ANY COUNSELING, REHABILITATION/TREATMENT PROGRAM DEEMED APPROPRIATE BY PROBATION OFFICER; AND AUTHORIZE
8) NOT OWN, POSSESS OR HAVE UNDER YOUR CONTROL ANY FIREARM OR DEADLY WEAPON;
9) REPORT TO PROBATION OFFICER IMMEDIATELY OR WITHIN 2 DAYS OF RELEASE FROM CUSTODY FOR INITIAL INSTRUCTIONS, AND FOLLOW ALL REASONABLE DIRECTIVES OF PO.
10) PAY RESTITUTION (VICTIM) IN AN AMOUNT DETERMINED BY THE COURT AS DIRECTED BY FINANCIAL SERVICES; ANY DISPUTE TO BE RESOLVED IN A COURT HEARING.
11) DO NOT HAVE ANY CHECKING ACCOUNTS AND DO NOT POSSESS ANY CHECKS AND CREDIT CARDS.
12) HAVE NO DIRECT OR INDIRECT CONTACT WITH PETER OR KIMBERLY CHAROS.

## Case ICR25862 - WHITE, KIMBERLY D - Related Cases On Calendar

| Related Cases On Calendar |
|---|
| *This Defendant Does Not Have Any Other Cases With Future Hearings Scheduled.* |

# Case ICR25862 - WHITE, KIMBERLY D - All of Defendant's Other Cases

| Case Number | Filed Date | Charges | Next Hearing | Jurisdiction | Status |
|---|---|---|---|---|---|

*This Defendant Does Not Have Any Other Reportable Cases.*

# Case ICR25862 - WHITE, KIMBERLY D - Actions & Minutes

| Action Date | Action Text | Disposition | Hearing Type |
|---|---|---|---|
| 08/23/2019 | --1203.4 PETN FOR DISMISSAL WAS CORRECTED NUNC PRO TUNC ON 08/23/2019 | | |
| 08/23/2019 | CLERK'S CERTIFICATE OF MAILING OF NUNC PRO TUNC. | | |
| 08/23/2019 | 1203.4 PETN FOR DISMISSAL FILED ON 08/01/2019 BY ATTY D HUFFMA -- | | |
| 08/23/2019 | ORDER FOR DISMISSAL IS G-GRANTED BY JUDGE BURKE STRUNSKY ( 4-PC 1203.4 | | |
| 08/23/2019 8:30 AM DEPT. 3N | HEARING RE: PETITION/MOTION FOR DISMISSAL. ( 4-PC 1203.4 | DISPOSED | |
| Minutes | Print Minute Order | | |
| 08/23/2019 8:30 AM DEPT. 3N | NUNC PRO TUNC HEARING RE: MISSING FILE STAMP ON 1203.4 PETN | DISPOSED | |
| Minutes | Print Minute Order | | |
| 08/05/2019 | REQUEST FOR DISPOSITION OR RULING RECEIVED FROM D-DISTRICT ATTORNEY ( 4-PC 1203.4 [PC 1203.4/.4A/.43 OR .49] | | |
| 08/01/2019 | PROPOSED ORDER RE: PETITION FOR DISMISSAL FOR HEARING ON 08/23/2019 SUBMITTED BY ATTY FOR DEF. | | |
| 08/01/2019 | PETITION FOR DISMISSAL FILED. ( 4-PC 1203.4 | | |
| 10/25/2012 | MISCELLANEOUS PAYMENT OF $37.50 RECEIVED. | | |
| Minutes | Print Minute Order | | |
| INMIV | 121025-6583-V POS/ 3.00 R01/ 9.50 000 | | |
| INMIV | 121025-6583-V R03/ 25.00 000 | | |
| 07/07/2000 8:30 AM DEPT. 2K | WARRANT/VOP ARRAIGNMENT | DISPOSED | |
| Minutes | Print Minute Order | | |
| 07/07/2000 | WARRANT RECALL NOTICE HAS BEEN PRINTED | | |
| 01/24/2000 | ADMINISTRATIVE FEE SUSPENDED IN THE AMOUNT OF $17.00, REASON: APPLY $18 AND SUSPEND $17 | | |
| 01/24/2000 | PAYMENT OF $18.00 RECEIVED | | |
| Minutes | Print Minute Order | | |
| INCLW | 000125-6248-CK ACF/ 18.00 005 | | |
| 01/24/2000 | PAY COURT ADMINISTRATIVE COST FEE IN THE AMOUNT | | |

| Date | Description | | |
|---|---|---|---|
| | OF $30.00 | | |
| 12/30/1999 | APPLY CASH BAIL TO FINE; ANY BALANCE ORDERED EXONERATED. | | |
| 12/30/1999 | BAIL OF $25.00 APPLIED FROM CASE ICR25862 | | |
| 12/30/1999 | CASH BAIL APPLIED TO CASE NO.'S ICR25862 | | |
| 12/30/1999 | PAY COURT ADMINISTRATIVE COST FEE IN THE AMOUNT OF $30.00 | | |
| 12/30/1999 | BAIL OF $132.00 APPLIED FROM CASE ICR25862 | | |
| 12/30/1999 | CASH BAIL APPLIED TO CASE NO.'S ICR25862 | | |
| 12/30/1999 | APPLY CASH BAIL TO FINE; ANY BALANCE ORDERED EXONERATED. | | |
| 10/06/1999 | APPLY CASH BAIL TO FINE; ANY BALANCE ORDERED EXONERATED. | | |
| 10/06/1999 | BAIL OF $320.00 APPLIED FROM CASE ICR25862 | | |
| 10/06/1999 | CASH BAIL APPLIED TO CASE NO.'S ICR25862 | | |
| 10/06/1999 | FINE SUSPENDED IN AMOUNT OF $1656.00 ON PROBATION REIMBURSEMENT. REASON: DEF OUT OF COUNTY SUPERV. | | |
| 06/14/1999 | CASH BAIL 30.00 RECEIVED FROM DEFENDANT | | |

Minutes  [Print Minute Order]

```
INPGS    990615-6038-CK TRS/ 30.00 BAIL POSTING DEFN
```

| 04/26/1999 | CASH BAIL 30.00 RECEIVED FROM DEPOSITOR | | |
|---|---|---|---|

Minutes  [Print Minute Order]

```
INJDC    990426-6432-CK TRS/ 30.00 BAIL POSTING BY:
INJDC    CAROL YODER
```

| 03/23/1999 | CASH BAIL 30.00 RECEIVED FROM DEPOSITOR | | |
|---|---|---|---|

Minutes  [Print Minute Order]

```
INJDC    990323-6703-CK TRS/ 30.00 BAIL POSTING BY:
INJDC    CAROL A YODER
```

| 02/23/1999 | CASH BAIL 30.00 RECEIVED FROM DEPOSITOR | | |
|---|---|---|---|

Minutes  [Print Minute Order]

```
INJDC    990223-6558-CK TRS/ 30.00 BAIL POSTING BY:
INJDC    CAROL YODER
```

| 01/22/1999 | CASH BAIL 30.00 RECEIVED FROM DEFENDANT | | |
|---|---|---|---|

Minutes  [Print Minute Order]

```
INRBM    990122-6642-CK TRS/ 30.00 BAIL POSTING DEFN
```

| 11/10/1998 | CASH BAIL 30.00 RECEIVED FROM DEPOSITOR | | |
|---|---|---|---|

Minutes  [Print Minute Order]

```
INVLL    981110-6518-CK TRS/ 30.00 BAIL POSTING BY:
INVLL    TONY L YODER
```

| 10/14/1998 | CASH BAIL 25.00 RECEIVED FROM DEPOSITOR | | |
|---|---|---|---|
| 09/29/1998 | CASH BAIL 40.00 RECEIVED FROM DEPOSITOR | | |

| Date | Event | Status | Type |
|---|---|---|---|
| 08/25/1998 | CASH BAIL 50.00 RECEIVED FROM DEPOSITOR | | |
| 07/17/1998 | CASH BAIL 50.00 RECEIVED FROM DEPOSITOR | | |
| 06/26/1998 | CASH BAIL 50.00 RECEIVED FROM DEPOSITOR | | |
| 06/05/1998 | CASH BAIL 50.00 RECEIVED FROM DEPOSITOR | | |
| 05/15/1998 | CASH BAIL 50.00 RECEIVED FROM DEPOSITOR | | |
| 05/11/1998 | ELECTRONIC WARRANT SENT AT 08:19 | | |
| 05/11/1998 | WARRANT GENERATED. | | |
| 05/07/1998 | FILED: ALLEGATION OF VIOLATION OF PROBATION | | |
| 05/07/1998 8:30 AM DEPT. 2K | EX PARTE HEARING RE PROBATION VIOLATION | DISPOSED | |
| Minutes | Print Minute Order | | |
| 05/04/1998 | CASE SENT TO: DEPT 2K JUDGE BJORK RE VOP MEMO. | | |
| 04/09/1997 | OPER. IRLM CHANGED DTP FROM 03/19/97 TO 05/01/97 | | |
| 03/27/1997 | REPORTERS TRANSCRIPT 03/19/97 COPIES 1ONLY | | |
| 03/19/1997 8:30 AM DEPT. 3T | PRELIMINARY HEARING (FURTHER PROCEEDINGS) | DISPOSED | |
| Minutes | Print Minute Order | | |
| 02/25/1997 8:30 AM DEPT. 3T | PRELIMINARY HEARING (FURTHER PROCEEDINGS) | DISPOSED | |
| Minutes | Print Minute Order | | |
| 02/04/1997 8:30 AM DEPT. 3T | PRELIMINARY HEARING (FURTHER PROCEEDINGS) | DISPOSED | |
| Minutes | Print Minute Order | | |
| 01/07/1997 8:30 AM DEPT. 3T | PRELIMINARY HEARING | DISPOSED | |
| Minutes | Print Minute Order | | |
| 12/04/1996 | CASE SENT TO: FILED BACK ON SHELF. | | |
| 12/03/1996 | CASE SENT TO: KAREN. | | |
| 11/22/1996 8:30 AM DEPT. 2K | ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | |
| 11/15/1996 8:30 AM DEPT. 2K | ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | |
| 10/22/1996 | COMPLAINT FILED BY INHJG | | |

## Case ICR25862 - WHITE, KIMBERLY D - Fine Information

|              | Date To Pay:      | **12/30/1999** | First Payment: | **04/09/1997** |
|--------------|-------------------|----------------|----------------|----------------|
| Prior NSF: **N** | Payment Amount: | **$0.00**      | Last Payment:  | **01/24/2000** |

| Fine Number | Fine Type | Fine Description            | Original Amount | Paid To Date | Current Due |
|-------------|-----------|-----------------------------|-----------------|--------------|-------------|
| 1           | PDR       | Probation Dept Reimbursement | $1,908.00       | $252.00      | $0.00       |
| 2           | RFS       | Restitution Fund (State)    | $200.00         | $200.00      | $0.00       |
| 3           | TRV       | Trust - Victim Restitution  | $0.00           | $0.00        | $0.00       |
| 5           | ACF       | Administrative Cost Fee     | $60.00          | $43.00       | $0.00       |
|             |           | Total:                      | $2,168.00       | $495.00      | $0.00       |

[ Print This Report ]
[ Purchase Documents for this Case ]
[ Close This Window ]

Riverside Public Access 5.7.27 © 2019 Journal Technologies, Inc. All Rights Reserved. www.isd-corp.com
Contact Us

public-access.riverside.courts.ca.gov/OpenAccess/Criminal/CriminalCaseReport.asp?CourtCode=C&RivInd=IND&CaseNumber=ICR25862&DefNbr=2…  6/6