# EXHIBIT 10

Page 1

1                IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF WISCONSIN
2                      CASE NO. 15-CV-57
3

                             - - -
4    DEBRA PYKA, as the Special   :
     Administrator of the Estate  :
5    of Joseph Chernach,          :
     Deceased.  DEBRA PYKA, as    :
6    the Mother of Joseph         :
     Chernach, Deceased,          :
7                                 :
                    .  Plaintiff, :
8                                 :
                                  :
          vs.                     :
9                                 :
                                  :
     POP WARNER LITTLE SCHOLARS,  :
10   INC., LEXINGTON INSURANCE    :
     COMPANY,                     :
11                Defendants.     :
                             - - -
12
13
                             - - -
                   THURSDAY, NOVEMBER 19, 2015
14                           - - -
15
16                    Videotaped deposition of JON BUTLER,
     held at the offices of Wilson, Elser, Moskowitz,
17   Edelman & Dicker, LLP, 2001 Market Street, 31st
     Floor, commencing at 9:09 a.m., before Kimberly A.
18   Hussey, Certified Court Reporter, Certificate of
     Merit and Notary Public.
19                           - - -
20
21
22
23
24
25

JON BUTLER

Page 13

1    commerce, what did you do?

2    A          Worked for a company that manufactures

3    football blocking sleds and tackling dummies.

4                    THE COURT REPORTER:  And tackling?

5                    THE WITNESS:  Dummies.

6    BY MR. JOHNSON:

7    Q          What was the name of that company?

8    A          Unusual spelling.  Rae, R-A-E, Crowther,

9    C-R-O-W-T-H-E-R, Company.

10   Q          Say it again.

11   A          C-R-O-W-T-H-E-R.

12   Q          What was your job there?

13   A          It was a family business.  I did everything

14   from the ground up and later bought out the company.

15   Q          How later would that have been?

16   A          Approximately 1980, '82.

17   Q          How long did you run -- did you keep the

18   name Rae Crowther when you bought it out?

19   A          Yes.

20   Q          And how long did you run Rae Crowther?

21   A          Until shortly after I started with Pop

22   Warner.

23   Q          And that would have been when?

24   A          1991.

25   Q          Did you end up selling the -- Rae Crowther

JON BUTLER

Page 29

1    Q        Okay.  Is there anybody at the -- with Pop
2    Warner with a medical background?
3    A        No.
4    Q        Is there anybody with Pop Warner with an
5    athletic training background?
6    A        No.
7    Q        Anybody with a PE background?
8    A        No.
9    Q        Anyone who has a biomechanical engineering
10   background?
11   A        No.
12   Q        Anyone other than you with a football
13   equipment background?
14   A        Yes.
15   Q        Who is that?
16   A        Craig Scott.
17   Q        He's your chief marketing officer?
18   A        Correct.
19   Q        What does the chief marketing officer do?
20   A        Essentially, seeks out and works with our
21   business partners.
22   Q        Now, at one time -- before I go on there,
23   Mr. Scott has a football equipment background?
24   A        Yes.
25   Q        What was that background?

JON BUTLER

Page 31

1    A        I don't remember exactly.

2    Q        Would it have been before 2001?

3    A        I -- it was around 2000.

4    Q        Okay.  So when I'm talking about leagues,

5    I'm just talking about the organizations that

6    actually play the football.  Is that -- does that

7    work, does that reference work?

8    A        Those are our associations, but I --

9    Q        Okay.  Associations?

10   A        Yep.

11   Q        So does Mr. Scott do any work with the

12   associations in terms of football helmets?

13   A        Just the general recommendations that we

14   have in our Administrative Manual.

15   Q        Okay.  Without specifically turning to the

16   Administrative Manual that's marked as Exhibit

17   Number 1, my understanding is that this is a 1992

18   manual; is that right?  Let me see.  Where is the

19   date?  Is it dated?  Yes, on the second page there's

20   a copyright 1992.

21   A        Yeah.

22   Q        This manual was written right after you got

23   there; is that right?

24   A        I was involved in finishing it up for

25   printing, yes.

JON BUTLER

Page 32

1    Q       Had it ever been created before you got
2    there?
3    A       I believe there was one prior, I'm not a
4    hundred percent sure.
5    Q       Do you have a copy of the prior manual?
6    A       I'd have to look thoroughly.  As I said, we
7    don't have a lot of stuff from back then, but ...
8    Q       Let me just cover the question of looking
9    thoroughly.  You received a substantial list of
10   requests for production interrogatories in this
11   case; is that correct?
12   A       Yes.
13   Q       And to the degree that Pop Warner itself
14   answered those, you were the person who did --
15   A       Most of them.
16   Q       -- who did the answering?
17   A       Most of them.
18   Q       Who else answered the questions in that?
19   A       I had assistance from Sam Mutz, Josh Pruce
20   and counsel.
21   Q       Okay.  As part of that, you've told me that
22   you don't have much in terms of the history of Pop
23   Warner before you started; is that correct?
24   A       Yes.
25   Q       So if there wasn't much, you should have

JON BUTLER

Page 41

| | | |
|---|---|---|
| 1 | Q | And **Mr. Hayes?** |
| 2 | A | Is an attorney. |
| 3 | Q | Is he still an attorney? |
| 4 | A | Yes. |
| 5 | Q | He doesn't work for Wilson Elser, does he? |
| 6 | A | No. |
| 7 | Q | Okay.  Who wrote the Administrative Manual |
| 8 | | that is marked as Exhibit Number 1? |
| 9 | A | As I said, I contributed before it went to |
| 10 | | print. |
| 11 | Q | Who else was involved? |
| 12 | A | I -- I assume the then National football |
| 13 | | commissioner. |
| 14 | Q | Who was? |
| 15 | A | Jim Taft, T-A-F-T. |
| 16 | Q | Who wrote the legal parts of it? |
| 17 | A | I believe -- oh, pardon me, correct -- one |
| 18 | | more board member would have been there, Tony Visco, |
| 19 | | Anthony Visco, V-I-S-C-O.  He's the one that drafted |
| 20 | | the legal portion. |
| 21 | Q | Does Tony Visco work for -- |
| 22 | A | No. |
| 23 | Q | -- Wilson Elser? |
| 24 | A | No. |
| 25 | Q | Where was he practicing? |

JON BUTLER

Page 42

1    A       He's been at several different firms in

2    town.   Most recently, Montgomery, McCracken, Walker

3    & Rhoads.

4    Q       Give me the name of the firm again.

5    A       Montgomery, McCracken, Walker & Rhoads.

6    Q       Is he still practicing?

7    A       He's consulting these days.

8    Q       So if -- who would be the person with the

9    most knowledge about -- at Pop Warner about the

10   Administrative Manual that's marked as Exhibit

11   Number 1?

12   A       I would assume it would be me.

13   Q       And the person with the most knowledge of

14   the legal parts of the manual would still be you?

15   A       It's -- it's been looked at by other

16   attorneys, but it's remained pretty much as written

17   by Tony Visco.

18   Q       Is there any topic about Pop Warner that you

19   would not be the person with the most knowledge

20   about?

21           MR. CORLETO:  Objection to form.  You

22   can answer.

23   A       You know, essentially if you get into

24   details of cheer and dance, certainly I would not

25   have the most knowledge in that area.

JON BUTLER

Page 43

1    BY MR. JOHNSON:

2    Q        So if we're talking about tackle football,

3    you're the person with the most knowledge?

4    A        Equal I would say.

5    Q        And who would the other person be?

6    A        Sam Mutz.

7    Q        And he's the commissioner?

8    A        Yes.

9    Q        How long has he been the commissioner?

10   Since 1990?  You told me --

11   A        No, since 1998, 2000.

12   Q        Okay.  All right.  Let's turn to the

13   Administrative Manual, Exhibit Number 1.  Whoops, I

14   didn't get very far.  Thank you.

15           The copyright on this is 1992?

16   A        Mm-hmm.

17   Q        There was a prior one?

18   A        As I said, there was a draft.  I don't

19   remember there being an entire finished document.

20   Q        So the first time Pop Warner published the

21   Administrative Manual was in 1992?

22   A        The first that I'm aware of, yes.

23   Q        And that coincided with you taking over and

24   essentially trying to bring the company into a

25   modern nonprofit structure?

JON BUTLER

Page 45

1   Quaker -- a Gatorade flyer here, for lack of a

2   better term, that's inserted in here.

3   A       Mm-hmm.

4   Q       And it's got a copyright of 1985 on it I

5   believe?

6   A       Yep.

7   Q       Gatorade give money to Pop Warner to get

8   essentially this much endorsement of -- of this

9   document?

10  A       Yes.

11  Q       Was Gatorade a longtime sponsor of Pop

12  Warner when you took over?

13  A       Yes.

14  Q       Are they still?

15  A       There was a lengthy period in between when

16  they weren't.  They've since re-signed with us in

17  the last two years.

18  Q       Okay.  All right.  Then we have a Table of

19  Contents, which does lay out the different matters

20  that are covered within the book, and then

21  references to the appendix.  And then it begins with

22  Chapter 1 on Page 1.

23          What's the purpose of the Administrative

24  Manual?

25                  MR. CORLETO:  Objection to form.  You

JON BUTLER

Page 46

1   can answer.

2   A       It's just to hopefully explain to people,

3   since they're all -- everyone outside of our office

4   is a volunteer, hopefully everything they -- you

5   know, as much as we could explain of how to run a

6   Pop Warner -- local Pop Warner program.

7   BY MR. JOHNSON:

8   Q       You understood what I mean -- meant with the

9   word -- what did you intend my question -- when I

10  said the purpose of the manual, what did you intend

11  that to mean?

12              MR. CORLETO:  Objection.  He's

13  answered your question.  Ask another question.

14              MR. JOHNSON:  You objected.  I'm

15  going --

16              MR. CORLETO:  I objected to form --

17              MR. JOHNSON:  I'm just trying --

18              MR. CORLETO:  -- to preserve it for

19  the record.  There's no need to get into a back and

20  forth about it.

21  BY MR. JOHNSON:

22  Q       Does the term Purpose of this Manual, does

23  that appear on Page 1?

24  A       Yes.

25  Q       And when I asked you what the purpose of the

JON BUTLER

Page 71

1    that.  Oh, that's the wrong -- I'm sorry.  I

2    probably don't have another one.

3              MR. CHRISTENSEN:  Yeah, we will share

4    this one.

5              MR. JOHNSON:  And I'll work out of

6    the book itself.

7              (Document entitled "Safety in

8    American Football" marked Butler-4 for

9    identification.)

10   BY MR. JOHNSON:

11   Q      So we've now marked as -- Exhibit Number 4

12   is it, a book titled Safety in American Football.

13   Do you have that in front of you?

14   A      Yes.

15   Q      Can you turn to the -- probably the second

16   page of that photocopy, perhaps the third.  There

17   should be a copyright date on that.  Do you see

18   that?

19   A      Yes.

20   Q      Okay.  And what's the copyright date on that

21   book?

22   A      Under the Library of Congress, 1997.

23   Q      I'm still getting some post-it notes out of

24   the actual physical copy I have of that, but I'm

25   going to show you in a minute this book which is the

JON BUTLER

Page 72

1    hard copy from which that was taken.  Have you ever

2    seen this book?

3              MR. JOHNSON:  I'll hand -- hold it up

4    for the camera a minute.

5    BY MR. JOHNSON:

6    Q        Have you ever seen this book before?

7    A        I don't believe so.

8    Q        Did you know that you're quoted in that

9    book?

10   A        I get quoted fairly frequently.

11   Q        Did you get quoted frequently in the 1990s

12   about the Safety in American Football?

13   A        I don't remember.  Probably.

14   Q        Where else would you have made statements?

15   You made -- you're quoted by Mr. Goldberg, and if

16   you'll turn to Page 33 of Exhibit Number 4, there's

17   a footnote -- it's not a footnote.  There's a --

18   subheadings, there's a group of subheadings there.

19   Unfortunately, my copy of that went away.

20              Do you see your name there on Page 33?

21   A        I haven't found it yet, but I'm looking.

22   Q        Okay.  Let me turn to my copy of it.  It

23   says in -- Number 4, read what it says to me in

24   Number 4.

25   A        "Catastrophic injuries did not occur and

JON BUTLER

Page 73

1  according to Jon Butler, of Pop Warner Football, no

2  catastrophic football related injuries have occurred

3  since his appointment as Executive Director in 1991,

4  or to his knowledge after the 1983 study. No new

5  significant rule changes have been implemented."

6               MR. JOHNSON: Were you able to get

7  all of that?

8               THE COURT REPORTER: Yes.

9  BY MR. JOHNSON:

10  Q      Sometimes when you're reading, we go faster

11  than when we're talking, it's hard for court

12  reporters.

13         You didn't know that your name was there?

14  A      No.

15  Q      Okay. Is that -- do you believe that to be

16  an accurate representation of what you might have

17  said to Mr. Goldberg?

18               MR. CORLETO: Objection to form. You

19  can answer.

20  A      Yes.

21  BY MR. JOHNSON:

22  Q      Do you remember having that conversation

23  with him during that time frame?

24  A      Yes.

25  Q      And you had been referencing, I think it's

JON BUTLER

Page 74

1    accurate to say repeatedly, the study that he had

2    done that had been published, I believe, in 1987

3    about the safety of youth football; is that correct?

4    A       Yes.

5    Q       And I think that study is -- if you'll turn

6    to Page 34, that -- the study that we're talking

7    about is, in fact, Footnote Number 10, isn't it?

8    A       Yes.

9    Q       And actually it shows a publication date of

10   1988.  Have you ever read that study?

11   A       Yes.

12   Q       And you find that study to be very

13   significant in terms of what you do in protecting

14   the safety of those who play --

15                    MR. CORLETO:  Object --

16   BY MR. JOHNSON:

17   Q       -- tackle football?

18                    MR. CORLETO:  Objection to form.

19   BY MR. JOHNSON:

20   Q       I'll back up.  Strike the question.

21           Do you see it as one of your -- the mandates

22   of your job to protect the safety of those children

23   who are playing youth tackle football?

24                    MR. CORLETO:  I'll object to the

25   form.  You can answer.

JON BUTLER

Page 75

1    A        Yes, it's always been our first priority.

2    BY MR. JOHNSON:

3    Q        Okay. Explain that to me in your own words.

4             MR. CORLETO: Objection to form.

5    A        As I said, it's always been our first

6    priority, the safety of the kids.

7    BY MR. JOHNSON:

8    Q        Why?

9             MR. CORLETO: Objection to form.

10   A        As a youth-serving organization, if we're

11   not serving our youth, why would we even want to be

12   in existence.

13   BY MR. JOHNSON:

14   Q        Thus, a peer-reviewed article, using Pop

15   Warner players as the study sample, that came to

16   conclusions about the safety of tackle football

17   would be important to you; would it not?

18   A        Yes.

19   Q        And since that study was done in 1988, it

20   has been repeatedly cited by Pop Warner as evidence

21   about the safety of youth football, correct?

22            MR. CORLETO: Objection, asked and

23   answered. You can answer again. It's the third

24   time that it's been asked and answered.

25   A        Yes.

JON BUTLER

Page 79

1    answered.

2                MR. JOHNSON:  Okay.

3                MR. CORLETO:  He does not have to

4    answer it again.  He's already answered it.

5    BY MR. JOHNSON:

6    Q      All right.  We've agreed that it's part of

7    your responsibilities to protect the safety of youth

8    football players.  Do you believe that the age/

9    weight schematic is important in the protection of

10   the safety of youth tackle football players?

11               MR. CORLETO:  Objection, asked and

12   answered.  You can answer it again.

13   A      Yes.

14   BY MR. JOHNSON:

15   Q      All right.  Why?

16   A      Based on that study and a lot of anecdotal

17   evidence and -- we believe that controlling the

18   weight spread on the field along with the age

19   provides a safer environment.

20   Q      Is it accurate to say that Pop Warner has

21   used that age/weight schematic as its theme to the

22   public about what makes youth tackle football as

23   done by Pop Warner safer?

24   A      It's certainly been part of our recruiting

25   efforts.

JON BUTLER

Page 82

1  they are assigned to play, the kids look three to

2  four years older, that much larger.  They'll play a

3  game a day or sometimes more, so they get three to

4  four days over Thanksgiving weekend.  You know, that

5  to me is a potentially very unsafe situation.

6  Q      Because they're playing games in close

7  succession?

8  A      That, and the fact that they're frequently

9  mismatched in age and size.

10  Q      What aspect -- why is it unsafe to play

11  games in close succession?

12  A      We believe that you need at least three days

13  just because of the exertion level and bruising and

14  so forth.

15  Q      What is the "and so forth"?

16  A      I mean, any, you know, minor muscular

17  injuries.  It's just the exertion level and mental

18  efforts.

19  Q      You have referees or officials for games for

20  what purpose?

21              MR. CORLETO:  Objection, form.

22  A      To ensure adherence to the rules.

23  BY MR. JOHNSON:

24  Q      You have the Administrative Manual we marked

25  as Exhibit Number 1 for what purpose?

JON BUTLER

                                                        Page 83

1    A        To --

2                    MR. CORLETO:  Objection to form.

3    He's answered this already.

4    A        To -- to help local administrators

5    administer their programs.

6    BY MR. JOHNSON:

7    Q        According to the rules?

8    A        That's less about rules and more about how

9    to go about things.

10   Q        But there are rules in the Administrative

11   Manual, correct?

12   A        I believe so, but they -- you know, the

13   Rulebook is the more appropriate document for rules.

14   Q        So the Rulebook is -- plays what role in the

15   enforcement of the National rules?

16   A        As far as our rules are concerned, that is

17   it.  I mean, that's the be all and end all.

18   Q        I believe there is a statement in the

19   Rulebook that says that there are to be no

20   exemptions from the weight limits; is that correct?

21   A        I believe it states there will be no

22   exceptions except without -- except with written

23   approval from the National Office, I believe.

24   Q        Can you find that for me, please?

25   A        It's been a while since I've looked at that

JON BUTLER

1    BY MR. JOHNSON:

2    Q        Have you ever been to a seminar with the

3    primary focus of mild traumatic brain injury?

4    A        Yes.

5    Q        When was the first time you attended such

6    seminar?

7    A        I believe about two years ago, yeah.

8    Q        Do you feel that, as you sit here today, you

9    can define what a concussion is in the context of

10   football?

11                    MR. CORLETO:   Objection.

12                    MR. JOHNSON:   I'm just asking.

13   A        I -- I bow to superior knowledge.  Brian

14   Hainline, the chief medical officer of the NCAA, has

15   quoted that there are -- I forget the exact number.

16   There's 40 some definitions in medical journals of a

17   concussion and only one of them is correct.

18   BY MR. JOHNSON:

19   Q        Does he say which one it is?

20   A        Yeah, and I don't remember it offhand,

21   but ...

22   Q        How many definitions of concussion were

23   there when you took over Pop Warner in 1991?

24   A        I think we termed it as a, you know, brain

25   injury if I remember correctly.  I mean, it's in the

JON BUTLER

Page 159

1   Administrative Manual.

2   Q       Is it defined in the Administration --

3   A       I don't know --

4   Q       -- Administrative Manual?

5   A       -- if it's specifically defined. It may be.

6   Q       It probably starts around -- somewhere

7   around 58?

8   A       Yeah, I'm assuming.

9   Q       While you're looking, let's take a look at

10  Page 61.

11  A       Okay.

12  Q       I'm going to go through the next two or

13  three pages.  And let's just -- read for me the

14  major headings on 61, 62 and -- just 61 and 62.

15  A       First Aid Kit; Two Field Medical Musts;

16  First Aid; Bones and Joints; Impact Blows; Muscles

17  and Ligaments.

18  Q       Within the Impact Blows, the word head

19  exists; is that correct?

20  A       Yes.

21  Q       Does the word brain injury exist?

22  A       No.

23  Q       And who wrote the Impact Blow section of the

24  Administrative Manual?

25  A       I have no idea.

JON BUTLER

Page 160

1    Q        Did you write it?

2    A        It may have been me.  You know, it's 22

3    years ago.

4    Q        Twenty-one years before you took your first

5    class in concussion?

6             MR. CORLETO:  Objection, form.

7    A        Yes.

8    BY MR. JOHNSON:

9    Q        Did anyone else who is an author of the

10   Administrative Manual have superior medical training

11   to you?

12            MR. CORLETO:  Objection, form.

13   A        No.  This was written by laypeople in the

14   office with the exception of the section on the law.

15   BY MR. JOHNSON:

16   Q        Is there any reason that you didn't defer to

17   a medical person to the section on the brain as you

18   did to the legal person on the section on the law?

19            MR. CORLETO:  Objection.  Now, you're

20   misquoting.  There's not a section on the brain.

21   A        No, I can't say.  Historically, you know, I

22   know that by the time the book was put out in 2000,

23   which we submitted in discovery, that concussions

24   were mentioned.  And I can also say that it's only

25   been in the last five years, approximately, that

JON BUTLER

Page 165

1   BY MR. JOHNSON:

2   Q       Is it accurate to say that with essentially

3   each allegation of negligence that we have made, you

4   would say that's up to the local association?

5                   MR. CORLETO:  Objection.

6   A       Anything to do with rules administration,

7   yes.

8   BY MR. JOHNSON:

9   Q       Anything to do with concussion

10  administration?

11  A       And concussion administration was not on

12  anyone's radar until five, six years ago.

13  Q       Not on anyone's radar at Pop Warner

14  National, agreed?

15                  MR. CORLETO:  Objection, form.  You

16  may answer.

17  A       I don't believe on anybody's radar before 10

18  years ago.

19  BY MR. JOHNSON:

20  Q       Was it on Pop Warner's radar before 2010?

21                  MR. CORLETO:  Objection to form.  You

22  may answer.

23  A       2009.

24  BY MR. JOHNSON:

25  Q       Okay.  Was concussion, brain injury, head

JON BUTLER

Page 166

1    injury on Pop Warner's radar before 2009?

2            MR. CORLETO:  Objection, form.  You

3    may answer.

4    A       No.

5    BY MR. JOHNSON:

6    Q       Are you aware that sideline cards were

7    created as early as 1995, 1996 with detailed

8    concussion protocols on them?

9    A       No.

10   Q       Were you aware that the American Academy of

11   Neurology printed and sold them beginning in 1997?

12   A       No.

13   Q       Were you aware that the Brain Injury

14   Association printed and sold sideline concussion

15   assessment cards as early as 1997?

16   A       No.

17   Q       Are you aware that the trainer for the high

18   school where Joseph Chernach played beginning in

19   2001 had a sideline assessment card?

20   A       No.

21   Q       Were you aware that he started using that

22   sideline assessment card before 1995?

23   A       No.

24   Q       Was there any standard of care from Pop

25   Warner to local leagues with respect to concussion

JON BUTLER

Page 167

1     management before 2009?

2     A     No.

3                MR. CORLETO:  Objection to form.  You

4     may answer.

5                THE WITNESS:  Sorry.

6     BY MR. JOHNSON:

7     Q     Do you believe that was a local -- a matter

8     of local administration or of National

9     administration?

10               MR. CORLETO:  Objection to form.  You

11    may answer.

12    A     At that time, prior to 2009, 2010, I would

13    say it was local.

14    BY MR. JOHNSON:

15    Q     Why?

16    A     Again, we didn't -- none of us had the

17    awareness that we have had since then.  Certainly,

18    as soon as we became aware, we took action.

19    Q     One of the allegations in our Complaint is

20    that not only was Pop Warner not trained or -- I'll

21    start over.

22               One of the allegations in our Complaint is

23    that the coaches who Pop Warner affiliated with to

24    coach Pop Warner games were insufficiently trained.

25               What accountability do you think the

JON BUTLER

Page 168

1  National has for the training of local coaches?

2           MR. CORLETO:  I'm going to object to

3  the form of the question.  He can tell you about

4  training of coaches, but the form of that question

5  is highly improper.

6  A       I can tell you that starting in -- I believe

7  it was 2005 -- I may be off by a year or so -- we

8  required all of our head coaches to take a specific

9  training course.  Since then, as of 2014, we require

10  all coaches to take a specific training course.  I

11  can tell you also that with the -- with one or two

12  exceptions, we were among the first National youth

13  sports programs to require training of our coaches.

14  BY MR. JOHNSON:

15  Q       When you're talking about training, you're

16  talking about training in concussion or just

17  training?

18  A       Just training, period.

19  Q       What was there about the structure of Pop

20  Warner in 1992 where you could not have mandated

21  that head coaches take these training programs?

22           MR. CORLETO:  Objection, form.  You

23  may answer.

24  A       The concern both within Pop Warner and every

25  National youth sports program was that volunteers

JON BUTLER

Page 169

1   would shy away, they wouldn't want to go through

2   that program, and there would be a tremendous

3   shortage of coaches.

4   BY MR. JOHNSON:

5   Q       How many people were playing Pop Warner

6   Football in 2005?

7   A       I would have to guess.  I would say on the

8   football side, probably about 220,000.

9   Q       Is that number more or less today?

10  A       About the same.  It's about 225 now.

11  Q       So that concern that you were going to have

12  a disadvantage against other leagues if you required

13  coaches to be trained hasn't turned out to be --

14  A       It wasn't --

15              MR. CORLETO:  Objection.  You're

16  mischaracterizing the witness' testimony.

17  A       It was not a concern that we would lose

18  programs in other leagues, it was a concern among

19  all youth sports organizations that they would not

20  get enough volunteers.

21  BY MR. JOHNSON:

22  Q       Okay.  I'm not really concerned about what

23  all other youth sports organizations were doing.

24  And if you answered my question --

25              MR. CORLETO:  Excuse me.  You're

JON BUTLER

1    asking a question that misinterpreted his

2    testimony.  He was clarifying his prior testimony

3    that you misinterpreted.

4              MR. JOHNSON:  The last time I

5    checked, I get to finish my question before you

6    object.

7              MR. CORLETO:  I apologize.  Please do

8    that.

9    BY MR. JOHNSON:

10   Q     When I was asking you about the coaches

11   training, I wasn't concerned about what the YMCA

12   outside of the Pop Warner environment might be doing

13   or the Boys' Club or anybody else.

14         What I'm concerned about is what Pop Warner

15   was doing and what Pop Warner's concerns were.

16   A     Mm-hmm.

17   Q     Was Pop Warner's concern that they wouldn't

18   be able to play as many leagues -- have as many

19   children play football if they instituted a

20   requirement that coaches be trained?

21              MR. CORLETO:  Objection, form.  You

22   may answer.

23   A     Yes.

24   BY MR. JOHNSON:

25   Q     Okay.  In retrospect, it has turned out that

JON BUTLER

Page 159

1    Administrative Manual.

2    Q        Is it defined in the Administration --

3    A        I don't know --

4    Q        -- Administrative Manual?

5    A        -- if it's specifically defined.  It may be.

6    Q        It probably starts around -- somewhere

7    around 58?

8    A        Yeah, I'm assuming.

9    Q        While you're looking, let's take a look at

10   Page 61.

11   A        Okay.

12   Q        I'm going to go through the next two or

13   three pages.  And let's just -- read for me the

14   major headings on 61, 62 and -- just 61 and 62.

15   A        First Aid Kit; Two Field Medical Musts;

16   First Aid; Bones and Joints; Impact Blows; Muscles

17   and Ligaments.

18   Q        Within the Impact Blows, the word head

19   exists; is that correct?

20   A        Yes.

21   Q        Does the word brain injury exist?

22   A        No.

23   Q        And who wrote the Impact Blow section of the

24   Administrative Manual?

25   A        I have no idea.

JON BUTLER

Page 173

1    BY MR. JOHNSON:

2    Q        Is it accurate to say you're smiling?

3    A        Yes.

4    Q        So in my characterization of your -- of your

5    tone, skepticism was fair?

6                MR. CORLETO:  Objection, form.

7    A        Yes.

8    BY MR. JOHNSON:

9    Q        In 1997 was Pop Warner the world's largest

10   football organization?

11   A        I believe so.  I ...

12   Q        As the world's largest football

13   organization, do you believe Pop Warner has a duty

14   to lead on issues of safety?

15                MR. CORLETO:  Objection, form.

16   A        Yes.

17   BY MR. JOHNSON:

18   Q        Do you believe there's a relationship

19   between the training of coaches and safety?

20                MR. CORLETO:  Objection, form.  You

21   may answer.

22   A        Yes.

23   BY MR. JOHNSON:

24   Q        What is that relationship?

25   A        Better-trained coaches provide a safer

JON BUTLER

Page 174

1    program.

2    Q        Was the debate going on in 1995 to require

3    coaches to be trained?

4              MR. CORLETO:   Objection, form.

5    A        Widely among youth sports organizations,

6    certainly within Pop Warner.

7    BY MR. JOHNSON:

8    Q        Did you ever take a vote at the National

9    level prior to 2000 to require coaches to be

10   trained?

11   A        We did not solicit a National vote per se.

12   We discussed it with our 32 then -- more than 32

13   regional people, and they felt that it would damage

14   the program in terms of volunteers.

15   Q        Where is the -- is there any correspondence

16   with respect to that discussion with the 32 regional

17   people about requiring coaches to be trained?

18   A        I'd have to look back through the minutes of

19   the National meeting.  I -- I don't know that it's

20   in there or not.

21   Q        Did you do that with respect to our

22   discovery requests?

23   A        Yes.

24   Q        And did you see it then?

25   A        No.

JON BUTLER

Page 204

1    A        As I've mentioned, we've had, over the years

2    I've been there, a number of people -- Joe Torg, who

3    was at the Hospital of the University of

4    Pennsylvania, I mentioned Otho Davis from the

5    Eagles, John Gregg -- review those rules and they

6    expressed no concern with them.

7    BY MR. JOHNSON:

8    Q        So as far as Pop Warner National was

9    concerned, prior to 2001 there were no restrictions

10   on hitting other than the limitations on games; is

11   that correct?

12                  MR. CORLETO:  Objection.

13   A        And limitations on -- limitations on

14   practice also.

15   BY MR. JOHNSON:

16   Q        And what were the limitations on practice in

17   2000?

18   A        No more than five practices a week prior to

19   Labor Day, no more than three practices a week after

20   Labor Day, no more than two hours of practice on a

21   given day.

22   Q        No restrictions on how much contact in

23   practice?

24   A        No.

25   Q        No mandatory warm-up period?

JON BUTLER

Page 208

1   A       As I said, I think it was around 2000.

2   Q       Do you have copies of the original in your

3   archives?

4   A       That, I don't know.

5   Q       The document you gave us is the only one you

6   found?

7   A       Yes.  It talks about warm-up and cool-down.

8               MR. CORLETO:  Mr. Butler, what page

9   are you referring to?

10              THE WITNESS:  They're not numbered.

11   Section B, about three, four pages in.

12   BY MR. JOHNSON:

13   Q       Is it accurate to say that to this day, Pop

14   Warner has never required teams to have athletic

15   trainers at all games?

16   A       Yes.

17   Q       Likewise then, they wouldn't -- they would

18   have never required it at all practices?

19   A       Yes.

20   Q       We had testimony from a number of witnesses

21   in our other depositions in this case that there is

22   a value in having someone other than the coach

23   monitor for injury because the coach is very busy

24   planning the next play.

25   A       Correct.

JON BUTLER

Page 209

1  Q        Do you agree with that?

2  A        Yes.

3  Q        Has Pop Warner ever required anyone other

4  than the coach monitor for injuries?

5  A        Not for injuries specifically.

6  Q        And clearly it was not requiring that before

7  2001?

8  A        Correct.

9  Q        The Goldberg study that you've cited, who is

10 the reporting professional with respect to the

11 injury surveillance that was done in that study?

12              MR. CORLETO:  Objection to form.  You

13 can answer.

14 A        Yeah, all I know is Dr. Goldberg.  I mean,

15 that was before my time.

16 BY MR. JOHNSON:

17 Q        You've read the study?

18 A        Yes.

19 Q        Do you -- are you aware that it was done

20 entirely based on coach reporting?

21 A        It wouldn't surprise me.

22 Q        Coaches who wouldn't have been trained in

23 the 1980s in concussion identification?

24              MR. CORLETO:  Objection, form.

25 A        I would have to assume that they were not.

JON BUTLER

Page 213

1   Symposium in DC, all of that information disappeared

2   when the Tomlin archives were taken?

3   A        That's the only reference I've ever seen to

4   it is in that history.

5   Q        Likewise, this major national insurance

6   underwriter which determined that tackle football

7   for kids was safe, that's the only reference?

8   A        Yep.  I've never seen any evidence of that

9   in any way, shape or form.

10  Q        Why do you continue to make those

11  representations on your website?

12                MR. CORLETO:  Objection to form.  You

13  can answer.

14  A        As I said, there's no way to fact check what

15  David wrote.  I don't know that it happened or

16  didn't happen.

17  BY MR. JOHNSON:

18  Q        But you understand that parents read this;

19  do you not?

20  A        I would say relatively few based on the

21  number of hits we have on that page, but --

22  Q        Half of them furtherance the lawsuit.

23  A        Well ...

24  Q        But this is a representation to people as to

25  the safety of football; is it not?

JON BUTLER

Page 214

1   A      Yes.

2   Q      And it's a representation you continue to

3   make?

4   A      Yes.

5   Q      There was a statement made in a brief filed

6   in this case on Pop Warner's behalf that tackle

7   football -- it's been known for decades that tackle

8   football involves risk of ruptured organs, paralysis

9   and death.  Are you aware that such a statement was

10  made in this case?

11  A      No.

12  Q      Do you agree that it's been known for

13  decades that tackle football involves risk of

14  ruptured organs, paralysis and death?

15  A      Ruptured organs, in my experience, are very,

16  very rare.  Paralysis, you know, there was much more

17  in the way of paralysis back in the '60s and '70s

18  before the rules changes on blocking and tackling.

19  And certainly death can, again, occur in any

20  childhood activity.

21         And I saw, during our lunch break looking

22  online, that a female college basketball player

23  dropped dead on the court.

24  Q      Was that a heart-related issue?

25  A      I -- presumably.  Usually it's hypertrophic

JON BUTLER

1   A       No.   The reality is most sports events,

2   other than college football and college basketball,

3   are time buys.   The organization buys the time slot,

4   produces the show and then turns around and sells

5   the advertising.

6   Q       Is that what you do?

7   A       No.

8   Q       So you provide --

9   A       It's --

10  Q       -- the product --

11  A       They show it at no cost to us, but we have

12  no rights to that broadcast or any fees.

13  Q       What about Disney, do you have any financial

14  money coming in from Disney?

15  A       We do get some sponsorship dollars and we

16  get some compensation on room nights booked.

17. Q       How much are the sponsorship dollars?

18  A       We receive 10,000 in scholarship dollars and

19  I believe 30,000 in sponsorship.

20  Q       Is that just to help to underwrite the

21  cost -- do they also underwrite the cost of the

22  transportation and stuff?

23  A       Oh, yeah, yeah.   They --

24  Q       So the National Champ -- is it the National

25  Championships that's played there?

JON BUTLER

Page 230

1  A        We have the -- yeah, the rights to call it

2  the Pop Warner Super Bowl and National Junior Dance

3  Championship.

4  Q        And that is essentially a break even for

5  you?

6  A        We make money from Disney.  We spend a lot

7  of what we make, but, you know, when you're paying

8  $60,000 for trophies and things like that, it adds

9  up.

10  Q       How many trophies are you giving out?

11  A        Man, football's easy.  Football is first and

12  second place in the --

13  Q        Eight or nine divisions?

14  A        Yeah, eight divisions.  Cheerleading is a

15  whole lot more complex because you have levels of

16  competition and sizes of squads, and we have about

17  425 cheer squads there.

18  Q        Versus only 32 football teams?

19  A        Sixty-four football teams, plus exhibition

20  games from some international teams.

21  Q        What's the relationship between Pop Warner

22  and the NFL?

23  A        Informal, but good.

24  Q        Does the NFL sponsor Pop Warner?

25  A        They have -- we do have a three-year

JON BUTLER

Page 231

1    agreement in place to require all of our coaches to

2    take Heads Up Football Training.

3    Q        What do you get for that?

4    A        We get money from the NFL.

5    Q        And how much do you get?

6    A        That's definitely under a confidentiality

7    agreement.

8    Q        Is that included in the half a million you

9    told me about previously?

10   A        Yes.

11   Q        Any reason you left NFL off when you were

12   giving us that list of sponsors?

13   A        They are not a sponsor and they specifically

14   don't want to be listed as a sponsor.

15   Q        They do allow you to use the word Super

16   Bowl?

17   A        Yes, for three years.

18   Q        So as of -- there's a sunset on that --

19   A        Yes.

20   Q        -- agreement?  Presumably, you'll get it

21   extended.

22   A        We actually had a letter.  Originally, they

23   gave it to us in perpetuity, but they -- I think

24   whoever sent that got fired.

25   Q        Somebody -- somebody decided that was a

JON BUTLER

Page 245

1    A        That is, I believe, also here in the
2    Rulebook.  Here, Rule 13, Page 32.  "Helmet:  Only
3    helmets bearing the NOCSAE Seal of Certification may
4    be worn.  All helmets must bear the current NOCSAE
5    approved warning label in a visible position on the
6    outside of the helmet.  This warning label is the
7    same label that is furnished by all helmet
8    manufacturers and quality reconditioners.
9    Regulations regarding chin..."
10   Q        I was looking for something that talked
11   about helmet fit.
12            MR. CORLETO:  Objection.
13   BY MR. JOHNSON:
14   Q        The helmet warning statement is just that it
15   have the whole -- just have that NOCSAE sticker on
16   it?
17   A        Yeah.
18   Q        That's the extent of the warning?
19   A        Yeah.
20   Q        Okay.  If you'll turn to Page 34, there's
21   rules regarding -- this is in the Administrative --
22   I'm sorry, it's in the Administrative --
23   A        Oh.
24   Q        -- Manual.  There are rules regarding
25   ineligible players.

Page 249

1                  C E R T I F I C A T E
2
3        I do hereby certify that I am a Notary
   Public in good standing, that the aforesaid testimony
   was taken before me, pursuant to notice, at the time
4  and place indicated; that said deponent was by me
   duly sworn to tell the truth, the whole truth, and
5  nothing but the truth; that the testimony of said
   deponent was correctly recorded in machine shorthand
6  by me and thereafter transcribed under my supervision
   with computer-aided transcription; that the
7  deposition is a true and correct record of the
   testimony given by the witness; and that I am neither
8  of counsel nor kin to any party in said action, nor
   interested in the outcome thereof.
9
         WITNESS my hand and official seal this 23rd
10 day of November 2015
11
12                    _____
                      Kimberly A. Hussey, CCR, CM
13                    Certified Court Reporter
                      Certificate of Merit
14                    Notary Public
15
16
17
18
19
20
21
22
23
24
25