UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:16-cv-06603-PSG-PLAx | Date | December 23, 2019 |
|---|---|---|---|
| Title | Kimberly Archie et al v. Pop Warner Little Scholars, Inc. et al | | |

| Present: The Honorable | PHILLIP S. GUITERREZ, U.S. District Judge |
|---|---|
| Joseph Remigio | Marea Woolrich |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Joseph Finney | Christopher Brunsfiel |
| Michael Kelly | Heller-Ann Hancock |
| Robert Finnerty | Anthony Corleto |
| | Ian Stewart |

**Proceedings:**    MINUTES RE MOTION HEARING

The Case is called and counsel make their appearance.

Argument is heard.

The Motion for Summary Judgment [218] is taken under submission.  The Court's ruling will issue.

|  | 1 | : | 02 |
|---|---|---|---|
| Initials of Preparer | jre | | |