# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Kimberly Archie, et al.

v.                                    Case Number:  2:16-cv-06603 PSG

Pop Warner Little Scholars, Inc.

Judgment was entered in this action on  12/27/2019  /  267  against  Plaintiffs                                          .
                                           Date       Docket No.

#### NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---:|
| Clerk's Fees (L.R. 54-3.1): | $0.00 |
| Fees for Service of Process (L.R. 54-3.2): | $17,768.03 |
| United States Marshal's Fees (L.R. 54-3.3): | $0.00 |
| Transcripts of Court Proceedings (L.R. 54-3.4): | $122.40 |
| Depositions (L.R. 54-3.5): | $35,413.15 |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | $7,798.08 |
| Interpreter's Fees (L.R. 54-3.7): | $1,622.95 |
| Docket Fees (L.R. 54-3.8): | $0.00 |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | $0.00 |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | $33,819.74 |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | $0.00 |
| Other Costs - attach court order (L.R. 54-3.12): | $0.00 |
| State Court Costs (L.R. 54-3.13): | $0.00 |
| Costs on Appeal (L.R. 54-4): | $0.00 |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | $0.00 |
| **TOTAL** | $96,544.35 |

**NOTE**: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

### DECLARATION

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

    ☑ The Court's CM/ECF System

    ☐ Conventional service by first class mail

    ☐ Other _____

/s/Anthony B. Corleto _____       Anthony B. Corleto _____
Signature                                                 Print Name

Attorney for: Defendant Pop Warner Little Scholars, Inc. _____

Costs are taxed in the amount of  $96,544.35 _____

_____     By: _____     _____
Clerk of Court                                Deputy Clerk                             Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| See Attachment 1 and 2 for Itemized List of Costs | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

WITNESS FEES (computation, see 28 U.S.C. § 1821 for statutory fees)