# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Central District of California**

U.S. District Court case number: **2:16-CV-06603-PSG-PLA**

Date case was first filed in U.S. District Court: **09/1/2016**

Date of judgment or order you are appealing: **12/27/2019**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Kimberly Archie, as survivor of decedent Paul Bright Jr.; Jo Cornell, as survivor of decedent Tyler Cornell; Jo Cornell, an individual.

Is this a cross-appeal?  ○ Yes   ☉ No

If Yes, what is the first appeal case number? 

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number? 

Your mailing address:

16001 Ventura Blvd., Suite 200

City: Encino    State: CA    Zip Code: 91436

Prisoner Inmate or A Number (if applicable): 

**Signature** /s/ Boris Treyzon    **Date** 1/22/2020

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1    Rev. 12/01/2018