# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Shayan Sabeti |
| 2a. Contact Phone Number | 310-407-7888 |
| 3a. Contact E-mail Address | ssabeti@actslaw.com |
| 1b. Attorney Name (if different) | Joseph Finnerty |
| 2b. Attorney Phone Number | 310-407-7888 |
| 3b. Attorney E-mail Address | jfinnerty@actslaw.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Abir Cohen Treyzon Salo, LLP
16001 Ventura Blvd., Suite 200
Encino, CA 91316

**5. Name & Role of Party Represented:** Kimberly Archie and Jo Cornell Plaintiffs and Appellants

**6. Case Name:** Kimberly Archie, et al. v. Pop Warner Little Scholars, Inc.

**7a. District Court Case Number:** 2:16-cv-06603-PSG

**7b. Appeals Court Case Number:** 20-55081

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
- [ ] DIGITALLY RECORDED
- [X] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Marea Woolrich

**9. THIS TRANSCRIPT ORDER IS FOR:** [X] Appeal  [ ] Non-Appeal  |  [ ] Criminal  [X] Civil  |  [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** *(Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):* You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12-23-2019 | Gutierrez | Motion for Summary Judgment | ● | ○ | ○ | ○ | ● | ○ | ● None | 14-Day |
|  |  |  | ○ | ○ | ○ | ○ | ○ | ○ |  |  |
|  |  |  | ○ | ○ | ○ | ○ | ○ | ○ |  |  |
|  |  |  | ○ | ○ | ○ | ○ | ○ | ○ |  |  |
|  |  |  | ○ | ○ | ○ | ○ | ○ | ○ |  |  |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: February 17, 2020   Signature: /s/ Joseph Finnerty

G-120 (06/18)

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 16001 Ventura Blvd., Suite 200, Encino, CA 91436

On February 18, 2020, I served true copies of the following document(s) described as follows:

**TRANSCRIPT ORDER FORM.**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 18, 2020, at Los Angeles, California.

Shayan Sabeti