# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Kimberly Archie, et al.

v.                                        Case Number:  2:16-cv-06603 PSG

Pop Warner Little Scholars, Inc.

Judgment was entered in this action on  12/27/2019  /  267  against  Plaintiffs                                                    .
                                        Date        Docket No.

### NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---:|
| Clerk's Fees (L.R. 54-3.1): | $0.00 |
| Fees for Service of Process (L.R. 54-3.2): | $17,768.03 |
| United States Marshal's Fees (L.R. 54-3.3): | $0.00 |
| Transcripts of Court Proceedings (L.R. 54-3.4): | $122.40 |
| Depositions (L.R. 54-3.5): | $35,413.15 |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | $7,798.08 |
| Interpreter's Fees (L.R. 54-3.7): | $1,622.95 |
| Docket Fees (L.R. 54-3.8): | $0.00 |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | $0.00 |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | $33,819.74 |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | $0.00 |
| Other Costs - attach court order (L.R. 54-3.12): | $0.00 |
| State Court Costs (L.R. 54-3.13): | $0.00 |
| Costs on Appeal (L.R. 54-4): | $0.00 |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | $0.00 |
| **TOTAL** | $96,544.35 |

Exhibit One Costs:  See attached. Items with red notations were not taxed for the reasons specified.

Exhibit Two Costs: Exhibit two is wholly incomprehensible and indecipherable.  Exhibit two does not provide sufficient itemization that would allow the clerk to make a determination as to costs as required by L.R. 54-2.1.  Accordingly, costs were not taxed on any items listed in exhibit two.

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

[✔] The Court's CM/ECF System

[ ] Conventional service by first class mail

[ ] Other _____

/s/Anthony B. Corleto                                          Anthony B. Corleto
Signature                                                      Print Name

Attorney for: Defendant Pop Warner Little Scholars, Inc.

Costs are taxed in the amount of  ~~$96,544.35~~ $22,217.98            **See attachment for breakdown of costs not taxed.**

Kiry Gray                          By: _____                 October 2, 2020
Clerk of Court                         Deputy Clerk                     Date

| WITNESS FEES (computation, see 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| See Attachment 1 and 2 for Itemized List of Costs | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

**ATTACHMENT 1 TO BILL OF COSTS (FORM CV-59)**
**COSTS TAXABLE AS IDENTIFIED BY DEFENSE COUNSEL WILSON ELSER**

| Date | Vendor | Description | Amount | Check No. | Check Date | Check Status | Disbursement Status | Narrative |
|------|--------|-------------|--------|-----------|------------|--------------|---------------------|-----------|
| 03/22/2018 | NEW YORK ACADEMY OF MEDICINE | Fees for Medical records | $25.00 | 71270 | 01/23/2019 | Cleared | Billed | NY Academy of Medicine-Photocopying Charges (outside) 96 ; The New York Academy of Medicine invoice # 4276 ; Invoice date 3/31/2018 |
| 05/01/2018 | J.J. PHOTOCOPY SERVICE, INC. | Subpoena service | $158.50 | 63881 | 07/18/2018 | Cleared | Billed | Subpoena service, A/P Batch - 0270181, J.J. PHOTOCOPY SERVICE, INC., Invoice # 197024, Invoice Date 05/01/2018, Sub. prep/Service |
| 05/21/2018 | J.J. PHOTOCOPY SERVICE, INC. | Fees for Record Production | $174.47 | 63881 | 07/18/2018 | Cleared | Billed | Fees for Record Production, A/P Batch - 0270884, J.J. PHOTOCOPY SERVICE, INC., Invoice # 197620, Invoice Date 05/21/2018, Records copied |
| 06/06/2018 | J.J. PHOTOCOPY SERVICE, INC. | Subpoena service | $158.50 | 64751 | 08/14/2018 | Cleared | Billed | Subpoena service, A/P Batch - 0272330, J.J. PHOTOCOPY SERVICE, INC., Invoice # 198169, Invoice Date 06/06/2018, Subpoena/Service |
| 06/21/2018 | J.J. PHOTOCOPY SERVICE, INC. | Fees for Record Production | $65.00 | 64751 | 08/14/2018 | Cleared | Billed | Fees for Record Production, A/P Batch - 0273060, J.J. PHOTOCOPY SERVICE, INC., Invoice # 198635, Invoice Date 06/21/2018, Certificate of no records |
| 06/21/2018 | **Not a subpoena service or invoice for copies. No explanation for the invoice** BEAVERS & ASSOCIATES INC | Investigative Fees & Expenses | $1,365.00 | 65850 | 10/01/2018 | Cleared | Billed | Investigative Fees & Expenses, A/P Batch - 0274165, A.J. BEAVERS INVESTIGATIVE SERV, INC., Invoice # 11285, Invoice Date 06/21/2018, Investigation |
| 06/26/2018 | J.J. PHOTOCOPY SERVICE, INC. | Subpoena service | $243.50 | 64751 | 08/14/2018 | Cleared | Billed | Subpoena service, A/P Batch - 0273060, J.J. PHOTOCOPY SERVICE, INC., Invoice # 198791, Invoice Date 06/26/2018, Subpoena prep/Service |
| 07/26/2018 | CASH (reimbursement for LASC) | Investigative Fees & Expenses | $1.00 | 28455 | 07/30/2018 | Cleared | Billed | Fees for Online Document Purchase (LASC) CELESTE LORENZANNA, PC517317 |
| 07/27/2018 | DEWSNAP & ASSOCIATES, LLC | Subpoena service | $64.00 | 66559 | 10/22/2018 | Cleared | Billed | Subpoena service, A/P Batch - 0274702, DEWSNAP & ASSOCIATES, LLC, Invoice # 52169, Invoice Date 07/27/2018, subpoena service |
| 08/09/2018 | **Not a subpoena service or invoice for copies. No explanation for the invoice** CONOVER TUTTLE PACE | Investigative Fees & Expenses | $5,200.00 | 67743 | 12/05/2018 | Cleared | Billed | Investigative Fees (Media Research) CONOVER TUTLE PACE, INV# INV-21725, 8/9/18 |
| 12/12/2018 | J.J. PHOTOCOPY SERVICE, INC. | Fees for Record Production | $75.33 | 69623 | 02/19/2019 | Cleared | Billed | Fees for Record Production, A/P Batch - 0282592, J.J. PHOTOCOPY SERVICE, INC., Invoice # 203566, Invoice Date 12/12/2018, records copied |
| 02/05/2019 | J.J. PHOTOCOPY SERVICE, INC. | Subpoena service | $113.50 | 70968 | 04/15/2019 | Cleared | Billed | Subpoena service, A/P Batch - 0285353, J.J. PHOTOCOPY SERVICE, INC., Invoice # 204837, Invoice Date 02/05/2019, Subpoena prep/Service |
| 02/22/2019 | J.J. PHOTOCOPY SERVICE, INC. | Fees for Record Production | $179.01 | 70968 | 04/15/2019 | Cleared | Billed | Fees for Record Production, A/P Batch - 0285494, J.J. PHOTOCOPY SERVICE, INC., Invoice # 205379, Invoice Date 02/22/2019, records copied |
| 02/25/2019 | J.J. PHOTOCOPY SERVICE, INC. | Fees for Record Production | $14.77 | - | - | - | Billed | Fees for Record Production 02/25/2019 |
| 02/25/2019 | J.J. PHOTOCOPY SERVICE, INC. | Fees for Record Production | $36.47 | - | - | - | Billed | Fees for Record Production 02/25/2019 |
| 02/28/2019 | UC REGENTS | **Invoice not found.** Fees for Record Production | $15.00 | 17413 | 03/08/2019 | Cleared | Billed | Photocopying Charges (outside) 41 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/04/2019 | LA CXOUNTY MEDICAL EXAMINER - CORONER | **Invoice not found** Fees for Record Production | $55.86 | - | - | - | Billed | Fees for Record Production 03/04/2019 |
| 03/06/2019 | LA CXOUNTY MEDICAL EXAMINER - CORONER | Fees for medical records | $48.00 | 17410 | 03/08/2019 | Cleared | Billed | Fees for medical records 41 |
| 03/06/2019 | CIOX HEALTH | Fees for medical records | $55.45 | 17484 | 03/29/2019 | Cleared | Billed | Fees for medical records 41 |
| 03/08/2019 | MRO | Fees for medical records | $3.03 | 17487 | 03/29/2019 | Cleared | Billed | Fees for medical records 41 |
| 03/15/2019 | FIRST LEGAL NETWORK, LLC | Messenger Charges | $17.44 | 71933 | 05/22/2019 | Cleared | Billed | Messenger Charges, A/P Batch - 0286902, FIRST LEGAL NETWORK, LLC, Invoice # 10207213, Invoice Date 03/15/2019, DELIVERY |
| 03/15/2019 | FIRST LEGAL NETWORK, LLC | Messenger Charges | $17.44 | 71933 | 05/22/2019 | Cleared | Billed | Messenger Charges, A/P Batch - 0286902, FIRST LEGAL NETWORK, LLC, Invoice # 10207298, Invoice Date 03/15/2019, DELIVERY |
| 03/28/2019 | INTEGRITY DOCUMENT SOLUTIONS, INC. | Fees for medical records | $117.05 | 17486 | 03/29/2019 | Cleared | Billed | Fees for medical records 41 |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $200.05 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287492, FIRST LEGAL NETWORK, LLC, Invoice # 10210736, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $273.63 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287492, FIRST LEGAL NETWORK, LLC, Invoice # 10210737, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $204.79 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287495, FIRST LEGAL NETWORK, LLC, Invoice # 10210716, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $273.63 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287495, FIRST LEGAL NETWORK, LLC, Invoice # 10210724, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $273.63 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287495, FIRST LEGAL NETWORK, LLC, Invoice # 10210725, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | **Invoice not found** Process Server | $200.05 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287495, FIRST LEGAL NETWORK, LLC, Invoice # 10210717, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $219.29 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287495, FIRST LEGAL NETWORK, LLC, Invoice # 10210719, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $157.81 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287495, FIRST LEGAL NETWORK, LLC, Invoice # 10210723, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $337.88 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287495, FIRST LEGAL NETWORK, LLC, Invoice # 10210726, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $337.88 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287495, FIRST LEGAL NETWORK, LLC, Invoice # 10210718, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $337.88 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287495, FIRST LEGAL NETWORK, LLC, Invoice # 10210720, Invoice Date 03/31/2019, process |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $157.81 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287495, FIRST LEGAL NETWORK, LLC, Invoice # 10210727, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $261.06 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287495, FIRST LEGAL NETWORK, LLC, Invoice # 10210722, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $231.63 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287495, FIRST LEGAL NETWORK, LLC, Invoice # 10210721, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $273.63 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287499, FIRST LEGAL NETWORK, LLC, Invoice # 10210713, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $273.63 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287499, FIRST LEGAL NETWORK, LLC, Invoice # 10210712, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $231.63 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287499, FIRST LEGAL NETWORK, LLC, Invoice # 10210714, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $217.39 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287499, FIRST LEGAL NETWORK, LLC, Invoice # 10210715, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $231.63 | 72332 | 06/03/2019 | Cleared | Billed | Process Server, A/P Batch - 0287499, FIRST LEGAL NETWORK, LLC, Invoice # 10210711, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $227.30 | 72722 | 06/19/2019 | Cleared | Billed | Process Server, A/P Batch - 0288323, FIRST LEGAL NETWORK, LLC, Invoice # 10210772, Invoice Date 03/31/2019, process |
| 03/31/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $592.38 | 72722 | 06/19/2019 | Cleared | Billed | Process Server, A/P Batch - 0288390, FIRST LEGAL NETWORK, LLC, Invoice # 10210728, Invoice Date 03/31/2019, process |
| 04/05/2019 | SCRIPPS HEALTH RELEASE OF INFO. DEPT. | Fees for medical records | $67.80 | 17572 | 04/16/2019 | Cleared | Billed | Fees for medical records 41 |
| 04/15/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $231.63 | 73187 | 07/02/2019 | Cleared | Billed | Process Server, A/P Batch - 0289031, FIRST LEGAL NETWORK, LLC, Invoice # 10214063, Invoice Date 04/15/2019, process |
| 04/15/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $312.30 | 73187 | 07/02/2019 | Cleared | Billed | Process Server, A/P Batch - 0289031, FIRST LEGAL NETWORK, LLC, Invoice # 10214070, Invoice Date 04/15/2019, PROCESS |
| 04/15/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $37.00 | 73187 | 07/02/2019 | Cleared | Billed | Process Server, A/P Batch - 0289031, FIRST LEGAL NETWORK, LLC, Invoice # 10214062, Invoice Date 04/15/2019, process |
| 04/15/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $37.00 | 73187 | 07/02/2019 | Cleared | Billed | Process Server, A/P Batch - 0289031, FIRST LEGAL NETWORK, LLC, Invoice # 10214064, Invoice Date 04/15/2019, process |
| 04/15/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $158.05 | 73187 | 07/02/2019 | Cleared | Billed | Process Server, A/P Batch - 0289031, FIRST LEGAL NETWORK, LLC, Invoice # 10214066, Invoice Date 04/15/2019, process |
| 04/15/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $92.38 | 73187 | 07/02/2019 | Cleared | Billed | Process Server, A/P Batch - 0289031, FIRST LEGAL NETWORK, LLC, Invoice # 10214094, Invoice Date 04/15/2019, PROCESS |

| Date | Payee | Description | Amount | Batch | Date | Status | Billed | Details |
|---|---|---|---|---|---|---|---|---|
| 04/15/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $115.81 | 73187 | 07/02/2019 | Cleared | Billed | Process Server, A/P Batch - 0289031, FIRST LEGAL NETWORK, LLC, Invoice # 10214065, Invoice Date 04/15/2019, process |
| 04/15/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $37.00 | 73187 | 07/02/2019 | Cleared | Billed | Process Server, A/P Batch - 0289031, FIRST LEGAL NETWORK, LLC, Invoice # 10214067, Invoice Date 04/15/2019, PROCESS |
| 04/15/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $79.00 | 73187 | 07/02/2019 | Cleared | Billed | Process Server, A/P Batch - 0289031, FIRST LEGAL NETWORK, LLC, Invoice # 10214095, Invoice Date 04/15/2019, PROCESS |
| 04/15/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $157.81 | 73187 | 07/02/2019 | Cleared | Billed | Process Server, A/P Batch - 0289034, FIRST LEGAL NETWORK, LLC, Invoice # 10214059, Invoice Date 04/15/2019, process |
| 04/15/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $444.13 | 73187 | 07/02/2019 | Cleared | Billed | Process Server, A/P Batch - 0289034, FIRST LEGAL NETWORK, LLC, Invoice # 10214061, Invoice Date 04/15/2019, process |
| 04/15/2019 | FIRST LEGAL NETWORK, LLC | Process Server | $37.00 | 73187 | 07/02/2019 | Cleared | Billed | Process Server, A/P Batch - 0289034, FIRST LEGAL NETWORK, LLC, Invoice # 10214060, Invoice Date 04/15/2019, process |
| 04/18/2019 | BONANZA REPORTING & VIDEOCONFERENCE CT | Court Reporter fees | $719.85 | 29886 | 05/15/2019 | Cleared | Billed | Court Reporter fees BONANZA REPORTING & VIDEOCONFERENCE CENTER, 84187 |
| 05/29/2019 | VENUS C. PAXTON | **Invoice not found** Expert Fees & Expenses for Deposition | $40.00 | 29946 | 05/29/2019 | Cleared | Billed | Expert Fees & Expenses for Deposition VENUS C. PAXTON, M.D., 113719551 |
| 05/29/2019 | Duplication | **Invoice not found** Fees for Deposition Exhibits | $12.25 | - | - | - | Billed | Fees for Duplication of Deposition Exhibits (V. Paxton) 05/29/2019 |
| 05/31/2019 | ANNA C. CARRILO, M.D. | **Invoice not found** Expert Fees & Expenses for Deposition | $40.00 | 29961 | 05/31/2019 | Cleared | Billed | Expert Fees & Expenses for Deposition ANNA C. CARRILLO, 16CV06603 |
| 05/31/2019 | Duplication | **Invoice not found** Fees for Deposition Exhibits | $4.06 | - | - | - | Billed | Fees for Duplication of Deposition Exhibits (A. Carrillo) 05/29/2019 |
| 06/13/2019 | ESQUIRE DEPOSITION SOLUTIONS, LLC | Court Reporter fees | $742.35 | 74587 | 08/22/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0293715, ESQUIRE DEPOSITION SOLUTIONS, LLC, Invoice # INV1498725, Invoice Date 06/13/2019, transcript |
| 06/15/2019 | FIRST LEGAL NETWORK, LLC | **Messenger fees are for the delivery of courtesy copies only.** Messenger Charges | $121.26 | 74922 | 09/03/2019 | Cleared | Billed | Messenger Charges, A/P Batch - 0292101, FIRST LEGAL NETWORK, LLC, Invoice # 10230945, Invoice Date 06/15/2019, delivery |
| 06/17/2019 | ESQUIRE DEPOSITION SOLUTIONS, LLC | Court Reporter fees | $323.90 | 74587 | 08/22/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0292962, ESQUIRE DEPOSITION SOLUTIONS, LLC, Invoice # INV1500531, Invoice Date 06/17/2019, transcript |
| 06/19/2019 | U.S. LEGAL SUPPORT | Court Reporter fees | $410.05 | 77307 | 11/20/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0298128, U.S. LEGAL SUPPORT, Invoice # 110279388, Invoice Date 06/19/2019, Court Reporter Fees |
| 06/20/2019 | ESQUIRE DEPOSITION SOLUTIONS, LLC | **Video fees not taxable pursuant to L.R. 54-3.5** Court Reporter fees | $127.95 | 74587 | 08/22/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0292965, ESQUIRE DEPOSITION SOLUTIONS, LLC, Invoice # INV1503296, Invoice Date 06/20/2019, transcript |
| 06/21/2019 | BERNARD J. BOGARD, M.D. | Expert Fees & Expenses for Deposition | $40.00 | 30066 | 06/21/2019 | Cleared | Billed | Expert Fees & Expenses for Deposition BERNARD J. BOGARD, M.D., 16-CV-06603-PSG |
| 06/21/2019 | DON LEWIS INVESTIGATIONS | **Invoice not found** Investigative Fees & Expenses | $332.94 | - | - | - | Billed | Investigative Fees & Expenses DAN LEWIS INVESTIGATIONS, 2019-06-03 |
| 06/21/2019 | ESQUIRE DEPOSITION SOLUTIONS, LLC | Court Reporter fees | $401.20 | 74587 | 08/22/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0292965, ESQUIRE DEPOSITION SOLUTIONS, LLC, Invoice # INV1504553, Invoice Date 06/21/2019, transcript |

| Date | Payee | Description | Amount | Batch | Date2 | Status | Billed | Notes |
|---|---|---|---|---|---|---|---|---|
| 06/21/2019 | DON LEWIS INVESTIGATIONS | Investigative Fees & Expenses | $332.94 | 30318 | 08/19/2019 | Cleared | Billed | Investigative Fees & Expenses DON LEWIS INVESTIGATIONS, 2019-06-03 |
| 06/22/2019 | TERRY THOMPSON INVESTIGATIONS | Investigative Fees & Expenses | $1,312.60 | 75084 | 09/09/2019 | Cleared | Billed | Investigative Fees & Expenses 31: Terry Thompson Investigations : Inv #T1T19-LB-001:Date.06/22/19 |
| 06/24/2019 | ESQUIRE DEPOSITION SOLUTIONS, LLC | Court Reporter fees | $405.40 | 75030 | 09/09/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0292965, ESQUIRE DEPOSITION SOLUTIONS, LLC, Invoice # INV1505260, Invoice Date 06/24/2019, transcript |
| 07/03/2019 | ESQUIRE DEPOSITION SOLUTIONS, LLC | Court Reporter fees | $127.95 | 75325 | 09/16/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0292965, ESQUIRE DEPOSITION SOLUTIONS, LLC, Invoice # INV1512233, Invoice Date 07/03/2019, transcript |
| 07/05/2019 | U.S. LEGAL SUPPORT | Court Reporter fees | $339.85 | 77190 | 11/18/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0298128, U.S. LEGAL SUPPORT, Invoice # 110284371, Invoice Date 07/05/2019, Court Reporter Fees |
| 07/12/2019 | U.S. LEGAL SUPPORT | Court Reporter fees | $565.25 | 76080 | 10/11/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0295141, U.S. LEGAL SUPPORT, Invoice # 110286295, Invoice Date 07/12/2019, Court Reporter Fees |
| 07/16/2019 | ESQUIRE DEPOSITION SOLUTIONS, LLC | Court Reporter fees | $374.45 | 75655 | 09/30/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0292965, ESQUIRE DEPOSITION SOLUTIONS, LLC, Invoice # INV1519830, Invoice Date 07/16/2019, transcript |
| 07/19/2019 | ESQUIRE DEPOSITION SOLUTIONS, LLC | Court Reporter fees | $327.45 | 74587 | 08/22/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0292965, ESQUIRE DEPOSITION SOLUTIONS, LLC, Invoice # INV1502674, Invoice Date 07/19/2019, transcript |
| 07/19/2019 | U.S. LEGAL SUPPORT | Court Reporter fees | $380.05 | 77190 | 11/18/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0298128, U.S. LEGAL SUPPORT, Invoice # 110288551, Invoice Date 07/19/2019, Court Reporter Fees |
| 07/19/2019 | U.S. LEGAL SUPPORT | Court Reporter fees | $314.70 | 77190 | 11/18/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0298128, U.S. LEGAL SUPPORT, Invoice # 110288552, Invoice Date 07/19/2019, Court Reporter Fees |
| 07/22/2019 | LILA F. LAUX, PHD | Expert Fees & Expenses for Deposition | $40.00 | 15166 | 07/22/2019 | Cleared | Billed | Expert Fees & Expenses for Deposition 13184.00026/1640 - $800 to Lila F. Laus, Ph.D. re: invoice dated 7/22/19 |
| 07/25/2019 | STORYCLOUD INC | Court Reporter fees | $100.00 | 15252 | 09/23/2019 | Cleared | Billed | Court Reporter fees 13184.00026/1640 - $100 to StoryCloud, Inc. re: inv. 3907 dated 7/25/19 |
| 08/01/2019 | U.S. LEGAL SUPPORT | Court Reporter fees | $490.45 | 77190 | 11/18/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0298128, U.S. LEGAL SUPPORT, Invoice # 110292856, Invoice Date 08/01/2019, Court Reporter Fees |
| 08/05/2019 | U.S. LEGAL SUPPORT | **Video fees not taxable pursuant to L.R. 54-3.5** Court Reporter fees | $305.00 | 77190 | 11/18/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0298128, U.S. LEGAL SUPPORT, Invoice # 110293400, Invoice Date 08/05/2019, Court Reporter Fees |
| 08/05/2019 | STORYCLOUD INC | Deposition Fee | $300.00 | - | - | - | Billed | Deposition Fees, A/P Batch - 0298128, STORYCLOUD INC, Invoice # 3966A, Invoice Date 08/05/2019, Text/Video Synchronization via Secure Download |
| 08/13/2019 | VERITEXT | Court Reporter fees | $1,168.90 | 77185 | 11/15/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0295059, VERITEXT, Invoice # CA3900485, Invoice Date 08/13/2019, fees |
| 08/15/2019 | VERITEXT | Court Reporter fees | $579.40 | 77185 | 11/15/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0295059, VERITEXT, Invoice # CA3902711, Invoice Date 08/15/2019, fees |
| 08/20/2019 | Duplication | **invoice not found** Copy Fees for Record Production | $0.28 | - | - | - | Billed | Fees for Record Production 08/20/2019 |
| 08/20/2019 | Duplication | **invoice not found** Copy Fees for Record Production | $2.17 | - | - | - | Billed | Fees for Record Production 08/20/2019 |

| Date | Vendor | Category | Amount | | | | Status | Description |
|---|---|---|---|---|---|---|---|---|
| 08/20/2019 | Duplication | **invoice not found** Copy Fees for Record Production | $0.63 | - | - | - | Billed | Fees for Record Production 08/20/2019 |
| 08/22/2019 | VERITEXT | Court Reporter fees | $1,120.40 | 77185 | 11/15/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0298128, VERITEXT, Invoice # CA3916753, Invoice Date 08/22/2019, fees |
| 08/30/2019 | VERITEXT | Court Reporter fees | $1,284.45 | 77185 | 11/15/2019 | Cleared | Billed | Court Reporter fees, A/P Batch - 0298099, VERITEXT, Invoice # CA3927134, Invoice Date 08/30/2019, fees |
| 09/06/2019 | VERITEXT | Court Reporter fees | $841.20 | 77840 | 12/16/2019 | - | Billed | Court Reporter fees, A/P Batch - 0298128, VERITEXT, Invoice # CA3934686, Invoice Date 09/06/2019, fees |
| 10/02/2019 | Duplication | **invoice not found** Copy Fees for Record Production | $17.57 | - | - | - | Billed | Fees for Record Production 10/02/2019 |
| 10/17/2019 | CASH | **invoice not found** Fees for Record Production | $1.00 | 30646 | 10/23/2019 | Cleared | Billed | Fees for Record Production CELESTE LORENZANA, PC659304 |
| 10/17/2019 | CASH | **invoice not found** Fees for Record Production | $15.00 | 30646 | 10/23/2019 | Cleared | Billed | CELESTE LORENZAN, PC659304 |
| 10/23/2019 | EXPONENT, INC. | **Invoice and supporting documents provide no way to determine per diem, reason for travel. No way of determining taxable witness fees** Expert Fees & Expenses (Travel and Substence) | $1,276.92 | 77568 | 12/06/2019 | - | Billed | Expert Fees & Expenses (Travel and Substinance), A/P Batch - 0298128, EXPONENT, INC., Invoice # 403901, Invoice Date 10/23/2019, Professional Services |
| 10/23/2019 | Duplication | **invoice not found** Copy Fees for Record Production | $53.62 | - | - | - | Billed | Fees for Record Production 10/23/2019 |
| 10/23/2019 | Duplication | **invoice not found** Copy Fees for Record Production | $27.16 | - | - | - | Billed | Fees for Record Production 10/23/2019 |
| 12/23/2019 | FIRST LEGAL NETWORK, LLC | Messenger Charges | $45.25 | - | - | - | Unbilled | Messenger Charges, A/P Batch - 0301143, FIRST LEGAL NETWORK, LLC, Invoice # 10280084, Invoice Date 12/23/2019, DELIVERY |
| 12/23/2019 | FIRST LEGAL NETWORK, LLC | Messenger Charges | $202.75 | - | - | - | Unbilled | Messenger Charges, A/P Batch - 0301143, FIRST LEGAL NETWORK, LLC, Invoice # 10280086, Invoice Date 12/23/2019, DELIVERY |
| 12/27/2019 | BRAIN PATHOLOGY SERVICES AND | Expert Fees & Expenses (Deposition Fee) | $40.00 | - | - | - | Unbilled | Expert Fees & Expenses (Deposition Fee), A/P Batch - 0301143, BRAIN PATHOLOGY SERVICES AND, Invoice # 8777, Invoice Date 12/27/2019, Expert Services |
| 12/27/2019 | BRAIN PATHOLOGY SERVICES AND | **No detailed invoice. No way of determining per diem and taxable witness fees.** Expert Fees & Expenses (Travel and Substince) | $1,575.00 | - | - | - | Unbilled | Expert Fees & Expenses (Travel and Substinance), A/P Batch - 0301147, BRAIN PATHOLOGY SERVICES AND, Invoice # 8770, Invoice Date 12/27/2019, Expert Services |
| 12/28/2019 | GLOBAL NETWORK ATTORNEY SERVICES LLC | Messenger Charges | $25.00 | - | - | - | Unbilled | Messenger Charges, A/P Batch - 0300958, GLOBAL NETWORK ATTORNEY SERVICES LLC, Invoice # 1284, Invoice Date 12/28/2019, courtesy copy delivery |
| 12/28/2019 | GLOBAL NETWORK ATTORNEY SERVICES LLC | Messenger Charges | $224.50 | - | - | - | Unbilled | Messenger Charges, A/P Batch - 0300958, GLOBAL NETWORK ATTORNEY SERVICES LLC, Invoice # 1282, Invoice Date 12/28/2019, print, prepare and deliver courtesy copies |
| | Duplication | **invoice not found** Color Copy Cost | $56.00 | | | | | Cost for color copies associated with preparation of deposition exhibits |
| | Duplication | **invoice not found** Photo Copying | $175.92 | | | | | Cost for color copies associated with preparation of deposition exhibits |
| * | Lexis - Online Research | Investigative Fees & Expenses | $42.75 | | | | | Online investigatvie research |
| * | Lexis - Online Research | Investigative Fees & Expenses | $1,610.35 | | | | | Online investigatvie research |
| * | Westlaw - Online Research | Investigative Fees & Expenses | $8,749.73 | | | | | Online investigatvie research |
| * | Westlaw - Online Research | Investigative Fees & Expenses | $111.05 | | | | | Online investigatvie research |
| | PACER | Investigative Fees & Expenses | $1,262.40 | | | | | Online investigatvie research |

**There is no basis for taxing any of these costs under L.R. 54**

|  |  | SUBTOTAL FOR WILSON ELSER DEFENSE COSTS | $45,066.14 |  |  |  |  |
|---|---|---|---|---|---|---|---|

| BREAKDOWN OF COSTS | AMOUNTS |
|---|---|
| Color Copy Cost | $56.00 |
| Record Production | $101.43 |
| Court Reporter Fees | $11,450.20 |
| Deposition Fee | $300.00 |
| Expert Fees/Exp (Depo Fee) | $200.00 |
| Expert Fees/Exp (Travel/M&E) | $2,851.92 |
| Depo Exhibits Copies | $16.31 |
| Fees for Medical Records | $316.33 |
| Fees for Record Productio | $631.91 |
| Investigation Fees/Exp | $20,320.76 |
| Messenger Charges | $653.64 |
| Photo Copies | $175.92 |
| Service of Process | $7,253.72 |
| Subpoena Service | $738.00 |
|  |  |
|  | $45,066.14 |

## TOTAL DEDUCTIONS: $22,848.16