UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 17 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIMBERLY ARCHIE, as survivors of decedent Paul Bright Jr.; JO CORNELL, an individual, and as survivor of decedent Tyler Cornell, | No.    20-55081 |
| | D.C. No. 2:16-cv-06603-PSG-PLA Central District of California, Los Angeles |
| Plaintiffs-Appellants, | |
| v. | ORDER |
| POP WARNER LITTLE SCHOLARS, INC., a nonprofit corporation, | |
| Defendant-Appellee. | |

Before:  IKUTA, BENNETT, and R. NELSON, Circuit Judges.

Defendant-Appellee's request for publication is **DENIED**.  Dkt. No. 63.