UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 27 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIMBERLY ARCHIE, as survivors of decedent Paul Bright Jr. and JO CORNELL, an individual, and as survivor of decedent Tyler Cornell,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>POP WARNER LITTLE SCHOLARS, INC., a nonprofit corporation,<br><br>Defendant - Appellee. | No. 20-55081<br><br>D.C. No. 2:16-cv-06603-PSG-PLA<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered September 10, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7